UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Chapter 7 |
| | Bky. No. 24-30167 |
| Pro-Mark Services, Inc., | |
| Debtor. | |

### MOTION FOR ADMISSION PRO HAC VICE OF
### PETER D. KIESELBACH

The undersigned, Peter D. Kieselbach, moves the Court pursuant to Local Rule 9010-2(B) for leave to appear *pro hac vice* for the purpose of representing Erik A. Ahlgren, in his capacities as chapter 7 trustee of the bankruptcy estate of Pro-Mark Services, Inc., as plan administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust (referred to together under all of these capacities as "Trustee"), in the above-captioned bankruptcy case and all related adversary proceedings, including, without limitation, Adv. No. 24-07014 ("Motion").

In support of the Motion, the undersigned submits the following information for consideration by the Court:

1.      I am an attorney admitted to practice before the courts of the State of Minnesota and am a shareholder at Greenberg Traurig, LLP ("Greenberg"). I am counsel to Trustee in the above-captioned bankruptcy case. By order dated September 16, 2024 [ECF No. 125], the Court approved the Trustee's retention of Greenberg as counsel.

2.      I maintain an office at 90 S. 7th St., Suite 3500, Minneapolis, MN 55402. My telephone number is (612) 259-9714. My email address is kieselbachp@gtlaw.com.

ACTIVE 702039790v1

3. I am a member in good standing of the Bar of the State of Minnesota. A Certificate of Good Standing from the Bar of the State of Minnesota is attached hereto as **Exhibit A**. I am also admitted to practice before the United States District Court for the District of Minnesota.

4. I am aware of and acknowledge that I am subject to all applicable provisions of the North Dakota Rules of Professional Conduct and the Local Rules, and if admitted *pro hac vice*, will adhere to the disciplinary jurisdiction of this Court.

5. I have never been and am not presently subject to any disciplinary proceedings.

6. Payment of the $150.00 admission fee is being made with this filing through the Court's online automated payment system.

7. Under penalty of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

WHEREFORE, Peter D. Kieselbach respectfully requests that the Court grant the Motion.

**GREENBERG TRAURIG, LLP**

Dated: September 25, 2024

*/e/ Peter D. Kieselbach*
Peter D. Kieselbach (Minnesota #0397531)
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 259-9700
Email: kieselbachp@gtlaw.com

*Counsel for Erik A. Ahlgren, as Chapter 7 Trustee of Bankruptcy Estate of Pro-Mark Services, Inc., as Plan Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024, I electronically filed the foregoing **Motion for Admission Pro Hac Vice of Peter D. Kieselbach** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

        */e/ Peter D. Kieselbach*
        Peter D. Kieselbach (Minnesota #0397531)
        90 South Seventh Street, Suite 3500
        Minneapolis, MN 55402
        Telephone: (612) 259-9700
        Email: kieselbachp@gtlaw.com

# EXHIBIT A

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

PETER DAVIES KIESELBACH

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 30, 2015

Given under my hand and seal of this court on

September 24, 2024

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration