UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

---

In re:  Chapter 7
Bky. No. 24-30167

Pro-Mark Services, Inc.,

        Debtor,

---

Erik A. Ahlgren, as Chapter 7 Trustee
of Bankruptcy Estate of Pro-Mark Services, Inc.,  Adv. No. 24-07014
and as Administrator of the Pro-Mark Services,
Inc. Employee Stock Ownership Plan,

        Plaintiff,  **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

v.

Connie Berg, Kyle Berg, Connie Berg
Revocable Living Trust, Kyle R. Berg
Revocable Living Trust, Chad DuBois,
Mandy Grant, and Miguel Paredes,

        Defendants.

---

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), Brian D. Larson and Andrew D. Cook of Ohnstad Twichell, P.C., hereby enter their appearance as counsel in this matter on behalf of Defendant Mandy Grant, and requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the contact information below:

Brian D. Larson
Andrew D. Cook
OHNSTAD TWICHELL, P.C.
444 Sheyenne Street, Suite 102
West Fargo, ND 58078-0458
Tel: (701) 282-3249
Email: blarson@ohnstadlaw.com
Email: acook@ohnstadlaw.com

1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and all proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive any defenses or rights that may be asserted in this matter, including a challenge to subject matter and personal jurisdiction to hear this case.

Dated: September 25, 2024.               Respectfully submitted,

*/s/ Andrew D. Cook*
Brian D. Larson, ND ID #08568
Andrew D. Cook, ND ID # 06278
OHNSTAD TWICHELL, P.C.
444 Sheyenne Street, Suite 102
P.O. Box 458
West Fargo, ND 58078-0458
Tel: (701) 282-3249
Fax: (701) 282-0825
Email: blarson@ohnstadlaw.com
Email: acook@ohnstadlaw.com
*Counsel for Defendant Mandy Grant*