United States Bankruptcy Court
District of North Dakota

In re: Case No. 24-30167-skh
Pro-Mark Services, Inc. Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 2
Date Rcvd: Sep 25, 2024      Form ID: pdf2some      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Pro-Mark Services, Inc., 5012 53rd St. S., Suite G, Fargo, ND 58104-6006 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren W. Stanley | on behalf of Creditor Capital Credit Union cstanley@vogellaw.com jnona@vogellaw.com;sthompson@vogellaw.com;jschares@vogellaw.com |
| Connor Cantrell | on behalf of Creditor Hartford Accident and Indemnity Company clc@thlf.com  jlh@thlf.com |
| ERIK A. AHLGREN | on behalf of Trustee Erik A. Ahlgren erik@ahlgrenlawoffice.net lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net |
| ERIK A. AHLGREN | on behalf of Plaintiff Erik A. Ahlgren erik@ahlgrenlawoffice.net lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net |

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 25, 2024 | Form ID: pdf2some | Total Noticed: 1 |

Erik A. Ahlgren
    trustee@prtel.com  trustee@prtel.com;erik@ahlgrenlawoffice.net;eaa@trustesolutions.net

GENE W. DOELING
    on behalf of Debtor Pro-Mark Services  Inc. gene@kaler-doeling.com, heather@kaler-doeling.com,mn20@ecfcbis.com

Jacob D Rhode
    on behalf of Defendant Miguel Paredes jrhode@kmklaw.com

Jordan Elizabeth Chavez
    on behalf of Interested Party BAD Investments LLP jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Interested Party Kyle Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Interested Party Connie Berg jordan.chavez@haynesboone.com

Katrina A. Turman Lang
    on behalf of Creditor Right Choice Electric  Inc. klang@woldlaw.com, melanie@turmanlaw.com

Maurice VerStandig
    on behalf of Interested Party Chad Dubois mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Defendant Chad Dubois mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Fisco
    on behalf of Trustee Erik A. Ahlgren fiscom@gtlaw.com

Michael Gust
    on behalf of Defendant Miguel Paredes mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Lewis Scheier
    on behalf of Defendant Miguel Paredes mscheier@kmklaw.com

Michael Lewis Scheier
    on behalf of Appraiser Prudent Fiduciary Services mscheier@kmklaw.com

Michael Lewis Scheier
    on behalf of Appraiser Miguel Paredes mscheier@kmklaw.com

Patrick Hustead
    on behalf of Creditor Hartford Accident and Indemnity Company rah@thlf.com  jlh@thlf.com

Peter Kieselbach
    on behalf of Trustee Erik A. Ahlgren kieselbachp@gtlaw.com

Robert B. Raschke
    USTPRegion12.SX.ECF@usdoj.gov

Stephen M. Pezanosky
    on behalf of Interested Party BAD Investments LLP stephen.pezanosky@haynesboone.com
    kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Interested Party Kyle Berg stephen.pezanosky@haynesboone.com
    kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Interested Party Connie Berg stephen.pezanosky@haynesboone.com
    kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Steven R Kinsella
    on behalf of Interested Party Razor Consulting Solutions skinsella@fredlaw.com
    sstallings@fredlaw.com;autodockets@fredlaw.com

TOTAL: 25

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA
_____

In re:

Pro-Mark Services, Inc.,                      Case No.: 24-30167
                                                                                       Chapter 7

            Debtor.
_____

**ORDER GRANTING MOTION TO TERMINATE 401K PLAN,
ADMINISTER AND TERMINATE THE ESOP, AND OTHER RELATED RELIEF**
_____

On September 4, 2024, the Bankruptcy Trustee filed a Motion to Terminate 401K Plan, Administer and Terminate the ESOP, and Other Related Relief [Doc 116]. The Trustee served notice of the motion and the motion on interested parties. The Court received no objections.

On September 18, 2024, Chad DuBois filed a Stipulation Regarding Reservation of Rights between the Bankruptcy Trustee and Chad DuBois. Doc 126. Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the relief the Trustee seeks is in the best interests of the estate.

IT IS ORDERED that the Motion to Terminate 401K Plan, Administer and Terminate the ESOP, and Other Related Relief is GRANTED as provided below, subject to Chad DuBois' reservation of rights regarding the Trustee's administration of the ESOP (as defined in the motion) and the Trustee's rights relating to the ESOP.

(A)     The Trustee is authorized to terminate the 401(k) Plan in accordance with the process outlined in the Motion;

(B)     The Trustee is authorized to execute documentation required to terminate the 401(k) Plan;

(C)     The Trustee is authorized to pay the expenses related to terminating the

1

(D) The Trustee is authorized to administer and terminate the ESOP in accordance with the process outlined in the Motion;

(E) The Trustee is authorized to execute documentation required to administer and terminate the ESOP;

(F) The Trustee is authorized to appoint an ESOP trustee; he may appoint himself or a third party;

(G) The Trustee is authorized to pay the expenses related to administering the ESOP in accordance with the terms described in the Motion.

Dated this 25th day of September, 2024

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court