# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>PROMARK SERVICES INC | CASE NO: 24-30167<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 145 |

On 10/15/2024, I did cause a copy of the following documents, described below,

Notice of Motion and Motion for Sale of Property ECF Docket Reference No. 145

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/15/2024

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: | CASE NO: 24-30167 |
| PROMARK SERVICES INC | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 7 <br> ECF Docket Reference No. 145 |

On 10/15/2024, a copy of the following documents, described below,

Notice of Motion and Motion for Sale of Property ECF Docket Reference No. 145

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/15/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| CASE INFO<br>~~LABEL MATRIX FOR LOCAL NOTICING~~<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30167<br>DISTRICT OF NORTH DAKOTA<br>TUE OCT 15 7-41-31 PST 2024 | ~~EXCLUDE~~<br>~~(U)BAD INVESTMENTS LLP~~ | CAPITAL CREDIT UNION<br>ATTN CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO   ND 58107-1389 |
| ~~EXCLUDE~~<br>~~(U)HARTFORD ACCIDENT AND INDEMNITY~~<br>~~COMPANY~~ | DEBTOR<br>PROMARK SERVICES   INC<br>5012 53RD ST S   SUITE G<br>FARGO   ND 58104-6006 | ~~EXCLUDE~~<br>~~(U)PRUDENT FIDUCIARY SERVICES~~ |
| ~~EXCLUDE~~<br>~~(U)RAZOR CONSULTING SOLUTIONS~~ | RIGHT CHOICE ELECTRIC   INC<br>2104 MILL RD   STE A<br>GRAND FORKS   ND 58203-1542 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH   SUITE 210~~<br>~~FARGO   ND 58102-4932~~ |
| ACE CONSULTING<br>608 KEENECENTER DRIVE<br>NICHOLASVILLE   KY 40356-1495 | ACE CONSULTING COMPANY   LLC<br>608 KEENE CENTRE DRIVE<br>NICHOLASVILLE   KY 40356-1495 | ACTION MECHANICAL<br>PO BOX 880<br>RAPID CITY   SD 57709-0880 |
| ADVANCED BUSINESS METHODS<br>1515 13TH AVE E<br>WEST FARGO   ND 58078-3403 | ~~EXCLUDE~~<br>~~(D)ADVANCED BUSINESS METHODS   INC~~<br>~~1515 13TH AVE E~~<br>~~WEST FARGO   ND 58078-3403~~ | ADVANTAGE COATING<br>884 ARBOR DRIVE<br>CHASKA   MN 55318-9500 |
| AIR MECHANICAL INC<br>1914 4TH AVE NW<br>WEST FARGO   ND 58078-1348 | AKERMAN LLP<br>ANDREA S HARTLEY   ESQ<br>AKERMAN LLP<br>98 SE 7TH STREET   SUITE 1100<br>MIAMI   FL 33131-3525 | AKERMAN LLP<br>PO BOX 4906<br>ORLANDO   FL 32802-4906 |
| BAD INVESTMENTS LLP<br>CO STEPHEN PEZANOSKY<br>HAYNES AND BOONE   LLP<br>301 COMMERCE STREET   SUITE 2600<br>FORT WORTH   TX 76102-4160 | BAD INVESTMENTS<br>KYLE BERG<br>5012 2ND ST E<br>WEST FARGO ND 58078-8208 | BERGER ENTERPRISES   LLC<br>1826 25TH ST NE<br>EMERADO   ND 58228-9779 |
| BERGER ENTERPRISES   LLC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO   ND   58107-1389 | BLACK HILLS ENERGY<br>PO BOX 7966<br>CAROL STREAM   IL 60197-7966 | BRIAN L GREEN<br>US DEPARTMENT OF LABOR<br>2300 MAIN STREET<br>SUITE 11093<br>KANSAS CITY   MO 64108-2415 |
| CI CONSTRUCTION   LLC<br>1910 42ND AVE W   SUITE 300<br>ALEXANDRIA   MN 56308-0029 | CAPITAL CREDIT UNION<br>BRAD SHETLERCHIEF LENDING OFFICER<br>PO BOX 2096<br>BISMARCK   ND 58502-2096 | CAPITAL CREDIT UNION<br>CO CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO   ND 58107-1389 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CAPITAL CREDIT UNION<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | CARPET ONE COMMERCIAL<br>505 S 24TH ST W<br>BILLINGS   MT 59102-6245 | CASS COUNTY ELECTRIC<br>PO BOX 6088<br>FARGO   ND 58108-6088 |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN   VA 20147-6122 | CITY WIDE ELECTRIC   INC<br>1444 RIVER ST<br>WEST FARGO   ND 58078-2641 | CITY OF FARGO<br>PO BOX BOX 1607<br>FARGO   ND 58107-1607 |
| CITY OF MINOT<br>TREASURERS OFFICE<br>PO BOX BOX 5006<br>MINOT   ND 58702-5006 | CONNIE BERG<br>5012 2ND ST E<br>WEST FARGO ND 58078-8208 | CONNOR L CANTRELL<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER STREET   SUITE 1250<br>DENVER   CO 80237-4307 |
| CONNOR L CANTRELL   ESQ<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER ST SUITE 1250<br>DENVER   CO 80237-4307 | CREATIVE SURFACES INC<br>PO BOX 84611<br>SIOUX FALLS   SD 57118-4611 | DOCU SHRED INC<br>42424 240TH ST SW<br>EAST GRAND FORKS   MN 56721-9605 |
| DAKOTA FENCE<br>PO BOX 1408<br>FARGO   ND 58107-1408 | DAKOTA FIRE PROTECTION   INC<br>PO BOX BOX 5327<br>GRAND FORKS   ND 58206-5327 | DAWSON INS   MARSH   MCLENNAN AGENCY LLC<br>62886 COLLECTION CENTER DRIVE<br>CHICAGO   IL 60693-0628 |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>OGDEN   UT 84201-0045 | DIAMOND EVERLEY ROOFING CONTRACTORS<br>PO BOX 3509<br>LAWRENCE   KS 66046-0509 | ENERBASE COOPERATIVE RESOURCES<br>PO BOX F<br>MINOT   ND 58702-0350 |
| ENGINEERED CONTROLS INC<br>10703 J STREET<br>OMAHA   NE 68127-1023 | ~~EXCLUDE~~<br>~~(D)ENGINEERED CONTROLS   INC~~<br>~~10703 J STREET~~<br>~~OMAHA   NE 68127-1023~~ | ERVGIL   INC<br>CARPET ONE<br>505 SO 24TH ST W<br>BILLINGS MT 59102-6245 |
| (P)FARGO GLASS   PAINT CO<br>ATTN WADE N BAKKE<br>1801 7TH AVE N<br>FARGO ND 58102-3203 | FARGO GLASS   PAINT CO<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | FASTENAL COMPANY<br>ATTN LEGAL<br>2001 THEURER BLVD<br>WINONA   MN 55987-9902 |
| FIRELAKE CONSTRUCTION   INC<br>1011 E 31ST ST<br>LAWRENCE   KS 66046-5103 | GEFROH ELECTRIC<br>100 45TH AVE NW<br>MINOT   ND 58703-0115 | GREAT PLAINS NATURAL GAS CO<br>PO BOX 5600<br>BISMARCK   ND 58506-5600 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)THE HARTFORD<br>ATTN BANKRUPTCY UNIT<br>ONE HARTFORD PLAZA<br>MAIL DROP T-16-285<br>HARTFORD CT 06155-0001 | HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>CO CONNOR L CANTRELL  ESQ<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER ST SUITE 1250<br>DENVER  CO 80237-4307 | HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>CO PATRICK Q HUSTEAD  ESQ<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER ST SUITE 1250<br>DENVER  CO 80237-4307 |
| HAYNES BOONE<br>ATTN TODD M GARLAND<br>8000 TOWERS CRESCENT DRIVE  STE 900<br>VIENNA  VA 22182-6221 | INTEGRATED OPENINGS SOLUTIONS LLC<br>14901 WEST 117TH STREET<br>OLATHE  KS 66062-9307 | JM SAFE HAVEN ENTERPRISES  INC<br>MELISSA FOXWORTH<br>2020 CREEK DRIVE<br>RAPID CITY  SD 57703-4124 |
| JV ASSOCIATES  LTD<br>PO BOX 520<br>HUTCHINSON  MN 55350-0520 | JACOR INC<br>W182S8363 RACINE AVE<br>MUSKEGO  WI 53150-9046 | JOHNSON CONTROLS FIRE PROT LP<br>DEPT CH 10320<br>PALATINE  IL 60055-0001 |
| JOHNSON CONTROLS FIRE PROTECTION LP<br>5757 N GREEN BAY AVENUE<br>GLENDALE  WI 53209-4408 | JOHNSON CONTROLS  INC<br>5757 N GREEN BAY AVENUE<br>GLENDALE  WI 53209-4408 | JOHNSON CONTROLS  INC<br>PO BOX 730068<br>DALLAS  TX 75373-0068 |
| KEFLEX CONTRACTING<br>4880 G STREET<br>OMAHA  NE 68117-1415 | KATRINA A TURMAN LANG<br>WOLD JOHNSON PC<br>PO BOX 1680<br>FARGO  ND 58107-1680 | KYLE  CONNIE BERG  BAD INVESTMENTS LLP<br>CO JORDAN CHAVEZ<br>HAYNES AND BOONE  LLP<br>2801 N HARWOOD ST  SUITE 2300<br>DALLAS  TX 75201-2754 |
| KYLE  CONNIE BERG  BAD INVESTMENTS LLP<br>CO STEPHEN PEZANOSKY<br>HAYNES AND BOONE  LLP<br>301 COMMERCE ST  SUITE 2600<br>FT WORTH  TX 76102-4160 | LACREEK DEVELOPMENT CORPORATION<br>21617 US HWY 18 SUITE B<br>MARTIN  SD 57551-5944 | LINN GROVE CENTER<br>5012 53RD STREET S<br>FARGO  ND 58104-6006 |
| M  K PORTA POTTIES<br>PO BOX 14942<br>GRAND FORKS  ND 58208-4942 | MK PORTA POTTIES<br>PO BOX BOX  1494<br>GRAND FORKS  ND 58208 | MARCO<br>PO BOX 660831<br>DALLAS  TX 75266-0831 |
| MARK KRAGNESS<br>43602 BASS HARBOR ROAD<br>PELICAN RAPIDS  MN 56572-7582 | MARSH MCCLENNAN AGENCY<br>BECKY HECKER<br>505 BROADWAY NORTH SUITE 100<br>FARGO  ND 58102-4654 | MAURICE B VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO  NORTH DAKOTA 58102-4246 |
| MCELROY ELECTRIC INC<br>300 SW TOPEKA BLVD<br>TOPEKA  KS 66603 | MCELROYS ELECTRIC INC<br>3300 SW TOPEKA BLVD<br>TOPEKA  KS 66611-2274 | MEDICA<br>NW 798  PO BOX 1450<br>MINNEAPOLIS  MN 55485-7958 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MENARDS<br>PO BOX 60506<br>CITY OF INDUSTRY  CA 91716-0506 | MINNESOTA REVENUE<br>PO BOX BOX 64649<br>SAINT PAUL  MN 55164-0649 | (P)MONTANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 7701<br>HELENA MT 59604-7701 |
| (P)MONTANA DAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARK ND 58506-5600 | MONTANADAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARCK  ND 58506-5600 | MOWBRAY  SON INC<br>PO BOX 878<br>MINOT  ND 58702-0878 |
| MOWBRAY  SON PLUMBING  HEATING  INC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | MOWBRAY  SONS PLUMBING  HEARING  INC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND  58107-1389 | (P)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 |
| OFFICE OF THE STATE TAX COMMISSIONER<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK  ND 58505-0599 | ORACLE AMERICA  INC<br>CO ORACLESUBMITTAL EXCHANGE<br>PO BOX 203448<br>DALLAS  TX 75320-3448 | PEAK FALL PROTECTION<br>350 GREEN OAKS PARKWAY<br>HOLLY SPRINGS  NC 27540-6178 |
| PIERCE INVESTMENT CO<br>PO BOX BOX 14111<br>GRAND FORKS  ND 58208-4111 | POINT NORTH NETWORKS INC<br>2910 UPPER 55TH ST E<br>INVER GROVE HEIGHTS  MN 55076-1673 | PRINCIPAL LIFE INSURANCE COMPANY<br>CO BARBARA WARNER<br>711 HIGH ST<br>DES MOINES  IA 50392-0001 |
| PRUDENT FIDUCIARY SERVICES<br>MIGUEL PAREDES<br>CO MICHAEL L SCHEIER<br>KEATING MUETHING  KLEKAMP PLL<br>ONE EAST FOURTH STREET  SUITE 1400<br>CINCINNATI  OHIO 45202-3752 | QUALITY COATINGS  TILE<br>3918 37TH AVE S<br>FARGO  ND 58104-7380 | QUALITY COATINGS  TILE  LLC DBA HERZOG<br>COAT<br>CO CAREN W STANLEY  VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 |
| RAZOR CONSULTING SOLUTIONS  INC<br>5625 51ST AVE S<br>FARGO  ND 58104-6064 | RAZOR CONSULTING SOLUTIONS  INC<br>CO STEVEN R KINSELLA<br>FREDRIKSON  BYRON  PA<br>60 SOUTH SIXTH STREET  SUITE 1500<br>MINNEAPOLIS  MN 55402-1425 | EXCLUDE<br>(D)RIGHT CHOICE ELECTRIC INC<br>2104 MILL RD  STE A<br>GRAND FORKS  ND 58203-1542 |
| RIGHT CHOICE ELECTRIC  INC<br>CO KATRINA A TURMAN LANG<br>WOLD JOHNSON  PC<br>500 2ND AVE N  SUITE 400<br>PO BOX 1680<br>FARGO  ND 58107-1680 | RIVER CITY WOODWORKS<br>1208 E 25TH STREET<br>LAWRENCE  KS 66046-5036 | RYAN GLASS INC<br>1535 TUSKEGEE PLACE<br>COLORADO SPRINGS  CO 80915-2656 |
| RYAN GLASS  INC<br>PATRICK R AKERS<br>3615 DELGANY STREET  SUITE 1100<br>DENVER  CO 80216-3997 | SCS<br>5019 CHESBRO CT<br>LAWRENCE  KS 66049-4977 | SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVENUE<br>PIERRE  SD 57501-3100 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| STEPTOE  JOHNSON LLP<br>SHIONA H BAUM SR MANAGER COLLECTIONS<br>1330 CONNECTICUT AVE  NW<br>WASHINGTON  DC 20036-1704 | STEPTOE LLP<br>ATTN IRIS BENETT JOSHUA TAYLOR<br>1330 CONNECTICUT AVE  NW<br>WASHINGTON  DC 20036-1704 | SWIFTEC  INC<br>1714 CREEK DR<br>RAPID CITY  SD 57703-4133 |
| TAXATION REVENUE  NEW MEXICO<br>1200 SOUTH ST FRANCIS DRIVE<br>SANTA FE  NM 87505-4034 | THE HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>CO THE HUSTEAD LAW FIRM<br>4643 S ULSTER STREET  SUITE 1250<br>DENVER  CO 80237-4307 | TOLLEFSONS CONTRACT DIVISION<br>PO BOX 698<br>MINOT  ND 58702-0698 |
| TREASURER STATE OF IOWA<br>ROBY SMITH<br>STATE TREASURERS OFFICE CAPITOL BUI<br>DES MOINES  IA 50319 | TUCKER ELLIS LLP<br>PO BOX 74717<br>CLEVELAND  OH 44194-0002 | US DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>209 SOUTH LASALLE ST SUITE 600<br>CHICAGO  IL 60604-1446 |
| US DEPARTMENT OF LABOR  EBSA<br>2300 MAIN STREET  SUITE 11093<br>KANSAS CITY MO 64108-2415 | UNITED BIRD  BAT CONTROL LLC<br>PO BOX 14290<br>SCOTTSDALE  AZ 85267-4290 | (P)VERENDRYE ELECTRIC COOPERATIVE<br>615 HIGHWAY 52 W<br>VELVA ND 58790-7417 |
| VERIZON WIRELESS<br>BANKRUPTCY ADMINISTRATION<br>500 TECHNOLOGY DRIVE SUITE 550<br>SAINT CHARLES  MO 63304-2225 | VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 17777<br>RICHMOND  VA 23226 | VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO  ND 58078-8482 |
| WAGNER FALCONER  JUDD  LTD<br>100 SOUTH FIFTH STREET<br>SUITE 800<br>MINNEAPOLIS  MN 55402-5357 | (P)WEX BANK<br>1 HANCOCK STREET<br>PORTLAND ME 04101-4217 | (P)XCEL ENERGY<br>ATTN ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 |
| AUSTIN MOE<br>DAGGER MACHINERY<br>920 38TH STREET N<br>FARGO  ND 58102-2914 | CHAD DUBOIS<br>4419 66TH ST S<br>FARGO  ND 58104-6021 | CINDY CLOSE<br>ASST VICE PRESIDENT STOCK PLAN SERVICE<br>PRINCIPAL LIFE INSURANCE COMPANY<br>711 HIGH ST<br>DES MOINES  IA 50392-0001 |
| ~~EXCLUDE~~<br>~~(U)CONNIE BERG~~ | ~~EXCLUDE~~<br>~~ERIK A AHLGREN~~<br>~~BANKRUPTCY TRUSTEE~~<br>~~220 W WASHINGTON AVE  SUITE 105~~<br>~~FERGUS FALLS  MN 56537-2569~~ | ~~EXCLUDE~~<br>~~GENE W DOELING~~<br>~~KALER DOELING LAW OFFICE~~<br>~~3429 INTERSTATE BLVD S~~<br>~~PO BOX 9231~~<br>~~FARGO  ND 58106-9231~~ |
| JASON LUTHER<br>VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO  ND 58078-8482 | ~~EXCLUDE~~<br>~~(U)KYLE BERG~~ | ~~EXCLUDE~~<br>~~(U)MIGUEL PAREDES~~ |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


ROBERT B RASCHKE                        VERN VLIET
ASSISTANT US TRUSTEE                    JV ASSOCIATES LTD
SUITE 1015 US COURTHOUSE                PO BOX 520
300 SOUTH FOURTH STREET                 HUTCHINSON  MN 55350-0520
MINNEAPOLIS  MN 55415-1320
```