

# INVOICE

**HUNTSVILLE OFFICE**
3054 Leeman Ferry Rd SW, Ste H
Huntsville, AL 35801

**LAWRENCE OFFICE**
1011 E 31st Street, Lawrence, KS 66046
Phone (913) 312-9540
www.firelakeconstruction.com

*TAX ID # 27-4346366*

INVOICE # 24CO01-01

**TO:** Mandy Grant
Pro-Mark Services, Inc
5012 53rd St S., Ste H
Fargo, ND  58104
mandy@gopromark.com

Please submit comments or questions to:
Erica Ganson (913) 312-9540
eganson@firelakeco.com
call direct for credit card payments

| PURCHASE ORDER # | JOB | PAYMENT TERMS | SUBMITTED DATE |
|---|---|---|---|
|  | Firelake quote 2329-DAMI | Net 30 | 05/02/2024 |

| LINE ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 1 | Installation of Outdoor Power/Comms/Security | 1 | Ea | $36,777.65 | $36,777.65 |
|  | Pedestals for Tactical Mobile Equipment |  |  |  |  |
|  | Contract # FA251720D0010 / W911RZ22F075 |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | THIS CLAIM WAS PAID BY THE HARTFORD UNDER THE PAYMENT & PERFORMANCE BOND OF THE JOB. 08/15/2024 CHECK #0043437236. |  |  |  | -36,777.65 |
|  |  |  |  |  |  |
|  | THIS IS NO LONGER DUE FROM DEBTOR. |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  | **TOTAL DUE** | $0.00 |

Make all checks payable to Firelake Construction, Inc.

Mail To: 1011 E 31st Street

Lawrence, KS 66046

**THANK YOU FOR YOUR BUSINESS!**