UNITED STATES BANKRUPTCY APPELLATE PANEL
FOR THE EIGHTH CIRCUIT

No: 24-6008

In re: Pro-Mark Services, Inc.

------------------------------

Hartford Accident and Indemnity Company

Appellant

v.

Capital Credit Union

Appellee

---

Appeal from U.S. Bankruptcy Court for the District of North Dakota - Fargo
(24-30167)

---

**ORDER**

Appellant failed to file the Designation of Record on Appeal as required by Rule 8009 of the Federal Rules of Bankruptcy Procedure. IT IS ORDERED that Appellant is granted seven (7) days from the date of this Order to comply with Rule 8009 and Local Rule 8009A, if applicable. Failure to file the Designation of Record on Appeal within the time granted may result in dismissal of this appeal

October 23, 2024

Order Entered Under Rule 8013A:
Acting Clerk, U.S. Bankruptcy Appellate Panel, Eighth Circuit.

_____
          /s/ Maureen W. Gornik