**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br>Pro-Mark Services, Inc.<br>    Debtor | Court File No.: 24-30167<br><br>Chapter 7 Case |

**NOTICE OF FILING**

Creditor, Hartford Accident and Casualty Company ("Hartford"), through its undersigned counsel, hereby provides notice that Hartford's Designation of Record and Statement of Issues was filed in the United States Bankruptcy Appellate Panel for the Eighth Circuit, *Hartford Accident and Indemnity Company v. Capital Credit Union,* No. 24-6008. A copy of the referenced appellate filing is attached hereto as Exhibit 1.

Dated this 24th day of October, 2024.

THE HUSTEAD LAW FIRM

*A Professional Corporation*

*Original Signature is on file at The Hustead*

*Law Firm, A Professional Corporation*

/s/ Patrick Q. Hustead
Patrick Q. Hustead, Esq.
The Hustead Law Firm
4643 S. Ulster Street, Suite 1250
Denver, Colorado 80237
(303) 721-5000
pqh@thlf.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2024 a true and correct copy of the foregoing **NOTICE OF FILING** was electronically filed with the Court & served to the following:

*Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*s/ Patrick Q. Hustead*
Patrick Q. Hustead, Esq.