Case 24-30167    Doc 152-1    Filed 10/24/24    Entered 10/24/24 17:58:07    Desc Exhibit
Designation of Record and Statement of Issues    Page 1 of 5

EXHIBIT 1

No. 24-6008

# United States Bankruptcy Appellate Panel for the Eighth Circuit

**Hartford Accident and Indemnity Company,**

*Creditor - Appellant,*

**vs.**

**Capital Credit Union,**

*Creditor - Appellee*

---

APPEAL FROM DECISION OF THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF NORTH DAKOTA
*In Re Pro-Mark Services, Inc. Case No. 24-31067.*

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES**

Patrick Q. Hustead, Esq.
The Hustead Law Firm
4643 S. Ulster Street, Suite 1250
Denver, Colorado 80237
(303) 721-5000

1

Appellant Hartford and Indemnity Company ("Appellant"), by and through its undersigned counsel, hereby submits the following Designation of Record pursuant to Fed.R.Bankr.P. 8009(a)(1)(A).

**1.** **<u>Designation of Items To Be Included In The Record.</u>**

Appellant hereby designates the items to be included in the record on appeal for *In Re Pro-Mark Services*, *Inc.* Case No. 24-31067, United States Bankruptcy Court, District of North Dakota including all exhibits, attachments and/or appendices to each and every filed document relevant to the Appeal.   Specifically, Appellant designates the following pleadings, motions and orders with any and all exhibits:

    a.    Capital Credit Union Motion to Lift Automatic Stay, filed on May 17, 2024. [Doc. 14] (including exhibits).

    b.    Hartford's Response to Motion to Lift Automatic Stay, filed June 5, 2024. [Doc. 24] (including exhibits).

    c.    Amended Notice of Telephonic Hearing. [Doc. 27], filed on June 6, 2024.

    d.    Capital Credit Union Supplemental Brief in Support of Motion to Lift Automatic Stay, filed on July 19, 2024. [Doc. 47]. (including exhibits).

    e.    Hartford's Supplemental Brief in Objection to Motion to

2

Lift Stay, Filed July 19, 2024. [Doc. 50]. (including exhibits)

  f. Declaration of Brad Shelters, filed on July 31, 2024. [Doc. 55] (including exhibits [55-1 to 55-5.])

  g. CCU Witness list, filed on July 31, 2024. [Doc. 56].

  h. CCU exhibit list, filed on July 31, 2024. [Doc. 57].

  i. Exhibits List, filed on July 31, 2024. [Doc. 58].

  j. Witness List, filed on July 31, 2024. [Doc. 59].

  k. Stipulated Statement of Undisputed Facts, filed on August 1, 2024. [Doc. 72].

  l. Notice of Hearing Held, received on August 2, 2024 [Doc. 75].

  m. Order Granting Motion to Lift Automatic Stay, received on August 2, 2024. [Doc. 76].

  n. CCU exhibit list, filed on July 31, 2024. [Doc. 57].

  o. Notice of Hearing Held, received on August 2, 2024. [Doc. 75.]

  p. Order Granting Motion to Lift Automatic Stay, received August 2, 2024. [Doc. 76].

  q. Authority cited or considered, filed August 7, 2024. [Doc.

87].

    r.  Notice of Appeal, filed on August 16, 2024. [Doc. 94].

    s.  Transmittal of Record received August 2, 2024. [Doc. 98].

    t.  Notice of Docketing Record on Appeal, filed on August 1, 2024. [Doc 107].

    u.  Transcript regarding Hearing Held August 2, 2024, submitted by Court Reporter on September 13, 2024. [Doc. 122].

**2.** **<u>Statement of Issues To Be Presented.</u>**

    I.  Whether the Bankruptcy Court erred by determining that Hartford did not have an interest in the Deposit Accounts held by Capital Credit Union.

    II.  In the alternative, whether the Bankruptcy Court erred by attempting to adjudicate the rights and interests under the Intercreditor Agreement between Hartford and Capital Credit Union.

RESPECTFULLY submitted this 23rd day of October, 2024.

Attorney for Appellant

/s/ *Patrick Q. Hustead*
Patrick Q. Hustead, Esq.
Connor L. Cantrell, Esq.
The Hustead Law Firm
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
TEL: 303.721.5000
FAX: 303.721.5001
pqh@thlf.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October, 2024, a true and correct copy of the foregoing APPELLANT'S DESIGNATION OF RECORD was served upon the following:

Caren w. Stanley
Vogel Law Firm
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
cstanley@vogellaw.com
*Attorneys for Capital*
*Credit Union*

*/s/ Patrick Q. Hustead*
Patrick Q. Hustead

5