UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re: ) Bankruptcy No. 24-30167
)
Pro-Mark Services, Inc. )
) AFFIDAVIT OF SERVICE
Debtor. )
)

[1]   I, Jan Schwartz, being first duly sworn and under oath, depose and say: I am of legal age, a citizen of the United States and not a party to the action herein; that on October 31, 2024, I served the following documents:

NOTICE OF CHAPTER 7 BANKRUPTCY CASE

on the persons listed below by placing a true and correct copy of said documents in an envelope addressed as follows:

Mead Lumber
320 West Blvd
Rapid City SD  57701

and deposited same, with postage fully prepaid thereon, in the United States mails at Fargo, North Dakota, for delivery by the United States Post Office Department as directed on the envelope; that there is regular mail service between the place of mailing and the address as directed on the envelope.

[2]   I declare under penalty of perjury under the law of North Dakota that the foregoing is true and correct.

Dated: 10-31-24

Jan Schwartz

Signed in Cass County, ND.