(04/01/13)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Pro-Mark Services, Inc.

Case No. 24-30167

Debtor(s)

**NOTICE TO CREDITOR(S) OF AMENDED SCHEDULE(S)**

You are hereby notified that the debtor has filed the attached amended schedules to include the creditor(s) listed below.

*Include the following if adding an omitted creditor:* Enclosed is a copy of the Notice of Meeting of Creditors.

1. Creditor(s) (name and address): Mead Lumber, 320 West Blvd., Rapid City, SD 57701

2. Claim (amount owed, nature of claim, date incurred): $255.59.

3. Creditor(s) (name and address): Advantage Coating, 884 Arbor Drive, Chaska, MN 55318

4. Claim (amount owed, nature of claim, date incurred): Unknown.

5. Trustee, (name, address, and phone) if one has been appointed: Erik Ahlgren, 220 W. Washington Ave. Ste. 104, Fergus Falls, MN 56537.

6. Deadline for filing proofs of claim:  September 3, 2024.

    If this claim was added to the schedules after the deadline for filing claims stated above or if the deadline will pass within 30 days, the creditor shall have 30 days after the date of service below to file a proof of claim. A proof of claim form is available on the court's website at www.ndb.uscourts.gov.

7. Deadline for filing complaints objecting to discharge of specific debts or the general discharge of debtor under 11 U.S.C. §§ 523, 727:  July 29, 2024

    If this claim was added to the schedules after the deadline for filing complaints stated above or if the deadline will pass within 30 days, the creditor shall have 30 days after the date of service below to file complaints.

Date:  11/1/2024                    /s/ Gene W. Doeling
                                     Gene W. Doeling (ND Atty. # 05078)
                                     Attorney for Debtor
                                     Kaler Doeling, PLLP
                                     3429 Interstate Blvd. S.
                                     Fargo, ND 58103
                                     (701) 232-8757
                                     gene@kaler-doeling.com