Exhibit A - Pro-Mark Services, Inc. United States Air Force contracts

| Contract | Task Order | Award Date | Air Force activity | Payment amount |
|---|---|---|---|---|
| FA4528-19-D-A001 | FA4528-23-F-0072 | 09/12/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0073 | 09/12/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0074 | 09/12/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0075 | 09/12/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0076 | 07/31/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0077 | 07/28/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0078 | 07/28/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0079 | 07/28/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0081 | 07/28/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0082 | 07/28/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0084 | 07/28/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0086 | 07/28/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0087 | 07/28/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0088 | 07/28/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0089 | 07/28/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0090 | 07/28/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0093 | 07/28/23 | Minot Air Force Base, ND | $24,645.98 |
| FA4528-19-D-A001 | FA4528-23-F-0095 | 07/28/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0096 | 07/28/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0097 | 07/28/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0099 | 07/28/23 | Minot Air Force Base, ND | $7,191.26 |
| FA4528-19-D-A001 | FA4528-23-F-0123 | 09/06/23 | Minot Air Force Base, ND | $22,574.50 |
| FA4528-19-D-A001 | FA4528-23-F-0124 | 09/06/23 | Minot Air Force Base, ND | $13,729.85 |
| FA4528-19-D-A001 | FA4528-23-F-0125 | 09/06/23 | Minot Air Force Base, ND | $13,729.85 |
| FA4528-19-D-A001 | FA4528-23-F-0126 | 09/06/23 | Minot Air Force Base, ND | $16,999.30 |
| FA4528-19-D-A001 | FA4528-23-F-0127 | 09/06/23 | Minot Air Force Base, ND | $22,579.10 |
| FA4528-19-D-A001 | FA4528-23-F-0128 | 09/06/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0129 | 09/06/23 | Minot Air Force Base, ND | $19,192.35 |
| FA4528-19-D-A001 | FA4528-23-F-0130 | 09/06/23 | Minot Air Force Base, ND | $4,442.45 |
| FA4528-19-D-A001 | FA4528-23-F-0131 | 09/06/23 | Minot Air Force Base, ND | $6,233.29 |
| FA4528-19-D-A001 | FA4528-23-F-0132 | 09/12/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0133 | 09/12/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0134 | 09/06/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-23-F-0135 | 09/06/23 | Minot Air Force Base, ND | $0 |
| FA4528-19-D-A001 | FA4528-24-F-0003 | 01/10/24 | Minot Air Force Base, ND | $13,403.30 |
| FA4528-20-D-0004 | FA4528-21-F-0091 | 09/27/21 | Minot Air Force Base, ND | |
| FA4528-20-D-0004 | FA4528-22-F-0133 | 09/14/22 | Minot Air Force Base, ND | $39,498.01 |
| FA2517-20-D-0010 | FA2543-22-F-0058 | 9/28/22 | Buckley Air Force Base, CO | $229,594.70 |

Exhibit A - Pro-Mark Services, Inc. United States Air Force contracts

| Contract | Task Order | Award Date | Air Force activity | Payment amount |
|---|---|---|---|---|
| FA4659-17-D-C002 | FA4659-22-F-0059 | 9/28/22 | Grand Forks Air Force Base, ND | $0 |
| FA4600-16-D-6003 | FA4600-20-F-0192 | 9/30/20 | Offutt Air Force Base, NE | $147,137.55 |
| FA4600-21-P-0075 | None | 9/27/21 | Offutt Air Force Base, NE | $6,756 |
| | | | TOTAL | $587,707.49 |