# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re<br><br>PRO-MARK SERVICES, INC.<br><br>Debtor. | Case No. 24-30167<br><br>Chapter 7<br><br>**CORRECTED CERTIFICATE OF SERVICE** |

    I hereby certify that on November 5, 2024, the <u>Notice of Motion, and Motion to Approve Joint Settlement,</u> were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

    ERIK A. AHLGREN on behalf of Trustee Erik A. Ahlgren
    erik@ahlgrenlawoffice.net, lisa@ahlgrenlaw.net; michael@ahlgrenlaw.net;MN23@ecfcbis.com

    Carlos A Alonso on behalf of Plaintiff Erik A. Ahlgren
    carlos.alonsogayon@gtlaw.com

    Connor Cantrell on behalf of Creditor Hartford Accident and Indemnity Company
    clc@thlf.com, jlh@thlf.com

    Jordan Elizabeth Chavez on behalf of Defendant Connie Berg Revocable Living Trust
    jordan.chavez@haynesboone.com

    Andrew D. Cook on behalf of Defendant Mandy Grant
    acook@ohnstadlaw.com, kthompson@ohnstadlaw.com

    GENE W. DOELING on behalf of Debtor Pro-Mark Services, Inc.
    gene@kaler-doeling.com, heather@kaler-doeling.com,mn20@ecfcbis.com

    Michael Fisco on behalf of Plaintiff Erik A. Ahlgren
    fiscom@gtlaw.com

    Aimee Furness on behalf of Defendant Connie Berg Revocable Living Trust
    aimee.furness@haynesboone.com

    Patrick Hustead on behalf of Creditor Hartford Accident and Indemnity Company
    rah@thlf.com, jlh@thlf.com

    Michael Gust on behalf of Defendant Miguel Paredes
    mlgfilings@andersonbottrell.com, jernst@abstlaw.net

    Peter Kieselbach on behalf of Plaintiff Erik A. Ahlgren
    kieselbachp@gtlaw.com, jonestr@gtlaw.com

Joseph Lehnert on behalf of Appraiser Prudent Fiduciary Services
jlehnert@kmklaw.com

Steven R Kinsella on behalf of Interested Party Razor Consulting Solutions
skinsella@fredlaw.com, sstallings@fredlaw.com;autodockets@fredlaw.com

Stephen M. Pezanosky on behalf of Interested Party Connie and Kyle Berg
stephen.pezanosky@haynesboone.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Jacob D Rhode on behalf of Defendant Miguel Paredes
jrhode@kmklaw.com

Michael Lewis Scheier on behalf of Appraiser Prudent Fiduciary Services
mscheier@kmklaw.com

Brenna Helene Scully on behalf of Defendant Kyle Berg
brenna.scully@haynesboone.com

Caren W. Stanley on behalf of Creditor Capital Credit Union
cstanley@vogellaw.com, jnona@vogellaw.com;sthompson@vogellaw.com;
kjohnson@vogellaw.com;jschares@vogellaw.com

Katrina A. Turman Lang on behalf of Creditor Right Choice Electric, Inc.
klang@woldlaw.com, melanie@turmanlaw.com

Maurice VerStandig on behalf of Defendant Chad Dubois
mac@mbvesq.com, mac@dakotabankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I further certify that a copy of the foregoing documents will be mailed by first-class mail, postage paid, to the following non-ECF participant(s):

Cindy Close
Asst. Vice President Stock Plan Services
Principal Life Insurance Company
711 High St.
Des Moines, IA 50392

Jason Luther
Volition Prime Accounting
3247 Oak Ridge Loop E
West Fargo, ND 58078

Austin Moe
Dagger Machinery
920 38th Street N
Fargo, ND 58102

2

Vern Vliet
JV Associates Ltd
PO Box 520
Hutchinson, MN 55350-0520

*Margo M Kern*

Margo M. Kern, Secretary
Office of the United States Attorney

3