## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re<br><br>PRO-MARK SERVICES, INC.<br><br>Debtor. | Case No. 24-30167<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE ON ADDITIONAL MATRIX ADDRESSES** |

      I hereby certify that on November 6, 2024, the <u>Notice of Motion, and Motion to Approve Joint Settlement,</u> were filed electronically with the Clerk of Court through ECF, and the documents mailed by first-class mail, postage paid, to the additional parties per mailing matrix:

Advantage Coating
884 Arbor Dr
Chaska, MN 55318-9500

ACE Consulting
608 Kenne Center DR
Nicholasville, KY 40356-1495

Action Mechanical
PO Box 880
Rapid City, SD 57709-0880

Advanced Business Methods
1515 13th Ave. E.
West Fargo, ND 58078-3403

Air Mechanical, Inc.
1914 4th Ave. NW
West Fargo, ND 58078-1348

Akerman LLP
Andrea S. Hartley, Esq.
98 SE 7th St., Ste 1100
Miami, FL 33131-3525

Akerman LLP
PO Box 4906
Orlando, FL 32802-4906

Black Hills Energy
PO Box 7966
Carol Stream, IL 60197-7966

Brian L. Green
US Dept. of Labor
2300 Main St, Ste 11093
Kansas City, MO 64108-2415

C. I. Construction, LLC
1910 42nd Ave W, Ste 300
Alexandria, MN 56308-0029

Carpet One Commercial
505 S 24th St W
Billings, MT 59102-6245

Cass County Electric
PO Box 6088
Fargo, ND 58108-6088

Cellco Partnership
dba Verizon
William M. Vermette
22001 Loudoun Country PKWY
Ashburn, VA 20147-6122

City Wide Electric, Inc.
1444 River St.
West Fargo, ND 58078-2641

City of Fargo
PO Box 1607
Fargo, ND 58107-1607

City of Minot
Treasurer's Office
PO Box 5006
Minot, ND 58702-5006

Creative Surfaces, Inc.
PO Box 84611
Sioux Falls, SD 57118-4611

DOCU SHRED Inc.
42424 240th St SW
East Grand Forks, MN 56721-9605

Dakota Fence
PO Box 1408
Fargo, ND 58107-1408

Dakota Fire Protection, Inc.
PO Box 5327
Grand Forks, ND 58206-5327

| | | |
|---|---|---|
| Dawson Ins.<br>Marsh & McLennan Agency<br>62886 Collection Ctr Dr<br>Chicago, IL 60693-0628 | Dept. of the Treasury<br>15th and Pennsylvania<br>Washington, DC 20222-0001 | Dept. of the Treasury<br>IRS Center<br>Ogden, UT 84201-0045 |
| Diamond Everley Roofing Contractors<br>PO Box 3509<br>Lawrence, KS 66046-0509 | Enerbase Cooperative Resources<br>PO Box F<br>Minot, ND 58702-0350 | Engineered Controls, Inc.<br>10703 J St.<br>Omaha, NE 58127-1023 |
| Ervgil, Inc.<br>Carpet One<br>505 S. 24th St. W.<br>Billings, MT 59102-6245 | Fastenal Company<br>Attn: Legal<br>2001 Theurer Blvd<br>Winona, MN 55987-9902 | Firelake Construction, Inc.<br>1011 E. 31st St.<br>Lawrence, KS 66046-5103 |
| Gefroh Electric<br>100 45th Ave NW<br>Minot, ND 58703-0115 | Great Plains Natural Gas Co.<br>PO Box 5600<br>Bismarck, ND 58506-5600 | The Hartford<br>Attn: Bankr Unit<br>One Hartford Plaza<br>Mail Drop T-16-285<br>Hartford, CT 06155-0001 |
| Haynes Boone<br>Attn: Todd M. Garland<br>8000 Towers Crescent Dr, Ste 900<br>Vienna VA 22182-6221 | Integrated Openings Solutions<br>14091 W 117th St<br>Olathe, KS 66062-9307 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| J&M Safe Haven Ent., Inc.<br>Melissa Foxworth<br>2020 Creek Dr<br>Rapid City, SD 57703-4124 | JV Assoc., Ltd.<br>PO Box 520<br>Hutchinson, MN 55350-0520 | Jacor, Inc.<br>w182s8353 Racine Ave<br>Muskego, WI 53150-9046 |
| Johnson Controls Fire Prot<br>Dept. CH 10320<br>Palatine, IL 60055-0001 | Johnson Controls Fire Prot.<br>Johnson Controls, Inc.<br>5757 N Green Bay Ave<br>Glendale, WI 53209-4408 | Johnson Controls, Inc.<br>PO Box 730068<br>Dallas, TX 75373-0068 |
| KEFLEX Contracting<br>4880 G St.<br>Omaha, ND 58117-1415 | LaCreek Development Corp.<br>21617 US Hwy 18, Ste B<br>Martin, SD 57551-5944 | Linn Grove Center<br>5012 53rd St S<br>Fargo, ND 58104-6006 |
| M & K Porta Potties<br>PO Box 14942<br>Grand Forks, ND 58208-4942 | Marco<br>PO Box 660831<br>Dallas, TX 75266-60831 | Mark Kragness<br>43602 Bass Harbor Rd.<br>Pelican Rapids, MN 56572-7582 |

Mead Lumber
320 West Blvd
Rapid City, SD 57701-2671

Marsh McClennan Agency
Becky Hecker
505 Broadway N Ste 100
Fargo, ND 58102-4654

McElroy Elec., Inc.
3300 SW Topeka Blvd, Ste 1
Topeka, KS 66611-2274

Medica
NW 798, PO Box 1450
Minneapolis, MN 55485-7958

Menards
PO Box 60506
City of Industry, CA 91716-0606

Minnesota Revenue
PO Box 64649
Saint Paul, MN 55164-0649

Austin Moe
Dagger Machinery
920 38th St. N
Fargo, ND 58102-2914

Montana Dept. of Revenue
Attn Bankr Unit
PO Box 7701
Helena, MT 59604-7701

Montana Dakota Utilities Co
PO Box 5600
Bismarck, ND 58506-5600

Nebraska Dept of Revenue
Attn: Bankr Unit
PO Box 94818
Lincoln, NE 68509-4818

Office of the State Tax Commr
600 E Boulevard Ave Dept 127
Bismarck, ND 58505-0599

Oracle America, Inc.
c/o Oracle/Submittal Exchg
PO Box 203448
Dallas, TX 75320-3448

Peak Fall Protection
350 Green Oaks Parkway
Holly Springs, NC 27540-6178

Pierce Investment Co
PO Box 14111
Grand Forks, ND 58208-4111

Point North Networks Inc
2910 Upper 55th St E
Inver Grove Heights, MN 55076-1673

Principal Life Ins Co
c/o Barbara Warner
711 High St
Des Moines, IA 50392-0001

River City Woodworks
1208 E 25th St
Lawrence KS 66046-5036

S.C.S.
5019 Chesbro Ct.
Lawrence, KS 66049-4977

Securities & Exchange Commn
175 W Jackson Blvd
Chicago, IL 60604-2908

SD Dept of Revenue
445 E Capitol Ave.
Pierre, SD 57501-3100

Steptoe & Johnson LLP
Shiona Baum Sr Mgr
1330 Connecticut Ave NW
Washington DC 20036-1704

Steptoe LLP
Attn: Iris Benett, Joshua Taylor
1330 Connecticut Ave NW
Washington, DC 20036-1704

Swiftec, Inc.
1714 Creek Dr.
Rapid City, SD 57703-4133

Taxation Revenue
1200 S St. Francis DR
Sante Fe, NM 87505-4034

Tollefson's Contract Division
PO Box 698
Minot, ND 58702-0698

Roby Smith, Treasurer
Treasurer's Off, Capitol Bldg
Des Moines, IA 50319

Tucker Ellis LLP
PO Box 74717
Cleveland OH 44194-0002

United Bird & Bat Control LLC
PO Box 14290
Scottsdale, AZ 85267-4290

Verendrye Elec Coop
615 Hwy 52 W
Velva, ND 58790-7417

Verizon Wireless
Bankr Adm
500 Technology Dr, Ste 550
St. Charles, MO 53304-2225

3

Virginia Dept of Taxation
PO Box 17777
Richmond, VA 23226

Volition Prime Accounting
3247 Oak Ridge Loop E
West Fargo, ND 58078-8482

Wagner Falconer & Judd Ltd
100 S 5th St, Ste 800
Minneapolis, MN 55402-5357

Wex Bank
1 Hancock St
Portland ME 04101-4217

Xcel Energy
Attn Bankr Dept
PO Box 9477
Minneapolis, MN 55484-0001

*(signature)*

Margo M. Kern, Secretary
Office of the United States Attorney

4