UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>Pro-Mark Services, Inc. | CASE NO: 24-30167<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br>ECF Docket Reference No. 160 |

On 11/6/2024, I did cause a copy of the following documents, described below,

Notice of Motion and Motion for Sale of Estate Assets ECF Docket Reference No. 160

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/6/2024

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>Pro-Mark Services, Inc. | CASE NO: 24-30167<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 160 |

On 11/6/2024, a copy of the following documents, described below,

Notice of Motion and Motion for Sale of Estate Assets ECF Docket Reference No. 160

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/6/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                               EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING       (U)BAD INVESTMENTS LLP              CAPITAL CREDIT UNION
NCRS ADDRESS DOWNLOAD                                                       ATTN CAREN STANLEY
CASE 24-30167                                                               VOGEL LAW FIRM
DISTRICT OF NORTH DAKOTA                                                    PO BOX 1389
TUE NOV 5 13-51-4 PST 2024                                                  FARGO  ND 58107-1389


EXCLUDE                                 DEBTOR                              EXCLUDE
(U)HARTFORD ACCIDENT AND INDEMNITY      PROMARK SERVICES  INC               (U)PRUDENT FIDUCIARY SERVICES
COMPANY                                 5012 53RD ST S  SUITE G
                                        FARGO  ND 58104-6006


EXCLUDE                                                                     EXCLUDE
(U)RAZOR CONSULTING SOLUTIONS           RIGHT CHOICE ELECTRIC  INC          (U)USAUSAF
                                        2104 MILL RD  STE A
                                        GRAND FORKS  ND 58203-1542


EXCLUDE
US BANKRUPTCY COURT                     ACE CONSULTING                      ACE CONSULTING COMPANY  LLC
655 1ST AVENUE NORTH  SUITE 210         608 KEENECENTER DRIVE               608 KEENE CENTRE DRIVE
FARGO  ND 58102-4932                    NICHOLASVILLE  KY 40356-1495        NICHOLASVILLE  KY 40356-1495


                                                                            EXCLUDE
ACTION MECHANICAL                       ADVANCED BUSINESS METHODS           (D)ADVANCED BUSINESS METHODS  INC
PO BOX 880                              1515 13TH AVE E                     1515 13TH AVE E
RAPID CITY  SD 57709-0880               WEST FARGO  ND 58078-3403           WEST FARGO  ND 58078-3403


ADVANTAGE COATING                       AIR MECHANICAL INC                  AKERMAN LLP
884 ARBOR DRIVE                         1914 4TH AVE NW                     ANDREA S HARTLEY  ESQ
CHASKA  MN 55318-9500                   WEST FARGO  ND 58078-1348           AKERMAN LLP
                                                                            98 SE 7TH STREET  SUITE 1100
                                                                            MIAMI  FL 33131-3525


AKERMAN LLP                             BAD INVESTMENTS LLP                 BAD INVESTMENTS
PO BOX 4906                             CO STEPHEN PEZANOSKY                KYLE BERG
ORLANDO  FL 32802-4906                  HAYNES AND BOONE  LLP               5012 2ND ST E
                                        301 COMMERCE STREET  SUITE 2600     WEST FARGO ND 58078-8208
                                        FORT WORTH  TX 76102-4160


BERGER ENTERPRISES  LLC                 BERGER ENTERPRISES  LLC             BLACK HILLS ENERGY
1826 25TH ST NE                         CO CAREN W STANLEY                  PO BOX 7966
EMERADO  ND 58228-9779                  VOGEL LAW FIRM                      CAROL STREAM  IL 60197-7966
                                        PO BOX 1389
                                        FARGO  ND  58107-1389


BRIAN L GREEN                           CI CONSTRUCTION  LLC                CAPITAL CREDIT UNION
US DEPARTMENT OF LABOR                  1910 42ND AVE W  SUITE 300          BRAD SHETLERCHIEF LENDING OFFICER
2300 MAIN STREET                        ALEXANDRIA  MN 56308-0029           PO BOX 2096
SUITE 11093                                                                 BISMARCK  ND 58502-2096
KANSAS CITY  MO 64108-2415
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CAPITAL CREDIT UNION                CAPITAL CREDIT UNION                CARPET ONE COMMERCIAL
CO CAREN STANLEY                    CO CAREN W STANLEY                  505 S 24TH ST W
VOGEL LAW FIRM                      VOGEL LAW FIRM                      BILLINGS  MT 59102-6245
PO BOX 1389                         PO BOX 1389
FARGO  ND 58107-1389                FARGO ND  58107-1389


CASS COUNTY ELECTRIC                CELLCO PARTNERSHIP DBA VERIZON WIRELESS   CITY WIDE ELECTRIC  INC
PO BOX 6088                         WILLIAM M VERMETTE                        1444 RIVER ST
FARGO  ND 58108-6088                22001 LOUDOUN COUNTY PKWY                 WEST FARGO  ND 58078-2641
                                    ASHBURN  VA 20147-6122


CITY OF FARGO                       CITY OF MINOT                       CONNIE BERG
PO BOX BOX 1607                     TREASURERS OFFICE                   5012 2ND ST E
FARGO  ND 58107-1607                PO BOX BOX 5006                     WEST FARGO ND 58078-8208
                                    MINOT  ND 58702-5006


CONNOR L CANTRELL                   CONNOR L CANTRELL  ESQ              CREATIVE SURFACES INC
THE HUSTEAD LAW FIRM                THE HUSTEAD LAW FIRM                PO BOX 84611
4643 S ULSTER STREET  SUITE 1250    4643 S ULSTER ST SUITE 1250         SIOUX FALLS  SD 57118-4611
DENVER  CO 80237-4307               DENVER  CO 80237-4307


DOCU SHRED INC                      DAKOTA FENCE                        DAKOTA FIRE PROTECTION  INC
42424 240TH ST SW                   PO BOX 1408                         PO BOX BOX 5327
EAST GRAND FORKS  MN 56721-9605     FARGO  ND 58107-1408                GRAND FORKS  ND 58206-5327


DAWSON INS  MARSH  MCLENNAN AGENCY LLC   DEPARTMENT OF THE TREASURY     DIAMOND EVERLEY ROOFING CONTRACTORS
62886 COLLECTION CENTER DRIVE            INTERNAL REVENUE SERVICE CENTER PO BOX 3509
CHICAGO  IL 60693-0628                   OGDEN  UT 84201-0045           LAWRENCE  KS 66046-0509


                                                                        EXCLUDE
ENERBASE COOPERATIVE RESOURCES      ENGINEERED CONTROLS INC             (D)ENGINEERED CONTROLS  INC
PO BOX F                            10703 J STREET                      10703 J STREET
MINOT  ND 58702-0350                OMAHA  NE 68127-1023                OMAHA  NE 68127-1023


ERVGIL  INC                         (P)FARGO GLASS  PAINT CO            FARGO GLASS  PAINT CO
CARPET ONE                          ATTN WADE N BAKKE                   CO CAREN W STANLEY
505 SO 24TH ST W                    1801 7TH AVE N                      VOGEL LAW FIRM
BILLINGS MT 59102-6245              FARGO ND 58102-3203                 PO BOX 1389
                                                                        FARGO ND  58107-1389


FASTENAL COMPANY                    FIRELAKE CONSTRUCTION  INC          GEFROH ELECTRIC
ATTN LEGAL                          1011 E 31ST ST                      100 45TH AVE NW
2001 THEURER BLVD                   LAWRENCE  KS 66046-5103             MINOT  ND 58703-0115
WINONA  MN 55987-9902
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


GREAT PLAINS NATURAL GAS CO          (P)THE HARTFORD                      HARTFORD ACCIDENT AND INDEMNITY COMPAN
PO BOX 5600                          ATTN BANKRUPTCY UNIT                 CO CONNOR L CANTRELL   ESQ
BISMARCK   ND 58506-5600             ONE HARTFORD PLAZA                   THE HUSTEAD LAW FIRM
                                     MAIL DROP T-16-285                   4643 S ULSTER ST SUITE 1250
                                     HARTFORD CT 06155-0001               DENVER   CO 80237-4307



HARTFORD ACCIDENT AND INDEMNITY COMPANY  HAYNES BOONE                     INTEGRATED OPENINGS SOLUTIONS LLC
CO PATRICK Q HUSTEAD   ESQ           ATTN TODD M GARLAND                  14901 WEST 117TH STREET
THE HUSTEAD LAW FIRM                 8000 TOWERS CRESCENT DRIVE  STE 900  OLATHE   KS 66062-9307
4643 S ULSTER ST SUITE 1250          VIENNA   VA 22182-6221
DENVER   CO 80237-4307



JM SAFE HAVEN ENTERPRISES   INC      JV ASSOCIATES   LTD                  JACOR INC
MELISSA FOXWORTH                     PO BOX 520                           W182S8363 RACINE AVE
2020 CREEK DRIVE                     HUTCHINSON   MN 55350-0520           MUSKEGO   WI 53150-9046
RAPID CITY   SD 57703-4124



JOHNSON CONTROLS FIRE PROT LP        JOHNSON CONTROLS FIRE PROTECTION LP  JOHNSON CONTROLS   INC
DEPT CH 10320                        5757 N GREEN BAY AVENUE              5757 N GREEN BAY AVENUE
PALATINE   IL 60055-0001             GLENDALE   WI 53209-4408             GLENDALE   WI 53209-4408



JOHNSON CONTROLS   INC               KEFLEX CONTRACTING                   KATRINA A TURMAN LANG
PO BOX 730068                        4880 G STREET                        WOLD JOHNSON PC
DALLAS   TX 75373-0068               OMAHA   NE 68117-1415                PO BOX 1680
                                                                          FARGO   ND 58107-1680



KYLE   CONNIE BERG  BAD INVESTMENTS LLP  KYLE   CONNIE BERG  BAD INVESTMENTS LLP  LACREEK DEVELOPMENT CORPORATION
CO JORDAN CHAVEZ                     CO STEPHEN PEZANOSKY                 21617 US HWY 18 SUITE B
HAYNES AND BOONE   LLP               HAYNES AND BOONE   LLP               MARTIN   SD 57551-5944
2801 N HARWOOD ST  SUITE 2300        301 COMMERCE ST  SUITE 2600
DALLAS   TX 75201-2754               FT WORTH   TX 76102-4160



LINN GROVE CENTER                    M  K PORTA POTTIES                   MK PORTA POTTIES
5012 53RD STREET S                   PO BOX 14942                         PO BOX BOX  1494
FARGO   ND 58104-6006                GRAND FORKS   ND 58208-4942          GRAND FORKS   ND 58208



MARCO                                MARK KRAGNESS                        MARSH MCCLENNAN AGENCY
PO BOX 660831                        43602 BASS HARBOR ROAD               BECKY HECKER
DALLAS   TX 75266-0831               PELICAN RAPIDS   MN 56572-7582       505 BROADWAY NORTH SUITE 100
                                                                          FARGO   ND 58102-4654



MAURICE B VERSTANDIG                 MCELROY ELECTRIC INC                 MCELROYS ELECTRIC INC
THE DAKOTA BANKRUPTCY FIRM           300 SW TOPEKA BLVD                   3300 SW TOPEKA BLVD
1630 1ST AVENUE N                    TOPEKA   KS 66603                    TOPEKA   KS 66611-2274
SUITE B PMB 24
FARGO   NORTH DAKOTA 58102-4246
```

Case 24-30167   Doc 162   Filed 11/06/24   Entered 11/06/24 09:54:57   Desc Main
Document   Page 6 of 8

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECC SERVICE were not served via First Class USPS Mail Service.

```
MEAD LUMBER                          MEDICA                               MENARDS
320 WEST BLVD                        NW 798  PO BOX 1450                  PO BOX 60506
RAPID CITY SD 57701-2671             MINNEAPOLIS  MN 55485-7958           CITY OF INDUSTRY  CA 91716-0506


MINNESOTA REVENUE                    (P)MONTANA DEPARTMENT OF REVENUE    (P)MONTANA DAKOTA UTILITIES CO
PO BOX BOX 64649                     ATTN BANKRUPTCY UNIT                 PO BOX 5600
SAINT PAUL   MN 55164-0649           PO BOX 7701                          BISMARK ND 58506-5600
                                     HELENA MT 59604-7701


MONTANADAKOTA UTILITIES CO           MOWBRAY   SON INC                    MOWBRAY   SON PLUMBING   HEATING   INC
PO BOX 5600                          PO BOX 878                           CO CAREN W STANLEY
BISMARCK  ND 58506-5600              MINOT  ND 58702-0878                 VOGEL LAW FIRM
                                                                          PO BOX 1389
                                                                          FARGO ND  58107-1389


MOWBRAY   SONS PLUMBING   HEARING   INC   (P)NEBRASKA DEPARTMENT OF REVENUE   OFFICE OF THE STATE TAX COMMISSIONER
CO CAREN W STANLEY                   ATTN ATTENTION BANKRUPTCY UNIT      600 E BOULEVARD AVE DEPT 127
VOGEL LAW FIRM                       PO BOX 94818                         BISMARCK  ND 58505-0599
PO BOX 1389                          LINCOLN NE 68509-4818
FARGO  ND  58107-1389


ORACLE AMERICA  INC                  PEAK FALL PROTECTION                 PIERCE INVESTMENT CO
CO ORACLESUBMITTAL EXCHANGE          350 GREEN OAKS PARKWAY               PO BOX BOX 14111
PO BOX 203448                        HOLLY SPRINGS  NC 27540-6178         GRAND FORKS  ND 58208-4111
DALLAS   TX 75320-3448


POINT NORTH NETWORKS INC             PRINCIPAL LIFE INSURANCE COMPANY     PRUDENT FIDUCIARY SERVICES AND MIGUEL
2910 UPPER 55TH ST E                 CO BARBARA WARNER                    PAREDE
INVER GROVE HEIGHTS   MN 55076-1673  711 HIGH ST                          CO JOSEPH E LEHNERT
                                     DES MOINES   IA 50392-0001           KEATING MUETHING   KLEKAMP PLL
                                                                          ONE EAST FOURTH STREET   SUITE 1400
                                                                          CINCINNATI   OHIO 45202-3752


PRUDENT FIDUCIARY SERVICES AND MIGUEL   QUALITY COATINGS   TILE           QUALITY COATINGS   TILE   LLC DBA HERZOG
PAREDE                               3918 37TH AVE S                      COAT
CO MICHAEL L SCHEIER                 FARGO  ND 58104-7380                 CO CAREN W STANLEY   VOGEL LAW FIRM
KEATING MUETHING   KLEKAMP PLL                                            PO BOX 1389
ONE EAST FOURTH STREET   SUITE 1400                                       FARGO  ND 58107-1389
CINCINNATI   OHIO 45202-3752

                                                                          EXCLUDE
RAZOR CONSULTING SOLUTIONS   INC     RAZOR CONSULTING SOLUTIONS   INC     (D)RIGHT CHOICE ELECTRIC INC
5625 51ST AVE S                      CO STEVEN R KINSELLA                 2104 MILL RD  STE A
FARGO  ND 58104-6064                 FREDRIKSON  BYRON  PA                GRAND FORKS  ND 58203-1542
                                     60 SOUTH SIXTH STREET   SUITE 1500
                                     MINNEAPOLIS  MN 55402-1425


RIGHT CHOICE ELECTRIC   INC          RIVER CITY WOODWORKS                 RYAN GLASS INC
CO KATRINA A TURMAN LANG             1208 E 25TH STREET                   1535 TUSKEGEE PLACE
WOLD JOHNSON  PC                     LAWRENCE  KS 66046-5036              COLORADO SPRINGS  CO 80915-2656
500 2ND AVE N  SUITE 400
PO BOX 1680
FARGO  ND 58107-1680
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RYAN GLASS INC<br>PATRICK R AKERS<br>3615 DELGANY STREET SUITE 1100<br>DENVER CO 80216-3997 | SCS<br>5019 CHESBRO CT<br>LAWRENCE KS 66049-4977 | SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVENUE<br>PIERRE SD 57501-3100 |
| STEPTOE JOHNSON LLP<br>SHIONA H BAUM SR MANAGER COLLECTIONS<br>1330 CONNECTICUT AVE NW<br>WASHINGTON DC 20036-1704 | STEPTOE LLP<br>ATTN IRIS BENETTJOSHUA TAYLOR<br>1330 CONNECTICUT AVE NW<br>WASHINGTON DC 20036-1704 | SWIFTEC INC<br>1714 CREEK DR<br>RAPID CITY SD 57703-4133 |
| TAXATION REVENUE NEW MEXICO<br>1200 SOUTH ST FRANCIS DRIVE<br>SANTA FE NM 87505-4034 | THE HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>CO THE HUSTEAD LAW FIRM<br>4643 S ULSTER STREET SUITE 1250<br>DENVER CO 80237-4307 | TOLLEFSONS CONTRACT DIVISION<br>PO BOX 698<br>MINOT ND 58702-0698 |
| TREASURERSTATE OF IOWA<br>ROBY SMITH<br>STATETREASURERS OFFICECAPITOL BUI<br>DES MOINES IA 50319 | TUCKER ELLIS LLP<br>PO BOX 74717<br>CLEVELAND OH 44194-0002 | US DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>209 SOUTH LASALLE ST SUITE 600<br>CHICAGO IL 60604-1446 |
| US DEPARTMENT OF LABOR EBSA<br>2300 MAIN STREET SUITE 11093<br>KANSAS CITY MO 64108-2415 | US DEPT OF JUSTICE ANTITRUST DIVISION<br>UNITED STATES ATTORNEYS OFFICE<br>ATTN USA MATTHEW GREENLEY<br>655 1ST AVE N STE 250<br>FARGO ND 58102-4932 | UNITED BIRD BAT CONTROL LLC<br>PO BOX 14290<br>SCOTTSDALE AZ 85267-4290 |
| (P)VERENDRYE ELECTRIC COOPERATIVE<br>615 HIGHWAY 52 W<br>VELVA ND 58790-7417 | VERIZON WIRELESS<br>BANKRUPTCY ADMINISTRATION<br>500 TECHNOLOGY DRIVE SUITE 550<br>SAINT CHARLES MO 63304-2225 | VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 17777<br>RICHMOND VA 23226 |
| VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO ND 58078-8482 | WAGNER FALCONER JUDD LTD<br>100 SOUTH FIFTH STREET<br>SUITE 800<br>MINNEAPOLIS MN 55402-5357 | (P)WEX BANK<br>1 HANCOCK STREET<br>PORTLAND ME 04101-4217 |
| (P)XCEL ENERGY<br>ATTN ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 | AUSTIN MOE<br>DAGGER MACHINERY<br>920 38TH STREET N<br>FARGO ND 58102-2914 | CHAD DUBOIS<br>4419 66TH ST S<br>FARGO ND 58104-6021 |
| CINDY CLOSE<br>ASST VICE PRESIDENT STOCK PLAN SERVICES<br>PRINCIPAL LIFE INSURANCE COMPANY<br>711 HIGH ST<br>DES MOINES IA 50392-0001 | EXCLUDE<br>(U)CONNIE BERG | EXCLUDE<br>ERIK A AHLGREN<br>BANKRUPTCY TRUSTEE<br>220 W WASHINGTON AVE SUITE 105<br>FERGUS FALLS MN 56537-2569 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~
~~GENE W DOELING~~
~~KALER DOELING LAW OFFICE~~
~~3429 INTERSTATE BLVD S~~
~~PO BOX 9231~~
~~FARGO  ND 58106-9231~~

JASON LUTHER
VOLITION PRIME ACCOUNTING
3247 OAK RIDGE LOOP E
WEST FARGO  ND 58078-8482

~~EXCLUDE~~
~~(U)KYLE BERG~~

~~EXCLUDE~~
~~(U)MIGUEL PAREDES~~

ROBERT B RASCHKE
ASSISTANT US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320

VERN VLIET
JV ASSOCIATES LTD
PO BOX 520
HUTCHINSON  MN 55350-0520