**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                    Bky. Case No. 24-30167
                                                          Chapter 7
Pro-Mark Services, Inc,

                                                          **ORDER**

                    Debtor.

_____/

On October 14, 2024, the Bankruptcy Trustee filed a Motion for Sale of Property, seeking Court approval of an auction sale of property owned by the bankruptcy estate and authorization to pay auctioneer fees.  Doc. 145.  The Bankruptcy Trustee served the motion and notice on all creditors. The Court received no objections.  Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the proposed sale is fair and reasonable and in the best interests of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Sale of Property is **GRANTED**.  The Trustee is authorized to sell the bankruptcy estate's interest in the following property:

- 2022 ABU BD BUMPER DUMP 08216BD270, VIN 4UGFD1623ND039229
- 2021 LOAD CH8320072 32978, VIN 4ZECH2026M1227692
- 2019 ROADCLIPPER DUMP TRAILER LPD207 14X82, VIN 6UFU1428K1217882
- 2019 MAXHD G8X8326 GRAVITY TILT, VIN 598BC2622KM059804
- 2016 MARK LINE INDS. BUMPER HITCH 8X28 OFFICE, VIN IN04082
- 2013 UNITED ENCLOSED, VIN 56JTE2424DA131842
- 2012 PJ DECKOVER, VIN 4P5F82224C1174607
- 2011 UNITED BUMPER HITCH, VIN 48BTE1627BA120233
- 2010 MARK LINE OFFICE TRAILER, VIN IN037324
- 2001 LOADMASTER BUMPER HITCH, VIN 4JLUB12164G2M6017
- 2017 BOBCAT COMPACT TRACK LOADER, VIN AT6313558
- 2017 BOBCAT T650 TRACK LOADER BLJG22838, VIN ALJG22838
- 2008 MEC 3772 RT MAN LIFT, VIN 9301218
- 2005 SKYTRAK TELESCOPIC LIFT, VIN 1602011274
- 2005 GENIE S-54 TELESCOPIC, VIN S45058614
- 2002 KOMATSU HYDRAULIC EXCAVATOR, VIN 15604
- 2021 HRML M210RB, VIN 5SFNB2226ME468816
- 2021 HRML M210RB, VIN 5SFNB2228ME468820
- 2021 HRML M210RB, VIN 5SFNB2223ME468773

The Bankruptcy Trustee is also authorized to deliver title and execute other documents necessary to effectively sell the asset and convey title to the purchaser at the sale.  Additionally, the Bankruptcy Trustee may pay the auctioneers fees and costs of the sale at the conclusion of the auction.  Upon completion of the sale, the Bankruptcy Trustee shall file a Report of Sale.

The Trustee's request for waiver of the stay under Federal Rule of Bankruptcy Procedure 6004(h) is also **GRANTED**.

Dated this 6th day of November, 2024.


/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court