United States Bankruptcy Court

District of North Dakota

In re: Case No. 24-30167-skh

Pro-Mark Services, Inc. Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 3

Date Rcvd: Nov 06, 2024      Form ID: pdf2some      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Pro-Mark Services, Inc., 5012 53rd St. S., Suite G, Fargo, ND 58104-6006 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aimee Furness | on behalf of Defendant Connie Berg Revocable Living Trust aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Kyle Berg aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Kyle R. Berg Revocable Living Trust aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Connie Berg aimee.furness@haynesboone.com |
| Andrew D. Cook | on behalf of Defendant Mandy Grant acook@ohnstadlaw.com kthompson@ohnstadlaw.com |

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 06, 2024 | Form ID: pdf2some | Total Noticed: 1 |

Brenna Helene Scully
    on behalf of Defendant Connie Berg brenna.scully@haynesboone.com

Brenna Helene Scully
    on behalf of Defendant Connie Berg Revocable Living Trust brenna.scully@haynesboone.com

Brenna Helene Scully
    on behalf of Defendant Kyle Berg brenna.scully@haynesboone.com

Brenna Helene Scully
    on behalf of Defendant Kyle R. Berg Revocable Living Trust brenna.scully@haynesboone.com

Caren W. Stanley
    on behalf of Creditor Capital Credit Union cstanley@vogellaw.com
    jnona@vogellaw.com;sthompson@vogellaw.com;jschares@vogellaw.com

Carlos A Alonso
    on behalf of Plaintiff Erik A. Ahlgren carlos.alonsogayon@gtlaw.com

Carlos A Alonso
    on behalf of Trustee Erik A. Ahlgren carlos.alonsogayon@gtlaw.com

Connor Cantrell
    on behalf of Creditor Hartford Accident and Indemnity Company clc@thlf.com jlh@thlf.com

ERIK A. AHLGREN
    on behalf of Trustee Erik A. Ahlgren erik@ahlgrenlawoffice.net
    lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net

ERIK A. AHLGREN
    on behalf of Plaintiff Erik A. Ahlgren erik@ahlgrenlawoffice.net
    lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net

Erik A. Ahlgren
    trustee@prtel.com trustee@prtel.com;erik@ahlgrenlawoffice.net;eaa@trustesolutions.net

GENE W. DOELING
    on behalf of Debtor Pro-Mark Services Inc. gene@kaler-doeling.com, heather@kaler-doeling.com,mn20@ecfcbis.com

Jacob D Rhode
    on behalf of Defendant Miguel Paredes jrhode@kmklaw.com

Jordan Elizabeth Chavez
    on behalf of Defendant Connie Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Interested Party Connie Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Defendant Kyle R. Berg Revocable Living Trust jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Defendant Kyle Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Interested Party Kyle Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Interested Party BAD Investments LLP jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Defendant Connie Berg Revocable Living Trust jordan.chavez@haynesboone.com

Joseph Lehnert
    on behalf of Appraiser Prudent Fiduciary Services jlehnert@kmklaw.com

Joseph Lehnert
    on behalf of Appraiser Miguel Paredes jlehnert@kmklaw.com

Katrina A. Turman Lang
    on behalf of Creditor Right Choice Electric Inc. klang@woldlaw.com, melanie@turmanlaw.com

Maurice VerStandig
    on behalf of Defendant Chad Dubois mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Interested Party Chad Dubois mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Melissa H Burkland
    on behalf of Creditor USA/USAF Melissa.Burkland@usdoj.gov
    Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 06, 2024 | Form ID: pdf2some | Total Noticed: 1 |

Michael Fisco
    on behalf of Trustee Erik A. Ahlgren fiscom@gtlaw.com

Michael Fisco
    on behalf of Plaintiff Erik A. Ahlgren fiscom@gtlaw.com

Michael Gust
    on behalf of Defendant Miguel Paredes mlgfilings@andersonbottrell.com jernst@abstlaw.net

Michael Lewis Scheier
    on behalf of Appraiser Miguel Paredes mscheier@kmklaw.com

Michael Lewis Scheier
    on behalf of Defendant Miguel Paredes mscheier@kmklaw.com

Michael Lewis Scheier
    on behalf of Appraiser Prudent Fiduciary Services mscheier@kmklaw.com

Patrick Hustead
    on behalf of Creditor Hartford Accident and Indemnity Company rah@thlf.com jlh@thlf.com

Peter Kieselbach
    on behalf of Trustee Erik A. Ahlgren kieselbachp@gtlaw.com jonestr@gtlaw.com

Peter Kieselbach
    on behalf of Plaintiff Erik A. Ahlgren kieselbachp@gtlaw.com jonestr@gtlaw.com

Robert B. Raschke
    USTPRegion12.SX.ECF@usdoj.gov

Stephen M. Pezanosky
    on behalf of Defendant Connie Berg Revocable Living Trust stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Interested Party Connie Berg stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Defendant Connie Berg stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Defendant Kyle R. Berg Revocable Living Trust stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Interested Party BAD Investments LLP stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Interested Party Kyle Berg stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Defendant Kyle Berg stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Steven R Kinsella
    on behalf of Interested Party Razor Consulting Solutions skinsella@fredlaw.com sstallings@fredlaw.com;docketing@fredlaw.com

TOTAL: 49

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bky. Case No. 24-30167 |
| | Chapter 7 |
| Pro-Mark Services, Inc, | **ORDER** |
| Debtor. | |
| _____/ | |

On October 14, 2024, the Bankruptcy Trustee filed a Motion for Sale of Property, seeking Court approval of an auction sale of property owned by the bankruptcy estate and authorization to pay auctioneer fees. Doc. 145. The Bankruptcy Trustee served the motion and notice on all creditors. The Court received no objections. Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the proposed sale is fair and reasonable and in the best interests of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Sale of Property is **GRANTED**. The Trustee is authorized to sell the bankruptcy estate's interest in the following property:

- 2022 ABU BD BUMPER DUMP 08216BD270, VIN 4UGFD1623ND039229
- 2021 LOAD CH8320072 32978, VIN 4ZECH2026M1227692
- 2019 ROADCLIPPER DUMP TRAILER LPD207 14X82, VIN 6UFU1428K1217882
- 2019 MAXHD G8X8326 GRAVITY TILT, VIN 598BC2622KM059804
- 2016 MARK LINE INDS. BUMPER HITCH 8X28 OFFICE, VIN IN04082
- 2013 UNITED ENCLOSED, VIN 56JTE2424DA131842
- 2012 PJ DECKOVER, VIN 4P5F82224C1174607
- 2011 UNITED BUMPER HITCH, VIN 48BTE1627BA120233
- 2010 MARK LINE OFFICE TRAILER, VIN IN037324
- 2001 LOADMASTER BUMPER HITCH, VIN 4JLUB12164G2M6017
- 2017 BOBCAT COMPACT TRACK LOADER, VIN AT6313558
- 2017 BOBCAT T650 TRACK LOADER BLJG22838, VIN ALJG22838
- 2008 MEC 3772 RT MAN LIFT, VIN 9301218
- 2005 SKYTRAK TELESCOPIC LIFT, VIN 1602011274
- 2005 GENIE S-54 TELESCOPIC, VIN S45058614
- 2002 KOMATSU HYDRAULIC EXCAVATOR, VIN 15604
- 2021 HRML M210RB, VIN 5SFNB2226ME468816
- 2021 HRML M210RB, VIN 5SFNB2228ME468820
- 2021 HRML M210RB, VIN 5SFNB2223ME468773

1

The Bankruptcy Trustee is also authorized to deliver title and execute other documents necessary to effectively sell the asset and convey title to the purchaser at the sale. Additionally, the Bankruptcy Trustee may pay the auctioneers fees and costs of the sale at the conclusion of the auction. Upon completion of the sale, the Bankruptcy Trustee shall file a Report of Sale.

The Trustee's request for waiver of the stay under Federal Rule of Bankruptcy Procedure 6004(h) is also **GRANTED**.

Dated this 6th day of November, 2024.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court

2