**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Pro-Mark Services, Inc.,                                      Bky. Case No.: 24-30167
                                                                                                         Chapter 7

                Debtor.

---

**NOTICE OF MOTION AND MOTION FOR SALE**
**OF PROPERTY**

---

       Erik A. Ahlgren, the bankruptcy Trustee in this case, respectfully requests that the Court approve the sale of the following described property fully owned by the bankruptcy estate.

- 2023 Ford F350 Super Duty Truck, VIN 1FT8W3BT3PEC56799;
- 2022 Ford F350 Lariat, VIN 1FT8W3BT4NEF29410;
- 2019 Ford F550 Crew, VIN 1FD0W5HT4KEF69820;
- 2018 Ford F350 Super Duty, VIN 1FT8W3BTXJEB96589;
- 2015 Ford F350 Super Duty, VIN 1FT8W3BT6FEC35878;
- 2013 Ford F550 Crew, VIN 1FD0W5HT2DEB64235; and
- 2003 Chevy K2500 HD Silverado, VIN 1GCHK231X3F145674.

       Jeff Martin Auctioneers, Inc. will auction the items listed above by live and online auction on December 17, 2024 starting at 5:30 p.m. CST and ending at 7:30 p.m. CST. The live auction will be held at 2910 9th St, Glencoe, MN 55336. The online auction website is www.jeffmartinauctioneers.com. The sale is as is and where is, without any representations or warranties and is subject to any existing liens and encumbrances, which the trustee believes there to be none at this time. The Trustee believes that the sale is in the best interest of the estate.

       Therefore the trustee respectfully requests that the Court issue an Order authorizing the trustee to sell the above-listed property. The trustee also respectfully requests the Court that he be permitted to pay Jeff Martin Auctioneers, Inc. auctioneer, the fees and costs of the sale at the conclusion of the sale. The trustee shall file a Report of Sale upon completion of the auction sale.

       The Trustee requests that the stay pursuant to Bankruptcy Rule 6004(h) be waived and shall not apply to this sale.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| Clerk, U.S. Bankruptcy Court<br>Quentin N. Burdick U.S. Courthouse<br>655 First Ave. N. – Suite 210<br>Fargo, ND 58107-4932 | United States Trustee<br>314 South Main Ave.<br>Suite 303<br>Sioux Falls, SD 57104-6462 | Trustee (See address below) |
|---|---|---|

DATE OF MAILING:  November 18, 2024

/s/ Erik A. Ahlgren
Erik A. Ahlgren, Trustee
220 W Washington Ave, Ste 105
Fergus Falls, MN 56537
Phone: 218-998-2775
Email: erik@ahlgrenlawoffice.net