**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

In re:

Pro-Mark Services, Inc.,                                                Bky. Case No.: 24-30167
                                                                        Chapter 7

                    Debtor.

---

**NOTICE OF MOTION AND MOTION FOR SALE
OF ESTATE ASSETS**

---

        Erik A. Ahlgren, the bankruptcy Trustee in this case, respectfully requests that the Court
issue an order authorizing the sale of the following described property to the listed buyers.

| Asset | Sales Price | Buyer |
|---|---|---|
| Quick attach Post Pounder | $1,500 | Thomas Schiesser<br>16258 Co Hwy 2<br>Fergus Falls MN  56537 |

Buyer is familiar with the assets and purchases the assets on an "AS IS" and "WHERE IS" basis
without any warranty express or implied by the Trustee.  Buyer will hold the risk of any
insurable loss commencing from the date of the purchase agreement.

**NOTICE OF MOTION:** Your rights may be affected in this action.  You should read these papers
carefully and discuss the matters with your attorney if you have one.  Any objections to this motion
must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court
and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated
below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the
Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | below) |

DATE OF MAILING:  November 20, 2024          /s/ Erik A. Ahlgren
                                            Erik A. Ahlgren, Trustee
                                            220 W Washington Ave Ste 105
                                            Fergus Falls MN  56537
                                            218-998-2775
                                            erik@ahlgrenlawoffice.net