# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30167 |
|---|---|
| PRO MARK SERVICES, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. 168 |

On 11/20/2024, I did cause a copy of the following documents, described below,

Notice of Motion and Motion for sale of property ECF Docket Reference No. 168

Notice of Motion and Motion for sale of property 169

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/20/2024

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>PRO MARK SERVICES, INC | CASE NO: 24-30167<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 168 |

On 11/20/2024, a copy of the following documents, described below,

Notice of Motion and Motion for sale of property ECF Docket Reference No. 168

Notice of Motion and Motion for sale of property 169

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/20/2024

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-30167
DISTRICT OF NORTH DAKOTA
WED NOV 20 11-29-45 PST 2024

~~EXCLUDE~~
~~(U)BAD INVESTMENTS LLP~~

CAPITAL CREDIT UNION
ATTN CAREN STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO   ND 58107-1389

~~EXCLUDE~~
~~(U)HARTFORD ACCIDENT AND INDEMNITY~~
~~COMPANY~~

DEBTOR
PROMARK SERVICES   INC
5012 53RD ST S   SUITE G
FARGO   ND 58104-6006

~~EXCLUDE~~
~~(U)PRUDENT FIDUCIARY SERVICES~~

~~EXCLUDE~~
~~(U)RAZOR CONSULTING SOLUTIONS~~

RIGHT CHOICE ELECTRIC   INC
2104 MILL RD   STE A
GRAND FORKS   ND 58203-1542

~~EXCLUDE~~
~~(U)USAUSAF~~

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~655 1ST AVENUE NORTH   SUITE 210~~
~~FARGO   ND 58102-4932~~

ACE CONSULTING
608 KEENECENTER DRIVE
NICHOLASVILLE   KY 40356-1495

ACE CONSULTING COMPANY   LLC
608 KEENE CENTRE DRIVE
NICHOLASVILLE   KY 40356-1495

ACTION MECHANICAL
PO BOX 880
RAPID CITY   SD 57709-0880

ADVANCED BUSINESS METHODS
1515 13TH AVE E
WEST FARGO   ND 58078-3403

~~EXCLUDE~~
~~(D)ADVANCED BUSINESS METHODS   INC~~
~~1515 13TH AVE E~~
~~WEST FARGO   ND 58078-3403~~

ADVANTAGE COATING
884 ARBOR DRIVE
CHASKA   MN 55318-9500

AIR MECHANICAL INC
1914 4TH AVE NW
WEST FARGO   ND 58078-1348

AKERMAN LLP
ANDREA S HARTLEY   ESQ
AKERMAN LLP
98 SE 7TH STREET   SUITE 1100
MIAMI   FL 33131-3525

AKERMAN LLP
PO BOX 4906
ORLANDO   FL 32802-4906

BAD INVESTMENTS LLP
CO STEPHEN PEZANOSKY
HAYNES AND BOONE   LLP
301 COMMERCE STREET   SUITE 2600
FORT WORTH   TX 76102-4160

BAD INVESTMENTS
KYLE BERG
5012 2ND ST E
WEST FARGO ND 58078-8208

BERGER ENTERPRISES   LLC
1826 25TH ST NE
EMERADO   ND 58228-9779

BERGER ENTERPRISES   LLC
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO   ND   58107-1389

BLACK HILLS ENERGY
PO BOX 7966
CAROL STREAM   IL 60197-7966

BRIAN L GREEN
US DEPARTMENT OF LABOR
2300 MAIN STREET
SUITE 11093
KANSAS CITY   MO 64108-2415

CI CONSTRUCTION   LLC
1910 42ND AVE W   SUITE 300
ALEXANDRIA   MN 56308-0029

CAPITAL CREDIT UNION
BRAD SHETLERCHIEF LENDING OFFICER
PO BOX 2096
BISMARCK   ND 58502-2096

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CAPITAL CREDIT UNION                CAPITAL CREDIT UNION                CARPET ONE COMMERCIAL
CO CAREN STANLEY                    CO CAREN W STANLEY                  505 S 24TH ST W
VOGEL LAW FIRM                      VOGEL LAW FIRM                      BILLINGS  MT 59102-6245
PO BOX 1389                         PO BOX 1389
FARGO  ND 58107-1389                FARGO ND  58107-1389


CASS COUNTY ELECTRIC                CELLCO PARTNERSHIP DBA VERIZON WIRELESS   CITY WIDE ELECTRIC  INC
PO BOX 6088                         WILLIAM M VERMETTE                  1444 RIVER ST
FARGO  ND 58108-6088                22001 LOUDOUN COUNTY PKWY           WEST FARGO  ND 58078-2641
                                    ASHBURN  VA 20147-6122


CITY OF FARGO                       CITY OF MINOT                       CONNIE BERG
PO BOX BOX 1607                     TREASURERS OFFICE                   5012 2ND ST E
FARGO  ND 58107-1607                PO BOX BOX 5006                     WEST FARGO ND 58078-8208
                                    MINOT  ND 58702-5006


CONNOR L CANTRELL                   CONNOR L CANTRELL  ESQ              CREATIVE SURFACES INC
THE HUSTEAD LAW FIRM                THE HUSTEAD LAW FIRM                PO BOX 84611
4643 S ULSTER STREET  SUITE 1250    4643 S ULSTER ST SUITE 1250         SIOUX FALLS  SD 57118-4611
DENVER  CO 80237-4307               DENVER  CO 80237-4307


DOCU SHRED INC                      DAKOTA FENCE                        DAKOTA FIRE PROTECTION  INC
42424 240TH ST SW                   PO BOX 1408                         PO BOX BOX 5327
EAST GRAND FORKS  MN 56721-9605     FARGO  ND 58107-1408                GRAND FORKS  ND 58206-5327


DAWSON INS  MARSH  MCLENNAN AGENCY LLC   DEPARTMENT OF THE TREASURY    DIAMOND EVERLEY ROOFING CONTRACTORS
62886 COLLECTION CENTER DRIVE       INTERNAL REVENUE SERVICE CENTER     PO BOX 3509
CHICAGO  IL 60693-0628              OGDEN  UT 84201-0045                LAWRENCE  KS 66046-0509


                                                                        EXCLUDE
ENERBASE COOPERATIVE RESOURCES      ENGINEERED CONTROLS INC             (D)ENGINEERED CONTROLS  INC
PO BOX F                            10703 J STREET                      10703 J STREET
MINOT  ND 58702-0350                OMAHA  NE 68127-1023                OMAHA  NE 68127-1023


ERVGIL  INC                         (P)FARGO GLASS  PAINT CO            FARGO GLASS  PAINT CO
CARPET ONE                          ATTN WADE N BAKKE                   CO CAREN W STANLEY
505 SO 24TH ST W                    1801 7TH AVE N                      VOGEL LAW FIRM
BILLINGS MT 59102-6245              FARGO ND 58102-3203                 PO BOX 1389
                                                                        FARGO ND  58107-1389


FASTENAL COMPANY                    FIRELAKE CONSTRUCTION  INC          GEFROH ELECTRIC
ATTN LEGAL                          1011 E 31ST ST                      100 45TH AVE NW
2001 THEURER BLVD                   LAWRENCE  KS 66046-5103             MINOT  ND 58703-0115
WINONA  MN 55987-9902
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| GREAT PLAINS NATURAL GAS CO<br>PO BOX 5600<br>BISMARCK ND 58506-5600 | (P)THE HARTFORD<br>ATTN BANKRUPTCY UNIT<br>ONE HARTFORD PLAZA<br>MAIL DROP T-16-285<br>HARTFORD CT 06155-0001 | HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>CO CONNOR L CANTRELL ESQ<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER ST SUITE 1250<br>DENVER CO 80237-4307 |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>CO PATRICK Q HUSTEAD ESQ<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER ST SUITE 1250<br>DENVER CO 80237-4307 | HAYNES BOONE<br>ATTN TODD M GARLAND<br>8000 TOWERS CRESCENT DRIVE STE 900<br>VIENNA VA 22182-6221 | INTEGRATED OPENINGS SOLUTIONS LLC<br>14901 WEST 117TH STREET<br>OLATHE KS 66062-9307 |
| JM SAFE HAVEN ENTERPRISES INC<br>MELISSA FOXWORTH<br>2020 CREEK DRIVE<br>RAPID CITY SD 57703-4124 | JV ASSOCIATES LTD<br>PO BOX 520<br>HUTCHINSON MN 55350-0520 | JACOR INC<br>W182S8363 RACINE AVE<br>MUSKEGO WI 53150-9046 |
| JOHNSON CONTROLS FIRE PROT LP<br>DEPT CH 10320<br>PALATINE IL 60055-0001 | JOHNSON CONTROLS FIRE PROTECTION LP<br>5757 N GREEN BAY AVENUE<br>GLENDALE WI 53209-4408 | JOHNSON CONTROLS INC<br>5757 N GREEN BAY AVENUE<br>GLENDALE WI 53209-4408 |
| JOHNSON CONTROLS INC<br>PO BOX 730068<br>DALLAS TX 75373-0068 | KEFLEX CONTRACTING<br>4880 G STREET<br>OMAHA NE 68117-1415 | KATRINA A TURMAN LANG<br>WOLD JOHNSON PC<br>PO BOX 1680<br>FARGO ND 58107-1680 |
| KYLE CONNIE BERG BAD INVESTMENTS LLP<br>CO JORDAN CHAVEZ<br>HAYNES AND BOONE LLP<br>2801 N HARWOOD ST SUITE 2300<br>DALLAS TX 75201-2754 | KYLE CONNIE BERG BAD INVESTMENTS LLP<br>CO STEPHEN PEZANOSKY<br>HAYNES AND BOONE LLP<br>301 COMMERCE ST SUITE 2600<br>FT WORTH TX 76102-4160 | LACREEK DEVELOPMENT CORPORATION<br>21617 US HWY 18 SUITE B<br>MARTIN SD 57551-5944 |
| LINN GROVE CENTER<br>5012 53RD STREET S<br>FARGO ND 58104-6006 | M K PORTA POTTIES<br>PO BOX 14942<br>GRAND FORKS ND 58208-4942 | MK PORTA POTTIES<br>PO BOX BOX 1494<br>GRAND FORKS ND 58208 |
| MARCO<br>PO BOX 660831<br>DALLAS TX 75266-0831 | MARK KRAGNESS<br>43602 BASS HARBOR ROAD<br>PELICAN RAPIDS MN 56572-7582 | MARSH MCCLENNAN AGENCY<br>BECKY HECKER<br>505 BROADWAY NORTH SUITE 100<br>FARGO ND 58102-4654 |
| MAURICE B VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO NORTH DAKOTA 58102-4246 | MCELROY ELECTRIC INC<br>300 SW TOPEKA BLVD<br>TOPEKA KS 66603 | MCELROYS ELECTRIC INC<br>3300 SW TOPEKA BLVD<br>TOPEKA KS 66611-2274 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MEAD LUMBER<br>320 WEST BLVD<br>RAPID CITY SD 57701-2671 | MEDICA<br>NW 798  PO BOX 1450<br>MINNEAPOLIS   MN 55485-7958 | MENARDS<br>PO BOX 60506<br>CITY OF INDUSTRY  CA 91716-0506 |
| MINNESOTA REVENUE<br>PO BOX BOX 64649<br>SAINT PAUL   MN 55164-0649 | (P)MONTANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 7701<br>HELENA MT 59604-7701 | (P)MONTANA DAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARK ND 58506-5600 |
| MONTANADAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARCK   ND 58506-5600 | MOWBRAY   SON INC<br>PO BOX 878<br>MINOT   ND 58702-0878 | MOWBRAY   SON PLUMBING   HEATING   INC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 |
| MOWBRAY   SONS PLUMBING   HEARING   INC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND  58107-1389 | (P)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | OFFICE OF THE STATE TAX COMMISSIONER<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK   ND 58505-0599 |
| ORACLE AMERICA   INC<br>CO ORACLESUBMITTAL EXCHANGE<br>PO BOX 203448<br>DALLAS   TX 75320-3448 | PEAK FALL PROTECTION<br>350 GREEN OAKS PARKWAY<br>HOLLY SPRINGS   NC 27540-6178 | PIERCE INVESTMENT CO<br>PO BOX BOX 14111<br>GRAND FORKS   ND 58208-4111 |
| POINT NORTH NETWORKS INC<br>2910 UPPER 55TH ST E<br>INVER GROVE HEIGHTS   MN 55076-1673 | PRINCIPAL LIFE INSURANCE COMPANY<br>CO BARBARA WARNER<br>711 HIGH ST<br>DES MOINES   IA 50392-0001 | PRUDENT FIDUCIARY SERVICES AND MIGUEL PAREDE<br>CO JOSEPH E LEHNERT<br>KEATING MUETHING   KLEKAMP PLL<br>ONE EAST FOURTH STREET   SUITE 1400<br>CINCINNATI   OHIO 45202-3752 |
| PRUDENT FIDUCIARY SERVICES AND MIGUEL PAREDE<br>CO MICHAEL L SCHEIER<br>KEATING MUETHING   KLEKAMP PLL<br>ONE EAST FOURTH STREET   SUITE 1400<br>CINCINNATI   OHIO 45202-3752 | QUALITY COATINGS   TILE<br>3918 37TH AVE S<br>FARGO   ND 58104-7380 | QUALITY COATINGS   TILE   LLC DBA HERZOG COAT<br>CO CAREN W STANLEY   VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO   ND 58107-1389 |
| RAZOR CONSULTING SOLUTIONS   INC<br>5625 51ST AVE S<br>FARGO   ND 58104-6064 | RAZOR CONSULTING SOLUTIONS   INC<br>CO STEVEN R KINSELLA<br>FREDRIKSON   BYRON   PA<br>60 SOUTH SIXTH STREET   SUITE 1500<br>MINNEAPOLIS   MN 55402-1425 | EXCLUDE<br>(D)~~RIGHT CHOICE ELECTRIC INC~~<br>~~2104 MILL RD   STE A~~<br>~~GRAND FORKS   ND 58203-1542~~ |
| RIGHT CHOICE ELECTRIC   INC<br>CO KATRINA A TURMAN LANG<br>WOLD JOHNSON   PC<br>500 2ND AVE N   SUITE 400<br>PO BOX 1680<br>FARGO   ND 58107-1680 | RIVER CITY WOODWORKS<br>1208 E 25TH STREET<br>LAWRENCE   KS 66046-5036 | RYAN GLASS INC<br>1535 TUSKEGEE PLACE<br>COLORADO SPRINGS   CO 80915-2656 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RYAN GLASS INC<br>PATRICK R AKERS<br>3615 DELGANY STREET SUITE 1100<br>DENVER CO 80216-3997 | SCS<br>5019 CHESBRO CT<br>LAWRENCE KS 66049-4977 | SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVENUE<br>PIERRE SD 57501-3100 |
| STEPTOE JOHNSON LLP<br>SHIONA H BAUM SR MANAGER COLLECTIONS<br>1330 CONNECTICUT AVE NW<br>WASHINGTON DC 20036-1704 | STEPTOE LLP<br>ATTN IRIS BENETT JOSHUA TAYLOR<br>1330 CONNECTICUT AVE NW<br>WASHINGTON DC 20036-1704 | SWIFTEC INC<br>1714 CREEK DR<br>RAPID CITY SD 57703-4133 |
| TAXATION REVENUE NEW MEXICO<br>1200 SOUTH ST FRANCIS DRIVE<br>SANTA FE NM 87505-4034 | THE HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>CO THE HUSTEAD LAW FIRM<br>4643 S ULSTER STREET SUITE 1250<br>DENVER CO 80237-4307 | TOLLEFSONS CONTRACT DIVISION<br>PO BOX 698<br>MINOT ND 58702-0698 |
| TREASURER STATE OF IOWA<br>ROBY SMITH<br>STATE TREASURERS OFFICE CAPITOL BUI<br>DES MOINES IA 50319 | TUCKER ELLIS LLP<br>PO BOX 74717<br>CLEVELAND OH 44194-0002 | US DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>209 SOUTH LASALLE ST SUITE 600<br>CHICAGO IL 60604-1446 |
| US DEPARTMENT OF LABOR EBSA<br>2300 MAIN STREET SUITE 11093<br>KANSAS CITY MO 64108-2415 | US DEPT OF JUSTICE ANTITRUST DIVISION<br>UNITED STATES ATTORNEYS OFFICE<br>ATTN USA MATTHEW GREENLEY<br>655 1ST AVE N STE 250<br>FARGO ND 58102-4932 | UNITED BIRD BAT CONTROL LLC<br>PO BOX 14290<br>SCOTTSDALE AZ 85267-4290 |
| (P)VERENDRYE ELECTRIC COOPERATIVE<br>615 HIGHWAY 52 W<br>VELVA ND 58790-7417 | VERIZON WIRELESS<br>BANKRUPTCY ADMINISTRATION<br>500 TECHNOLOGY DRIVE SUITE 550<br>SAINT CHARLES MO 63304-2225 | VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 17777<br>RICHMOND VA 23226 |
| VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO ND 58078-8482 | WAGNER FALCONER JUDD LTD<br>100 SOUTH FIFTH STREET<br>SUITE 800<br>MINNEAPOLIS MN 55402-5357 | (P)WEX BANK<br>1 HANCOCK STREET<br>PORTLAND ME 04101-4217 |
| (P)XCEL ENERGY<br>ATTN ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 | AUSTIN MOE<br>DAGGER MACHINERY<br>920 38TH STREET N<br>FARGO ND 58102-2914 | CHAD DUBOIS<br>4419 66TH ST S<br>FARGO ND 58104-6021 |
| CINDY CLOSE<br>ASST VICE PRESIDENT STOCK PLAN SERVICES<br>PRINCIPAL LIFE INSURANCE COMPANY<br>711 HIGH ST<br>DES MOINES IA 50392-0001 | EXCLUDE<br>(U)CONNIE BERG | EXCLUDE<br>ERIK A AHLGREN<br>BANKRUPTCY TRUSTEE<br>220 W WASHINGTON AVE SUITE 105<br>FERGUS FALLS MN 56537-2569 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| ~~EXCLUDE~~<br>~~GENE W DOELING~~<br>~~KALER DOELING LAW OFFICE~~<br>~~3429 INTERSTATE BLVD S~~<br>~~PO BOX 9231~~<br>~~FARGO  ND 58106-9231~~ | JASON LUTHER<br>VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO  ND 58078-8482 | ~~EXCLUDE~~<br>~~(U)KYLE BERG~~ |
| ~~EXCLUDE~~<br>~~(U)MIGUEL PAREDES~~ | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 | VERN VLIET<br>JV ASSOCIATES LTD<br>PO BOX 520<br>HUTCHINSON  MN 55350-0520 |