**EXHIBIT A**

| **PAYMENT BOND**<br>*(See instructions on reverse)* | BOND NO. 41BCSIU6242<br>DATE BOND EXECUTED *(Must be same or later than date of contract)*<br>10/08/2020 | OMB Control Number: 9000-0045<br>Expiration Date: 8/31/2022 |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br><br>Pro-Mark Services, Inc.<br>3275 Oak Ridge Loop E<br>West Fargo, ND 58078 | TYPE OF ORGANIZATION *("X" one)*<br><br>☐ INDIVIDUAL    ☐ PARTNERSHIP    ☐ JOINT VENTURE<br>☒ CORPORATION    ☐ OTHER *(Specify)*<br><br>STATE OF INCORPORATION<br>North Dakota |
|---|---|

| SURETY(IES) *(Name(s) and business address(es))*<br><br>Hartford Accident and Indemnity Company<br>One Hartford Plaza<br>Hartford, CT 06155-0001 | PENAL SUM OF BOND | | | |
|---|---|---|---|---|

| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|---|
| | 006 | 802 | 376 | 00 |

| CONTRACT DATE<br>9/30/2020 | CONTRACT NUMBER<br>FA460016D6003; DO #FA460020F0192 |
|---|---|

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| Pro-Mark Services, Inc. | **PRINCIPAL** | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) | 3.<br>(Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. Chad DuBois<br>Vice President | 2. | 3. | |

| | **INDIVIDUAL SURETY(IES)** | | |
|---|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) | |
| NAME(S) *(Typed)* | 1. | 2. | |

| | **CORPORATE SURETY(IES)** | | |
|---|---|---|---|

| SURETY A | NAME & ADDRESS | Hartford Accident and Indemnity Company<br>One Hartford Plaza, Hartford, CT 06155-0001 | STATE OF INCORPORATION<br>Connecticut | LIABILITY LIMIT<br>$ $216,775,000 | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | Jill Graveline<br>Attorney-In-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION<br>*Previous edition is NOT usable*

**STANDARD FORM 25A (REV. 8/2016)**<br>Prescribed by GSA-FAR (48 CFR) 53.2228(c)

**CORPORATE SURETY(IES)** *(Continued)*

| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2016) **BACK**

**ACKNOWLEDGMENT OF PRINCIPAL (CORPORATION)**

State of _North Dakota_ )
County of _Cass_ )

On this _12th_ day of _October_ 20_20_ , before me personally appeared
_Chad DuBois_____ known to be the _Vice President_____ of the corporation that is
described in and that he or she executed the within instrument, and acknowledged to me that such
corporation executed the same.

MANDY GRANT
Notary Public
(NOTARIAL SEAL)
State of North Dakota
My Commission Expires Jan. 14, 2022

_Mandy Grant_

---

**ACKNOWLEDGMENT OF PRINCIPAL (INDIVIDUAL OR PARTNERSHIP)**

State of _____ )
County of _____ )

On this _____ day of _____ 20_20_ , before me personally
Appeared _____ known to be the person described in and who
executed the within instrument, and acknowledged to me that he/she executed the same.

(NOTARIAL SEAL)

_____

---

**ACKNOWLEDGMENT OF SURETY**

State of ____North Dakota____ )
County of ____Cass____ )

On this _8th_ day of ____October____ 20 _20_ , before me personally
appeared ____Jill Graveline_____ known to be the person who is described in
and whose name is subscribed to the within instrument as Attorney in Fact of
____Hartford Accident and Indemnity Company_____ and acknowledged to me that he or she
subscribed the name of _Hartford Accident and Indemnity Company_____thereto as surety and
his or her own name as Attorney in Fact.

(NOTARIAL SEAL)
WENDI WHEELER
Notary Public
State of North Dakota
My Commission Expires Jan. 28, 2024

_Wendi Wheeler_

# POWER OF ATTORNEY

*Direct Inquiries/Claims to:*
**THE HARTFORD**
BOND, T-12
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
*call:* 888-266-3488 *or fax:* 860-757-5835

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

Agency Name: MARSH & MCLENNAN AGENCY LLC
Agency Code: 41-721584

| | |
|---|---|
| X | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| X | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| X | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, *up to the amount of* Unlimited :

Daniel Armbrust, Thomas Dawson, Jill Graveline, Rebecca J. Hecker, Bridget Helm, Braeden P Nelson of FARGO, North Dakota

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof,** and as authorized by a Resolution of the Board of Directors of the Companies on May 6, 2015 the Companies have caused these presents to be signed by its Senior Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



John Gray, Assistant Secretary

M. Ross Fisher, Senior Vice President

**STATE OF CONNECTICUT** }
**COUNTY OF HARTFORD** } ss. Hartford

On this 5th day of January, 2018, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Senior Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

Kathleen T. Maynard
Notary Public
My Commission Expires July 31, 2021

**CERTIFICATE**

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of **10/08/2020**
Signed and sealed at the City of Hartford.



Kevin Heckman, Assistant Vice President

POA 2018

Bond No.: 41BCSII6242

# PERFORMANCE BOND
*(See instructions on reverse)*

| DATE BOND EXECUTED *(Must be same or later than date of contract)*<br><br>10/08/2020 | OMB Control Number: 9000-0045<br>Expiration Date: 8/31/2022 |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

PRINCIPAL *(Legal name and business address)*

**Pro-Mark Services, Inc.**

**3275 Oak Ridge Loop E**

**West Fargo, ND 58078**

TYPE OF ORGANIZATION *("X" one)*

☐ INDIVIDUAL  ☐ PARTNERSHIP  ☐ JOINT VENTURE

☒ CORPORATION  ☐ OTHER *(Specify)*

STATE OF INCORPORATION

**North Dakota**

SURETY(IES) *(Name(s) and business address(es))*

**Hartford Accident and Indemnity Company**

**One Hartford Plaza**

**Hartford, CT 06155-0001**

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 006 | 802 | 376 | 00 |

| CONTRACT DATE<br><br>9/30/2020 | CONTRACT NUMBER<br>FA460016D6003; DO<br>#FA460020F0192 |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal-

(a) (1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

(2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| Pro-Mark Services, Inc. | | | PRINCIPAL | | |
|---|---|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* | 3. *(Seal)* | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. **Chad DuBois**<br>**Vice President** | 2. | 3. | |

| | INDIVIDUAL SURETY(IES) | |
|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* |
| NAME(S) *(Typed)* | 1. | 2. |

| | | CORPORATE SURETY(IES) | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | **Hartford Accident and Indemnity Company**<br>**One Hartford Plaza, Hartford, CT 06155-0001** | STATE OF INCORPORATION<br>**Connecticut** | LIABILITY LIMIT ($)<br>**$216,775,000.00** | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. **Jill Graveline**<br>**Attorney-In-Fact** | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 25 (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

**CORPORATE SURETY(IES) *(Continued)***

| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) $5.52 | TOTAL ($) $37,560.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

## ACKNOWLEDGMENT OF PRINCIPAL (CORPORATION)

State of _North Dakota_ )
County of _Cass_ )

On this _12th_ day of _October_ 20_20_, before me personally appeared
_Chad DuBois_ known to be the _Vice President_ of the corporation that is
described in and that he or she executed the within instrument, and acknowledged to me that such
corporation executed the same.

MANDY GRANT
Notary Public
(NOTARIAL SEAL) State of North Dakota
My Commission Expires Jan. 14, 2022

_Mandy Grant_

## ACKNOWLEDGMENT OF PRINCIPAL (INDIVIDUAL OR PARTNERSHIP)

State of _____ )
County of _____ )

On this _____ day of _____ 20_20_, before me personally
Appeared _____ known to be the person described in and who
executed the within instrument, and acknowledged to me that he/she executed the same.

(NOTARIAL SEAL)

_____

## ACKNOWLEDGMENT OF SURETY

State of _North Dakota_ )
County of _Cass_ )

On this _8th_ day of _October_ 20 _20_, before me personally
appeared _Jill Graveline_ known to be the person who is described in
and whose name is subscribed to the within instrument as Attorney in Fact of
_Hartford Accident and Indemnity Company_ and acknowledged to me that he or she
subscribed the name of _Hartford Accident and Indemnity Company_ thereto as surety and
his or her own name as Attorney in Fact.

(NOTARIAL SEAL) WENDI WHEELER
Notary Public
State of North Dakota
My Commission Expires Jan. 28, 2024

_Wendi Wheeler_

# POWER OF ATTORNEY

*Direct Inquiries/Claims to:*
**THE HARTFORD**
BOND, T-12
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
*call:* 888-266-3488 *or fax:* 860-757-5835

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

Agency Name: MARSH & MCLENNAN AGENCY LLC
Agency Code: 41-721584

| | |
|---|---|
| X | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| X | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| X | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
*up to the amount of* Unlimited :

Daniel Armbrust, Thomas Dawson, Jill Graveline, Rebecca J. Hecker, Bridget Helm,
Braeden P Nelson of FARGO, North Dakota

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof,** and as authorized by a Resolution of the Board of Directors of the Companies on May 6, 2015 the Companies have caused these presents to be signed by its Senior Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



John Gray, Assistant Secretary

M. Ross Fisher, Senior Vice President

**STATE OF CONNECTICUT**
}   ss.   Hartford
**COUNTY OF HARTFORD**

On this 5th day of January, 2018, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Senior Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

**CERTIFICATE**

*Kathleen T. Maynard*
Kathleen T. Maynard
Notary Public
My Commission Expires July 31, 2021

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of **10/08/2020**
Signed and sealed at the City of Hartford.



Kevin Heckman, Assistant Vice President

POA 2018

Bond No.:  41BCSIS1527

| **PERFORMANCE BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same as or later than date of contract)*<br><br>10/14/2021 | OMB Control Number: 9000-0045<br><br>Expiration Date:  8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to:  General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br><br>**Pro-Mark Services, Inc.**<br>**3275 Oak Ridge Loop E**<br>**West Fargo, ND 58078** | TYPE OF ORGANIZATION *("X" one)*<br><br>☐ INDIVIDUAL    ☐ PARTNERSHIP    ☐ JOINT VENTURE<br>☒ CORPORATION    ☐ OTHER *(Specify)*<br><br>STATE OF INCORPORATION<br>**North Dakota** |
|---|---|

SURETY(IES) *(Name(s) and business address(es))*

**Hartford Accident and Indemnity Company**
**One Hartford Plaza**
**Hartford, CT 06155-0001**

| PENAL SUM OF BOND | | | |
|---|---|---|---|
| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| 007 | 860 | 882 | 00 |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| | **FA452820D0004** |
| 9/27/2021 | DO # FA452821F0091 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal-

    (a) (1)  Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

    (2)  Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

    (b)  Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

**WITNESS:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| Pro-Mark Services, Inc. | **PRINCIPAL** | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) | 3.<br>(Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. Chad DuBois<br>President | 2. | 3. | |

| | **INDIVIDUAL SURETY(IES)** | | |
|---|---|---|---|
| SIGNATURE(S) | 1.<br>(Seal) | 2.<br>(Seal) | |
| NAME(S) *(Typed)* | 1. | 2. | |

| | **CORPORATE SURETY(IES)** | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | **Hartford Accident and Indemnity Company**<br>One Hartford Plaza, Hartford, CT 06155-0001 | STATE OF INCORPORATION<br>**Connecticut** | LIABILITY LIMIT ($)<br>$219,310,000.00 |
| | SIGNATURE(S) | 1. *Rebecca J. Hecker* | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. Rebecca J. Hecker<br>Attorney-In-Fact | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 25 (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

CORPORATE SURETY(IES) (Continued)

| | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| **SURETY C** | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| **SURETY D** | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| **SURETY E** | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| **SURETY F** | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| **SURETY G** | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($)  $5.41 | TOTAL ($)  $42,514.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2016) BACK

**ACKNOWLEDGMENT OF PRINCIPAL (CORPORATION)**

State of _North Dakota_ )
County of ___Cass___ )

On this ___15th___ day of ___October___ 20 21 , before me personally appeared
_Chad DuBois___ known to be the _President_____ of the corporation that is
described in and that he or she executed the within instrument, and acknowledged to me that such
corporation executed the same.

MANDY GRANT
Notary Public
State of North Dakota
My Commission Expires Jan. 14, 2022

_Mandy Grant_____

---

**ACKNOWLEDGMENT OF PRINCIPAL (INDIVIDUAL OR PARTNERSHIP)**

State of _____ )
County of _____ )

On this _____ day of _____ 20 21 , before me personally
Appeared _____ known to be the person described in and who
executed the within instrument, and acknowledged to me that he/she executed the same.

(NOTARIAL SEAL)                    _____

---

**ACKNOWLEDGMENT OF SURETY**

State of ___North Dakota___ )
County of ___Cass___ )

On this _14th_ day of _October_____ 20 21 , before me personally
appeared _Rebecca J. Hecker_____ known to be the person who is described in
and whose name is subscribed to the within instrument as Attorney in Fact of
_Hartford Accident and Indemnity Company_____ and acknowledged to me that he or she
subscribed the name of _Hartford Accident and Indemnity Company_____ thereto as surety and
his or her own name as Attorney in Fact.

(NOTARIAL SEAL)                    _Jill Graveline_____

JILL GRAVELINE
Notary Public
State of North Dakota
My Commission Expires Jan. 28, 2023

# POWER OF ATTORNEY

*Direct Inquiries/Claims to:*
**THE HARTFORD**
BOND, T-12
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
*call:* **888-266-3488** *or fax:* **860-757-5835**

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

Agency Name: MARSH & MCLENNAN AGENCY LLC
Agency Code: 41-721584

| | | |
|---|---|---|
| X | **Hartford Fire Insurance Company,** | a corporation duly organized under the laws of the State of Connecticut |
| X | **Hartford Casualty Insurance Company,** | a corporation duly organized under the laws of the State of Indiana |
| X | **Hartford Accident and Indemnity Company,** | a corporation duly organized under the laws of the State of Connecticut |
| | **Hartford Underwriters Insurance Company,** | a corporation duly organized under the laws of the State of Connecticut |
| | **Twin City Fire Insurance Company,** | a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of Illinois,** | a corporation duly organized under the laws of the State of Illinois |
| | **Hartford Insurance Company of the Midwest,** | a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of the Southeast,** | a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, ***up to the amount of*** Unlimited :

Daniel Armbrust, Thomas Dawson, Jill Graveline, Rebecca J. Hecker, Bridget Helm, Braeden P Nelson of FARGO, North Dakota

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ⊠, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof,** and as authorized by a Resolution of the Board of Directors of the Companies on May 6, 2015 the Companies have caused these presents to be signed by its Senior Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



John Gray, Assistant Secretary

M. Ross Fisher, Senior Vice President

**STATE OF CONNECTICUT**
**COUNTY OF HARTFORD** } ss. Hartford

On this 5th day of January, 2018, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Senior Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

Kathleen T. Maynard
Notary Public
My Commission Expires July 31, 2021

**CERTIFICATE**

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of **10/14/2021**
Signed and sealed at the City of Hartford.



Kevin Heckman, Assistant Vice President

POA 2018

## PAYMENT BOND
*(See instructions on reverse)*

**DATE BOND EXECUTED** *(Must be same as or later than date of contract)*
10/14/2021

**OMB Control Number: 9000-0045**
**Expiration Date: 8/31/2022**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | | |
|---|---|---|---|
| Pro-Mark Services, Inc. | ☐ INDIVIDUAL | ☐ PARTNERSHIP | ☐ JOINT VENTURE |
| 3275 Oak Ridge Loop E | ☒ CORPORATION | ☐ OTHER *(Specify)* | |
| West Fargo, ND 58078 | | | |

STATE OF INCORPORATION

**North Dakota**

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| Hartford Accident and Indemnity Company | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| One Hartford Plaza | 007 | 860 | 882 | 00 |
| Hartford, CT 06155-0001 | CONTRACT DATE | CONTRACT NUMBER **FA452820D0004** | | |
| | 9/27/2021 | DO # FA452821F0091 | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| Pro-Mark Services, Inc. | PRINCIPAL | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* | 3. *(Seal)* | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. Chad DuBois President | 2. | 3. | |

| | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* | |
| NAME(S) *(Typed)* | 1. | 2. | |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | Hartford Accident and Indemnity Company One Hartford Plaza, Hartford, CT 06155-0001 | STATE OF INCORPORATION **Connecticut** | LIABILITY LIMIT **$219,310,000.00** |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | Rebecca J. Hecker Attorney-In-Fact | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 25A (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) *(Continued)*

| SURETY B | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY C | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY D | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY E | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY F | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| SURETY G | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2016) BACK

## ACKNOWLEDGMENT OF PRINCIPAL (CORPORATION)

State of _North Dakota_ )

County of _Cass_ ) SS

    On this _15th_ day of _October_ 20_21_, before me personally appeared _Chad DuBois_ known to be the _President_ of the corporation that is described in and that he or she executed the within instrument, and acknowledged to me that such corporation executed the same.

> MANDY GRANT
> Notary Public
> (N)State (of North) Dakota
> My Commission Expires Jan. 14, 2022

_Mandy Grant_

---

## ACKNOWLEDGMENT OF PRINCIPAL (INDIVIDUAL OR PARTNERSHIP)

State of _____ )

County of _____ )

    On this _____ day of _____ 20_21_, before me personally Appeared _____ known to be the person described in and who executed the within instrument, and acknowledged to me that he/she executed the same.

(NOTARIAL SEAL)

---

## ACKNOWLEDGMENT OF SURETY

State of _North Dakota_ )

County of _Cass_ )

    On this _14th_ day of _October_ 20_21_, before me personally appeared _Rebecca J. Hecker_ known to be the person who is described in and whose name is subscribed to the within instrument as Attorney in Fact of _Hartford Accident and Indemnity Company_ and acknowledged to me that he or she subscribed the name of _Hartford Accident and Indemnity Company_ thereto as surety and his or her own name as Attorney in Fact.

> (NOTARIAL SEAL)
> JILL GRAVELINE
> Notary Public
> State of North Dakota
> My Commission Expires Jan. 28, 2023

_Jill Graveline_

# POWER OF ATTORNEY

Direct Inquiries/Claims to:
**THE HARTFORD**
BOND, T-12
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
*call:* 888-266-3488 *or fax:* 860-757-5835

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

Agency Name: MARSH & MCLENNAN AGENCY LLC
Agency Code: 41-721584

| | | |
|---|---|---|
| X | **Hartford Fire Insurance Company,** a corporation duly organized under the laws of the State of Connecticut |
| X | **Hartford Casualty Insurance Company,** a corporation duly organized under the laws of the State of Indiana |
| X | **Hartford Accident and Indemnity Company,** a corporation duly organized under the laws of the State of Connecticut |
| | **Hartford Underwriters Insurance Company,** a corporation duly organized under the laws of the State of Connecticut |
| | **Twin City Fire Insurance Company,** a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of Illinois,** a corporation duly organized under the laws of the State of Illinois |
| | **Hartford Insurance Company of the Midwest,** a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of the Southeast,** a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
*up to the amount of* Unlimited :

Daniel Armbrust, Thomas Dawson, Jill Graveline, Rebecca J. Hecker, Bridget Helm, Braeden P Nelson of FARGO, North Dakota

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof,** and as authorized by a Resolution of the Board of Directors of the Companies on May 6, 2015 the Companies have caused these presents to be signed by its Senior Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



John Gray, Assistant Secretary

M. Ross Fisher, Senior Vice President

**STATE OF CONNECTICUT**
**COUNTY OF HARTFORD** } ss. Hartford

On this 5th day of January, 2018, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Senior Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

Kathleen T. Maynard
Notary Public
My Commission Expires July 31, 2021

**CERTIFICATE**

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of **10/14/2021**
Signed and sealed at the City of Hartford.



Kevin Heckman, Assistant Vice President

POA 2018

Bond No.:  41BCSIX7663

| PERFORMANCE BOND | DATE BOND EXECUTED *(Must be same or later than date of contract)* | OMB Control Number: 9000-0045 |
|---|---|---|
| *(See instructions on reverse)* | 09/15/2022 | Expiration Date: 8/31/2025 |

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*

Pro-Mark Services, Inc.

3275 Oak Ridge Loop E

West Fargo, ND 58078

**TYPE OF ORGANIZATION** *("X" one)*

☐ INDIVIDUAL  ☐ PARTNERSHIP  ☐ JOINT VENTURE

☒ CORPORATION  ☐ OTHER *(Specify)*

**STATE OF INCORPORATION**

North Dakota

**SURETY(IES)** *(Name(s) and business address(es))*

Hartford Accident and Indemnity Company

One Hartford Plaza

Hartford, CT 06155-0001

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 000 | 173 | 481 | 00 |

| CONTRACT DATE | CONTRACT NUMBER FA452820D0004 |
|---|---|
| 9/14/2022 | DO # FA452822F0133 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal-

(a) (1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

(2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

**WITNESS:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

Pro-Mark Services, Inc.

| | 1. (Seal) | 2. (Seal) | 3. (Seal) | |
|---|---|---|---|---|
| SIGNATURE(S) | | | | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. Chad DuBois President | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | 1. (Seal) | 2. (Seal) | |
|---|---|---|---|
| SIGNATURE(S) | | | |
| NAME(S) *(Typed)* | 1. | 2. | |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | Hartford Accident and Indemnity Company One Hartford Plaza, Hartford, CT 06155-0001 | STATE OF INCORPORATION Connecticut | LIABILITY LIMIT ($) $240,438,000.00 | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. Jill Graveline | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. Jill Graveline Attorney-In-Fact | 2. | | |

**AUTHORIZED FOR LOCAL REPRODUCTION**
*Previous edition is NOT usable*

**STANDARD FORM 25 (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

## CORPORATE SURETY(IES) (Continued)

| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) $6.80 | TOTAL ($) $1,180.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

(b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

(c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2016) **BACK**

## ACKNOWLEDGMENT OF PRINCIPAL (CORPORATION)

State of _North Dakota_ )
County of _Cass_ )

On this _19th_ day of _September_ 20 _22_ , before me personally appeared
_Chad DuBois_ known to be the _President_ of the corporation that is
described in and that he or she executed the within instrument, and acknowledged to me that such
corporation executed the same.

MANDY GRANT
Notary Public
State of North Dakota
My Commission Expires Jan. 14, 2026

_Mandy Grant_

## ACKNOWLEDGMENT OF PRINCIPAL (INDIVIDUAL OR PARTNERSHIP)

State of _____ )
County of _____ )

On this _____ day of _____ 20_22_ , before me personally
Appeared _____ known to be the person described in and who
executed the within instrument, and acknowledged to me that he/she executed the same.

(NOTARIAL SEAL)

_____

## ACKNOWLEDGMENT OF SURETY

State of _North Dakota_ )
County of _Cass_ )

On this _15th_ day of _September_ 20 _22_ , before me personally
appeared _Jill Graveline_ known to be the person who is described in
and whose name is subscribed to the within instrument as Attorney in Fact of
_Hartford Accident and Indemnity Company_ and acknowledged to me that he or she
subscribed the name of _Hartford Accident and Indemnity Company_ thereto as surety and
his or her own name as Attorney in Fact.

(NOTARIAL SEAL)
JENNA KILL
Notary Public
State of North Dakota
My Commission Expires Oct. 8, 2025

_Jenna Kill_

# POWER OF ATTORNEY

Direct Inquiries/Claims to:
**THE HARTFORD**
BOND, T-11
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
*call:* 888-266-3488 *or fax:* 860-757-5835

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

Agency Name: MARSH & MCLENNAN AGENCY LLC
Agency Code: 41-721584

| | |
|---|---|
| X | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| X | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| X | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
*up to the amount of* Unlimited :

Daniel Armbrust, Thomas Dawson, Jill Graveline, Rebecca J. Hecker, Bridget Helm,
Beth N. Johnston, Braeden P Nelson of FARGO, North Dakota

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on May 23, 2016 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Shelby Wiggins, Assistant Secretary

Joelle L. LaPierre, Assistant Vice President

STATE OF FLORIDA
} **ss.** Lake Mary
COUNTY OF SEMINOLE

On this 20th day of May, 2021, before me personally came Joelle LaPierre, to me known, who being by me duly sworn, did depose and say: that (s)he resides in Seminole County, State of Florida; that (s)he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that (s)he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that (s)he signed his/her name thereto by like authority.



Jessica Ciccone
My Commission HH 122280
Expires June 20, 2025

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of 09/15/2022 .

Signed and sealed in Lake Mary, Florida.



Keith D. Dozois, Assistant Vice President

Bond No.: 41BCSIX7663

| PAYMENT BOND<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br>09/15/2022 | **OMB Control Number: 9000-0045**<br>**Expiration Date: 8/31/2025** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br><br>Pro-Mark Services, Inc.<br>3275 Oak Ridge Loop E<br>West Fargo, ND 58078 | TYPE OF ORGANIZATION *("X" one)*<br>☐ INDIVIDUAL    ☐ PARTNERSHIP    ☐ JOINT VENTURE<br>☒ CORPORATION    ☐ OTHER *(Specify)* |
|---|---|
| | STATE OF INCORPORATION<br>North Dakota |

| SURETY(IES) *(Name(s) and business address(es))*<br><br>Hartford Accident and Indemnity Company<br>One Hartford Plaza<br>Hartford, CT 06155-0001 | PENAL SUM OF BOND |
|---|---|

| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|---|
| | 000 | 173 | 481 | 00 |

| CONTRACT DATE<br>9/14/2022 | CONTRACT NUMBER<br>FA452820D0004<br>DO # FA452822F0133 |
|---|---|

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| Pro-Mark Services, Inc. | | | | |
| SIGNATURE(S) | 1.                    (Seal) | 2.                    (Seal) | 3.                    (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. Chad DuBois<br>President | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 1.                    (Seal) | 2.                    (Seal) |
| NAME(S) *(Typed)* | 1. | 2. |

| CORPORATE SURETY(IES) | | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | Hartford Accident and Indemnity Company<br>One Hartford Plaza, Hartford, CT 06155-0001 | STATE OF INCORPORATION<br>Connecticut | LIABILITY LIMIT<br>$240,438,000.00 | Corporate Seal |
| | SIGNATURE(S) | 1. *Jill Graveline* | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | Jill Graveline<br>Attorney-in-Fact | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 25A (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) *(Continued)*

| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2016) **BACK**

## ACKNOWLEDGMENT OF PRINCIPAL (CORPORATION)

State of ___North Dakota___ )
County of ___Cass___ )

On this ___19th___ day of ___September___ 20 _22_ , before me personally appeared
_Chad DuBois_ known to be the _President_ of the corporation that is
described in and that he or she executed the within instrument, and acknowledged to me that such
corporation executed the same.

> MANDY GRANT
> Notary Public
> State of North Dakota
> My Commission Expires Jan. 14, 2026

_Mandy Grant_

## ACKNOWLEDGMENT OF PRINCIPAL (INDIVIDUAL OR PARTNERSHIP)

State of _____ )
County of _____ )

On this _____ day of _____ 20_22_ , before me personally
Appeared _____ known to be the person described in and who
executed the within instrument, and acknowledged to me that he/she executed the same.

{NOTARIAL SEAL}

_____

## ACKNOWLEDGMENT OF SURETY

State of ___North Dakota___ )
County of ___Cass___ )

On this ___15th___ day of ___September___ 20 _22_ , before me personally
appeared ___Jill Graveline___ known to be the person who is described in
and whose name is subscribed to the within instrument as Attorney in Fact of
___Hartford Accident and Indemnity Company___ and acknowledged to me that he or she
subscribed the name of ___Hartford Accident and Indemnity Company___ thereto as surety and
his or her own name as Attorney in Fact.

> JENNA KILL
> Notary Public
> State of North Dakota
> My Commission Expires Oct. 8, 2025

_Jenna Kill_

# POWER OF ATTORNEY

**Direct Inquiries/Claims to:**
**THE HARTFORD**
BOND, T-11
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
*call:* 888-266-3488 *or fax:* 860-757-5835

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

Agency Name: MARSH & MCLENNAN AGENCY LLC
Agency Code: 41-721584

| | |
|---|---|
| [X] | **Hartford Fire Insurance Company,** a corporation duly organized under the laws of the State of Connecticut |
| [X] | **Hartford Casualty Insurance Company,** a corporation duly organized under the laws of the State of Indiana |
| [X] | **Hartford Accident and Indemnity Company,** a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Underwriters Insurance Company,** a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Twin City Fire Insurance Company,** a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of Illinois,** a corporation duly organized under the laws of the State of Illinois |
| [ ] | **Hartford Insurance Company of the Midwest,** a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of the Southeast,** a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, **up to the amount of** Unlimited :

Daniel Armbrust, Thomas Dawson, Jill Graveline, Rebecca J. Hecker, Bridget Helm, Beth N. Johnston, Braeden P Nelson of FARGO, North Dakota

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by [X], and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof,** and as authorized by a Resolution of the Board of Directors of the Companies on May 23, 2016 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

       

Shelby Wiggins, Assistant Secretary

Joelle L. LaPierre, Assistant Vice President

**STATE OF FLORIDA** } ss. Lake Mary
**COUNTY OF SEMINOLE** }

On this 20th day of May, 2021, before me personally came Joelle LaPierre, to me known, who being by me duly sworn, did depose and say: that (s)he resides in Seminole County, State of Florida; that (s)he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that (s)he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that (s)he signed his/her name thereto by like authority.



Jessica Ciccone
My Commission HH 122280
Expires June 20, 2025

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of 09/15/2022 .

Signed and sealed in Lake Mary, Florida.

       

Keith D. Dozois, Assistant Vice President

Bond No.: 41BCSIX7668

| **PERFORMANCE BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED (Must be same or later than date of contract)<br><br>09/28/2022 | **OMB Control Number: 9000-0045**<br>**Expiration Date: 8/31/2025** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to:   General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC  20405.

| PRINCIPAL *(Legal name and business address)*<br><br>**Pro-Mark Services, Inc.**<br>**3275 Oak Ridge Loop E**<br>**West Fargo, ND 58078** | TYPE OF ORGANIZATION *("X" one)*<br><br>☐ INDIVIDUAL   ☐ PARTNERSHIP   ☐ JOINT VENTURE<br>☒ CORPORATION   ☐ OTHER *(Specify)*<br><br>STATE OF INCORPORATION<br>**North Dakota** |
|---|---|

SURETY(IES) *(Name(s) and business address(es))*

**Hartford Accident and Indemnity Company**
**One Hartford Plaza**
**Hartford, CT 06155-0001**

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 000 | 453 | 164 | 00 |

| CONTRACT DATE<br><br>9/28/2022 | CONTRACT NUMBER<br>**FA465917DC002 - FA465922F0059** |
|---|---|

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal-

(a) (1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

(2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b)     Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| Pro-Mark Services, Inc. | | **PRINCIPAL** | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* | 3. *(Seal)* | Corporate Seal |
| NAME(S) &<br>TITLE(S)<br>*(Typed)* | 1. Chad DuBols<br>President | 2. | 3. | |

| | **INDIVIDUAL SURETY(IES)** | |
|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* |
| NAME(S)<br>*(Typed)* | 1. | 2. |

| | | **CORPORATE SURETY(IES)** | | |
|---|---|---|---|---|
| **SURETY A** | NAME &<br>ADDRESS | Hartford Accident and Indemnity Company<br>One Hartford Plaza, Hartford, CT 06155-0001 | STATE OF INCORPORATION<br>Connecticut | LIABILITY LIMIT ($)<br>$240,438,000.00 | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) &<br>TITLE(S)<br>*(Typed)* | Rebecca J. Hecker<br>Attorney-In-Fact | 2. | |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>*Previous edition is NOT usable* | **STANDARD FORM 25 (REV. 8/2016)**<br>Prescribed by GSA-FAR (48 CFR) 53.228(b) |
|---|---|

**CORPORATE SURETY(IES)** *(Continued)*

| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) $6.80 | TOTAL ($) $3,082.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2016) **BACK**

## ACKNOWLEDGMENT OF PRINCIPAL (CORPORATION)

State of _North Dakota_ )

County of _Cass_ ) ss

On this __3rd__ day of _October_ 20 22 , before me personally appeared
Chad DuBois known to be the _President_ of the corporation that is
described in and that he or she executed the within instrument, and acknowledged to me that such
corporation executed the same.

(NOTARIAL SEAL)

MANDY GRANT
Notary Public
State of North Dakota
My Commission Expires Jan. 14, 2026

_Mandy Grant_

## ACKNOWLEDGMENT OF PRINCIPAL (INDIVIDUAL OR PARTNERSHIP)

State of _____ )

County of _____ )

On this _____ day of _____ 20 22 , before me personally
Appeared _____ known to be the person described in and who
executed the within instrument, and acknowledged to me that he/she executed the same.

(NOTARIAL SEAL)

## ACKNOWLEDGMENT OF SURETY

State of ___North Dakota___ )

County of ___Cass___ )

On this __28th__ day of ___September___ 20 22 , before me personally
appeared ___Rebecca J. Hecker___ known to be the person who is described in
and whose name is subscribed to the within instrument as Attorney in Fact of
___Hartford Accident and Indemnity Company___ and acknowledged to me that he or she
subscribed the name of _Hartford Accident and Indemnity Company_ thereto as surety and
his or her own name as Attorney in Fact.

(NOTARIAL SEAL)

JILL GRAVELINE
Notary Public
State of North Dakota
My Commission Expires Jan. 28, 2023

# POWER OF ATTORNEY

*Direct Inquiries/Claims to:*
**THE HARTFORD**
BOND, T-11
One Hartford Plaza
Hartford, Connecticut 06155
**Bond.Claims@thehartford.com**
*call:* **888-266-3488** *or fax:* **860-757-5835**

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

Agency Name: MARSH & MCLENNAN AGENCY LLC
Agency Code: 41-721584

| | |
|---|---|
| X | **Hartford Fire Insurance Company,** a corporation duly organized under the laws of the State of Connecticut |
| X | **Hartford Casualty Insurance Company,** a corporation duly organized under the laws of the State of Indiana |
| X | **Hartford Accident and Indemnity Company,** a corporation duly organized under the laws of the State of Connecticut |
| | **Hartford Underwriters Insurance Company,** a corporation duly organized under the laws of the State of Connecticut |
| | **Twin City Fire Insurance Company,** a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of Illinois,** a corporation duly organized under the laws of the State of Illinois |
| | **Hartford Insurance Company of the Midwest,** a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of the Southeast,** a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
*up to the amount of* Unlimited :

Daniel Armbrust, Thomas Dawson, Jill Graveline, Rebecca J. Hecker, Bridget Helm,
Beth N. Johnston, Braeden P Nelson of FARGO, North Dakota

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof,** and as authorized by a Resolution of the Board of Directors of the Companies on May 23, 2016 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

       

*Shelby Wiggins*

Shelby Wiggins, Assistant Secretary

*Joelle L. LaPierre*

Joelle L. LaPierre, Assistant Vice President

**STATE OF FLORIDA**
**COUNTY OF SEMINOLE** } ss. Lake Mary

On this 20th day of May, 2021, before me personally came Joelle LaPierre, to me known, who being by me duly sworn, did depose and say: that (s)he resides in Seminole County, State of Florida; that (s)he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that (s)he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that (s)he signed his/her name thereto by like authority.



*Jessica Ciccone*

Jessica Ciccone
My Commission HH 122280
Expires June 20, 2025

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of 09/28/2022 _____.

Signed and sealed in Lake Mary, Florida.

       

*Keith Dozois*

Keith D. Dozois, Assistant Vice President

## PAYMENT BOND
*(See instructions on reverse)*

DATE BOND EXECUTED *(Must be same or later than date of contract)*
09/28/2022

**OMB Control Number: 9000-0045**
**Expiration Date: 8/31/2025**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

PRINCIPAL *(Legal name and business address)*

Pro-Mark Services, Inc.
3275 Oak Ridge Loop E
West Fargo, ND 58078

TYPE OF ORGANIZATION *("X" one)*

☐ INDIVIDUAL   ☐ PARTNERSHIP   ☐ JOINT VENTURE
☒ CORPORATION   ☐ OTHER *(Specify)*

STATE OF INCORPORATION
North Dakota

SURETY(IES) *(Name(s) and business address(es))*

Hartford Accident and Indemnity Company
One Hartford Plaza
Hartford, CT 06155-0001

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 000 | 453 | 164 | 00 |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 9/28/2022 | FA465917DC002 - FA465922F0059 |

### OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

### CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

### WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

Pro-Mark Services, Inc.

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. Chad DuBois President | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | (Seal) | | (Seal) |
| NAME(S) *(Typed)* | 1. | 2. | |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | Hartford Accident and Indemnity Company One Hartford Plaza, Hartford, CT 06155-0001 | STATE OF INCORPORATION Connecticut | LIABILITY LIMIT $240,438,000.00 | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. Rebecca J. Hecker | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | Rebecca J. Hecker Attorney-In-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 25A (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

| | | | | | |
|---|---|---|---|---|---|
| | **CORPORATE SURETY(IES)** *(Continued)* | | | | |
| **SURETY B** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2016) BACK

**ACKNOWLEDGMENT OF PRINCIPAL (CORPORATION)**

State of _North Dakota_ )
County of _Cass_ )

On this _3rd_ day of _October_ 20_22_, before me personally appeared
_Chad DuBois_ known to be the _President_ of the corporation that is
described in and that he or she executed the within instrument, and acknowledged to me that such
corporation executed the same.

MANDY GRANT
Notary Public
(NOState of North Dakota
My Commission Expires Jan. 14, 2026

_Mandy Grant_

---

**ACKNOWLEDGMENT OF PRINCIPAL (INDIVIDUAL OR PARTNERSHIP)**

State of _____ )
County of _____ )

On this _____ day of _____ 20_22_, before me personally
Appeared _____ known to be the person described in and who
executed the within instrument, and acknowledged to me that he/she executed the same.

(NOTARIAL SEAL)

_____

---

**ACKNOWLEDGMENT OF SURETY**

State of ____North Dakota____ )
County of ____Cass____ )

On this _28th_ day of _September_ 20_22_, before me personally
appeared _Rebecca J. Hecker_ known to be the person who is described in
and whose name is subscribed to the within instrument as Attorney in Fact of
_Hartford Accident and Indemnity Company_ and acknowledged to me that he or she
subscribed the name of _Hartford Accident and Indemnity Company_ thereto as surety and
his or her own name as Attorney in Fact.

(NOTAR_JILL GRAVELINE_
Notary Public
State of North Dakota
My Commission Expires Jan. 28, 2023

_Jill Graveline_

# POWER OF ATTORNEY

*Direct Inquiries/Claims to:*
**THE HARTFORD**
BOND, T-11
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
*call:* 888-266-3488 *or fax:* 860-757-5835

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

Agency Name: MARSH & MCLENNAN AGENCY LLC
Agency Code: 41-721584

| | | |
|---|---|---|
| X | **Hartford Fire Insurance Company,** a corporation duly organized under the laws of the State of Connecticut |
| X | **Hartford Casualty Insurance Company,** a corporation duly organized under the laws of the State of Indiana |
| X | **Hartford Accident and Indemnity Company,** a corporation duly organized under the laws of the State of Connecticut |
| | **Hartford Underwriters Insurance Company,** a corporation duly organized under the laws of the State of Connecticut |
| | **Twin City Fire Insurance Company,** a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of Illinois,** a corporation duly organized under the laws of the State of Illinois |
| | **Hartford Insurance Company of the Midwest,** a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of the Southeast,** a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
*up to the amount of* Unlimited :

Daniel Armbrust, Thomas Dawson, Jill Graveline, Rebecca J. Hecker, Bridget Helm,
Beth N. Johnston, Braeden P Nelson of FARGO, North Dakota

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by **☒**, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof,** and as authorized by a Resolution of the Board of Directors of the Companies on May 23, 2016 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

       

*Shelby Wiggins*                                             *Joelle L. LaPierre*

Shelby Wiggins, Assistant Secretary                          Joelle L. LaPierre, Assistant Vice President

**STATE OF FLORIDA**
                                    } ss.    Lake Mary
**COUNTY OF SEMINOLE**

On this 20th day of May, 2021, before me personally came Joelle LaPierre, to me known, who being by me duly sworn, did depose and say: that (s)he resides in Seminole County, State of Florida; that (s)he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that (s)he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that (s)he signed his/her name thereto by like authority.



*Jessica Ciccone*
Jessica Ciccone
My Commission HH 122280
Expires June 20, 2025

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of 09/28/2022                    .

Signed and sealed in Lake Mary, Florida.

       

*Keith Dozois*

Keith D. Dozois, Assistant Vice President

Bond No.:  41BCSIX7669

| **PERFORMANCE BOND** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 09/28/2022 | OMB Control Number: 9000-0045 Expiration Date: 8/31/2025 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) Pro-Mark Services, Inc. 3275 Oak Ridge Loop E West Fargo, ND 58078 | TYPE OF ORGANIZATION ("X" one) |
|---|---|
| | ☐ INDIVIDUAL   ☐ PARTNERSHIP   ☐ JOINT VENTURE ☒ CORPORATION   ☐ OTHER (Specify) |
| | STATE OF INCORPORATION **North Dakota** |

| SURETY(IES) (Name(s) and business address(es)) Hartford Accident and Indemnity Company Hartford, CT 06155-0001 | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S) 001 | THOUSAND(S) 426 | HUNDRED(S) 283 | CENTS 00 |
| | CONTRACT DATE 9/28/2022 | CONTRACT NUMBER FA251720D0010 DO # FA254322F0058 | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal-

    (a) (1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

    (2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

    (b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| Pro-Mark Services, Inc. | | PRINCIPAL | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. Chad DuBois President | 2. | 3. | |

| | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | |
| NAME(S) (Typed) | 1. | 2. | |

| | | CORPORATE SURETY(IES) | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | Hartford Accident and Indemnity Company One Hartford Plaza, Hartford, CT 06155-0001 | STATE OF INCORPORATION Connecticut | LIABILITY LIMIT ($) $240,438,000.00 |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. Braeden P Nelson Attorney-In-Fact | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 25 (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

**CORPORATE SURETY(IES) (Continued)**

| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | | LIABILITY LIMIT ($) | | Corporate Seal |
|---|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | | | |

| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | | LIABILITY LIMIT ($) | | Corporate Seal |
|---|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | | | |

| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | | LIABILITY LIMIT ($) | | Corporate Seal |
|---|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | | | |

| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | | LIABILITY LIMIT ($) | | Corporate Seal |
|---|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | | | |

| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | | LIABILITY LIMIT ($) | | Corporate Seal |
|---|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | | | |

| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | | LIABILITY LIMIT ($) | | Corporate Seal |
|---|---|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) $6.25 | TOTAL ($) $8,911.00 |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2016) **BACK**

## ACKNOWLEDGMENT OF PRINCIPAL (CORPORATION)

State of _North Dakota_ )
County of _Cass_ )

On this _3rd_ day of _October_ 20 _22_ , before me personally appeared
_Chad DuBois_ known to be the _President_ of the corporation that is
described in and that he or she executed the within instrument, and acknowledged to me that such
corporation executed the same.

MANDY GRANT
Notary Public
(NOTARIAL SEAL) State of North Dakota
My Commission Expires Jan. 14, 2026

_Mandy Grant_

---

## ACKNOWLEDGMENT OF PRINCIPAL (INDIVIDUAL OR PARTNERSHIP)

State of _____ )
County of _____ )

On this _____ day of _____ 20_22_ , before me personally
Appeared _____ known to be the person described in and who
executed the within instrument, and acknowledged to me that he/she executed the same.

(NOTARIAL SEAL)

_____

---

## ACKNOWLEDGMENT OF SURETY

State of _North Dakota_ )
County of _Cass_ )

On this _28th_ day of _September_ 20 _22_ , before me personally
appeared _Braeden P Nelson_ known to be the person who is described in
and whose name is subscribed to the within instrument as Attorney in Fact of
_Hartford Accident and Indemnity Company_ and acknowledged to me that he or she
subscribed the name of _Hartford Accident and Indemnity Company_ thereto as surety and
his or her own name as Attorney in Fact.

(NOTARIAL SEAL)
JILL GRAVELINE
Notary Public
State of North Dakota
My Commission Expires Jan. 28, 2023

_Jill Graveline_

# POWER OF ATTORNEY

*Direct Inquiries/Claims to:*
**THE HARTFORD**
**BOND, T-11**
**One Hartford Plaza**
**Hartford, Connecticut 06155**
**Bond.Claims@thehartford.com**
*call:* **888-266-3488** *or fax:* 860-757-5835

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

Agency Name: MARSH & MCLENNAN AGENCY LLC
Agency Code: 41-721584

| | | |
|---|---|---|
| X | **Hartford Fire Insurance Company,** a corporation duly organized under the laws of the State of Connecticut |
| X | **Hartford Casualty Insurance Company,** a corporation duly organized under the laws of the State of Indiana |
| X | **Hartford Accident and Indemnity Company,** a corporation duly organized under the laws of the State of Connecticut |
| | **Hartford Underwriters Insurance Company,** a corporation duly organized under the laws of the State of Connecticut |
| | **Twin City Fire Insurance Company,** a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of Illinois,** a corporation duly organized under the laws of the State of Illinois |
| | **Hartford Insurance Company of the Midwest,** a corporation duly organized under the laws of the State of Indiana |
| | **Hartford Insurance Company of the Southeast,** a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
*up to the amount of* Unlimited :

Daniel Armbrust, Thomas Dawson, Jill Graveline, Rebecca J. Hecker, Bridget Helm,
Beth N. Johnston, Braeden P Nelson of FARGO, North Dakota

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ⊠, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof,** and as authorized by a Resolution of the Board of Directors of the Companies on May 23, 2016 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

       

*Shelby Wiggins*

Shelby Wiggins, Assistant Secretary

*Joelle L. LaPierre*

Joelle L. LaPierre, Assistant Vice President

**STATE OF FLORIDA**
          } ss. Lake Mary
**COUNTY OF SEMINOLE**

On this 20th day of May, 2021, before me personally came Joelle LaPierre, to me known, who being by me duly sworn, did depose and say: that (s)he resides in Seminole County, State of Florida; that (s)he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that (s)he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that (s)he signed his/her name thereto by like authority.



*Jessica Ciccone*

Jessica Ciccone
My Commission HH 122280
Expires June 20, 2025

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of 09/28/2022 .

Signed and sealed in Lake Mary, Florida.

       

*Keith Dozois*

Keith D. Dozois, Assistant Vice President

| PAYMENT BOND<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br>09/28/2022 | OMB Control Number: 9000-0045<br>Expiration Date: 8/31/2025 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*

Pro-Mark Services, Inc.
3275 Oak Ridge Loop E
West Fargo, ND 58078

**TYPE OF ORGANIZATION** *("X" one)*
☐ INDIVIDUAL  ☐ PARTNERSHIP  ☐ JOINT VENTURE
☒ CORPORATION  ☐ OTHER *(Specify)*

**STATE OF INCORPORATION**
North Dakota

**SURETY(IES)** *(Name(s) and business address(es))*

Hartford Accident and Indemnity Company
One Hartford Plaza
Hartford, CT 06155-0001

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 001 | 426 | 283 | 00 |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 9/28/2022 | FA251720D0010<br>DO # FA254322F0058 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL** — Pro-Mark Services, Inc.

| | 1. *(Seal)* | 2. *(Seal)* | 3. *(Seal)* | Corporate Seal |
|---|---|---|---|---|
| SIGNATURE(S) | | | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. Chad DuBois President | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* |
|---|---|---|
| NAME(S) *(Typed)* | 1. | 2. |

**CORPORATE SURETY(IES)**

SURETY A
| NAME & ADDRESS | Hartford Accident and Indemnity Company<br>One Hartford Plaza, Hartford, CT 06155-0001 | STATE OF INCORPORATION<br>Connecticut | LIABILITY LIMIT<br>$240,438,000.00 | Corporate Seal |
|---|---|---|---|---|
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) *(Typed)* | 1. Braeden P Nelson Attorney-In-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 25A (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) *(Continued)*

| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2016) **BACK**

## ACKNOWLEDGMENT OF PRINCIPAL (CORPORATION)

State of ___North Dakota___ )
County of ___Cass___ )

On this ___3rd___ day of ___October___ 20 _22_ , before me personally appeared
_Chad DuBois_ known to be the _President_ of the corporation that is
described in and that he or she executed the within instrument, and acknowledged to me that such
corporation executed the same.

MANDY GRANT
Notary Public
State of North Dakota
My Commission Expires Jan. 14, 2026

## ACKNOWLEDGMENT OF PRINCIPAL (INDIVIDUAL OR PARTNERSHIP)

State of _____ )
County of _____ )

On this _____ day of _____ 20_22_ , before me personally
Appeared _____ known to be the person described in and who
executed the within instrument, and acknowledged to me that he/she executed the same.

(NOTARIAL SEAL)

## ACKNOWLEDGMENT OF SURETY

State of ___North Dakota___ )
County of ___Cass___ )

On this _28th_ day of _September_ 20 _22_ , before me personally
appeared _Braeden P Nelson_ known to be the person who is described in
and whose name is subscribed to the within instrument as Attorney in Fact of
_Hartford Accident and Indemnity Company_ and acknowledged to me that he or she
subscribed the name of _Hartford Accident and Indemnity Company_ thereto as surety and
his or her own name as Attorney in Fact.

(NOTARIAL SEAL)

JILL GRAVELINE
Notary Public
State of North Dakota
My Commission Expires Jan. 28, 2023

# POWER OF ATTORNEY

*Direct Inquiries/Claims to:*
**THE HARTFORD**
BOND, T-11
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
*call:* 888-266-3488 *or fax:* 860-757-5835

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

Agency Name: MARSH & MCLENNAN AGENCY LLC
Agency Code: 41-721584

| | |
|---|---|
| [X] | **Hartford Fire Insurance Company,** a corporation duly organized under the laws of the State of Connecticut |
| [X] | **Hartford Casualty Insurance Company,** a corporation duly organized under the laws of the State of Indiana |
| [X] | **Hartford Accident and Indemnity Company,** a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Underwriters Insurance Company,** a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Twin City Fire Insurance Company,** a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of Illinois,** a corporation duly organized under the laws of the State of Illinois |
| [ ] | **Hartford Insurance Company of the Midwest,** a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of the Southeast,** a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
*up to the amount of* Unlimited :

Daniel Armbrust, Thomas Dawson, Jill Graveline, Rebecca J. Hecker, Bridget Helm, Beth N. Johnston, Braeden P Nelson of FARGO, North Dakota

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by [X], and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof,** and as authorized by a Resolution of the Board of Directors of the Companies on May 23, 2016 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

       

*Shelby Wiggins*

Shelby Wiggins, Assistant Secretary

*Joelle L. LaPierre*

Joelle L. LaPierre, Assistant Vice President

STATE OF FLORIDA }
} ss. Lake Mary
COUNTY OF SEMINOLE }

On this 20th day of May, 2021, before me personally came Joelle LaPierre, to me known, who being by me duly sworn, did depose and say: that (s)he resides in Seminole County, State of Florida; that (s)he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that (s)he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that (s)he signed his/her name thereto by like authority.



*Jessica Ciccone*

Jessica Ciccone
My Commission HH 122280
Expires June 20, 2025

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of **09/28/2022**.

Signed and sealed in Lake Mary, Florida.

       

*Keith Dozois*

Keith D. Dozois, Assistant Vice President