UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Pro-Mark Services, Inc.,

Debtor.
_____/

Bankruptcy No. 24-30167
Chapter 7

IN THE MATTER OF:

Motion by United States Air Force to Approve Joint Settlement Agreement Between United States Air Force and Trustee, Motion Granting Relief from the Automatic Stay to Allow for Termination of Executory Contracts, and Motion for Extension of Time to File Proofs of Claims, and Resolution of Respective Claims and Outstanding Contractual Objections Between the Parties filed November 5, 2024. (Doc. 157)
_____/

**ORDER RESCHEDULING HEARING**

The hearing on Motion by United States Air Force to Approve Joint Settlement Agreement Between United States Air Force and Trustee, Motion Granting Relief from the Automatic Stay to Allow for Termination of Executory Contracts, and Motion for Extension of Time to File Proofs of Claims, and Resolution of Respective Claims and Outstanding Contractual Objections Between the Parties (Doc. 157) currently scheduled for December 18, 2024, is rescheduled to **Friday, December 13, 2024, at 1:00 p.m.**

Video Conference Instructions are located at: https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing.** To test the connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform. Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100 or email clerks_office@ndb.uscourts.gov. Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota

Dated: December 4, 2024.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

Copy served electronically December 4, 2024, to Electronic Mail Notice List for Case No. 24-30167.