**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Pro-Mark Services, Inc.

Debtor.
_____/

Bky. Case No. 24-30167
Chapter 7

**ORDER**

On November 5, 2024 the Bankruptcy Trustee filed a Motion for Sale of Estate Assets, seeking court approval to sell a 2022 GMC Sierra and pallet racking. Doc 160.  The Trustee served the motion and notice on creditors. The Court received no objections. Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the Motion for Sale of Estate Assets is fair and reasonable and in the best interests of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Sale of Estate Assets is **GRANTED.**  The Bankruptcy Trustee is authorized to sell the bankruptcy estate's interest in the following assets to Wayne Heifort of Underwood Minnesota, and Scott Heifort of Fergus Falls, Minnesota, on an "AS IS" and "WHERE IS" basis without any warranty expressed or implied by the Trustee.

| Asset | Sale Price | Buyer |
|---|---|---|
| 2022 GMC Sierra 2500HD<br>VIN 1GT19NEY4NF304281 | $46,000 | Wayne Heifort<br>24011 Norway Lake Rd<br>Underwood MN  56586 |
| Pallet racking | $200 | Scott Heifort<br>15943 County Hwy 25<br>Fergus Falls MN 56537 |

The Trustee is also authorized to execute documents necessary to transfer title to the buyer.

Dated this 4th day of December, 2024.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court