**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br>Pro-Mark Services, Inc.<br>　　　　　　Debtor | Court File No.: 24-30167<br><br>Chapter 7 Case |

**UNOPPOSED MOTION TO APPEAR REMOTELY AT HEARING ON MOTION TO APPROVE JOINT SETTLEMENT AGREEMENT**

Creditor, Hartford Accident and Casualty Company ("Hartford"), through its undersigned counsel, hereby submits this Unopposed Motion to Appear Remotely at Hearing on Motion to Approve Joint Settlement Agreement [Doc. 157] currently set for Friday, December 13, 2024 at 1:00 PM MST, and in support thereof states as follows:

1. This matter is currently set for a Hearing on Friday, December 13, 2024 at 1:00 PM MST at the United States Bankruptcy Court for the District of North Dakota located at 655 First Avenue North, Fargo, North Dakota 58102.

2. Counsel for Hartford is located in Denver, Colorado and requests to be permitted to appear at the Hearing remotely.

3. If this request is acceptable to the Court, the undersigned will contact the Court's clerk and make any necessary arrangements.

4. Counsel for Hartford has conferred with Counsel for Parties, who do not object to Hartford appearing for the hearing remotely. Counsel does not intend to present evidence or call any witnesses.

WHEREFORE, Creditor, Hartford Accident and Casualty Company, respectfully requests to be permitted to appear remotely at the December 13, 2024 Hearing.

Dated this 5th day of December, 2024.

THE HUSTEAD LAW FIRM

*A Professional Corporation*

*Original Signature is on file at The Hustead Law Firm, A Professional Corporation*

*/s/ Connor L. Cantrell*
Connor L. Cantrell, Esq.
The Hustead Law Firm
4643 S. Ulster Street, Suite 1250
Denver, Colorado 80237
(303) 721-5000
pqh@thlf.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2024 a true and correct copy of the foregoing UNOPPOSED MOTION TO APPEAR REMOTELY AT HEARING ON MOTION TO APPROVE JOINT SETTLEMENT AGREEMENT was electronically filed with the Court and a correct copy of the same was delivered to all counsel of record.

*Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*s/ Connor L. Cantrell*
Connor L. Cantrell, Esq.