**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br>Pro-Mark Services, Inc.<br>　　　　　Debtor | Court File No.: 24-30167<br><br>Chapter 7 Case |

**ORDER GRANTING UNOPPOSED MOTION TO APPEAR REMOTELY**
**AT HEARING ON MOTION TO LIFT AUTOMATIC STAY**

This matter comes before the Court on Creditor, Hartford Accident and Casualty Company's ("Hartford") Unopposed Motion to Appear Remotely at Hearing on Motion to Approve Joint Settlement Agreement;

The Court, being sufficiently advised of the premise of Hartford's Motion, HEREBY ORDERS as follows:

Hartford's Motion is GRANTED, Hartford' counsel will be permitted to appear at the Hearing on Friday, December 13, 2024 at 1:00 PM MST, with counsel to contact the Court's clerk and make any necessary call-in arrangements.

Dated this \_\_\_\_ day of December 2024.

_____
United States Bankruptcy Court Judge