United States Bankruptcy Court
District of North Dakota

In re:  Case No. 24-30167-skh
Pro-Mark Services, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3 | User: admin | Page 1 of 3
Date Rcvd: Dec 04, 2024 | Form ID: pdf2some | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Pro-Mark Services, Inc., 5012 53rd St. S., Suite G, Fargo, ND 58104-6006 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aimee Furness | on behalf of Defendant Connie Berg Revocable Living Trust aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Kyle Berg aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Kyle R. Berg Revocable Living Trust aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Connie Berg aimee.furness@haynesboone.com |
| Andrew D. Cook | on behalf of Defendant Mandy Grant acook@ohnstadlaw.com kthompson@ohnstadlaw.com |

Case 24-30167   Doc 181   Filed 12/06/24   Entered 12/06/24 23:31:51   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0868-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2024 | Form ID: pdf2some | Total Noticed: 1 |

Brenna Helene Scully
    on behalf of Defendant Connie Berg brenna.scully@haynesboone.com

Brenna Helene Scully
    on behalf of Defendant Connie Berg Revocable Living Trust brenna.scully@haynesboone.com

Brenna Helene Scully
    on behalf of Defendant Kyle Berg brenna.scully@haynesboone.com

Brenna Helene Scully
    on behalf of Defendant Kyle R. Berg Revocable Living Trust brenna.scully@haynesboone.com

Caren W. Stanley
    on behalf of Creditor Capital Credit Union cstanley@vogellaw.com
    jnona@vogellaw.com;sthompson@vogellaw.com;jschares@vogellaw.com

Carlos A Alonso
    on behalf of Plaintiff Erik A. Ahlgren carlos.alonsogayon@gtlaw.com

Carlos A Alonso
    on behalf of Trustee Erik A. Ahlgren carlos.alonsogayon@gtlaw.com

Connor Cantrell
    on behalf of Creditor Hartford Accident and Indemnity Company clc@thlf.com  jlh@thlf.com

ERIK A. AHLGREN
    on behalf of Trustee Erik A. Ahlgren erik@ahlgrenlawoffice.net
    lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net

ERIK A. AHLGREN
    on behalf of Plaintiff Erik A. Ahlgren erik@ahlgrenlawoffice.net
    lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net

Erik A. Ahlgren
    trustee@prtel.com  trustee@prtel.com;erik@ahlgrenlawoffice.net;eaa@trustesolutions.net

GENE W. DOELING
    on behalf of Debtor Pro-Mark Services  Inc. gene@kaler-doeling.com, heather@kaler-doeling.com,mn20@ecfcbis.com

Jacob D Rhode
    on behalf of Defendant Miguel Paredes jrhode@kmklaw.com

Jordan Elizabeth Chavez
    on behalf of Defendant Connie Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Interested Party Connie Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Defendant Kyle R. Berg Revocable Living Trust jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Defendant Kyle Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Interested Party Kyle Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Interested Party BAD Investments LLP jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Defendant Connie Berg Revocable Living Trust jordan.chavez@haynesboone.com

Joseph Lehnert
    on behalf of Appraiser Prudent Fiduciary Services jlehnert@kmklaw.com

Joseph Lehnert
    on behalf of Appraiser Miguel Paredes jlehnert@kmklaw.com

Katrina A. Turman Lang
    on behalf of Creditor Right Choice Electric  Inc. klang@woldlaw.com, melanie@turmanlaw.com

Maurice VerStandig
    on behalf of Defendant Chad Dubois mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Interested Party Chad Dubois mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Melissa H Burkland
    on behalf of Creditor USA/USAF Melissa.Burkland@usdoj.gov
    Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

| District/off: 0868-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2024 | Form ID: pdf2some | Total Noticed: 1 |

Michael Fisco
on behalf of Trustee Erik A. Ahlgren fiscom@gtlaw.com

Michael Fisco
on behalf of Plaintiff Erik A. Ahlgren fiscom@gtlaw.com

Michael Gust
on behalf of Defendant Miguel Paredes mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Lewis Scheier
on behalf of Appraiser Miguel Paredes mscheier@kmklaw.com

Michael Lewis Scheier
on behalf of Defendant Miguel Paredes mscheier@kmklaw.com

Michael Lewis Scheier
on behalf of Appraiser Prudent Fiduciary Services mscheier@kmklaw.com

Patrick Hustead
on behalf of Creditor Hartford Accident and Indemnity Company rah@thlf.com  jlh@thlf.com

Peter Kieselbach
on behalf of Trustee Erik A. Ahlgren kieselbachp@gtlaw.com  jonestr@gtlaw.com

Peter Kieselbach
on behalf of Plaintiff Erik A. Ahlgren kieselbachp@gtlaw.com  jonestr@gtlaw.com

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Samuel Weaver
on behalf of Defendant Miguel Paredes sweaver@kmklaw.com

Stephen M. Pezanosky
on behalf of Defendant Connie Berg Revocable Living Trust stephen.pezanosky@haynesboone.com
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
on behalf of Interested Party Connie Berg stephen.pezanosky@haynesboone.com
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
on behalf of Defendant Connie Berg stephen.pezanosky@haynesboone.com
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
on behalf of Defendant Kyle R. Berg Revocable Living Trust stephen.pezanosky@haynesboone.com
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
on behalf of Interested Party BAD Investments LLP stephen.pezanosky@haynesboone.com
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
on behalf of Interested Party Kyle Berg stephen.pezanosky@haynesboone.com
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
on behalf of Defendant Kyle Berg stephen.pezanosky@haynesboone.com
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Steven R Kinsella
on behalf of Interested Party Razor Consulting Solutions skinsella@fredlaw.com
sstallings@fredlaw.com;docketing@fredlaw.com

TOTAL: 50

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:  
Pro-Mark Services, Inc.  

Bky. Case No. 24-30167  
Chapter 7  

**ORDER**

Debtor.  
_____/

On November 5, 2024 the Bankruptcy Trustee filed a Motion for Sale of Estate Assets, seeking court approval to sell a 2022 GMC Sierra and pallet racking. Doc 160. The Trustee served the motion and notice on creditors. The Court received no objections. Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the Motion for Sale of Estate Assets is fair and reasonable and in the best interests of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Sale of Estate Assets is **GRANTED.** The Bankruptcy Trustee is authorized to sell the bankruptcy estate's interest in the following assets to Wayne Heifort of Underwood Minnesota, and Scott Heifort of Fergus Falls, Minnesota, on an "AS IS" and "WHERE IS" basis without any warranty expressed or implied by the Trustee.

| Asset | Sale Price | Buyer |
|---|---|---|
| 2022 GMC Sierra 2500HD<br>VIN 1GT19NEY4NF304281 | $46,000 | Wayne Heifort<br>24011 Norway Lake Rd<br>Underwood MN  56586 |
| Pallet racking | $200 | Scott Heifort<br>15943 County Hwy 25<br>Fergus Falls MN 56537 |

The Trustee is also authorized to execute documents necessary to transfer title to the buyer.

Dated this 4th day of December, 2024.

/s/ Shon Hastings  
Shon Hastings, Judge  
United States Bankruptcy Court