**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br>Pro-Mark Services, Inc.<br>　　　　　　Debtor | Court File No.: 24-30167<br><br>Chapter 7 Case |

**NOTICE OF CREDITOR HARTFORD ACCIDENT AND CASUALTY COMPANY'S NON-OPPOSITION TO CAPITAL CREDIT UNION'S REQUEST TO CONTINUE HEARING**

Creditor, Hartford Accident and Casualty Company ("Hartford"), through its undersigned counsel, hereby submit its Notice of Non-Opposition of Capital Credit Union's ("CCU") request that this Court continue the hearing currently scheduled for December 13, 2024 at 1:00 PM, so that the parties may engage in discovery to narrow, or eliminate, potential disputes regarding appropriate claims to payments due under the Air Force Contracts.

Dated this 12th day of December, 2024.

　　　　　　　　　　　　　　　　　　　　THE HUSTEAD LAW FIRM
　　　　　　　　　　　　　　　　　　　　　　*A Professional Corporation*

　　　　　　　　　　　　　　　　　　　　*Original Signature is on file at The Hustead*
　　　　　　　　　　　　　　　　　　　　*Law Firm, A Professional Corporation*

　　　　　　　　　　　　　　　　　　　　*/s/ Connor L. Cantrell*
　　　　　　　　　　　　　　　　　　　　Connor L. Cantrell, Esq.
　　　　　　　　　　　　　　　　　　　　The Hustead Law Firm
　　　　　　　　　　　　　　　　　　　　4643 S. Ulster Street, Suite 1250
　　　　　　　　　　　　　　　　　　　　Denver, Colorado 80237
　　　　　　　　　　　　　　　　　　　　(303) 721-5000
　　　　　　　　　　　　　　　　　　　　clc@thlf.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2024 a true and correct copy of the foregoing NOTICE OF CREDITOR HARTFORD ACCIDENT AND CASUALTY COMPANY'S NON-OPPOSITION TO REQUEST TO CONTINUE HEARING was electronically filed with the Court & served to the following:

Erik A. Ahlgren, Trustee
220 W Washington Ave Ste 105
Fergus Falls MN 56537
erik@ahlgrenlawoffice.net

*Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*s/ Connor L. Cantrell*
Connor L. Cantrell, Esq.