UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                                  Bankruptcy No. 24-30167
                                                                                        Chapter 7
Pro-Mark Services, Inc.,

                         Debtor.
_____/

IN THE MATTER OF:

Motion by United States Air Force to Approve Joint Settlement Agreement Between United States Air Force and Trustee, Motion for Relief from Automatic Stay to Allow for Termination of Executory Contracts, Motion for Extension to File Proofs of Claim, and Resolution of Respective Claims and Outstanding Contractual Obligations filed November 5, 2024. (Doc. 157)
_____/

**NOTICE OF HEARING CHANGE FROM COURTROOM TO TELEPHONE**

PLEASE TAKE NOTICE that the Motion by United States Air Force to Approve Joint Settlement Agreement Between United States Air Force and Trustee, Motion for Relief from Automatic Stay to Allow for Termination of Executory Contracts, Motion for Extension to File Proofs of Claim, and Resolution of Respective Claims and Outstand Contractual Obligations (Doc. 157) currently scheduled for a video conference courtroom hearing on **Friday, December 13, 2024, at 1:00 p.m.** will instead be held as a **telephonic status conference** on <u>**Friday, December 13, 2024, at 1:00 p.m. (Central Standard Time)**</u>. Please use the following instructions for the conference call.

Telephonic Conference Instructions:

1) Call **701-297-7116**
2) Enter the Meeting ID **088076463#**
3) After the Meeting ID is entered you will be connected into the conference.
4) Please identify yourself after you have joined the conference.

Dated:  December 13, 2024.                    Kay A. Melquist, Clerk
                                              United States Bankruptcy Court
                                              Quentin N. Burdick United States Courthouse
                                              655 1st Avenue South, Suite 210
                                              Fargo, ND 58102-4932

                                     By:      */s/  Sharon Horsager*
                                              Sharon Horsager, Deputy Clerk

Copy served electronically December 13, 2024, to Electronic Mail Notice List for Case No. 24-30167.