# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.

Debtor.

Bky. Case No. 24-30167
Chapter 7

**ORDER**

On November 14, 2024, the Bankruptcy Trustee filed a Motion for Sale of Estate Assets, seeking court approval to sell equipment owned by the estate. Doc 165. The Bankruptcy Trustee served the motion and notice on creditors. The Court received no objections. Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the Motion for Sale of Estate Assets is fair and reasonable and in the best interests of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Sale of Estate Assets is **GRANTED.** The Bankruptcy Trustee is authorized to sell the bankruptcy estate's interest in the following assets to Steve Anderson of Devils Lake, North Dakota, based on the terms outlined in the motion.

    2008 MEC 3772 RT Man Lift;
    2007 SkyJack SJIII3219 Scissor Lift; and
    2010 Mark Line Industries Office Trailer (VIN: IN040818)

The Trustee is also authorized to execute documents necessary to transfer title to the buyer.

Dated this 13th day of December, 2024.

/s/Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court