**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                              Bky. Case No. 24-30167
                                                                    Chapter 7
Pro-Mark Services, Inc.
                                                                    **ORDER**

_____Debtor._____/

On November 20, 2024, the Bankruptcy Trustee filed a Motion for Sale of Property, seeking Court approval of an auction sale of equipment and vehicles owned by the bankruptcy estate and authorization to pay auctioneer fees. Doc. 168. The Bankruptcy Trustee served the motion and notice. The Court received no objections. Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the proposed sale is fair and reasonable and in the best interests of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Sale of Property is **GRANTED**. The Trustee is authorized to sell the bankruptcy estate's interest in the following property at an auction sale:

- 2023 Ford F350 Super Duty Truck, VIN 1FT8W3BT3PEC56799;
- 2022 Ford F350 Lariat, VIN 1FT8W3BT4NEF29410;
- 2019 Ford F550 Crew, VIN 1FD0W5HT4KEF69820;
- 2018 Ford F350 Super Duty, VIN 1FT8W3BTXJEB96589;
- 2015 Ford F350 Super Duty, VIN 1FT8W3BT6FEC35878;
- 2013 Ford F550 Crew, VIN 1FD0W5HT2DEB64235; and
- 2003 Chevy K2500 HD Silverado, VIN 1GCHK231X3F14567

The Bankruptcy Trustee is also authorized to deliver title and execute other documents necessary to effectively sell the asset and convey title to the purchaser at the sale. Additionally, the Bankruptcy Trustee may pay the auctioneers fees and costs of the sale at the conclusion of the auction. Upon completion of the sale, the Bankruptcy

Trustee shall file a Report of Sale.

The Trustee's request for waiver of the stay under Federal Rule of Bankruptcy Procedure 6004(h) is also **GRANTED**.

Dated this 13th day of December, 2024.

                                               /s/ Shon Hastings
                                               Shon Hastings, Judge
                                               United States Bankruptcy Court