**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bky. Case No. 24-30167 |
| | Chapter 7 |
| Pro-Mark Services, Inc. | |
| | **ORDER** |
| _____Debtor._____ / | |

On November 20, 2024, the Bankruptcy Trustee filed a Motion for Sale of Estate Assets, seeking court approval to sell a piece of equipment owned by the estate. Doc 169. The Bankruptcy Trustee served the motion and notice on creditors. The Court received no objections. Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the Motion for Sale of Estate Assets is fair and reasonable and in the best interests of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Sale of Estate Assets is **GRANTED.** The Bankruptcy Trustee is authorized to sell the bankruptcy estate's interest in the quick attach post pounder to Thomas Schiesser of Fergus Falls, Minnesota, under the terms outline in the motion.

The Trustee is also authorized to execute documents necessary to transfer title to the buyer.

Dated this 13th day of December, 2024

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court