UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                  Bankruptcy No. 24-30167
                                                                        Chapter 7

Pro-Mark Services, Inc.,

                            Debtor.
_____/

### NOTICE OF CONTINUED HEARING

A continued hearing will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **<u>Thursday, January 30, 2025, at 10:00 A.M.</u>** to consider and act upon the following matters:

- **Motion by United States Air Force to Approve Joint Settlement Agreement Between United States Air Force and Trustee, and Resolution of Respective Claims and Outstanding Contractual Obligations Between the Parties filed November 5, 2024. (Doc. 157)**

- **Objection by Hartford Accident & Indemnity Company to United States Air Force's Motion to Approve Joint Settlement Agreement Between United States Air Force and Trustee filed November 26, 2024. (Doc. 171)**

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated:  December 13, 2024.                Kay A. Melquist, Clerk
                                          United States Bankruptcy Court
                                          Quentin N. Burdick United States Courthouse
                                          655 1st Avenue North, Suite 210
                                          Fargo, ND 58102-4392

                                    By:   /s/   *Sharon Horsager*
                                          Sharon Horsager, Deputy Clerk

Copy served electronically December 13, 2024, to Electronic Mail Notice List for Case No. 24-30167.