UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                              Case No.: 24-30167
                                                      Chapter 7
Debtor.

STIPULATION TO ALLOW SALE OF CO-OWNED PROPERTY
PURSUANT TO 11 U.S.C. § 363(h)

Erik A. Ahlgren, trustee for the Chapter 7 Bankruptcy Estate of Pro-Mark Services Inc. ("Trustee"), and Hartford Accident and Indemnity Company ("Hartford") stipulate and agree as follows:

1. On November 14, 2024, Trustee filed a motion with this Court seeking to sell a 2008 MEC 3772 RT Man Lift, a 2007 SkyJack SJIII3219 Scissor Lift, and a 2010 Mark Line Industries Office Trailer (VIN: IN040818) to Steve Anderson of Devils Lake, North Dakota for $6,000.00 (the "Sale"). *DE # 165.*

2. Hartford has objected to the Sale based on a claimed interest in the assets proposed to be sold. *DE # 196-1 and 200.*

3. Capital Credit Union ("CCU") has commenced an adversary proceeding, which proceeding will address the competing interests of Hartford and CCU. *DE #202; Adv. Pro. #25-07001.*

4. Hartford hereby waives its objection to the sale; provided, however, Hartford does not waive any claim to the proceeds from the Sale.

5. The $6,000.00 from the Sale will be held by Trustee in the bankruptcy estate's trust account pending further court order pending the conclusion of Adv. Pro. #25-07001.

6. In light of the foregoing, the parties respectfully request that the Court vacate the hearing set for set for Friday, January 17, 2025 at 10:00 AM (Doc. 199).

7. Pursuant to Local Rule 9011-4(f), the parties authorize the filing of this stipulation using their respective electronic signatures.

Dated: January 15, 2025

The Hustead Law Firm
A Professional Corporation

*/s/ Connor L. Cantrell*
Connor L. Cantrell, Esq. The Hustead Law Firm
4643 S. Ulster Street, Suite 1250
Denver, Colorado 80237
(303) 721-5000
clc@thlf.com

ATTORNEYS FOR HARTFORD ACCIDENT AND CASUALTY COMPANY

Ahlgren Law Office, PLLC

*/s/Erik A. Ahlgren*
Attorney #191814
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
Fax: 218-998-6404
erik@ahlgrenlawoffice.net

ATTORNEY FOR TRUSTEE

# CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of January, 2025 a true and correct copy of the foregoing UNOPPOSED MOTION FOR AN EXTESNION OF TIME TO FILE OBJECTION TO SALE OF ESTATE ASSETS was electronically filed with the Court & served to the following:

Erik A. Ahlgren, Trustee
220 W Washington Ave Ste 105
Fergus Falls MN 56537
erik@ahlgrenlawoffice.net

*Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*s/ Connor L. Cantrell*
Connor L. Cantrell, Esq.