## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.

            Debtor.
_____/

Bky. Case No. 24-30167
Chapter 7

**ORDER GRANTING TRUSTEE AUTHORITY TO SELL ASSETS**

On November 14, 2024, the Bankruptcy Trustee filed a Motion for Sale of Estate Assets, seeking court approval to sell equipment owned by the estate. Doc 165.  Hartford Accident and Indemnity Company objected to the terms in the motion.  Doc. 196.  On January 15, 2025, the Trustee and Hartford executed a Stipulation to Allow Sale of Co-Owned Property Pursuant 11 U.S.C. § 363(h).  Doc. 203.  In the Stipulation, Hartford waived its objection to the sale, but it did not waive its claim to the sale proceeds.

Based on the information provided by the Bankruptcy Trustee, the Stipulation and other documents filed in this case, the Court finds that the Trustee's request to sell the assets listed in his motion is fair and reasonable and in the best interests of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Sale of Estate Assets is **GRANTED.**  The Bankruptcy Trustee is authorized to sell the bankruptcy estate's interest in the following assets to Steve Anderson of Devils Lake, North Dakota, based on the terms outlined in the motion.

    2008 MEC 3772 RT Man Lift;
    2007 SkyJack SJIII3219 Scissor Lift; and
    2010 Mark Line Industries Office Trailer (VIN: IN040818)

The Trustee is also authorized to execute documents necessary to transfer title to the buyer.

1

Pursuant to the Stipulation [Doc. 203], the Trustee agreed to deposit and hold the $6,000.00 in proceeds from the sale of the assets listed above in the bankruptcy estate's trust account pending further Court order following the resolution of Adversary Proceeding #25-07001.

The hearing scheduled for Friday, January 17, 2025, is cancelled.

Dated this 15th day of January, 2024.

Shon Hastings, Judge
United States Bankruptcy Court