**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Pro-Mark Services, Inc.,                    Case No.: 24-30167
                                                                                Chapter 7

        Debtor.

**REPORT OF SALE**

Erik A. Ahlgren, the bankruptcy trustee in this case, hereby reports the sale of property of the debtor by auction sale as per the Motion for sale of property, Doc 168.

       2015 Ford F350 Super Duty, VIN 1FT8W3BT6FEC35878
       2022 Ford F350 Lariat, VIN 1FT8W3BT4NEF29410
       2018 Ford F350 Super Duty, VIN 1FT8W3BTXJEB96589
       2013 Ford F550 Crew, VIN 1FD0W5HT2DEB64235
       2023 Ford F350 Super Duty Truck, VIN 1FT8W3BT3PEC56799

The gross proceeds totaled $179,000.00. A copy of the auction report is attached. The Trustee reports that he accepted all bids.

This report is made pursuant to Bankruptcy Rule 6004(f)(1).

Dated: January 16, 2025

                                                         /s/ Erik A. Ahlgren
                                                    Erik A. Ahlgren, Trustee
                                                    220 W Washington Ave, Ste 105
                                                    Fergus Falls, MN 56537
                                                    218-998-2775
                                                    erik@ahlgrenlawoffice.net

CONSIGNOR STATEMENT



**JEFF MARTIN AUCTIONEERS**

Statement #: 20241212MN-11-PROMSERV-1

Date: 13-Dec-2024 8:41 EST

JEFF MARTIN AUCTIONEERS, INC.
**Mailing Address:** PO Box 16809, Hattiesburg MS, 39404
**Physical Address:** See Auction Site Address Below-Please Do Not Send Mail to Auction Site
1-844-450-6200
FAX: 601-450-4980

THANK YOU FOR CONSIGNING WITH JEFF MARTIN AUCTIONEERS INC.

## Seller Information

| | |
|---|---|
| Seller Name: | ERIK AHLGREN |
| Company: | TRUSTEE OF PRO-MARK SERVICES, INC. - BKY. CASE NO. 24-30167 |
| Bidder #: | |
| Cell #: | (218) 998-2775 |
| Email: | AARON@AHLGRENLAWOFFICE.NET |
| Address: | 220 W WASHINGTON AVE SUITE 105 FERGUS FALLS, MN 56537 |

## Auction Information

| | |
|---|---|
| Auction: | UPPER MIDWEST AUTOMOBILE AUCTION - DECEMBER 12TH @ 5:30 PM CT |
| Date: | 12/12/2024 |
| Location: | 2910 9TH STREET GLENCOE, MN 55336 |

| ID | Lot | Asset # | Description | Lien | Buyer Paid | Qty | Bid | Sale Price | Rate | Comm. | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 472744 | 50 | | 2015 FORD F-350 SD CREW CAB 4X4 PICKUP VIN: 1FT8W3BT6FEC35878 LARIAT, SRW, DIESEL ENGINE, 8 CYL , AUTOMATIC TRANSMISSION, CRUISE, AC/HEAT, LEATHER, BED LINER, RUNNING BOARDS, HEATED SEATS, COOLED/VENTED SEATS, AUTO WINDOWS/LOCKS, REARVIEW CAMERA, KEY CODE LOCKING, BLUETOOTH, NAVIGATION SYSTEM, CHROME FRONT GUARD , ODOMETER READS: 95594 | | ✓ | 1 | $24,000.00 | $24,000.00 | 8.00% | $1,920.00 | $22,080.00 |
| | | | | | | | | | | TRANSPORT | ($450.00) |
| 472747 | 51 | | 2022 FORD F-350 CREW CAB 4X4 PICKUP VIN: 1FT8W3BT4NEF29410 LARIAT, SRW, DIESEL ENGINE, 8 CYL , AUTOMATIC TRANSMISSION, CRUISE, AC/HEAT, LEATHER, BED COVER, RUNNING BOARDS, HEATED SEATS, COOLED/VENTED SEATS, AUTO WINDOWS/LOCKS, REARVIEW CAMERA, KEY CODE LOCKING, TOTAL ENGINE HOURS READ 1,162. , ODOMETER READS: 37445 | | ✓ | 1 | $52,000.00 | $52,000.00 | 8.00% | $4,160.00 | $47,840.00 |
| | | | | | | | | | | TRANSPORT | ($700.00) |

CONSIGNOR STATEMENT

| Lot # | | Description | | Qty | Sale Price | Gross | Comm % | Commission | Net |
|---|---|---|---|---|---|---|---|---|---|
| 472742 | 54 | 2018 FORD F-350 SD CREW CAB 4X4 PICKUP VIN: 1FT8W3BTXJEB96589 LARIAT, SRW, DIESEL ENGINE, 8 CYL , AUTOMATIC TRANSMISSION, CRUISE, AC/HEAT, LEATHER, BED LINER, BED COVER, RUNNING BOARDS, HEATED SEATS, COOLED/VENTED SEATS, AUTO WINDOWS/LOCKS, REARVIEW CAMERA, KEY CODE LOCKING, SATELLITE, RADIO, NAVIGATION SYSTEM, BLUETOOTH, ENGINE HOURS: 5831, ODOMETER READS: 189790 | | 1 | $30,000.00 | $30,000.00 | 8.00% | $2,400.00 | $27,600.00 |
| | | | | | | | TRANSPORT | | ($450.00) |
| 472788 | 55 | 2013 FORD F-550 SINGLE AXLE CREW CAB 4X4 FLATBED TRUCK VIN: 1FD0W5HT2DEB64235 11', STEEL BED, FORD 6.7L , AUTOMATIC, 4X4, SPRING SUSPENSION, CRUISE CONTROL, 202" " WB, 19500 GVW, STEEL DISC WHEELS, TIRE SIZE OF 225/70R19.5, FRONT GAWR 7,000 LBS - REAR GAWR 14,706 LBS, EQUIPPED WITH GOOSE NECK HITCH. , ODOMETER READS: 156113 | | 1 | $25,000.00 | $25,000.00 | 8.00% | $2,000.00 | $23,000.00 |
| | | | | | | | TRANSPORT | | ($700.00) |
| 472745 | 56 | 2023 FORD F-350 SD CREW CAB 4X4 PICKUP VIN: 1FT8W3BT3PEC56799 XLT, SRW, DIESEL ENGINE, 8 CYL , AUTOMATIC TRANSMISSION, CRUISE, AC/HEAT, CLOTH INTERIOR, RUNNING BOARDS, HEATED SEATS, AUTO WINDOWS/LOCKS, REARVIEW CAMERA, KEY CODE LOCKING, NAVIGATION SYSTEM, AUDIO STREAMING, ENGINE HOURS: 216, ODOMETER READS: 25628 | ✓ | 1 | $48,000.00 | $48,000.00 | 8.00% | $3,840.00 | $44,160.00 |
| | | | | | | | TRANSPORTATION | | ($450.00) |

Commissions are calculated on a Percent of the Sale Price of EACH LOT
Commission Breakpoint Summary:

| Commission BreakPoint | | | Commission Rate |
|---|---|---|---|
| --- | to | --- | 8.000% |

5 Lots Sold
Auction Gross: $179,000.00
Lot Expenses: ($2,750.00)
Commission: ($14,320.00)
Total Expenses: ($2,750.00)

**Auction Net: $161,930.00**
**Due to seller: $161,930.00**

ALL SELLER STATEMENTS ARE SUBJECT TO CHANGE AND ARE CONSIDERED PRELIMINARY UNTIL FINAL PAYMENT IS MADE TO CONSIGNOR.

20241212MN-11-PROMSERV-1