UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    Bankruptcy No. 24-30167
                                                          Chapter 7
Pro-Mark Services, Inc.,


                         Debtor.
_____/

IN THE MATTER OF:

Motion by United States Air Force to Approve Joint
Settlement Agreement Between United States Air
Force and Trustee, and Resolution of Respective
Claims and Outstanding Contractual Obligations
Between the Parties filed November 5, 2024. (Doc. 157)
_____/

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARING

The parties filed a stipulated motion to continue the hearing scheduled for

January 30, 2025. The Court finds cause for granting the continuance.

IT IS ORDERED that United States Air Force's Motion to Approve Joint

Settlement Agreement Between United States Air Force and Trustee, and Resolution of

Respective Claims and Outstanding Contractual Obligations Between the Parties (Doc.

157) shall be continued to **Friday, April 4, 2025, at 10:00 a.m.** in Courtroom #3,

Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North,

Fargo, North Dakota.

        Dated:  January 27, 2025.



                                        Shon Hastings, Judge
                                        United States Bankruptcy Court


Order served electronically January 27, 2025, to Electronic Mail Notice List for Case No. 24-30167.