UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    Bankruptcy No. 24-30167
                                                          Chapter 7
Pro-Mark Services, Inc.,

                              Debtor.
_____/

IN THE MATTER OF:

Motion by United States Air Force to Approve Joint
Settlement Agreement Between United States Air
Force and Trustee, and Resolution of Respective
Claims and Outstanding Contractual Obligations
Between the Parties filed November 5, 2024. (Doc. 157)
_____/

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARING

The parties orally stipulated to continue the hearing scheduled for Friday, April 4, 2025. The Court finds cause for granting the continuance.

IT IS ORDERED that United States Air Force's Motion to Approve Joint Settlement Agreement Between United States Air Force and Trustee, and Resolution of Respective Claims and Outstanding Contractual Obligations Between the Parties (Doc. 157) shall be continued to **Wednesday, January 21, 2026, at 9:30 a.m.** in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota.

Dated:  March 26, 2025.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically March 26, 2025, to Electronic Mail Notice List for Case No. 24-30167.