UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

PRO MARK SERVICES, INC

CASE NO: 24-30167

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 212

On 4/14/2025, a copy of the following documents, described below,

Settlement Agreement ECF Docket Reference No. 212

Notice and Motion for Approval of Settlement Agreement 213

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/14/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Peter D. Kieselbach
Greenberg Traurig, LLP
90 South Seventh Street
Minneapolis, MN  55402

USPS FIRST CLASS MAILING RECIPIENT    Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-30167
DISTRICT OF NORTH DAKOTA
MON APR 14 14-36-49 PST 2025

~~EXCLUDE~~
~~(U)BAD INVESTMENTS LLP~~

CAPITAL CREDIT UNION
ATTN CAREN STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

~~EXCLUDE~~
~~(U)HARTFORD ACCIDENT AND INDEMNITY~~
~~COMPANY~~

ORACLE AMERICA  INC
BUCHALTER PC
CO SHAWN M CHRISTIANSON
425 MARKET ST  SUITE 2900
SAN FRANCISCO  CA 94105-2491

DEBTOR
PROMARK SERVICES  INC
5012 53RD ST S  SUITE G
FARGO  ND 58104-6006

~~EXCLUDE~~
~~(U)PRUDENT FIDUCIARY SERVICES~~

~~EXCLUDE~~
~~(U)RAZOR CONSULTING SOLUTIONS~~

RIGHT CHOICE ELECTRIC  INC
2104 MILL RD  STE A
GRAND FORKS  ND 58203-1542

~~EXCLUDE~~
~~(U)USAUSAF~~

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~655 1ST AVENUE NORTH  SUITE 210~~
~~FARGO  ND 58102-4932~~

ACE CONSULTING
608 KEENECENTER DRIVE
NICHOLASVILLE  KY 40356-1495

ACE CONSULTING COMPANY  LLC
608 KEENE CENTRE DRIVE
NICHOLASVILLE  KY 40356-1495

ACTION MECHANICAL
PO BOX 880
RAPID CITY  SD 57709-0880

ADVANCED BUSINESS METHODS
1515 13TH AVE E
WEST FARGO  ND 58078-3403

~~EXCLUDE~~
~~(D)ADVANCED BUSINESS METHODS  INC~~
~~1515 13TH AVE E~~
~~WEST FARGO  ND 58078-3403~~

ADVANTAGE COATING
884 ARBOR DRIVE
CHASKA  MN 55318-9500

AIR MECHANICAL INC
1914 4TH AVE NW
WEST FARGO  ND 58078-1348

AKERMAN LLP
ANDREA S HARTLEY  ESQ
AKERMAN LLP
98 SE 7TH STREET  SUITE 1100
MIAMI  FL 33131-3525

AKERMAN LLP
PO BOX 4906
ORLANDO  FL 32802-4906

BAD INVESTMENTS LLP
CO STEPHEN PEZANOSKY
HAYNES AND BOONE  LLP
301 COMMERCE STREET  SUITE 2600
FORT WORTH  TX 76102-4160

BAD INVESTMENTS
KYLE BERG
5012 2ND ST E
WEST FARGO ND 58078-8208

BERGER ENTERPRISES  LLC
1826 25TH ST NE
EMERADO  ND 58228-9779

BERGER ENTERPRISES  LLC
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

BLACK HILLS ENERGY
PO BOX 7966
CAROL STREAM  IL 60197-7966

BRIAN L GREEN
US DEPARTMENT OF LABOR
2300 MAIN STREET
SUITE 11093
KANSAS CITY  MO 64108-2415

CI CONSTRUCTION  LLC
1910 42ND AVE W  SUITE 300
ALEXANDRIA  MN 56308-0029

USPS FIRST CLASS MAILING TO PIED ... Parties with names struck through or labeled (D) ... CE were served via First Class USPS Mail Service.

CAPITAL CREDIT UNION
BRAD SHETLERCHIEF LENDING OFFICER
PO BOX 2096
BISMARCK  ND 58502-2096

CAPITAL CREDIT UNION
CO CAREN STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

CAPITAL CREDIT UNION
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO ND  58107-1389

CAPITAL CREDIT UNION
CO KESHA L TANABE
VOGEL LAW FIRM
PO BOX 1389
FARGO ND  58107-1389

CARPET ONE COMMERCIAL
505 S 24TH ST W
BILLINGS  MT 59102-6245

CASS COUNTY ELECTRIC
PO BOX 6088
FARGO  ND 58108-6088

CELLCO PARTNERSHIP DBA VERIZON WIRELESS
WILLIAM M VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN  VA 20147-6122

CITY WIDE ELECTRIC  INC
1444 RIVER ST
WEST FARGO  ND 58078-2641

CITY OF FARGO
PO BOX BOX 1607
FARGO  ND 58107-1607

CITY OF MINOT
TREASURERS OFFICE
PO BOX BOX 5006
MINOT  ND 58702-5006

CONNIE BERG
5012 2ND ST E
WEST FARGO ND 58078-8208

CONNOR L CANTRELL
THE HUSTEAD LAW FIRM
4643 S ULSTER STREET  SUITE 1250
DENVER  CO 80237-4319

CONNOR L CANTRELL  ESQ
THE HUSTEAD LAW FIRM
4643 S ULSTER ST SUITE 1250
DENVER  CO 80237-4319

CREATIVE SURFACES INC
PO BOX 84611
SIOUX FALLS  SD 57118-4611

DOCU SHRED INC
42424 240TH ST SW
EAST GRAND FORKS  MN 56721-9605

DAKOTA FENCE
PO BOX 1408
FARGO  ND 58107-1408

DAKOTA FIRE PROTECTION  INC
PO BOX BOX 5327
GRAND FORKS  ND 58206-5327

DAWSON INS  MARSH  MCLENNAN AGENCY LLC
62886 COLLECTION CENTER DRIVE
CHICAGO  IL 60693-0628

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE CENTER
OGDEN  UT 84201-0045

DIAMOND EVERLEY ROOFING CONTRACTORS
PO BOX 3509
LAWRENCE  KS 66046-0509

ENERBASE COOPERATIVE RESOURCES
PO BOX F
MINOT  ND 58702-0350

EXCLUDE

ENGINEERED CONTROLS INC
10703 J STREET
OMAHA  NE 68127-1023

(D)ENGINEERED CONTROLS  INC
10703 J STREET
OMAHA  NE 68127-1023

ERVGIL  INC
CARPET ONE
505 SO 24TH ST W
BILLINGS MT 59102-6245

(P)FARGO GLASS  PAINT CO
ATTN WADE N BAKKE
1801 7TH AVE N
FARGO ND 58102-3203

FARGO GLASS  PAINT CO
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

FASTENAL COMPANY
ATTN LEGAL
2001 THEURER BLVD
WINONA  MN 55987-9902

USPS FIRST CLASS MAIL TO: PIEDMONT PACIFICAL SERVICE who served via First Class USPS Mail Service.
Parties with names struck through or labeled (U) undeliverable were served via First Class USPS Mail Service.

FIRELAKE CONSTRUCTION   INC
1011 E 31ST ST
LAWRENCE  KS 66046-5103

GEFROH ELECTRIC
100 45TH AVE NW
MINOT  ND 58703-0115

GREAT PLAINS NATURAL GAS CO
PO BOX 5600
BISMARCK  ND 58506-5600

(P)THE HARTFORD
ATTN BANKRUPTCY UNIT
ONE HARTFORD PLAZA
MAIL DROP T-16-285
HARTFORD CT 06155-0001

HARTFORD ACCIDENT AND INDEMNITY COMPANY
CO CONNOR L CANTRELL  ESQ
THE HUSTEAD LAW FIRM
4643 S ULSTER ST SUITE 1250
DENVER  CO 80237-4319

HARTFORD ACCIDENT AND INDEMNITY COMPAN
CO PATRICK Q HUSTEAD  ESQ
THE HUSTEAD LAW FIRM
4643 S ULSTER ST SUITE 1250
DENVER  CO 80237-4319

HAYNES BOONE
ATTN TODD M GARLAND
8000 TOWERS CRESCENT DRIVE  STE 900
VIENNA VA 22182-6221

INTEGRATED OPENINGS SOLUTIONS LLC
14901 WEST 117TH STREET
OLATHE  KS 66062-9307

JM SAFE HAVEN ENTERPRISES   INC
MELISSA FOXWORTH
2020 CREEK DRIVE
RAPID CITY  SD 57703-4124

JV ASSOCIATES   LTD
PO BOX 520
HUTCHINSON  MN 55350-0520

JACOR INC
W182S8363 RACINE AVE
MUSKEGO  WI 53150-9046

JOHNSON CONTROLS FIRE PROT LP
DEPT CH 10320
PALATINE  IL 60055-0001

JOHNSON CONTROLS FIRE PROTECTION LP
5757 N GREEN BAY AVENUE
GLENDALE  WI 53209-4408

JOHNSON CONTROLS  INC
5757 N GREEN BAY AVENUE
GLENDALE  WI 53209-4408

JOHNSON CONTROLS  INC
PO BOX 730068
DALLAS  TX 75373-0068

KEFLEX CONTRACTING
4880 G STREET
OMAHA  NE 68117-1415

KATRINA A TURMAN LANG
WOLD JOHNSON PC
PO BOX 1680
FARGO  ND 58107-1680

KYLE  CONNIE BERG  BAD INVESTMENTS LLP
CO JORDAN CHAVEZ
HAYNES AND BOONE  LLP
2801 N HARWOOD ST  SUITE 2300
DALLAS  TX 75201-2754

KYLE  CONNIE BERG  BAD INVESTMENTS LLP
CO STEPHEN PEZANOSKY
HAYNES AND BOONE  LLP
301 COMMERCE ST  SUITE 2600
FT WORTH  TX 76102-4160

LACREEK DEVELOPMENT CORPORATION
21617 US HWY 18 SUITE B
MARTIN  SD 57551-5944

LINN GROVE CENTER
5012 53RD STREET S
FARGO  ND 58104-6006

M  K PORTA POTTIES
PO BOX 14942
GRAND FORKS  ND 58208-4942

MK PORTA POTTIES
PO BOX BOX  1494
GRAND FORKS  ND 58208

MARCO
PO BOX 660831
DALLAS  TX 75266-0831

MARK KRAGNESS
43602 BASS HARBOR ROAD
PELICAN RAPIDS  MN 56572-7582

MARSH MCCLENNAN AGENCY
BECKY HECKER
505 BROADWAY NORTH SUITE 100
FARGO  ND 58102-4654

MAURICE B VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO  NORTH DAKOTA 58102-4246

USPS FIRST CLASS MAILING TO PIERCE
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

MCELROY ELECTRIC INC
300 SW TOPEKA BLVD
TOPEKA KS 66603

MCELROYS ELECTRIC INC
3300 SW TOPEKA BLVD
TOPEKA KS 66611-2274

MEAD LUMBER
320 WEST BLVD
RAPID CITY SD 57701-2671

MEDICA
NW 798  PO BOX 1450
MINNEAPOLIS  MN 55485-7958

MENARDS
PO BOX 60506
CITY OF INDUSTRY  CA 91716-0506

MINNESOTA REVENUE
PO BOX BOX 64649
SAINT PAUL  MN 55164-0649

(P)MONTANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 7701
HELENA MT 59604-7701

(P)MONTANA DAKOTA UTILITIES CO
PO BOX 5600
BISMARK ND 58506-5600

MONTANADAKOTA UTILITIES CO
PO BOX 5600
BISMARCK  ND 58506-5600

MOWBRAY  SON INC
PO BOX 878
MINOT  ND 58702-0878

MOWBRAY  SON PLUMBING  HEATING  INC
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO ND  58107-1389

MOWBRAY  SONS PLUMBING  HEARING  INC
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO  ND  58107-1389

(P)NEBRASKA DEPARTMENT OF REVENUE
ATTN ATTENTION BANKRUPTCY UNIT
PO BOX 94818
LINCOLN NE 68509-4818

OFFICE OF THE STATE TAX COMMISSIONER
600 E BOULEVARD AVE DEPT 127
BISMARCK  ND 58505-0599

ORACLE AMERICA  INC
CO ORACLESUBMITTAL EXCHANGE
PO BOX 203448
DALLAS  TX 75320-3448

ORACLE AMERICA  INC
CO SHAWN M CHRISTIANSON  ESQ
BUCHALTER PC
425 MARKET ST  SUITE 2900
SAN FRANCISCO  CA 94105-2491

PEAK FALL PROTECTION
350 GREEN OAKS PARKWAY
HOLLY SPRINGS  NC 27540-6178

PIERCE INVESTMENT CO
PO BOX BOX 14111
GRAND FORKS  ND 58208-4111

POINT NORTH NETWORKS INC
2910 UPPER 55TH ST E
INVER GROVE HEIGHTS  MN 55076-1673

PRINCIPAL LIFE INSURANCE COMPANY
CO BARBARA WARNER
711 HIGH ST
DES MOINES  IA 50392-0001

PRUDENT FIDUCIARY SERVICES AND MIGUEL
PAREDE
CO JOSEPH E LEHNERT
KEATING MUETHING  KLEKAMP PLL
ONE EAST FOURTH STREET  SUITE 1400
CINCINNATI  OHIO 45202-3752

PRUDENT FIDUCIARY SERVICES AND MIGUEL
PAREDE
CO MICHAEL L SCHEIER
KEATING MUETHING  KLEKAMP PLL
ONE EAST FOURTH STREET  SUITE 1400
CINCINNATI  OHIO 45202-3752

QUALITY COATINGS  TILE
3918 37TH AVE S
FARGO  ND 58104-7380

QUALITY COATINGS  TILE  LLC DBA HERZOG
COAT
CO CAREN W STANLEY  VOGEL LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

RAZOR CONSULTING SOLUTIONS  INC
5625 51ST AVE S
FARGO  ND 58104-6064

RAZOR CONSULTING SOLUTIONS  INC
CO STEVEN R KINSELLA
FREDRIKSON  BYRON  PA
60 SOUTH SIXTH STREET  SUITE 1500
MINNEAPOLIS  MN 55402-1425

~~EXCLUDE~~
~~(D)RIGHT CHOICE ELECTRIC INC~~
~~2104 MILL RD  STE A~~
~~GRAND FORKS  ND 58203-1542~~

USPS FIRST CLASS MAIL - 24-30167 - PIEDMONT
Parties with names struck through or labeled (CM/ECF SERVICE) were not served via First Class USPS Mail Service.

RIGHT CHOICE ELECTRIC  INC
CO KATRINA A TURMAN LANG
WOLD JOHNSON  PC
500 2ND AVE N  SUITE 400
PO BOX 1680
FARGO  ND 58107-1680

RIVER CITY WOODWORKS
1208 E 25TH STREET
LAWRENCE  KS 66046-5036

RYAN GLASS INC
1535 TUSKEGEE PLACE
COLORADO SPRINGS  CO 80915-2656

RYAN GLASS  INC
PATRICK R AKERS
3615 DELGANY STREET  SUITE 1100
DENVER  CO 80216-3997

SCS
5019 CHESBRO CT
LAWRENCE  KS 66049-4977

SOUTH DAKOTA DEPARTMENT OF REVENUE
445 E CAPITOL AVENUE
PIERRE  SD 57501-3100

STEPTOE  JOHNSON LLP
SHIONA H BAUM SR MANAGER COLLECTIONS
1330 CONNECTICUT AVE  NW
WASHINGTON  DC 20036-1704

STEPTOE LLP
ATTN IRIS BENETTJOSHUA TAYLOR
1330 CONNECTICUT AVE  NW
WASHINGTON  DC 20036-1704

SWIFTEC  INC
1714 CREEK DR
RAPID CITY  SD 57703-4133

TAXATION REVENUE  NEW MEXICO
1200 SOUTH ST FRANCIS DRIVE
SANTA FE  NM 87505-4034

THE HARTFORD ACCIDENT AND INDEMNITY
COMPANY
CO THE HUSTEAD LAW FIRM
4643 S ULSTER STREET  SUITE 1250
DENVER  CO 80237-4319

TOLLEFSONS CONTRACT DIVISION
PO BOX 698
MINOT  ND 58702-0698

TREASURERSTATE OF IOWA
ROBY SMITH
STATETREASURERS OFFICECAPITOL BUI
DES MOINES  IA 50319

TUCKER ELLIS LLP
PO BOX 74717
CLEVELAND  OH 44194-0002

US DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
209 SOUTH LASALLE ST SUITE 600
CHICAGO  IL 60604-1446

US DEPARTMENT OF LABOR  EBSA
2300 MAIN STREET  SUITE 11093
KANSAS CITY MO 64108-2415

US DEPT OF JUSTICE  ANTITRUST DIVISION
UNITED STATES ATTORNEYS OFFICE
ATTN USA MATTHEW GREENLEY
655 1ST AVE N  STE 250
FARGO  ND 58102-4932

UNITED BIRD  BAT CONTROL LLC
PO BOX 14290
SCOTTSDALE  AZ 85267-4290

(P)VERENDRYE ELECTRIC COOPERATIVE INC
ATTN ATTN CREDIT MANAGER
1225 HIGHWAY 2 BYPASS E
MINOT ND 58701-7927

VERIZON WIRELESS
BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DRIVE SUITE 550
SAINT CHARLES  MO 63304-2225

VIRGINIA DEPARTMENT OF TAXATION
PO BOX 17777
RICHMOND  VA 23226

VOLITION PRIME ACCOUNTING
3247 OAK RIDGE LOOP E
WEST FARGO  ND 58078-8482

WAGNER FALCONER  JUDD  LTD
100 SOUTH FIFTH STREET
SUITE 800
MINNEAPOLIS  MN 55402-5357

(P)WEX BANK
1 HANCOCK STREET
PORTLAND ME 04101-4217

(P)XCEL ENERGY
ATTN ATTN BANKRUPTCY DEPARTMENT
PO BOX 9477
MINNEAPOLIS MN 55484-0001

AUSTIN MOE
DAGGER MACHINERY
920 38TH STREET N
FARGO  ND 58102-2914

CHAD DUBOIS
4419 66TH ST S
FARGO  ND 58104-6021

USPS FIRST CLASS MAIL TO:  PIERCE
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~
~~(U) CONNIE BERG~~

CINDY CLOSE
ASST VICE PRESIDENT STOCK PLAN SERVICES
PRINCIPAL LIFE INSURANCE COMPANY
711 HIGH ST
DES MOINES  IA 50392-0001

ERIK A AHLGREN
BANKRUPTCY TRUSTEE
220 W WASHINGTON AVE  SUITE 105
FERGUS FALLS  MN 56537-2569

GENE W DOELING
KALER DOELING LAW OFFICE
3429 INTERSTATE BLVD S
PO BOX 9231
FARGO  ND 58106-9231

JASON LUTHER
VOLITION PRIME ACCOUNTING
3247 OAK RIDGE LOOP E
WEST FARGO  ND 58078-8482

~~EXCLUDE~~
~~(U) KYLE BERG~~

~~EXCLUDE~~
~~(U) MIGUEL PAREDES~~

PETER GEHRES
JEFF MARTIN AUCTIONEERS  INC
2236 HIGHWAY 49
BROOKLYN  MS 39425-9764

ROBERT B RASCHKE
ASSISTANT US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320

VERN VLIET
JV ASSOCIATES LTD
PO BOX 520
HUTCHINSON  MN 55350-0520