UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br><br>            Debtor.<br>_____/<br><br>Erik A. Ahlgren, as Chapter 7 Trustee of<br>Bankruptcy Estate of Pro-Mark Services, Inc.,<br>as Administrator of the Pro-Mark Services, Inc.<br>Employee Stock Ownership Plan, and as<br>Trustee of the Pro-Mark Services, Inc.<br>Employee Stock Ownership Trust,<br><br>            Plaintiff,<br>v.<br><br>Connie Berg, Kyle Berg, Connie Berg<br>Revocable Living Trust, Kyle Berg<br>Revocable Living Trust, Chad Dubois,<br>Mandy Grant, and Miguel Paredes.,<br><br>            Defendants.<br>_____/ | Bky. Case No. 24-30167<br>Chapter 7<br><br><br><br><br><br><br><br><br><br>**ORDER**<br><br>Adversary No. 24-07014 |

On April 14, 2025, Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust filed a motion seeking approval of a Settlement Agreement executed by the Ahlgren and Defendant Mandy Grant. Ahlgren served notice of the motion, which included a summary of the terms of the settlement. The Court received no objections. Based on the information provided by Ahlgren and the documents filed in this case, the Court finds that the Settlement Agreement is fair and equitable, reflects a balance of the

1

risks of litigation with potential recovery and appears to be in the best interest of the bankruptcy estate.

Therefore, **IT IS ORDERED** that the Motion to Approve Settlement Agreement [Adv. No. 24-07014, Doc. 109; Case No. 24-30167, Doc. 213] is **GRANTED**. The Settlement Agreement [Adv. No.24-07014 Doc. 108; Case No. 24-30167, Doc. 212] is **APPROVED**. Defendant Mandy Grant is **DISMISSED** as a party from this case with prejudice.

Dated this 7th day of May, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court