# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>Pro-Mark Services, Inc. | CASE NO: 24-30167<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 216 |

On 5/13/2025, I did cause a copy of the following documents, described below,

Motion for Sale of Estate Assets ECF Docket Reference No. 216

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/13/2025

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>Pro-Mark Services, Inc. | CASE NO: 24-30167<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 216 |

On 5/13/2025, a copy of the following documents, described below,

Motion for Sale of Estate Assets ECF Docket Reference No. 216

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/13/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled OM/COM/NOTICE were not served via First Class USPS Mail Service.

| FIRST CLASS<br>MATT JESSON<br>1066 US HIGHWAY 10 W<br>LIVINGSTON  MT 59047 | FIRST CLASS<br>SIGEL STEEL AND RECYCLING INC<br>702 19TH ST S<br>FERGUS FALLS MN 56537 | CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30167<br>DISTRICT OF NORTH DAKOTA<br>MON MAY 12 15-18-57 PST 2025 |
|---|---|---|
| ~~EXCLUDE~~<br>~~(U)BAD INVESTMENTS LLP~~ | CAPITAL CREDIT UNION<br>ATTN CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 | ~~EXCLUDE~~<br>~~(U)HARTFORD ACCIDENT AND INDEMNITY~~<br>~~COMPANY~~ |
| ORACLE AMERICA  INC<br>BUCHALTER PC<br>CO SHAWN M CHRISTIANSON<br>425 MARKET ST  SUITE 2900<br>SAN FRANCISCO  CA 94105-2491 | DEBTOR<br>PROMARK SERVICES  INC<br>5012 53RD ST S  SUITE G<br>FARGO  ND 58104-6006 | ~~EXCLUDE~~<br>~~(U)PRUDENT FIDUCIARY SERVICES~~ |
| ~~EXCLUDE~~<br>~~(U)RAZOR CONSULTING SOLUTIONS~~ | RIGHT CHOICE ELECTRIC  INC<br>2104 MILL RD  STE A<br>GRAND FORKS  ND 58203-1542 | ~~EXCLUDE~~<br>~~(U)USAUSAF~~ |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH  SUITE 210~~<br>~~FARGO  ND 58102-4932~~ | ACE CONSULTING<br>608 KEENECENTER DRIVE<br>NICHOLASVILLE  KY 40356-1495 | ACE CONSULTING COMPANY  LLC<br>608 KEENE CENTRE DRIVE<br>NICHOLASVILLE  KY 40356-1495 |
| ACTION MECHANICAL<br>PO BOX 880<br>RAPID CITY  SD 57709-0880 | ADVANCED BUSINESS METHODS<br>1515 13TH AVE E<br>WEST FARGO  ND 58078-3403 | ~~EXCLUDE~~<br>~~(D)ADVANCED BUSINESS METHODS  INC~~<br>~~1515 13TH AVE E~~<br>~~WEST FARGO  ND 58078-3403~~ |
| ADVANTAGE COATING<br>884 ARBOR DRIVE<br>CHASKA  MN 55318-9500 | AIR MECHANICAL INC<br>1914 4TH AVE NW<br>WEST FARGO  ND 58078-1348 | AKERMAN LLP<br>ANDREA S HARTLEY  ESQ<br>AKERMAN LLP<br>98 SE 7TH STREET  SUITE 1100<br>MIAMI  FL 33131-3525 |
| AKERMAN LLP<br>PO BOX 4906<br>ORLANDO  FL 32802-4906 | BAD INVESTMENTS LLP<br>CO STEPHEN PEZANOSKY<br>HAYNES AND BOONE  LLP<br>301 COMMERCE STREET  SUITE 2600<br>FORT WORTH  TX 76102-4160 | BAD INVESTMENTS<br>KYLE BERG<br>5012 2ND ST E<br>WEST FARGO ND 58078-8208 |
| BERGER ENTERPRISES  LLC<br>1826 25TH ST NE<br>EMERADO  ND 58228-9779 | BERGER ENTERPRISES  LLC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND  58107-1389 | BLACK HILLS ENERGY<br>PO BOX 7966<br>CAROL STREAM  IL 60197-7966 |

```
USPS FIRST CLASS MACHINEABLE PIECES
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

BRIAN L GREEN                          CI CONSTRUCTION   LLC                  CAPITAL CREDIT UNION
US DEPARTMENT OF LABOR                 1910 42ND AVE W   SUITE 300            BRAD SHETLERCHIEF LENDING OFFICER
2300 MAIN STREET                       ALEXANDRIA   MN 56308-0029             PO BOX 2096
SUITE 11093                                                                   BISMARCK  ND 58502-2096
KANSAS CITY  MO 64108-2415


CAPITAL CREDIT UNION                   CAPITAL CREDIT UNION                   CAPITAL CREDIT UNION
CO CAREN STANLEY                       CO CAREN W STANLEY                     CO KESHA L TANABE
VOGEL LAW FIRM                         VOGEL LAW FIRM                         VOGEL LAW FIRM
PO BOX 1389                            PO BOX 1389                            PO BOX 1389
FARGO  ND 58107-1389                   FARGO ND  58107-1389                   FARGO ND  58107-1389


CARPET ONE COMMERCIAL                  CASS COUNTY ELECTRIC                   CELLCO PARTNERSHIP DBA VERIZON WIRELESS
505 S 24TH ST W                        PO BOX 6088                            WILLIAM M VERMETTE
BILLINGS   MT 59102-6245               FARGO   ND 58108-6088                  22001 LOUDOUN COUNTY PKWY
                                                                              ASHBURN   VA 20147-6122


CITY WIDE ELECTRIC  INC                CITY OF FARGO                          CITY OF MINOT
1444 RIVER ST                          PO BOX BOX 1607                        TREASURERS OFFICE
WEST FARGO   ND 58078-2641             FARGO  ND 58107-1607                   PO BOX BOX 5006
                                                                              MINOT  ND 58702-5006


COLORADO DEPARTMENT OF REVENUE         CONNIE BERG                            CONNOR L CANTRELL
BANKRUPTCY UNIT  RM 104                5012 2ND ST E                          THE HUSTEAD LAW FIRM
1881 PIERCE STREET                     WEST FARGO ND 58078-8208               4643 S ULSTER STREET  SUITE 1250
LAKEWOOD   CO 80214-1407                                                      DENVER  CO 80237-4319


CONNOR L CANTRELL   ESQ                CREATIVE SURFACES INC                  DOCU SHRED INC
THE HUSTEAD LAW FIRM                   PO BOX 84611                           42424 240TH ST SW
4643 S ULSTER ST SUITE 1250            SIOUX FALLS   SD 57118-4611            EAST GRAND FORKS   MN 56721-9605
DENVER  CO 80237-4319


DAKOTA FENCE                           DAKOTA FIRE PROTECTION   INC           DAWSON INS  MARSH  MCLENNAN AGENCY LLC
PO BOX 1408                            PO BOX BOX 5327                        62886 COLLECTION CENTER DRIVE
FARGO   ND 58107-1408                  GRAND FORKS   ND 58206-5327            CHICAGO   IL 60693-0628


DEPARTMENT OF THE TREASURY             DEPARTMENT OF THE TREASURY             DIAMOND EVERLEY ROOFING CONTRACTORS
INTERNAL REVENUE SERVICE               INTERNAL REVENUE SERVICE CENTER        PO BOX 3509
PO BOX 7346                            OGDEN   UT 84201-0045                  LAWRENCE   KS 66046-0509
PHILADELPHIA PA 19101-7346


                                                                              EXCLUDE
ENERBASE COOPERATIVE RESOURCES         ENGINEERED CONTROLS INC                (D)ENGINEERED CONTROLS   INC
PO BOX F                               10703 J STREET                         10703 J STREET
MINOT  ND 58702-0350                   OMAHA  NE 68127-1023                   OMAHA  NE 68127-1023
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECC SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ERVGIL INC<br>CARPET ONE<br>505 SO 24TH ST W<br>BILLINGS MT 59102-6245 | (P)FARGO GLASS PAINT CO<br>ATTN WADE N BAKKE<br>1801 7TH AVE N<br>FARGO ND 58102-3203 | FARGO GLASS PAINT CO<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 |
| FASTENAL COMPANY<br>ATTN LEGAL<br>2001 THEURER BLVD<br>WINONA MN 55987-9902 | FIRELAKE CONSTRUCTION INC<br>1011 E 31ST ST<br>LAWRENCE KS 66046-5103 | GEFROH ELECTRIC<br>100 45TH AVE NW<br>MINOT ND 58703-0115 |
| GREAT PLAINS NATURAL GAS CO<br>PO BOX 5600<br>BISMARCK ND 58506-5600 | (P)THE HARTFORD<br>ATTN BANKRUPTCY UNIT<br>ONE HARTFORD PLAZA<br>MAIL DROP T-16-285<br>HARTFORD CT 06155-0001 | HARTFORD ACCIDENT AND INDEMNITY COMPAN<br>CO CONNOR L CANTRELL ESQ<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER ST SUITE 1250<br>DENVER CO 80237-4319 |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>CO PATRICK Q HUSTEAD ESQ<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER ST SUITE 1250<br>DENVER CO 80237-4319 | HAYNES BOONE<br>ATTN TODD M GARLAND<br>8000 TOWERS CRESCENT DRIVE STE 900<br>VIENNA VA 22182-6221 | INTEGRATED OPENINGS SOLUTIONS LLC<br>14901 WEST 117TH STREET<br>OLATHE KS 66062-9307 |
| IOWA DEPARTMENT OF REVENUE<br>OFFICE OF THE ATTORNEY GENERAL OF IOWA<br>ATTN BANKRUPTCY UNIT<br>1305 E WALNUT<br>DES MOINES IA 50319-0109 | JM SAFE HAVEN ENTERPRISES INC<br>MELISSA FOXWORTH<br>2020 CREEK DRIVE<br>RAPID CITY SD 57703-4124 | JV ASSOCIATES LTD<br>PO BOX 520<br>HUTCHINSON MN 55350-0520 |
| JACOR INC<br>W182S8363 RACINE AVE<br>MUSKEGO WI 53150-9046 | JOHNSON CONTROLS FIRE PROT LP<br>DEPT CH 10320<br>PALATINE IL 60055-0001 | JOHNSON CONTROLS FIRE PROTECTION LP<br>5757 N GREEN BAY AVENUE<br>GLENDALE WI 53209-4408 |
| JOHNSON CONTROLS INC<br>5757 N GREEN BAY AVENUE<br>GLENDALE WI 53209-4408 | JOHNSON CONTROLS INC<br>PO BOX 730068<br>DALLAS TX 75373-0068 | KEFLEX CONTRACTING<br>4880 G STREET<br>OMAHA NE 68117-1415 |
| KATRINA A TURMAN LANG<br>WOLD JOHNSON PC<br>PO BOX 1680<br>FARGO ND 58107-1680 | KYLE CONNIE BERG BAD INVESTMENTS LLP<br>CO JORDAN CHAVEZ<br>HAYNES AND BOONE LLP<br>2801 N HARWOOD ST SUITE 2300<br>DALLAS TX 75201-2754 | KYLE CONNIE BERG BAD INVESTMENTS LLP<br>CO STEPHEN PEZANOSKY<br>HAYNES AND BOONE LLP<br>301 COMMERCE ST SUITE 2600<br>FT WORTH TX 76102-4160 |
| LACREEK DEVELOPMENT CORPORATION<br>21617 US HWY 18 SUITE B<br>MARTIN SD 57551-5944 | LINN GROVE CENTER<br>5012 53RD STREET S<br>FARGO ND 58104-6006 | M K PORTA POTTIES<br>PO BOX 14942<br>GRAND FORKS ND 58208-4942 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

MK PORTA POTTIES
PO BOX BOX  1494
GRAND FORKS   ND 58208

MARCO
PO BOX 660831
DALLAS   TX 75266-0831

MARK KRAGNESS
43602 BASS HARBOR ROAD
PELICAN RAPIDS   MN 56572-7582

MARSH MCCLENNAN AGENCY
BECKY HECKER
505 BROADWAY NORTH SUITE 100
FARGO  ND 58102-4654

MAURICE B VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO   NORTH DAKOTA 58102-4246

MCELROY ELECTRIC INC
300 SW TOPEKA BLVD
TOPEKA   KS 66603

MCELROYS ELECTRIC INC
3300 SW TOPEKA BLVD
TOPEKA   KS 66611-2274

MEAD LUMBER
320 WEST BLVD
RAPID CITY SD 57701-2671

MEDICA
NW 798  PO BOX 1450
MINNEAPOLIS   MN 55485-7958

MENARDS
PO BOX 60506
CITY OF INDUSTRY   CA 91716-0506

MINNESOTA REVENUE
PO BOX BOX 64649
SAINT PAUL   MN 55164-0649

(P)MONTANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 7701
HELENA MT 59604-7701

(P)MONTANA DAKOTA UTILITIES CO
PO BOX 5600
BISMARK ND 58506-5600

MONTANADAKOTA UTILITIES CO
PO BOX 5600
BISMARCK   ND 58506-5600

MOWBRAY  SON INC
PO BOX 878
MINOT   ND 58702-0878

MOWBRAY  SON PLUMBING   HEATING   INC
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO ND  58107-1389

MOWBRAY   SONS PLUMBING   HEARING   INC
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO   ND  58107-1389

ND OFFICE OF STATE TAX COMMISSIONER
600 E BOULEVARD AVE DEPT 127
BISMARCK   ND 58505-0599

(P)NEBRASKA DEPARTMENT OF REVENUE
ATTN ATTENTION BANKRUPTCY UNIT
PO BOX 94818
LINCOLN NE 68509-4818

EXCLUDE
~~(D)(P)NEBRASKA DEPARTMENT OF REVENUE~~
~~ATTN ATTENTION BANKRUPTCY UNIT~~
~~PO BOX 94818~~
~~LINCOLN NE 68509-4818~~

ORACLE AMERICA  INC
CO ORACLESUBMITTAL EXCHANGE
PO BOX 203448
DALLAS   TX 75320-3448

ORACLE AMERICA  INC
CO SHAWN M CHRISTIANSON  ESQ
BUCHALTER PC
425 MARKET ST  SUITE 2900
SAN FRANCISCO   CA 94105-2491

PEAK FALL PROTECTION
350 GREEN OAKS PARKWAY
HOLLY SPRINGS   NC 27540-6178

PIERCE INVESTMENT CO
PO BOX BOX 14111
GRAND FORKS   ND 58208-4111

POINT NORTH NETWORKS INC
2910 UPPER 55TH ST E
INVER GROVE HEIGHTS   MN 55076-1673

PRINCIPAL LIFE INSURANCE COMPANY
CO BARBARA WARNER
711 HIGH ST
DES MOINES  IA 50392-0001

PRUDENT FIDUCIARY SERVICES AND MIGUEL PAREDE
CO JOSEPH E LEHNERT
KEATING MUETHING  KLEKAMP PLL
ONE EAST FOURTH STREET  SUITE 1400
CINCINNATI   OHIO 45202-3752

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PRUDENT FIDUCIARY SERVICES AND MIGUEL PAREDE<br>CO MICHAEL L SCHEIER<br>KEATING MUETHING KLEKAMP PLL<br>ONE EAST FOURTH STREET SUITE 1400<br>CINCINNATI OHIO 45202-3752 | QUALITY COATINGS TILE<br>3918 37TH AVE S<br>FARGO ND 58104-7380 | QUALITY COATINGS TILE LLC DBA HERZOG COAT<br>CO CAREN W STANLEY VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 |
| RAZOR CONSULTING SOLUTIONS INC<br>5625 51ST AVE S<br>FARGO ND 58104-6064 | RAZOR CONSULTING SOLUTIONS INC<br>CO STEVEN R KINSELLA<br>FREDRIKSON BYRON PA<br>60 SOUTH SIXTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1425 | EXCLUDE<br>(D)RIGHT CHOICE ELECTRIC INC<br>2104 MILL RD STE A<br>GRAND FORKS ND 58203-1542 |
| RIGHT CHOICE ELECTRIC INC<br>CO KATRINA A TURMAN LANG<br>WOLD JOHNSON PC<br>500 2ND AVE N SUITE 400<br>PO BOX 1680<br>FARGO ND 58107-1680 | RIVER CITY WOODWORKS<br>1208 E 25TH STREET<br>LAWRENCE KS 66046-5036 | RYAN GLASS INC<br>1535 TUSKEGEE PLACE<br>COLORADO SPRINGS CO 80915-2656 |
| RYAN GLASS INC<br>PATRICK R AKERS<br>3615 DELGANY STREET SUITE 1100<br>DENVER CO 80216-3997 | SCS<br>5019 CHESBRO CT<br>LAWRENCE KS 66049-4977 | SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVENUE<br>PIERRE SD 57501-3100 |
| STEPTOE JOHNSON LLP<br>SHIONA H BAUM SR MANAGER COLLECTIONS<br>1330 CONNECTICUT AVE NW<br>WASHINGTON DC 20036-1704 | STEPTOE LLP<br>ATTN IRIS BENETT JOSHUA TAYLOR<br>1330 CONNECTICUT AVE NW<br>WASHINGTON DC 20036-1704 | SWIFTEC INC<br>1714 CREEK DR<br>RAPID CITY SD 57703-4133 |
| TAXATION REVENUE NEW MEXICO<br>1200 SOUTH ST FRANCIS DRIVE<br>SANTA FE NM 87505-4034 | THE HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>CO THE HUSTEAD LAW FIRM<br>4643 S ULSTER STREET SUITE 1250<br>DENVER CO 80237-4319 | TOLLEFSONS CONTRACT DIVISION<br>PO BOX 698<br>MINOT ND 58702-0698 |
| TREASURER STATE OF IOWA<br>ROBY SMITH<br>STATE TREASURERS OFFICE CAPITOL BUI<br>DES MOINES IA 50319 | TUCKER ELLIS LLP<br>PO BOX 74717<br>CLEVELAND OH 44194-0002 | US DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>209 SOUTH LASALLE ST SUITE 600<br>CHICAGO IL 60604-1446 |
| US DEPARTMENT OF LABOR EBSA<br>2300 MAIN STREET SUITE 11093<br>KANSAS CITY MO 64108-2415 | US DEPT OF JUSTICE ANTITRUST DIVISION<br>UNITED STATES ATTORNEYS OFFICE<br>ATTN USA MATTHEW GREENLEY<br>655 1ST AVE N STE 250<br>FARGO ND 58102-4932 | UNITED BIRD BAT CONTROL LLC<br>PO BOX 14290<br>SCOTTSDALE AZ 85267-4290 |
| (P)VERENDRYE ELECTRIC COOPERATIVE INC<br>ATTN ATTN CREDIT MANAGER<br>1225 HIGHWAY 2 BYPASS E<br>MINOT ND 58701-7927 | VERIZON WIRELESS<br>BANKRUPTCY ADMINISTRATION<br>500 TECHNOLOGY DRIVE SUITE 550<br>SAINT CHARLES MO 63304-2225 | VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 17777<br>RICHMOND VA 23226 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO  ND 58078-8482 | WAGNER FALCONER  JUDD  LTD<br>100 SOUTH FIFTH STREET<br>SUITE 800<br>MINNEAPOLIS   MN 55402-5357 | (P)WEX BANK<br>1 HANCOCK STREET<br>PORTLAND ME 04101-4217 |
| (P)XCEL ENERGY<br>ATTN BANKUPTCY DEPARTMENT<br>414 NICOLLET MALL<br>MINNEAPOLIS 55401-1993 | AUSTIN MOE<br>DAGGER MACHINERY<br>920 38TH STREET N<br>FARGO  ND 58102-2914 | CHAD DUBOIS<br>4419 66TH ST S<br>FARGO  ND 58104-6021 |
| CINDY CLOSE<br>ASST VICE PRESIDENT STOCK PLAN SERVICES<br>PRINCIPAL LIFE INSURANCE COMPANY<br>711 HIGH ST<br>DES MOINES  IA 50392-0001 | ~~EXCLUDE~~<br>~~(U)CONNIE BERG~~ | ~~EXCLUDE~~<br>~~ERIK A AHLGREN~~<br>~~BANKRUPTCY TRUSTEE~~<br>~~220 W WASHINGTON AVE  SUITE 105~~<br>~~FERGUS FALLS  MN 56537-2569~~ |
| ~~EXCLUDE~~<br>~~GENE W DOELING~~<br>~~KALER DOELING LAW OFFICE~~<br>~~3429 INTERSTATE BLVD S~~<br>~~PO BOX 9231~~<br>~~FARGO  ND 58106-9231~~ | JASON LUTHER<br>VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO  ND 58078-8482 | ~~EXCLUDE~~<br>~~(U)KYLE BERG~~ |
| ~~EXCLUDE~~<br>~~(U)MIGUEL PAREDES~~ | PETER GEHRES<br>JEFF MARTIN AUCTIONEERS  INC<br>2236 HIGHWAY 49<br>BROOKLYN  MS 39425-9764 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 |
| VERN VLIET<br>JV ASSOCIATES LTD<br>PO BOX 520<br>HUTCHINSON  MN 55350-0520 | | |