# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bky. Case No. 24-30167<br>Chapter 7 |
| Pro-Mark Services, Inc. | **ORDER** |
| Debtor.<br>_____/ | |

On May 12, 2025, the Bankruptcy Trustee filed a Motion for Sale of Estate Assets. Doc. 216. The Bankruptcy Trustee served the motion and notice on creditors. Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the sale is fair and reasonable and in the best interests of the bankruptcy estate.

IT IS ORDERED that the Motion for Sale of Estate Assets is GRANTED. The Bankruptcy Trustee is authorized to sell the bankruptcy estate's interest in the following assets to the buyers listed below "AS IS" and "WHERE IS" basis without any warranty expressed or implied by the Trustee:

| Asset | Sale Price | Buyer |
|---|---|---|
| **2021 Mallard**<br>**VIN 5SFNB2221ME468819**<br>**Camper located in Montana** | $5,000.00 | **Matt Jesson**<br>1066 US Hwy 10 W<br>Livingston MT 59047-8930 |
| **Snowblower attachment** | $3,000.00 | **Sigelman Steel and Recycling Inc**<br>702 19 th St S<br>Fergus Falls MN 56537 |

The Trustee is also authorized to execute documents necessary to transfer title to the buyers.

Dated this 10th day of June, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court