UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                    Bky. Case No.: 24-30167
                                                            Chapter 7

       Debtor.

## NOTICE OF MOTION AND MOTION FOR SALE OF ESTATE ASSETS

Erik A. Ahlgren, the bankruptcy Trustee in this case, respectfully requests that the Court issue an order authorizing the sale of the following described property to the listed buyers.

| Asset | Sales Price | Buyer |
|---|---|---|
| 2003 Chevy K2500HD Silverado (VIN: 1GCHK231X3F145674) | $2,500 | Smith Farms Ltd. 4200 149th Ave SE Sawyer, ND 58781 |
| 2000 GMC C-Series C7H042 (VIN: 1GDJ7H1D9YJ904592) | $2,500 | Smith Farms Ltd. 4200 149th Ave SE Sawyer, ND 58781 |

Buyers are familiar with the assets and purchases the assets on an "AS IS" and "WHERE IS" basis without any warranty express or implied by the Trustee.  Buyer will hold the risk of any insurable loss commencing from the date of the purchase agreement.

**NOTICE OF MOTION:** Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | below) |

DATE OF MAILING:  June 26, 2025

/s/ Erik A. Ahlgren
Erik A. Ahlgren, Trustee
220 W Washington Ave Ste 105
Fergus Falls MN  56537
218-998-2775
erik@ahlgrenlawoffice.net