# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>PRO MARK SERVICES, INC | CASE NO: 24-30167<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 219 |

On 6/26/2025, I did cause a copy of the following documents, described below,

notice of motion and motion for sale of estate assets ECF Docket Reference No. 219

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/26/2025

/s/ Erik Ahlgren
Erik Ahlgren  191814

Ahlgren Law Office PLLC
220 W Washington Ave. Ste. 105
Fergus Falls, MN  56537
218 998 2775
hadley@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>PRO MARK SERVICES, INC | CASE NO: 24-30167<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 219 |

On 6/26/2025, a copy of the following documents, described below,

notice of motion and motion for sale of estate assets ECF Docket Reference No. 219

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/26/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik Ahlgren
Ahlgren Law Office PLLC
220 W Washington Ave. Ste. 105
Fergus Falls, MN  56537

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| FIRST CLASS | CASE INFO | ~~EXCLUDE~~ |
|---|---|---|
| SMITH FARMS LTD<br>4200 149TH AVE SE<br>SAWYER ND 58781 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30167<br>DISTRICT OF NORTH DAKOTA<br>THU JUN 26 8-23-54 PST 2025 | ~~(U)BAD INVESTMENTS LLP~~ |
| CAPITAL CREDIT UNION<br>ATTN CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 | ~~EXCLUDE~~<br>~~(U)HARTFORD ACCIDENT AND INDEMNITY~~<br>~~COMPANY~~ | ORACLE AMERICA  INC<br>BUCHALTER PC<br>CO SHAWN M CHRISTIANSON<br>425 MARKET ST  SUITE 2900<br>SAN FRANCISCO  CA 94105-2491 |
| DEBTOR<br>PRO MARK SERVICES  INC<br>5012 53RD ST S  SUITE G<br>FARGO  ND 58104-6006 | ~~EXCLUDE~~<br>~~(U)PRUDENT FIDUCIARY SERVICES~~ | ~~EXCLUDE~~<br>~~(U)RAZOR CONSULTING SOLUTIONS~~ |
| RIGHT CHOICE ELECTRIC  INC<br>2104 MILL RD  STE A<br>GRAND FORKS  ND 58203-1542 | ~~EXCLUDE~~<br>~~(U)USAUSAF~~ | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH  SUITE 210~~<br>~~FARGO  ND 58102-4932~~ |
| ACE CONSULTING<br>608 KEENECENTER DRIVE<br>NICHOLASVILLE  KY 40356-1495 | ACE CONSULTING COMPANY  LLC<br>608 KEENE CENTRE DRIVE<br>NICHOLASVILLE  KY 40356-1495 | ACTION MECHANICAL<br>PO BOX 880<br>RAPID CITY  SD 57709-0880 |
| ADVANCED BUSINESS METHODS<br>1515 13TH AVE E<br>WEST FARGO  ND 58078-3403 | ~~EXCLUDE~~<br>~~(D)ADVANCED BUSINESS METHODS  INC~~<br>~~1515 13TH AVE E~~<br>~~WEST FARGO  ND 58078-3403~~ | ADVANTAGE COATING<br>884 ARBOR DRIVE<br>CHASKA  MN 55318-9500 |
| AIR MECHANICAL INC<br>1914 4TH AVE NW<br>WEST FARGO  ND 58078-1348 | AKERMAN LLP<br>ANDREA S HARTLEY  ESQ<br>AKERMAN LLP<br>98 SE 7TH STREET  SUITE 1100<br>MIAMI  FL 33131-3525 | AKERMAN LLP<br>PO BOX 4906<br>ORLANDO  FL 32802-4906 |
| BAD INVESTMENTS LLP<br>CO STEPHEN PEZANOSKY<br>HAYNES AND BOONE  LLP<br>301 COMMERCE STREET  SUITE 2600<br>FORT WORTH  TX 76102-4160 | BAD INVESTMENTS<br>KYLE BERG<br>5012 2ND ST E<br>WEST FARGO ND 58078-8208 | BERGER ENTERPRISES  LLC<br>1826 25TH ST NE<br>EMERADO  ND 58228-9779 |
| BERGER ENTERPRISES  LLC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND  58107-1389 | BLACK HILLS ENERGY<br>PO BOX 7966<br>CAROL STREAM  IL 60197-7966 | BRIAN L GREEN<br>US DEPARTMENT OF LABOR<br>2300 MAIN STREET<br>SUITE 11093<br>KANSAS CITY  MO 64108-2415 |

Case 24-30167   Doc 220   Filed 06/26/25   Entered 06/26/25 10:50:45   Desc Main
Document   Page 4 of 8

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CI CONSTRUCTION  LLC                CAPITAL CREDIT UNION                    CAPITAL CREDIT UNION
1910 42ND AVE W  SUITE 300          BRAD SHETLERCHIEF LENDING OFFICER       CO CAREN STANLEY
ALEXANDRIA  MN 56308-0029           PO BOX 2096                             VOGEL LAW FIRM
                                    BISMARCK  ND 58502-2096                 PO BOX 1389
                                                                            FARGO  ND 58107-1389


CAPITAL CREDIT UNION                CAPITAL CREDIT UNION                    CARPET ONE COMMERCIAL
CO CAREN W STANLEY                  CO KESHA L TANABE                       505 S 24TH ST W
VOGEL LAW FIRM                      VOGEL LAW FIRM                          BILLINGS  MT 59102-6245
PO BOX 1389                         PO BOX 1389
FARGO ND  58107-1389                FARGO ND  58107-1389


CASS COUNTY ELECTRIC                CELLCO PARTNERSHIP DBA VERIZON WIRELESS CITY WIDE ELECTRIC  INC
PO BOX 6088                         WILLIAM M VERMETTE                      1444 RIVER ST
FARGO  ND 58108-6088                22001 LOUDOUN COUNTY PKWY               WEST FARGO  ND 58078-2641
                                    ASHBURN  VA 20147-6122


CITY OF FARGO                       CITY OF MINOT                           COLORADO DEPARTMENT OF REVENUE
PO BOX BOX 1607                     TREASURERS OFFICE                       BANKRUPTCY UNIT  RM 104
FARGO  ND 58107-1607                PO BOX BOX 5006                         1881 PIERCE STREET
                                    MINOT  ND 58702-5006                    LAKEWOOD  CO 80214-1407


CONNIE BERG                         CONNOR L CANTRELL                       CONNOR L CANTRELL  ESQ
5012 2ND ST E                       THE HUSTEAD LAW FIRM                    THE HUSTEAD LAW FIRM
WEST FARGO ND 58078-8208            4643 S ULSTER STREET  SUITE 1250        4643 S ULSTER ST SUITE 1250
                                    DENVER  CO 80237-4319                   DENVER  CO 80237-4319


CREATIVE SURFACES INC               DOCU SHRED INC                          DAKOTA FENCE
PO BOX 84611                        42424 240TH ST SW                       PO BOX 1408
SIOUX FALLS  SD 57118-4611          EAST GRAND FORKS  MN 56721-9605         FARGO  ND 58107-1408


DAKOTA FIRE PROTECTION  INC         DAWSON INS  MARSH  MCLENNAN AGENCY LLC  DEPARTMENT OF THE TREASURY
PO BOX BOX 5327                     62886 COLLECTION CENTER DRIVE           INTERNAL REVENUE SERVICE
GRAND FORKS  ND 58206-5327          CHICAGO  IL 60693-0628                  PO BOX 7346
                                                                            PHILADELPHIA PA 19101-7346


DEPARTMENT OF THE TREASURY          DIAMOND EVERLEY ROOFING CONTRACTORS     ENERBASE COOPERATIVE RESOURCES
INTERNAL REVENUE SERVICE CENTER     PO BOX 3509                             PO BOX F
OGDEN  UT 84201-0045                LAWRENCE  KS 66046-0509                 MINOT  ND 58702-0350


                                    EXCLUDE
ENGINEERED CONTROLS INC             (D)ENGINEERED CONTROLS  INC             ERVGIL  INC
10703 J STREET                      10703 J STREET                          CARPET ONE
OMAHA  NE 68127-1023                OMAHA  NE 68127-1023                    505 SO 24TH ST W
                                                                            BILLINGS MT 59102-6245
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)FARGO GLASS PAINT CO<br>ATTN WADE N BAKKE<br>1801 7TH AVE N<br>FARGO ND 58102-3203 | FARGO GLASS PAINT CO<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | FASTENAL COMPANY<br>ATTN LEGAL<br>2001 THEURER BLVD<br>WINONA MN 55987-9902 |
| FIRELAKE CONSTRUCTION INC<br>1011 E 31ST ST<br>LAWRENCE KS 66046-5103 | GEFROH ELECTRIC<br>100 45TH AVE NW<br>MINOT ND 58703-0115 | GREAT PLAINS NATURAL GAS CO<br>PO BOX 5600<br>BISMARCK ND 58506-5600 |
| (P)THE HARTFORD<br>ATTN BANKRUPTCY UNIT<br>ONE HARTFORD PLAZA<br>MAIL DROP T-16-285<br>HARTFORD CT 06155-0001 | HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>CO CONNOR L CANTRELL ESQ<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER ST SUITE 1250<br>DENVER CO 80237-4319 | HARTFORD ACCIDENT AND INDEMNITY COMPAN<br>CO PATRICK Q HUSTEAD ESQ<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER ST SUITE 1250<br>DENVER CO 80237-4319 |
| HAYNES BOONE<br>ATTN TODD M GARLAND<br>8000 TOWERS CRESCENT DRIVE STE 900<br>VIENNA VA 22182-6221 | INTEGRATED OPENINGS SOLUTIONS LLC<br>14901 WEST 117TH STREET<br>OLATHE KS 66062-9307 | IOWA DEPARTMENT OF REVENUE<br>OFFICE OF THE ATTORNEY GENERAL OF IOWA<br>ATTN BANKRUPTCY UNIT<br>1305 E WALNUT<br>DES MOINES IA 50319-0109 |
| JM SAFE HAVEN ENTERPRISES INC<br>MELISSA FOXWORTH<br>2020 CREEK DRIVE<br>RAPID CITY SD 57703-4124 | JV ASSOCIATES LTD<br>PO BOX 520<br>HUTCHINSON MN 55350-0520 | JACOR INC<br>W182S8363 RACINE AVE<br>MUSKEGO WI 53150-9046 |
| JOHNSON CONTROLS FIRE PROT LP<br>DEPT CH 10320<br>PALATINE IL 60055-0001 | JOHNSON CONTROLS FIRE PROTECTION LP<br>5757 N GREEN BAY AVENUE<br>GLENDALE WI 53209-4408 | JOHNSON CONTROLS INC<br>5757 N GREEN BAY AVENUE<br>GLENDALE WI 53209-4408 |
| JOHNSON CONTROLS INC<br>PO BOX 730068<br>DALLAS TX 75373-0068 | KEFLEX CONTRACTING<br>4880 G STREET<br>OMAHA NE 68117-1415 | KATRINA A TURMAN LANG<br>WOLD JOHNSON PC<br>PO BOX 1680<br>FARGO ND 58107-1680 |
| KYLE CONNIE BERG BAD INVESTMENTS LLP<br>CO JORDAN CHAVEZ<br>HAYNES AND BOONE LLP<br>2801 N HARWOOD ST SUITE 2300<br>DALLAS TX 75201-2754 | KYLE CONNIE BERG BAD INVESTMENTS LLP<br>CO STEPHEN PEZANOSKY<br>HAYNES AND BOONE LLP<br>301 COMMERCE ST SUITE 2600<br>FT WORTH TX 76102-4160 | LACREEK DEVELOPMENT CORPORATION<br>21617 US HWY 18 SUITE B<br>MARTIN SD 57551-5944 |
| LINN GROVE CENTER<br>5012 53RD STREET S<br>FARGO ND 58104-6006 | M K PORTA POTTIES<br>PO BOX 14942<br>GRAND FORKS ND 58208-4942 | MK PORTA POTTIES<br>PO BOX BOX 1494<br>GRAND FORKS ND 58208 |

Case 24-30167   Doc 220   Filed 06/26/25   Entered 06/26/25 10:50:45   Desc Main
Document      Page 6 of 8

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MARCO<br>PO BOX 660831<br>DALLAS   TX 75266-0831 | MARK KRAGNESS<br>43602 BASS HARBOR ROAD<br>PELICAN RAPIDS   MN 56572-7582 | MARSH MCCLENNAN AGENCY<br>BECKY HECKER<br>505 BROADWAY NORTH SUITE 100<br>FARGO   ND 58102-4654 |
| MAURICE B VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO   NORTH DAKOTA 58102-4246 | MCELROY ELECTRIC INC<br>300 SW TOPEKA BLVD<br>TOPEKA   KS 66603 | MCELROYS ELECTRIC INC<br>3300 SW TOPEKA BLVD<br>TOPEKA   KS 66611-2274 |
| MEAD LUMBER<br>320 WEST BLVD<br>RAPID CITY SD 57701-2671 | MEDICA<br>NW 798   PO BOX 1450<br>MINNEAPOLIS   MN 55485-7958 | MENARDS<br>PO BOX 60506<br>CITY OF INDUSTRY   CA 91716-0506 |
| MINNESOTA REVENUE<br>PO BOX BOX 64649<br>SAINT PAUL   MN 55164-0649 | (P)MONTANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 7701<br>HELENA MT 59604-7701 | (P)MONTANA DAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARK ND 58506-5600 |
| MONTANADAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARCK   ND 58506-5600 | MOWBRAY   SON INC<br>PO BOX 878<br>MINOT   ND 58702-0878 | MOWBRAY   SON PLUMBING   HEATING   INC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND   58107-1389 |
| MOWBRAY   SONS PLUMBING   HEARING   INC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO   ND   58107-1389 | ND OFFICE OF STATE TAX COMMISSIONER<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK   ND 58505-0599 | (P)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 |
| ~~EXCLUDE~~<br>~~(D)(P)NEBRASKA DEPARTMENT OF REVENUE~~<br>~~ATTN ATTENTION BANKRUPTCY UNIT~~<br>~~PO BOX 94818~~<br>~~LINCOLN NE 68509-4818~~ | ORACLE AMERICA   INC<br>CO ORACLESUBMITTAL EXCHANGE<br>PO BOX 203448<br>DALLAS   TX 75320-3448 | ORACLE AMERICA   INC<br>CO SHAWN M CHRISTIANSON   ESQ<br>BUCHALTER PC<br>425 MARKET ST   SUITE 2900<br>SAN FRANCISCO   CA 94105-2491 |
| PEAK FALL PROTECTION<br>350 GREEN OAKS PARKWAY<br>HOLLY SPRINGS   NC 27540-6178 | PIERCE INVESTMENT CO<br>PO BOX BOX 14111<br>GRAND FORKS   ND 58208-4111 | POINT NORTH NETWORKS INC<br>2910 UPPER 55TH ST E<br>INVER GROVE HEIGHTS   MN 55076-1673 |
| PRINCIPAL LIFE INSURANCE COMPANY<br>CO BARBARA WARNER<br>711 HIGH ST<br>DES MOINES   IA 50392-0001 | PRUDENT FIDUCIARY SERVICES AND MIGUEL PAREDE<br>CO JOSEPH E LEHNERT<br>KEATING MUETHING   KLEKAMP PLL<br>ONE EAST FOURTH STREET   SUITE 1400<br>CINCINNATI   OHIO 45202-3752 | PRUDENT FIDUCIARY SERVICES AND MIGUEL PAREDE<br>CO MICHAEL L SCHEIER<br>KEATING MUETHING   KLEKAMP PLL<br>ONE EAST FOURTH STREET   SUITE 1400<br>CINCINNATI   OHIO 45202-3752 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| QUALITY COATINGS TILE<br>3918 37TH AVE S<br>FARGO ND 58104-7380 | QUALITY COATINGS TILE LLC DBA HERZOG COAT<br>CO CAREN W STANLEY VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | RAZOR CONSULTING SOLUTIONS INC<br>5625 51ST AVE S<br>FARGO ND 58104-6064 |
| RAZOR CONSULTING SOLUTIONS INC<br>CO STEVEN R KINSELLA<br>FREDRIKSON BYRON PA<br>60 SOUTH SIXTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1425 | EXCLUDE<br>(D)RIGHT CHOICE ELECTRIC INC<br>2104 MILL RD STE A<br>GRAND FORKS ND 58203-1542 | RIGHT CHOICE ELECTRIC INC<br>CO KATRINA A TURMAN LANG<br>WOLD JOHNSON PC<br>500 2ND AVE N SUITE 400<br>PO BOX 1680<br>FARGO ND 58107-1680 |
| RIVER CITY WOODWORKS<br>1208 E 25TH STREET<br>LAWRENCE KS 66046-5036 | RYAN GLASS INC<br>1535 TUSKEGEE PLACE<br>COLORADO SPRINGS CO 80915-2656 | RYAN GLASS INC<br>PATRICK R AKERS<br>3615 DELGANY STREET SUITE 1100<br>DENVER CO 80216-3997 |
| SCS<br>5019 CHESBRO CT<br>LAWRENCE KS 66049-4977 | SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVENUE<br>PIERRE SD 57501-3100 | STEPTOE JOHNSON LLP<br>SHIONA H BAUM SR MANAGER COLLECTIONS<br>1330 CONNECTICUT AVE NW<br>WASHINGTON DC 20036-1704 |
| STEPTOE LLP<br>ATTN IRIS BENETT JOSHUA TAYLOR<br>1330 CONNECTICUT AVE NW<br>WASHINGTON DC 20036-1704 | SWIFTEC INC<br>1714 CREEK DR<br>RAPID CITY SD 57703-4133 | TAXATION REVENUE NEW MEXICO<br>1200 SOUTH ST FRANCIS DRIVE<br>SANTA FE NM 87505-4034 |
| THE HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>CO THE HUSTEAD LAW FIRM<br>4643 S ULSTER STREET SUITE 1250<br>DENVER CO 80237-4319 | TOLLEFSONS CONTRACT DIVISION<br>PO BOX 698<br>MINOT ND 58702-0698 | TREASURER STATE OF IOWA<br>ROBY SMITH<br>STATE TREASURERS OFFICE CAPITOL BUI<br>DES MOINES IA 50319 |
| TUCKER ELLIS LLP<br>PO BOX 74717<br>CLEVELAND OH 44194-0002 | US DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>209 SOUTH LASALLE ST SUITE 600<br>CHICAGO IL 60604-1446 | US DEPARTMENT OF LABOR EBSA<br>2300 MAIN STREET SUITE 11093<br>KANSAS CITY MO 64108-2415 |
| US DEPT OF JUSTICE ANTITRUST DIVISION<br>UNITED STATES ATTORNEYS OFFICE<br>ATTN USA MATTHEW GREENLEY<br>655 1ST AVE N STE 250<br>FARGO ND 58102-4932 | UNITED BIRD BAT CONTROL LLC<br>PO BOX 14290<br>SCOTTSDALE AZ 85267-4290 | (P)VERENDRYE ELECTRIC COOPERATIVE INC<br>ATTN ATTN CREDIT MANAGER<br>1225 HIGHWAY 2 BYPASS E<br>MINOT ND 58701-7927 |
| VERIZON WIRELESS<br>BANKRUPTCY ADMINISTRATION<br>500 TECHNOLOGY DRIVE SUITE 550<br>SAINT CHARLES MO 63304-2225 | VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 17777<br>RICHMOND VA 23226 | VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO ND 58078-8482 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| WAGNER FALCONER JUDD LTD<br>100 SOUTH FIFTH STREET<br>SUITE 800<br>MINNEAPOLIS   MN 55402-5357 | (P)WEX BANK<br>1 HANCOCK STREET<br>PORTLAND ME 04101-4217 | (P)XCEL ENERGY<br>ATTN BANKRUPTCY DEPARTMENT<br>414 NICOLLET MALL<br>MINNEAPOLIS 55401-1993 |
| AUSTIN MOE<br>DAGGER MACHINERY<br>920 38TH STREET N<br>FARGO  ND 58102-2914 | CHAD DUBOIS<br>4419 66TH ST S<br>FARGO  ND 58104-6021 | CINDY CLOSE<br>ASST VICE PRESIDENT STOCK PLAN SERVICE<br>PRINCIPAL LIFE INSURANCE COMPANY<br>711 HIGH ST<br>DES MOINES  IA 50392-0001 |
| ~~EXCLUDE~~<br>~~(U)CONNIE BERG~~ | ~~EXCLUDE~~<br>~~ERIK A AHLGREN~~<br>~~BANKRUPTCY TRUSTEE~~<br>~~220 W WASHINGTON AVE  SUITE 105~~<br>~~FERGUS FALLS  MN 56537-2569~~ | ~~EXCLUDE~~<br>~~GENE W DOELING~~<br>~~KALER DOELING LAW OFFICE~~<br>~~3429 INTERSTATE BLVD S~~<br>~~PO BOX 9231~~<br>~~FARGO  ND 58106-9231~~ |
| JASON LUTHER<br>VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO  ND 58078-8482 | ~~EXCLUDE~~<br>~~(U)KYLE BERG~~ | ~~EXCLUDE~~<br>~~(U)MIGUEL PAREDES~~ |
| PETER GEHRES<br>JEFF MARTIN AUCTIONEERS  INC<br>2236 HIGHWAY 49<br>BROOKLYN  MS 39425-9764 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 | VERN VLIET<br>JV ASSOCIATES LTD<br>PO BOX 520<br>HUTCHINSON  MN 55350-0520 |