UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services Inc.,                                 Case No.: 24-30167
                                                                           Chapter 7

      Debtor.

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF AGENT

1. Applicant is the trustee in this case.

2. Applicant applies for approval of the employment of Eric Wald as an agent sell the following property located in Minot ND:

     2019 Ford F550, VIN: 1FD0W5HT4KEF69820

3. The terms and conditions of compensation and reimbursement of expenses are as follows: Said agent to be paid 5% of gross sales.

4. Said professional has disclosed to the undersigned that he has the following connections with the debtors, creditors, and other parties-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee:  None

5. The Trustee has asked the applicants to begin work immediately to expedite its work and to more efficiently use the time the applicants and Trustee have spent on this case making the initial analysis.  Therefore, the Trustee respectfully requests that the employment be authorized effective on the date of this application.

    WHEREFORE, Applicant requests that the Bankruptcy Court approve such employment by the Trustee.

Dated: July 1, 2025                                           /s/ Erik A. Ahlgren
                                                                    Erik A. Ahlgren, Trustee
                                                                    220 W. Washington Ave. Suite 105
                                                                    Fergus Falls MN  56537

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services Inc.,                                Case No.: 24-30167
                                                                                 Chapter 7

       Debtor.

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

      I, Eric Wald the professional named in the application for employment on behalf of the above named bankruptcy estate, declares under penalty of perjury the following:

1.     I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2.     I do not have any connections to the debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United State trustee, or any person employed in the offices of the United States Trustee, except for the following: None

Dated: June 30, 2025                                                      _____
                                                                                       Eric Wald

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services Inc.,                              Case No.: 24-30167
                                                                                Chapter 7

Debtor.

## NOTICE OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF AGENT

The Trustee filed and served an Application for Approval of Employment of Agent dated July 1, 2025. Your rights may be affected in the action. You should read the papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should mail a written response to the action, within 14 days of the date of mailing of this document, and file the response with the Clerk of Bankruptcy Court and a copy served upon the U.S. Trustee and Bankruptcy Trustee.

| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
|---|---|---|
| Quentin N Burdick U.S. Courthouse | 314 S Main Ave. Suite 303 | (See address below) |
| 655 First Ave N – Ste 210 | Sioux Falls SD  57104-6462 | |
| Fargo ND  58107-4932 | | |

DATE OF MAILING: July 1, 2025                          /s/ Erik Ahlgren
                                                                                        Erik Ahlgren, Chapter Trustee
                                                                                        Ahlgren Law Office, PLLC
                                                                                        220 W Washington Ave. Ste 105
                                                                                        Fergus Falls MN  56537
                                                                                        218-998-2775

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services Inc.,　　　　　　　　　　　　　　　Case No.: 24-30167

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

　　　　Debtor.

**UNSWORN CERTIFICATE OF SERVICE**

　　　I, Lisa Ahlgren, declare under penalty of perjury that on July 1, 2025 that those entities requesting electronic notification were served electronically via CM/ECF

The United States Trustee was served via CM/ECF
And by U.S. Mail to:

Cindy Close
Principal Life Insurance Company
711 High St
Des Moines IA 50392

Peter Gehres
Jeff Martin Auctioneers
2236 Highway 49
Brooklyn MS 39425

Jason Luther
Volition Prime Accounting
3247 Oak Ridge Loop E
West Fargo ND 58078

Austin Moe
Dagger Machinery
920 38th St N
Fargo ND 58102

Vern Vliet
JV Associates Ltd
PO Box 520
Hutchinson MN  55350

Executed on: July 1, 2025　　　　　　　　Signed:  /s/ Lisa. Ahlgren
　　　　　　　　　　　　　　　　　　　　　　　　Lisa Ahlgren
　　　　　　　　　　　　　　　　　　　　　　　　220 W. Washington Ave. Ste 105
　　　　　　　　　　　　　　　　　　　　　　　　Fergus Falls MN  56537