UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,  Bky. Case No.: 24-30167
                          Chapter 7

　　　　　Debtor.

## NOTICE OF MOTION AND MOTION FOR SALE OF ESTATE ASSETS

　　　　Erik A. Ahlgren, the bankruptcy Trustee in this case, respectfully requests that the Court issue an order authorizing the sale of the following described property to the listed buyers.

| Asset | Sales Price | Buyer |
|---|---|---|
| 2019 Ford 550 Super Duty with a Rugby Dump Box (VIN: 1FD0W5HT4KEF69820) | $46,000.00 | Syzygy, LLC<br>1761 72nd St NE<br>Minot, ND 58703-4904 |

Buyers are familiar with the assets and purchases the assets on an "AS IS" and "WHERE IS" basis without any warranty express or implied by the Trustee. Buyer will hold the risk of any insurable loss commencing from the date of the purchase agreement.

The trustee also respectfully requests the Court that trustee be permitted to pay Eric Wald, agent for the trustee, a 5% commission of the gross sale totaling $2,300.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below. Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court<br>Quentin N. Burdick U.S. Courthouse<br>655 First Ave. N. – Suite 210<br>Fargo, ND 58107-4932 | United States Trustee<br>314 South Main Ave.<br>Suite 303<br>Sioux Falls, SD 57104-6462 | Trustee<br>(See address below) |

DATE OF MAILING: July 15, 2025

　　　　　　　　　　　　　/s/ Erik A. Ahlgren
　　　　　　　　　　　　　Erik A. Ahlgren, Trustee
　　　　　　　　　　　　　220 W Washington Ave Ste 105
　　　　　　　　　　　　　Fergus Falls MN  56537
　　　　　　　　　　　　　218-998-2775
　　　　　　　　　　　　　erik@ahlgrenlawoffice.net