UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br>PROMARK SERVICES INC | CASE NO: 24-30167<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 224 |

On 7/15/2025, I did cause a copy of the following documents, described below,

Notice of Motion and Motion for Sale of Estate Assets ECF Docket Reference No. 224

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/15/2025

/s/ Erik Ahlgren
Erik Ahlgren  191814

Ahlgren Law Office PLLC
220 W Washington Ave. Ste. 105
Fergus Falls, MN  56537
218 998 2775
hadley@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30167 |
|---|---|
| PROMARK SERVICES INC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 224 |

On 7/15/2025, a copy of the following documents, described below,

Notice of Motion and Motion for Sale of Estate Assets ECF Docket Reference No. 224

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/15/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik Ahlgren
Ahlgren Law Office PLLC
220 W Washington Ave. Ste. 105
Fergus Falls, MN  56537

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-30167
DISTRICT OF NORTH DAKOTA
TUE JUL 15 11-49-2 PST 2025

~~EXCLUDE~~
~~(U)BAD INVESTMENTS LLP~~

CAPITAL CREDIT UNION
ATTN CAREN STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

~~EXCLUDE~~
~~(U)HARTFORD ACCIDENT AND INDEMNITY COMPANY~~

ORACLE AMERICA  INC
BUCHALTER PC
CO SHAWN M CHRISTIANSON
425 MARKET ST  SUITE 2900
SAN FRANCISCO  CA 94105-2491

DEBTOR
PROMARK SERVICES  INC
5012 53RD ST S  SUITE G
FARGO  ND 58104-6006

~~EXCLUDE~~
~~(U)PRUDENT FIDUCIARY SERVICES~~

~~EXCLUDE~~
~~(U)RAZOR CONSULTING SOLUTIONS~~

RIGHT CHOICE ELECTRIC  INC
2104 MILL RD  STE A
GRAND FORKS  ND 58203-1542

~~EXCLUDE~~
~~(U)USAUSAF~~

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~655 1ST AVENUE NORTH  SUITE 210~~
~~FARGO  ND 58102-4932~~

ACE CONSULTING
608 KEENECENTER DRIVE
NICHOLASVILLE  KY 40356-1495

ACE CONSULTING COMPANY  LLC
608 KEENE CENTRE DRIVE
NICHOLASVILLE  KY 40356-1495

ACTION MECHANICAL
PO BOX 880
RAPID CITY  SD 57709-0880

ADVANCED BUSINESS METHODS
1515 13TH AVE E
WEST FARGO  ND 58078-3403

~~EXCLUDE~~
~~(D)ADVANCED BUSINESS METHODS  INC~~
~~1515 13TH AVE E~~
~~WEST FARGO  ND 58078-3403~~

ADVANTAGE COATING
884 ARBOR DRIVE
CHASKA  MN 55318-9500

AIR MECHANICAL INC
1914 4TH AVE NW
WEST FARGO  ND 58078-1348

AKERMAN LLP
ANDREA S HARTLEY  ESQ
AKERMAN LLP
98 SE 7TH STREET  SUITE 1100
MIAMI  FL 33131-3525

AKERMAN LLP
PO BOX 4906
ORLANDO  FL 32802-4906

BAD INVESTMENTS LLP
CO STEPHEN PEZANOSKY
HAYNES AND BOONE  LLP
301 COMMERCE STREET  SUITE 2600
FORT WORTH  TX 76102-4160

BAD INVESTMENTS
KYLE BERG
5012 2ND ST E
WEST FARGO ND 58078-8208

BERGER ENTERPRISES  LLC
1826 25TH ST NE
EMERADO  ND 58228-9779

BERGER ENTERPRISES  LLC
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

BLACK HILLS ENERGY
PO BOX 7966
CAROL STREAM  IL 60197-7966

BRIAN L GREEN
US DEPARTMENT OF LABOR
2300 MAIN STREET
SUITE 11093
KANSAS CITY  MO 64108-2415

CI CONSTRUCTION  LLC
1910 42ND AVE W  SUITE 300
ALEXANDRIA  MN 56308-0029

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CAPITAL CREDIT UNION<br>BRAD SHETLERCHIEF LENDING OFFICER<br>PO BOX 2096<br>BISMARCK   ND 58502-2096 | CAPITAL CREDIT UNION<br>CO CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO   ND 58107-1389 | CAPITAL CREDIT UNION<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 |
| CAPITAL CREDIT UNION<br>CO KESHA L TANABE<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | CARPET ONE COMMERCIAL<br>505 S 24TH ST W<br>BILLINGS   MT 59102-6245 | CASS COUNTY ELECTRIC<br>PO BOX 6088<br>FARGO  ND 58108-6088 |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN   VA 20147-6122 | CITY WIDE ELECTRIC  INC<br>1444 RIVER ST<br>WEST FARGO  ND 58078-2641 | CITY OF FARGO<br>PO BOX BOX 1607<br>FARGO   ND 58107-1607 |
| CITY OF MINOT<br>TREASURERS OFFICE<br>PO BOX BOX 5006<br>MINOT  ND 58702-5006 | COLORADO DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT  RM 104<br>1881 PIERCE STREET<br>LAKEWOOD   CO 80214-1400 | CONNIE BERG<br>5012 2ND ST E<br>WEST FARGO ND 58078-8208 |
| CONNOR L CANTRELL<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER STREET   SUITE 1250<br>DENVER   CO 80237-4319 | CONNOR L CANTRELL  ESQ<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER ST SUITE 1250<br>DENVER   CO 80237-4319 | CREATIVE SURFACES INC<br>PO BOX 84611<br>SIOUX FALLS  SD 57118-4611 |
| DOCU SHRED INC<br>42424 240TH ST SW<br>EAST GRAND FORKS   MN 56721-9605 | DAKOTA FENCE<br>PO BOX 1408<br>FARGO  ND 58107-1408 | DAKOTA FIRE PROTECTION  INC<br>PO BOX BOX 5327<br>GRAND FORKS  ND 58206-5327 |
| DAWSON INS  MARSH  MCLENNAN AGENCY LLC<br>62886 COLLECTION CENTER DRIVE<br>CHICAGO  IL 60693-0628 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>OGDEN   UT 84201-0045 |
| DIAMOND EVERLEY ROOFING CONTRACTORS<br>PO BOX 3509<br>LAWRENCE   KS 66046-0509 | ENERBASE COOPERATIVE RESOURCES<br>PO BOX F<br>MINOT  ND 58702-0350 | ENGINEERED CONTROLS INC<br>10703 J STREET<br>OMAHA  NE 68127-1023 |
| ~~EXCLUDE~~<br>~~(D)ENGINEERED CONTROLS  INC~~<br>~~10703 J STREET~~<br>~~OMAHA  NE 68127-1023~~ | ERVGIL  INC<br>CARPET ONE<br>505 SO 24TH ST W<br>BILLINGS MT 59102-6245 | (P)FARGO GLASS  PAINT CO<br>ATTN WADE N BAKKE<br>1801 7TH AVE N<br>FARGO ND 58102-3203 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FARGO GLASS  PAINT CO
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO ND  58107-1389

FASTENAL COMPANY
ATTN LEGAL
2001 THEURER BLVD
WINONA  MN 55987-9902

FIRELAKE CONSTRUCTION  INC
1011 E 31ST ST
LAWRENCE  KS 66046-5103

GEFROH ELECTRIC
100 45TH AVE NW
MINOT  ND 58703-0115

GREAT PLAINS NATURAL GAS CO
PO BOX 5600
BISMARCK  ND 58506-5600

(P)THE HARTFORD
ATTN BANKRUPTCY UNIT
ONE HARTFORD PLAZA
MAIL DROP T-16-285
HARTFORD CT 06155-0001

HARTFORD ACCIDENT AND INDEMNITY COMPANY
CO CONNOR L CANTRELL  ESQ
THE HUSTEAD LAW FIRM
4643 S ULSTER ST SUITE 1250
DENVER  CO 80237-4319

HARTFORD ACCIDENT AND INDEMNITY COMPANY
CO PATRICK Q HUSTEAD  ESQ
THE HUSTEAD LAW FIRM
4643 S ULSTER ST SUITE 1250
DENVER  CO 80237-4319

HAYNES BOONE
ATTN TODD M GARLAND
8000 TOWERS CRESCENT DRIVE  STE 900
VIENNA  VA 22182-6221

INTEGRATED OPENINGS SOLUTIONS LLC
14901 WEST 117TH STREET
OLATHE  KS 66062-9307

IOWA DEPARTMENT OF REVENUE
OFFICE OF THE ATTORNEY GENERAL OF IOWA
ATTN BANKRUPTCY UNIT
1305 E WALNUT
DES MOINES  IA 50319-0109

JM SAFE HAVEN ENTERPRISES  INC
MELISSA FOXWORTH
2020 CREEK DRIVE
RAPID CITY  SD 57703-4124

JV ASSOCIATES  LTD
PO BOX 520
HUTCHINSON  MN 55350-0520

JACOR INC
W182S8363 RACINE AVE
MUSKEGO  WI 53150-9046

JOHNSON CONTROLS FIRE PROT LP
DEPT CH 10320
PALATINE  IL 60055-0001

JOHNSON CONTROLS FIRE PROTECTION LP
5757 N GREEN BAY AVENUE
GLENDALE  WI 53209-4408

JOHNSON CONTROLS  INC
5757 N GREEN BAY AVENUE
GLENDALE  WI 53209-4408

JOHNSON CONTROLS  INC
PO BOX 730068
DALLAS  TX 75373-0068

KEFLEX CONTRACTING
4880 G STREET
OMAHA  NE 68117-1415

KATRINA A TURMAN LANG
WOLD JOHNSON PC
PO BOX 1680
FARGO  ND 58107-1680

KYLE  CONNIE BERG  BAD INVESTMENTS LLP
CO JORDAN CHAVEZ
HAYNES AND BOONE  LLP
2801 N HARWOOD ST  SUITE 2300
DALLAS  TX 75201-2754

KYLE  CONNIE BERG  BAD INVESTMENTS LLP
CO STEPHEN PEZANOSKY
HAYNES AND BOONE  LLP
301 COMMERCE ST  SUITE 2600
FT WORTH  TX 76102-4160

LACREEK DEVELOPMENT CORPORATION
21617 US HWY 18 SUITE B
MARTIN  SD 57551-5944

LINN GROVE CENTER
5012 53RD STREET S
FARGO  ND 58104-6006

M  K PORTA POTTIES
PO BOX 14942
GRAND FORKS  ND 58208-4942

MK PORTA POTTIES
PO BOX BOX  1494
GRAND FORKS  ND 58208

MARCO
PO BOX 660831
DALLAS  TX 75266-0831

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MARK KRAGNESS<br>43602 BASS HARBOR ROAD<br>PELICAN RAPIDS   MN 56572-7582 | MARSH MCCLENNAN AGENCY<br>BECKY HECKER<br>505 BROADWAY NORTH SUITE 100<br>FARGO  ND 58102-4654 | MAURICE B VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO  NORTH DAKOTA 58102-4246 |
| MCELROY ELECTRIC INC<br>300 SW TOPEKA BLVD<br>TOPEKA  KS 66603 | MCELROYS ELECTRIC INC<br>3300 SW TOPEKA BLVD<br>TOPEKA  KS 66611-2274 | MEAD LUMBER<br>320 WEST BLVD<br>RAPID CITY SD 57701-2671 |
| MEDICA<br>NW 798  PO BOX 1450<br>MINNEAPOLIS  MN 55485-7958 | MENARDS<br>PO BOX 60506<br>CITY OF INDUSTRY  CA 91716-0506 | MINNESOTA REVENUE<br>PO BOX BOX 64649<br>SAINT PAUL  MN 55164-0649 |
| (P)MONTANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 7701<br>HELENA MT 59604-7701 | (P)MONTANA DAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARK ND 58506-5600 | MONTANADAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARCK  ND 58506-5600 |
| MOWBRAY  SON INC<br>PO BOX 878<br>MINOT  ND 58702-0878 | MOWBRAY  SON PLUMBING  HEATING  INC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | MOWBRAY  SONS PLUMBING  HEARING  INC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 |
| ND OFFICE OF STATE TAX COMMISSIONER<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK  ND 58505-0599 | (P)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | EXCLUDE<br>~~(D)(P)NEBRASKA DEPARTMENT OF REVENUE~~<br>~~ATTN ATTENTION BANKRUPTCY UNIT~~<br>~~PO BOX 94818~~<br>~~LINCOLN NE 68509-4818~~ |
| ORACLE AMERICA  INC<br>CO ORACLESUBMITTAL EXCHANGE<br>PO BOX 203448<br>DALLAS  TX 75320-3448 | ORACLE AMERICA  INC<br>CO SHAWN M CHRISTIANSON  ESQ<br>BUCHALTER PC<br>425 MARKET ST  SUITE 2900<br>SAN FRANCISCO  CA 94105-2491 | PEAK FALL PROTECTION<br>350 GREEN OAKS PARKWAY<br>HOLLY SPRINGS  NC 27540-6178 |
| PIERCE INVESTMENT CO<br>PO BOX BOX 14111<br>GRAND FORKS  ND 58208-4111 | POINT NORTH NETWORKS INC<br>2910 UPPER 55TH ST E<br>INVER GROVE HEIGHTS  MN 55076-1673 | PRINCIPAL LIFE INSURANCE COMPANY<br>CO BARBARA WARNER<br>711 HIGH ST<br>DES MOINES  IA 50392-0001 |
| PRUDENT FIDUCIARY SERVICES AND MIGUEL PAREDE<br>CO JOSEPH E LEHNERT<br>KEATING MUETHING  KLEKAMP PLL<br>ONE EAST FOURTH STREET  SUITE 1400<br>CINCINNATI  OHIO 45202-3752 | PRUDENT FIDUCIARY SERVICES AND MIGUEL PAREDE<br>CO MICHAEL L SCHEIER<br>KEATING MUETHING  KLEKAMP PLL<br>ONE EAST FOURTH STREET  SUITE 1400<br>CINCINNATI  OHIO 45202-3752 | QUALITY COATINGS  TILE<br>3918 37TH AVE S<br>FARGO  ND 58104-7380 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| QUALITY COATINGS TILE LLC DBA HERZOG COAT<br>CO CAREN W STANLEY VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | RAZOR CONSULTING SOLUTIONS INC<br>5625 51ST AVE S<br>FARGO ND 58104-6064 | RAZOR CONSULTING SOLUTIONS INC<br>CO STEVEN R KINSELLA<br>FREDRIKSON BYRON PA<br>60 SOUTH SIXTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1425 |
| EXCLUDE<br>~~(D)RIGHT CHOICE ELECTRIC INC~~<br>~~2104 MILL RD STE A~~<br>~~GRAND FORKS ND 58203-1542~~ | RIGHT CHOICE ELECTRIC INC<br>CO KATRINA A TURMAN LANG<br>WOLD JOHNSON PC<br>500 2ND AVE N SUITE 400<br>PO BOX 1680<br>FARGO ND 58107-1680 | RIVER CITY WOODWORKS<br>1208 E 25TH STREET<br>LAWRENCE KS 66046-5036 |
| RYAN GLASS INC<br>1535 TUSKEGEE PLACE<br>COLORADO SPRINGS CO 80915-2656 | RYAN GLASS INC<br>PATRICK R AKERS<br>3615 DELGANY STREET SUITE 1100<br>DENVER CO 80216-3997 | SCS<br>5019 CHESBRO CT<br>LAWRENCE KS 66049-4977 |
| SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVENUE<br>PIERRE SD 57501-3100 | STEPTOE JOHNSON LLP<br>SHIONA H BAUM SR MANAGER COLLECTIONS<br>1330 CONNECTICUT AVE NW<br>WASHINGTON DC 20036-1704 | STEPTOE LLP<br>ATTN IRIS BENETTJOSHUA TAYLOR<br>1330 CONNECTICUT AVE NW<br>WASHINGTON DC 20036-1704 |
| SWIFTEC INC<br>1714 CREEK DR<br>RAPID CITY SD 57703-4133 | TAXATION REVENUE NEW MEXICO<br>1200 SOUTH ST FRANCIS DRIVE<br>SANTA FE NM 87505-4034 | THE HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>CO THE HUSTEAD LAW FIRM<br>4643 S ULSTER STREET SUITE 1250<br>DENVER CO 80237-4319 |
| TOLLEFSONS CONTRACT DIVISION<br>PO BOX 698<br>MINOT ND 58702-0698 | TREASURERSTATE OF IOWA<br>ROBY SMITH<br>STATETREASURERS OFFICECAPITOL BUI<br>DES MOINES IA 50319 | TUCKER ELLIS LLP<br>PO BOX 74717<br>CLEVELAND OH 44194-0002 |
| US DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>209 SOUTH LASALLE ST SUITE 600<br>CHICAGO IL 60604-1446 | US DEPARTMENT OF LABOR EBSA<br>2300 MAIN STREET SUITE 11093<br>KANSAS CITY MO 64108-2415 | US DEPT OF JUSTICE ANTITRUST DIVISION<br>UNITED STATES ATTORNEYS OFFICE<br>ATTN USA MATTHEW GREENLEY<br>655 1ST AVE N STE 250<br>FARGO ND 58102-4932 |
| UNITED BIRD BAT CONTROL LLC<br>PO BOX 14290<br>SCOTTSDALE AZ 85267-4290 | (P)VERENDRYE ELECTRIC COOPERATIVE INC<br>ATTN ATTN CREDIT MANAGER<br>1225 HIGHWAY 2 BYPASS E<br>MINOT ND 58701-7927 | VERIZON WIRELESS<br>BANKRUPTCY ADMINISTRATION<br>500 TECHNOLOGY DRIVE SUITE 550<br>SAINT CHARLES MO 63304-2225 |
| VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 17777<br>RICHMOND VA 23226 | VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO ND 58078-8482 | WAGNER FALCONER JUDD LTD<br>100 SOUTH FIFTH STREET<br>SUITE 800<br>MINNEAPOLIS MN 55402-5357 |

USPS FIRST CLASS MACHINABLE RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)WEX BANK<br>1 HANCOCK STREET<br>PORTLAND ME 04101-4217 | (P)XCEL ENERGY<br>ATTN BANKUPTCY DEPARTMENT<br>414 NICOLLET MALL<br>MINNEAPOLIS 55401-1993 | AUSTIN MOE<br>DAGGER MACHINERY<br>920 38TH STREET N<br>FARGO  ND 58102-2914 |
| CHAD DUBOIS<br>4419 66TH ST S<br>FARGO  ND 58104-6021 | CINDY CLOSE<br>ASST VICE PRESIDENT STOCK PLAN SERVICES<br>PRINCIPAL LIFE INSURANCE COMPANY<br>711 HIGH ST<br>DES MOINES  IA 50392-0001 | EXCLUDE<br>(U)CONNIE BERG |
| EXCLUDE<br>ERIK A AHLGREN<br>BANKRUPTCY TRUSTEE<br>220 W WASHINGTON AVE  SUITE 105<br>FERGUS FALLS  MN 56537-2569 | EXCLUDE<br>GENE W DOELING<br>KALER DOELING LAW OFFICE<br>3429 INTERSTATE BLVD S<br>PO BOX 9231<br>FARGO  ND 58106-9231 | JASON LUTHER<br>VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO  ND 58078-8482 |
| EXCLUDE<br>(U)KYLE BERG | EXCLUDE<br>(U)MIGUEL PAREDES | PETER GEHRES<br>JEFF MARTIN AUCTIONEERS  INC<br>2236 HIGHWAY 49<br>BROOKLYN  MS 39425-9764 |
| ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 | VERN VLIET<br>JV ASSOCIATES LTD<br>PO BOX 520<br>HUTCHINSON  MN 55350-0520 | |