UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                       Bky. Case No. 24-30167
                                                                                                               Chapter 7

Pro-Mark Services, Inc.,

            Debtor.                                          **ORDER**
_____/

      On June 26, 2025, the Bankruptcy Trustee filed a Motion for Sale of Estate Assets. Doc. 219. The Bankruptcy Trustee served the motion and notice on creditors. The Court received no objections. Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the sale is fair and reasonable and in the best interests of the bankruptcy estate.

      **IT IS ORDERED** that the Motion for Sale of Estate Assets is **GRANTED**. The Bankruptcy Trustee is authorized to sell the bankruptcy estate's interest in the following assets and buyer on an "AS IS" and "WHERE IS" basis without any warranty expressed or implied by the Trustee:

| Asset | Sale Price | Buyer |
|---|---|---|
| 2003 Chevy K2500HD Silverado (VIN: 1GCHK231X3F145674) | $2,500.00 | Smith Farms Ltd. 4200 149th Ave SE Sawyer, ND 58781 |
| 2000 GMC C-Series C7H042 (VIN: 1GDJ7H1D9YJ904592) | $2,500.00 | Smith Farms Ltd. 4200 149th Ave SE Sawyer, ND 58781 |

      The Trustee is also authorized to execute documents necessary to transfer title to the buyers.

      Dated this 21st day of July, 2025.

                                                          /s/ Shon Hastings
                                                          Shon Hastings, Judge
                                                          United States Bankruptcy Court