# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>PRO MARK SERVICES, INC | CASE NO: 24-30167<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br>ECF Docket Reference No. 230<br>Response Date: 08/12/2025 |

On 7/22/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Settlement Agreement ECF Docket Reference No. 230

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/22/2025

/s/ Peter Kieselbach
Peter Kieselbach  0397531

Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN  55402
612 259 9700
denise.sodergren@gtlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>PRO MARK SERVICES, INC | CASE NO: 24-30167<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 230<br>Response Date: 08/12/2025 |

On 7/22/2025, a copy of the following documents, described below,

Notice and Motion for Approval of Settlement Agreement ECF Docket Reference No. 230

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/22/2025

_[signature]_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Peter Kieselbach
Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN  55402

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                                                          EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING              (U)BAD INVESTMENTS LLP               CAPITAL CREDIT UNION
NCRS ADDRESS DOWNLOAD                                                               ATTN CAREN STANLEY
CASE 24-30167                                                                       VOGEL LAW FIRM
DISTRICT OF NORTH DAKOTA                                                            PO BOX 1389
TUE JUL 22 10-1-17 PST 2025                                                         FARGO  ND 58107-1389



EXCLUDE                                                                             DEBTOR
(U)HARTFORD ACCIDENT AND INDEMNITY           ORACLE AMERICA  INC                    PROMARK SERVICES  INC
COMPANY                                      BUCHALTER PC                           5012 53RD ST S  SUITE G
                                             CO SHAWN M CHRISTIANSON                FARGO  ND 58104-6006
                                             425 MARKET ST  SUITE 2900
                                             SAN FRANCISCO  CA 94105-2491



EXCLUDE                                      EXCLUDE
(U)PRUDENT FIDUCIARY SERVICES                (U)RAZOR CONSULTING SOLUTIONS          RIGHT CHOICE ELECTRIC  INC
                                                                                    2104 MILL RD  STE A
                                                                                    GRAND FORKS  ND 58203-1542



EXCLUDE                                      EXCLUDE
(U)USAUSAF                                   US BANKRUPTCY COURT                    ACE CONSULTING
                                             655 1ST AVENUE NORTH  SUITE 210        608 KEENECENTER DRIVE
                                             FARGO  ND 58102-4932                   NICHOLASVILLE  KY 40356-1495



ACE CONSULTING COMPANY  LLC                  ACTION MECHANICAL                      ADVANCED BUSINESS METHODS
608 KEENE CENTRE DRIVE                       PO BOX 880                             1515 13TH AVE E
NICHOLASVILLE  KY 40356-1495                 RAPID CITY  SD 57709-0880              WEST FARGO  ND 58078-3403



EXCLUDE
(D)ADVANCED BUSINESS METHODS  INC            ADVANTAGE COATING                      AIR MECHANICAL INC
1515 13TH AVE E                              884 ARBOR DRIVE                        1914 4TH AVE NW
WEST FARGO  ND 58078-3403                    CHASKA  MN 55318-9500                  WEST FARGO  ND 58078-1348



AKERMAN LLP                                  AKERMAN LLP                            BAD INVESTMENTS LLP
ANDREA S HARTLEY  ESQ                        PO BOX 4906                            CO STEPHEN PEZANOSKY
AKERMAN LLP                                  ORLANDO  FL 32802-4906                 HAYNES AND BOONE  LLP
98 SE 7TH STREET  SUITE 1100                                                        301 COMMERCE STREET  SUITE 2600
MIAMI  FL 33131-3525                                                                FORT WORTH  TX 76102-4160



BAD INVESTMENTS                              BERGER ENTERPRISES  LLC                BERGER ENTERPRISES  LLC
KYLE BERG                                    1826 25TH ST NE                        CO CAREN W STANLEY
5012 2ND ST E                                EMERADO  ND 58228-9779                 VOGEL LAW FIRM
WEST FARGO ND 58078-8208                                                            PO BOX 1389
                                                                                    FARGO  ND  58107-1389



BLACK HILLS ENERGY                           BRIAN L GREEN                          CI CONSTRUCTION  LLC
PO BOX 7966                                  US DEPARTMENT OF LABOR                 1910 42ND AVE W  SUITE 300
CAROL STREAM  IL 60197-7966                  2300 MAIN STREET                       ALEXANDRIA  MN 56308-0029
                                             SUITE 11093
                                             KANSAS CITY  MO 64108-2415
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CAPITAL CREDIT UNION<br>BRAD SHETLERCHIEF LENDING OFFICER<br>PO BOX 2096<br>BISMARCK  ND 58502-2096 | CAPITAL CREDIT UNION<br>CO CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 | CAPITAL CREDIT UNION<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 |
| CAPITAL CREDIT UNION<br>CO KESHA L TANABE<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | CARPET ONE COMMERCIAL<br>505 S 24TH ST W<br>BILLINGS  MT 59102-6245 | CASS COUNTY ELECTRIC<br>PO BOX 6088<br>FARGO  ND 58108-6088 |
| CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN  VA 20147-6122 | CITY WIDE ELECTRIC  INC<br>1444 RIVER ST<br>WEST FARGO  ND 58078-2641 | CITY OF FARGO<br>PO BOX BOX 1607<br>FARGO  ND 58107-1607 |
| CITY OF MINOT<br>TREASURERS OFFICE<br>PO BOX BOX 5006<br>MINOT  ND 58702-5006 | COLORADO DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT  RM 104<br>1881 PIERCE STREET<br>LAKEWOOD  CO 80214-1400 | CONNIE BERG<br>5012 2ND ST E<br>WEST FARGO ND 58078-8208 |
| CONNOR L CANTRELL<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER STREET  SUITE 1250<br>DENVER  CO 80237-4319 | CONNOR L CANTRELL  ESQ<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER ST SUITE 1250<br>DENVER  CO 80237-4319 | CREATIVE SURFACES INC<br>PO BOX 84611<br>SIOUX FALLS  SD 57118-4611 |
| DOCU SHRED INC<br>42424 240TH ST SW<br>EAST GRAND FORKS  MN 56721-9605 | DAKOTA FENCE<br>PO BOX 1408<br>FARGO  ND 58107-1408 | DAKOTA FIRE PROTECTION  INC<br>PO BOX BOX 5327<br>GRAND FORKS  ND 58206-5327 |
| DAWSON INS  MARSH  MCLENNAN AGENCY LLC<br>62886 COLLECTION CENTER DRIVE<br>CHICAGO  IL 60693-0628 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>OGDEN  UT 84201-0045 |
| DIAMOND EVERLEY ROOFING CONTRACTORS<br>PO BOX 3509<br>LAWRENCE  KS 66046-0509 | ENERBASE COOPERATIVE RESOURCES<br>PO BOX F<br>MINOT  ND 58702-0350 | ENGINEERED CONTROLS INC<br>10703 J STREET<br>OMAHA  NE 68127-1023 |
| ~~EXCLUDE~~<br>~~(D)ENGINEERED CONTROLS  INC~~<br>~~10703 J STREET~~<br>~~OMAHA  NE 68127-1023~~ | ERVGIL  INC<br>CARPET ONE<br>505 SO 24TH ST W<br>BILLINGS MT 59102-6245 | (P)FARGO GLASS  PAINT CO<br>ATTN WADE N BAKKE<br>1801 7TH AVE N<br>FARGO ND 58102-3203 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
FARGO GLASS  PAINT CO              FASTENAL COMPANY                    FIRELAKE CONSTRUCTION  INC
CO CAREN W STANLEY                 ATTN LEGAL                          1011 E 31ST ST
VOGEL LAW FIRM                     2001 THEURER BLVD                   LAWRENCE  KS 66046-5103
PO BOX 1389                        WINONA  MN 55987-9902
FARGO ND  58107-1389



GEFROH ELECTRIC                    GREAT PLAINS NATURAL GAS CO         (P)THE HARTFORD
100 45TH AVE NW                    PO BOX 5600                         ATTN BANKRUPTCY UNIT
MINOT  ND 58703-0115               BISMARCK  ND 58506-5600             ONE HARTFORD PLAZA
                                                                       MAIL DROP T-16-285
                                                                       HARTFORD CT 06155-0001



HARTFORD ACCIDENT AND INDEMNITY COMPANY   HARTFORD ACCIDENT AND INDEMNITY COMPANY   HAYNES BOONE
CO CONNOR L CANTRELL  ESQ                 CO PATRICK Q HUSTEAD  ESQ                 ATTN TODD M GARLAND
THE HUSTEAD LAW FIRM                      THE HUSTEAD LAW FIRM                      8000 TOWERS CRESCENT DRIVE  STE 900
4643 S ULSTER ST SUITE 1250               4643 S ULSTER ST SUITE 1250               VIENNA  VA 22182-6221
DENVER  CO 80237-4319                     DENVER  CO 80237-4319



INTEGRATED OPENINGS SOLUTIONS LLC  IOWA DEPARTMENT OF REVENUE          JM SAFE HAVEN ENTERPRISES  INC
14901 WEST 117TH STREET            OFFICE OF THE ATTORNEY GENERAL OF IOWA   MELISSA FOXWORTH
OLATHE  KS 66062-9307              ATTN BANKRUPTCY UNIT                2020 CREEK DRIVE
                                   1305 E WALNUT                       RAPID CITY  SD 57703-4124
                                   DES MOINES  IA 50319-0109



JV ASSOCIATES  LTD                 JACOR INC                           JOHNSON CONTROLS FIRE PROT LP
PO BOX 520                         W182S8363 RACINE AVE                DEPT CH 10320
HUTCHINSON  MN 55350-0520          MUSKEGO  WI 53150-9046              PALATINE  IL 60055-0001



JOHNSON CONTROLS FIRE PROTECTION LP   JOHNSON CONTROLS  INC            JOHNSON CONTROLS  INC
5757 N GREEN BAY AVENUE               5757 N GREEN BAY AVENUE          PO BOX 730068
GLENDALE  WI 53209-4408               GLENDALE  WI 53209-4408          DALLAS  TX 75373-0068



KEFLEX CONTRACTING                 KATRINA A TURMAN LANG               KYLE  CONNIE BERG  BAD INVESTMENTS LLP
4880 G STREET                      WOLD JOHNSON PC                     CO JORDAN CHAVEZ
OMAHA  NE 68117-1415               PO BOX 1680                         HAYNES AND BOONE  LLP
                                   FARGO  ND 58107-1680                2801 N HARWOOD ST  SUITE 2300
                                                                       DALLAS  TX 75201-2754



KYLE  CONNIE BERG  BAD INVESTMENTS LLP   LACREEK DEVELOPMENT CORPORATION   LINN GROVE CENTER
CO STEPHEN PEZANOSKY                     21617 US HWY 18 SUITE B           5012 53RD STREET S
HAYNES AND BOONE  LLP                    MARTIN  SD 57551-5944             FARGO  ND 58104-6006
301 COMMERCE ST  SUITE 2600
FT WORTH  TX 76102-4160



M  K PORTA POTTIES                 MK PORTA POTTIES                    MARCO
PO BOX 14942                       PO BOX BOX  1494                    PO BOX 660831
GRAND FORKS  ND 58208-4942         GRAND FORKS  ND 58208               DALLAS  TX 75266-0831
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

MARK KRAGNESS                        MARSH MCCLENNAN AGENCY              MAURICE B VERSTANDIG
43602 BASS HARBOR ROAD               BECKY HECKER                        THE DAKOTA BANKRUPTCY FIRM
PELICAN RAPIDS   MN 56572-7582       505 BROADWAY NORTH SUITE 100        1630 1ST AVENUE N
                                     FARGO   ND 58102-4654               SUITE B PMB 24
                                                                         FARGO   NORTH DAKOTA 58102-4246


MCELROY ELECTRIC INC                 MCELROYS ELECTRIC INC               MEAD LUMBER
300 SW TOPEKA BLVD                   3300 SW TOPEKA BLVD                 320 WEST BLVD
TOPEKA   KS 66603                    TOPEKA   KS 66611-2274              RAPID CITY SD 57701-2671


MEDICA                               MENARDS                             MINNESOTA REVENUE
NW 798   PO BOX 1450                 PO BOX 60506                        PO BOX BOX 64649
MINNEAPOLIS   MN 55485-7958          CITY OF INDUSTRY   CA 91716-0506    SAINT PAUL   MN 55164-0649


(P)MONTANA DEPARTMENT OF REVENUE     (P)MONTANA DAKOTA UTILITIES CO      MONTANADAKOTA UTILITIES CO
ATTN BANKRUPTCY UNIT                 PO BOX 5600                         PO BOX 5600
PO BOX 7701                          BISMARK ND 58506-5600               BISMARCK   ND 58506-5600
HELENA MT 59604-7701


MOWBRAY   SON INC                    MOWBRAY   SON PLUMBING   HEATING   INC    MOWBRAY   SONS PLUMBING   HEARING   INC
PO BOX 878                           CO CAREN W STANLEY                        CO CAREN W STANLEY
MINOT   ND 58702-0878                VOGEL LAW FIRM                            VOGEL LAW FIRM
                                     PO BOX 1389                               PO BOX 1389
                                     FARGO ND   58107-1389                    FARGO   ND   58107-1389


                                                                         EXCLUDE
ND OFFICE OF STATE TAX COMMISSIONER  (P)NEBRASKA DEPARTMENT OF REVENUE   (D)(P)NEBRASKA DEPARTMENT OF REVENUE
600 E BOULEVARD AVE DEPT 127         ATTN ATTENTION BANKRUPTCY UNIT      ATTN ATTENTION BANKRUPTCY UNIT
BISMARCK   ND 58505-0599             PO BOX 94818                        PO BOX 94818
                                     LINCOLN NE 68509-4818               LINCOLN NE 68509-4818


ORACLE AMERICA   INC                 ORACLE AMERICA   INC                PEAK FALL PROTECTION
CO ORACLESUBMITTAL EXCHANGE          CO SHAWN M CHRISTIANSON   ESQ       350 GREEN OAKS PARKWAY
PO BOX 203448                        BUCHALTER PC                        HOLLY SPRINGS   NC 27540-6178
DALLAS   TX 75320-3448               425 MARKET ST   SUITE 2900
                                     SAN FRANCISCO   CA 94105-2491


PIERCE INVESTMENT CO                 POINT NORTH NETWORKS INC            PRINCIPAL LIFE INSURANCE COMPANY
PO BOX BOX 14111                     2910 UPPER 55TH ST E                CO BARBARA WARNER
GRAND FORKS   ND 58208-4111          INVER GROVE HEIGHTS   MN 55076-1673 711 HIGH ST
                                                                         DES MOINES   IA 50392-0001


PRUDENT FIDUCIARY SERVICES AND MIGUEL  PRUDENT FIDUCIARY SERVICES AND MIGUEL   QUALITY COATINGS   TILE
PAREDE                                 PAREDE                                  3918 37TH AVE S
CO JOSEPH E LEHNERT                    CO MICHAEL L SCHEIER                    FARGO   ND 58104-7380
KEATING MUETHING   KLEKAMP PLL         KEATING MUETHING   KLEKAMP PLL
ONE EAST FOURTH STREET   SUITE 1400    ONE EAST FOURTH STREET   SUITE 1400
CINCINNATI   OHIO 45202-3752           CINCINNATI   OHIO 45202-3752
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
QUALITY COATINGS   TILE   LLC DBA HERZOG      RAZOR CONSULTING SOLUTIONS   INC          RAZOR CONSULTING SOLUTIONS   INC
COAT                                          5625 51ST AVE S                           CO STEVEN R KINSELLA
CO CAREN W STANLEY   VOGEL LAW FIRM           FARGO   ND 58104-6064                     FREDRIKSON   BYRON   PA
PO BOX 1389                                                                             60 SOUTH SIXTH STREET   SUITE 1500
FARGO   ND 58107-1389                                                                   MINNEAPOLIS   MN 55402-1425


EXCLUDE
(D)RIGHT CHOICE ELECTRIC INC                  RIGHT CHOICE ELECTRIC   INC               RIVER CITY WOODWORKS
2104 MILL RD   STE A                          CO KATRINA A TURMAN LANG                  1208 E 25TH STREET
GRAND FORKS   ND 58203-1542                   WOLD JOHNSON   PC                         LAWRENCE   KS 66046-5036
                                              500 2ND AVE N   SUITE 400
                                              PO BOX 1680
                                              FARGO   ND 58107-1680


RYAN GLASS INC                                RYAN GLASS   INC                          SCS
1535 TUSKEGEE PLACE                           PATRICK R AKERS                           5019 CHESBRO CT
COLORADO SPRINGS   CO 80915-2656              3615 DELGANY STREET   SUITE 1100          LAWRENCE   KS 66049-4977
                                              DENVER   CO 80216-3997


SOUTH DAKOTA DEPARTMENT OF REVENUE            STEPTOE   JOHNSON LLP                     STEPTOE LLP
445 E CAPITOL AVENUE                          SHIONA H BAUM SR MANAGER COLLECTIONS      ATTN IRIS BENETTJOSHUA TAYLOR
PIERRE   SD 57501-3100                        1330 CONNECTICUT AVE   NW                 1330 CONNECTICUT AVE   NW
                                              WASHINGTON   DC 20036-1704                WASHINGTON   DC 20036-1704


SWIFTEC   INC                                 TAXATION REVENUE   NEW MEXICO             THE HARTFORD ACCIDENT AND INDEMNITY
1714 CREEK DR                                 1200 SOUTH ST FRANCIS DRIVE               COMPANY
RAPID CITY   SD 57703-4133                    SANTA FE   NM 87505-4034                  CO THE HUSTEAD LAW FIRM
                                                                                        4643 S ULSTER STREET   SUITE 1250
                                                                                        DENVER   CO 80237-4319


TOLLEFSONS CONTRACT DIVISION                  TREASURERSTATE OF IOWA                    TUCKER ELLIS LLP
PO BOX 698                                    ROBY SMITH                                PO BOX 74717
MINOT   ND 58702-0698                         STATETREASURERS OFFICECAPITOL BUI         CLEVELAND   OH 44194-0002
                                              DES MOINES   IA 50319


US DEPARTMENT OF JUSTICE                      US DEPARTMENT OF LABOR   EBSA             US DEPT OF JUSTICE   ANTITRUST DIVISION
ANTITRUST DIVISION                            2300 MAIN STREET   SUITE 11093            UNITED STATES ATTORNEYS OFFICE
209 SOUTH LASALLE ST SUITE 600                KANSAS CITY MO 64108-2415                 ATTN USA MATTHEW GREENLEY
CHICAGO   IL 60604-1446                                                                 655 1ST AVE N   STE 250
                                                                                        FARGO   ND 58102-4932


UNITED BIRD   BAT CONTROL LLC                 (P)VERENDRYE ELECTRIC COOPERATIVE INC     VERIZON WIRELESS
PO BOX 14290                                  ATTN ATTN CREDIT MANAGER                  BANKRUPTCY ADMINISTRATION
SCOTTSDALE   AZ 85267-4290                    1225 HIGHWAY 2 BYPASS E                   500 TECHNOLOGY DRIVE SUITE 550
                                              MINOT ND 58701-7927                       SAINT CHARLES   MO 63304-2225


VIRGINIA DEPARTMENT OF TAXATION               VOLITION PRIME ACCOUNTING                 WAGNER FALCONER   JUDD   LTD
PO BOX 17777                                  3247 OAK RIDGE LOOP E                     100 SOUTH FIFTH STREET
RICHMOND   VA 23226                           WEST FARGO   ND 58078-8482                SUITE 800
                                                                                        MINNEAPOLIS   MN 55402-5357
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)WEX BANK<br>1 HANCOCK STREET<br>PORTLAND ME 04101-4217 | (P)XCEL ENERGY<br>ATTN BANKUPTCY DEPARTMENT<br>414 NICOLLET MALL<br>MINNEAPOLIS 55401-1993 | AUSTIN MOE<br>DAGGER MACHINERY<br>920 38TH STREET N<br>FARGO   ND 58102-2914 |
| CHAD DUBOIS<br>4419 66TH ST S<br>FARGO   ND 58104-6021 | CINDY CLOSE<br>ASST VICE PRESIDENT STOCK PLAN SERVICES<br>PRINCIPAL LIFE INSURANCE COMPANY<br>711 HIGH ST<br>DES MOINES   IA 50392-0001 | EXCLUDE<br>(U)CONNIE BERG |
| ERIC WALD<br>1350 153RD ST SE<br>NORWICH   ND 58768-9607 | ERIK A AHLGREN<br>BANKRUPTCY TRUSTEE<br>220 W WASHINGTON AVE   SUITE 105<br>FERGUS FALLS   MN 56537-2569 | GENE W DOELING<br>KALER DOELING LAW OFFICE<br>3429 INTERSTATE BLVD S<br>PO BOX 9231<br>FARGO   ND 58106-9231 |
| JASON LUTHER<br>VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO   ND 58078-8482 | EXCLUDE<br>(U)KYLE BERG | EXCLUDE<br>(U)MIGUEL PAREDES |
| PETER GEHRES<br>JEFF MARTIN AUCTIONEERS   INC<br>2236 HIGHWAY 49<br>BROOKLYN   MS 39425-9764 | PETER KIESELBACH<br>GREENBERG TRAURIG   LLP<br>90 S 7TH STREET<br>STE 3500<br>MINNEAPOLIS   MN 55402-4106 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS   MN 55415-1320 |
| VERN VLIET<br>JV ASSOCIATES LTD<br>PO BOX 520<br>HUTCHINSON   MN 55350-0520 | | |