UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30167 |
|---|---|
| PRO MARK SERVICES, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 232 |

On 8/5/2025, I did cause a copy of the following documents, described below,

Notice of Motion and Motion for Sale of Estate Assets ECF Docket Reference No. 232

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/5/2025

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>PRO MARK SERVICES, INC | CASE NO: 24-30167<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 232 |

On 8/5/2025, a copy of the following documents, described below,

Notice of Motion and Motion for Sale of Estate Assets ECF Docket Reference No. 232

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/5/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

USPS FIRST CLASS MACHINEABLE PIECES
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| FIRST CLASS | CASE INFO | EXCLUDE |
|---|---|---|
| NICHOLAS LINDSTROM<br>2593 520TH ST<br>GRANITE FALLS MN 56241 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30167<br>DISTRICT OF NORTH DAKOTA<br>MON AUG 4 13-25-7 PST 2025 | (U)BAD INVESTMENTS LLP |
| CAPITAL CREDIT UNION<br>ATTN CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 | EXCLUDE<br>(U)HARTFORD ACCIDENT AND INDEMNITY COMPANY | ORACLE AMERICA  INC<br>BUCHALTER PC<br>CO SHAWN M CHRISTIANSON<br>425 MARKET ST  SUITE 2900<br>SAN FRANCISCO  CA 94105-2491 |
| DEBTOR<br>PROMARK SERVICES  INC<br>5012 53RD ST S  SUITE G<br>FARGO  ND 58104-6006 | EXCLUDE<br>(U)PRUDENT FIDUCIARY SERVICES | EXCLUDE<br>(U)RAZOR CONSULTING SOLUTIONS |
| RIGHT CHOICE ELECTRIC  INC<br>2104 MILL RD  STE A<br>GRAND FORKS  ND 58203-1542 | EXCLUDE<br>(U)USAUSAF | EXCLUDE<br>US BANKRUPTCY COURT<br>655 1ST AVENUE NORTH  SUITE 210<br>FARGO  ND 58102-4932 |
| ACE CONSULTING<br>608 KEENECENTER DRIVE<br>NICHOLASVILLE  KY 40356-1495 | ACE CONSULTING COMPANY  LLC<br>608 KEENE CENTRE DRIVE<br>NICHOLASVILLE  KY 40356-1495 | ACTION MECHANICAL<br>PO BOX 880<br>RAPID CITY  SD 57709-0880 |
| ADVANCED BUSINESS METHODS<br>1515 13TH AVE E<br>WEST FARGO  ND 58078-3403 | EXCLUDE<br>(D)ADVANCED BUSINESS METHODS  INC<br>1515 13TH AVE E<br>WEST FARGO  ND 58078-3403 | ADVANTAGE COATING<br>884 ARBOR DRIVE<br>CHASKA  MN 55318-9500 |
| AIR MECHANICAL INC<br>1914 4TH AVE NW<br>WEST FARGO  ND 58078-1348 | AKERMAN LLP<br>ANDREA S HARTLEY  ESQ<br>AKERMAN LLP<br>98 SE 7TH STREET  SUITE 1100<br>MIAMI  FL 33131-3525 | AKERMAN LLP<br>PO BOX 4906<br>ORLANDO  FL 32802-4906 |
| BAD INVESTMENTS LLP<br>CO STEPHEN PEZANOSKY<br>HAYNES AND BOONE  LLP<br>301 COMMERCE STREET  SUITE 2600<br>FORT WORTH  TX 76102-4160 | BAD INVESTMENTS<br>KYLE BERG<br>5012 2ND ST E<br>WEST FARGO ND 58078-8208 | BERGER ENTERPRISES  LLC<br>1826 25TH ST NE<br>EMERADO  ND 58228-9779 |
| BERGER ENTERPRISES  LLC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND  58107-1389 | BLACK HILLS ENERGY<br>PO BOX 7966<br>CAROL STREAM  IL 60197-7966 | BRIAN L GREEN<br>US DEPARTMENT OF LABOR<br>2300 MAIN STREET<br>SUITE 11093<br>KANSAS CITY  MO 64108-2415 |

USPS FIRST CLASS MACHINEABLE COPIED
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CI CONSTRUCTION LLC<br>1910 42ND AVE W SUITE 300<br>ALEXANDRIA MN 56308-0029 | CAPITAL CREDIT UNION<br>BRAD SHETLER CHIEF LENDING OFFICER<br>PO BOX 2096<br>BISMARCK ND 58502-2096 | CAPITAL CREDIT UNION<br>CO CAREN STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 |
| CAPITAL CREDIT UNION<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | CAPITAL CREDIT UNION<br>CO KESHA L TANABE<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | CARPET ONE COMMERCIAL<br>505 S 24TH ST W<br>BILLINGS MT 59102-6245 |
| CASS COUNTY ELECTRIC<br>PO BOX 6088<br>FARGO ND 58108-6088 | CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN VA 20147-6122 | CITY WIDE ELECTRIC INC<br>1444 RIVER ST<br>WEST FARGO ND 58078-2641 |
| CITY OF FARGO<br>PO BOX BOX 1607<br>FARGO ND 58107-1607 | CITY OF MINOT<br>TREASURERS OFFICE<br>PO BOX BOX 5006<br>MINOT ND 58702-5006 | COLORADO DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT RM 104<br>1881 PIERCE STREET<br>LAKEWOOD CO 80214-1407 |
| CONNIE BERG<br>5012 2ND ST E<br>WEST FARGO ND 58078-8208 | CONNOR L CANTRELL<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER STREET SUITE 1250<br>DENVER CO 80237-4319 | CONNOR L CANTRELL ESQ<br>THE HUSTEAD LAW FIRM<br>4643 S ULSTER ST SUITE 1250<br>DENVER CO 80237-4319 |
| CREATIVE SURFACES INC<br>PO BOX 84611<br>SIOUX FALLS SD 57118-4611 | DOCU SHRED INC<br>42424 240TH ST SW<br>EAST GRAND FORKS MN 56721-9605 | DAKOTA FENCE<br>PO BOX 1408<br>FARGO ND 58107-1408 |
| DAKOTA FIRE PROTECTION INC<br>PO BOX BOX 5327<br>GRAND FORKS ND 58206-5327 | DAWSON INS MARSH MCLENNAN AGENCY LLC<br>62886 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693-0628 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>OGDEN UT 84201-0045 | DIAMOND EVERLEY ROOFING CONTRACTORS<br>PO BOX 3509<br>LAWRENCE KS 66046-0509 | ENERBASE COOPERATIVE RESOURCES<br>PO BOX F<br>MINOT ND 58702-0350 |
| ENGINEERED CONTROLS INC<br>10703 J STREET<br>OMAHA NE 68127-1023 | EXCLUDE<br>~~(D)ENGINEERED CONTROLS INC~~<br>~~10703 J STREET~~<br>~~OMAHA NE 68127-1023~~ | ERVGIL INC<br>CARPET ONE<br>505 SO 24TH ST W<br>BILLINGS MT 59102-6245 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
(P)FARGO GLASS  PAINT CO            FARGO GLASS  PAINT CO              FASTENAL COMPANY
ATTN WADE N BAKKE                   CO CAREN W STANLEY                 ATTN LEGAL
1801 7TH AVE N                      VOGEL LAW FIRM                     2001 THEURER BLVD
FARGO ND 58102-3203                 PO BOX 1389                        WINONA  MN 55987-9902
                                    FARGO ND  58107-1389


FIRELAKE CONSTRUCTION  INC          GEFROH ELECTRIC                    GREAT PLAINS NATURAL GAS CO
1011 E 31ST ST                      100 45TH AVE NW                    PO BOX 5600
LAWRENCE  KS 66046-5103             MINOT  ND 58703-0115               BISMARCK  ND 58506-5600


(P)THE HARTFORD                     HARTFORD ACCIDENT AND INDEMNITY COMPANY   HARTFORD ACCIDENT AND INDEMNITY COMPAN
ATTN BANKRUPTCY UNIT                CO CONNOR L CANTRELL  ESQ          CO PATRICK Q HUSTEAD  ESQ
ONE HARTFORD PLAZA                  THE HUSTEAD LAW FIRM               THE HUSTEAD LAW FIRM
MAIL DROP T-16-285                  4643 S ULSTER ST SUITE 1250        4643 S ULSTER ST SUITE 1250
HARTFORD CT 06155-0001              DENVER  CO 80237-4319              DENVER  CO 80237-4319


HAYNES BOONE                        INTEGRATED OPENINGS SOLUTIONS LLC  IOWA DEPARTMENT OF REVENUE
ATTN TODD M GARLAND                 14901 WEST 117TH STREET            OFFICE OF THE ATTORNEY GENERAL OF IOWA
8000 TOWERS CRESCENT DRIVE  STE 900 OLATHE  KS 66062-9307              ATTN BANKRUPTCY UNIT
VIENNA  VA 22182-6221                                                  1305 E WALNUT
                                                                       DES MOINES  IA 50319-0109


JM SAFE HAVEN ENTERPRISES  INC      JV ASSOCIATES  LTD                 JACOR INC
MELISSA FOXWORTH                    PO BOX 520                         W182S8363 RACINE AVE
2020 CREEK DRIVE                    HUTCHINSON  MN 55350-0520          MUSKEGO  WI 53150-9046
RAPID CITY  SD 57703-4124


JOHNSON CONTROLS FIRE PROT LP       JOHNSON CONTROLS FIRE PROTECTION LP JOHNSON CONTROLS  INC
DEPT CH 10320                       5757 N GREEN BAY AVENUE            5757 N GREEN BAY AVENUE
PALATINE  IL 60055-0001             GLENDALE  WI 53209-4408            GLENDALE  WI 53209-4408


JOHNSON CONTROLS  INC               KEFLEX CONTRACTING                 KATRINA A TURMAN LANG
PO BOX 730068                       4880 G STREET                      WOLD JOHNSON PC
DALLAS  TX 75373-0068               OMAHA  NE 68117-1415               PO BOX 1680
                                                                       FARGO  ND 58107-1680


KYLE  CONNIE BERG  BAD INVESTMENTS LLP  KYLE  CONNIE BERG  BAD INVESTMENTS LLP  LACREEK DEVELOPMENT CORPORATION
CO JORDAN CHAVEZ                    CO STEPHEN PEZANOSKY               21617 US HWY 18 SUITE B
HAYNES AND BOONE  LLP               HAYNES AND BOONE  LLP              MARTIN  SD 57551-5944
2801 N HARWOOD ST  SUITE 2300       301 COMMERCE ST  SUITE 2600
DALLAS  TX 75201-2754               FT WORTH  TX 76102-4160


LINN GROVE CENTER                   M  K PORTA POTTIES                 MK PORTA POTTIES
5012 53RD STREET S                  PO BOX 14942                       PO BOX BOX  1494
FARGO  ND 58104-6006                GRAND FORKS  ND 58208-4942         GRAND FORKS  ND 58208
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MARCO<br>PO BOX 660831<br>DALLAS TX 75266-0831 | MARK KRAGNESS<br>43602 BASS HARBOR ROAD<br>PELICAN RAPIDS MN 56572-7582 | MARSH MCCLENNAN AGENCY<br>BECKY HECKER<br>505 BROADWAY NORTH SUITE 100<br>FARGO ND 58102-4654 |
| MAURICE B VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO NORTH DAKOTA 58102-4246 | MCELROY ELECTRIC INC<br>300 SW TOPEKA BLVD<br>TOPEKA KS 66603 | MCELROYS ELECTRIC INC<br>3300 SW TOPEKA BLVD<br>TOPEKA KS 66611-2274 |
| MEAD LUMBER<br>320 WEST BLVD<br>RAPID CITY SD 57701-2671 | MEDICA<br>NW 798 PO BOX 1450<br>MINNEAPOLIS MN 55485-7958 | MENARDS<br>PO BOX 60506<br>CITY OF INDUSTRY CA 91716-0506 |
| MINNESOTA REVENUE<br>PO BOX BOX 64649<br>SAINT PAUL MN 55164-0649 | (P)MONTANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 7701<br>HELENA MT 59604-7701 | (P)MONTANA DAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARK ND 58506-5600 |
| MONTANADAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARCK ND 58506-5600 | MOWBRAY SON INC<br>PO BOX 878<br>MINOT ND 58702-0878 | MOWBRAY SON PLUMBING HEATING INC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 |
| MOWBRAY SONS PLUMBING HEARING INC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | ND OFFICE OF STATE TAX COMMISSIONER<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK ND 58505-0599 | (P)NEBRASKA DEPARTMENT OF REVENUE<br>ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 |
| EXCLUDE<br><br>(D)(P)NEBRASKA DEPARTMENT OF REVENUE<br>ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | ORACLE AMERICA INC<br>CO ORACLESUBMITTAL EXCHANGE<br>PO BOX 203448<br>DALLAS TX 75320-3448 | ORACLE AMERICA INC<br>CO SHAWN M CHRISTIANSON ESQ<br>BUCHALTER PC<br>425 MARKET ST SUITE 2900<br>SAN FRANCISCO CA 94105-2491 |
| PEAK FALL PROTECTION<br>350 GREEN OAKS PARKWAY<br>HOLLY SPRINGS NC 27540-6178 | PIERCE INVESTMENT CO<br>PO BOX BOX 14111<br>GRAND FORKS ND 58208-4111 | POINT NORTH NETWORKS INC<br>2910 UPPER 55TH ST E<br>INVER GROVE HEIGHTS MN 55076-1673 |
| PRINCIPAL LIFE INSURANCE COMPANY<br>CO BARBARA WARNER<br>711 HIGH ST<br>DES MOINES IA 50392-0001 | PRUDENT FIDUCIARY SERVICES AND MIGUEL PAREDE<br>CO JOSEPH E LEHNERT<br>KEATING MUETHING KLEKAMP PLL<br>ONE EAST FOURTH STREET SUITE 1400<br>CINCINNATI OHIO 45202-3752 | PRUDENT FIDUCIARY SERVICES AND MIGUEL PAREDE<br>CO MICHAEL L SCHEIER<br>KEATING MUETHING KLEKAMP PLL<br>ONE EAST FOURTH STREET SUITE 1400<br>CINCINNATI OHIO 45202-3752 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| QUALITY COATINGS TILE<br>3918 37TH AVE S<br>FARGO ND 58104-7380 | QUALITY COATINGS TILE LLC DBA HERZOG COAT<br>CO CAREN W STANLEY VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | RAZOR CONSULTING SOLUTIONS INC<br>5625 51ST AVE S<br>FARGO ND 58104-6064 |
| RAZOR CONSULTING SOLUTIONS INC<br>CO STEVEN R KINSELLA<br>FREDRIKSON BYRON PA<br>60 SOUTH SIXTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1425 | EXCLUDE<br>~~(D)RIGHT CHOICE ELECTRIC INC~~<br>~~2104 MILL RD STE A~~<br>~~GRAND FORKS ND 58203-1542~~ | RIGHT CHOICE ELECTRIC INC<br>CO KATRINA A TURMAN LANG<br>WOLD JOHNSON PC<br>500 2ND AVE N SUITE 400<br>PO BOX 1680<br>FARGO ND 58107-1680 |
| RIVER CITY WOODWORKS<br>1208 E 25TH STREET<br>LAWRENCE KS 66046-5036 | RYAN GLASS INC<br>1535 TUSKEGEE PLACE<br>COLORADO SPRINGS CO 80915-2656 | RYAN GLASS INC<br>PATRICK R AKERS<br>3615 DELGANY STREET SUITE 1100<br>DENVER CO 80216-3997 |
| SCS<br>5019 CHESBRO CT<br>LAWRENCE KS 66049-4977 | SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVENUE<br>PIERRE SD 57501-3100 | STEPTOE JOHNSON LLP<br>SHIONA H BAUM SR MANAGER COLLECTIONS<br>1330 CONNECTICUT AVE NW<br>WASHINGTON DC 20036-1704 |
| STEPTOE LLP<br>ATTN IRIS BENETTJOSHUA TAYLOR<br>1330 CONNECTICUT AVE NW<br>WASHINGTON DC 20036-1704 | SWIFTEC INC<br>1714 CREEK DR<br>RAPID CITY SD 57703-4133 | TAXATION REVENUE NEW MEXICO<br>1200 SOUTH ST FRANCIS DRIVE<br>SANTA FE NM 87505-4034 |
| THE HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>CO THE HUSTEAD LAW FIRM<br>4643 S ULSTER STREET SUITE 1250<br>DENVER CO 80237-4319 | TOLLEFSONS CONTRACT DIVISION<br>PO BOX 698<br>MINOT ND 58702-0698 | TREASURERSTATE OF IOWA<br>ROBY SMITH<br>STATETREASURERS OFFICECAPITOL BUI<br>DES MOINES IA 50319 |
| TUCKER ELLIS LLP<br>PO BOX 74717<br>CLEVELAND OH 44194-0002 | US DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>209 SOUTH LASALLE ST SUITE 600<br>CHICAGO IL 60604-1446 | US DEPARTMENT OF LABOR EBSA<br>2300 MAIN STREET SUITE 11093<br>KANSAS CITY MO 64108-2415 |
| US DEPT OF JUSTICE ANTITRUST DIVISION<br>UNITED STATES ATTORNEYS OFFICE<br>ATTN USA MATTHEW GREENLEY<br>655 1ST AVE N STE 250<br>FARGO ND 58102-4932 | UNITED BIRD BAT CONTROL LLC<br>PO BOX 14290<br>SCOTTSDALE AZ 85267-4290 | (P)VERENDRYE ELECTRIC COOPERATIVE INC<br>ATTN ATTN CREDIT MANAGER<br>1225 HIGHWAY 2 BYPASS E<br>MINOT ND 58701-7927 |
| VERIZON WIRELESS<br>BANKRUPTCY ADMINISTRATION<br>500 TECHNOLOGY DRIVE SUITE 550<br>SAINT CHARLES MO 63304-2225 | VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 17777<br>RICHMOND VA 23226 | VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO ND 58078-8482 |

USPS FIRST CLASS MAIL NOTICE RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| WAGNER FALCONER JUDD LTD<br>100 SOUTH FIFTH STREET<br>SUITE 800<br>MINNEAPOLIS MN 55402-5357 | (P)WEX BANK<br>1 HANCOCK STREET<br>PORTLAND ME 04101-4217 | (P)XCEL ENERGY<br>ATTN BANKRUPTCY DEPARTMENT<br>414 NICOLLET MALL<br>MINNEAPOLIS 55401-1993 |
| AUSTIN MOE<br>DAGGER MACHINERY<br>920 38TH STREET N<br>FARGO ND 58102-2914 | CHAD DUBOIS<br>4419 66TH ST S<br>FARGO ND 58104-6021 | CINDY CLOSE<br>ASST VICE PRESIDENT STOCK PLAN SERVICE<br>PRINCIPAL LIFE INSURANCE COMPANY<br>711 HIGH ST<br>DES MOINES IA 50392-0001 |
| EXCLUDE<br>(U)CONNIE BERG | ERIC WALD<br>1350 153RD ST SE<br>NORWICH ND 58768-9607 | EXCLUDE<br>ERIK A AHLGREN<br>BANKRUPTCY TRUSTEE<br>220 W WASHINGTON AVE SUITE 105<br>FERGUS FALLS MN 56537-2569 |
| EXCLUDE<br>GENE W DOELING<br>KALER DOELING LAW OFFICE<br>3429 INTERSTATE BLVD S<br>PO BOX 9231<br>FARGO ND 58106-9231 | JASON LUTHER<br>VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO ND 58078-8482 | EXCLUDE<br>(U)KYLE BERG |
| EXCLUDE<br>(U)MIGUEL PAREDES | PETER GEHRES<br>JEFF MARTIN AUCTIONEERS INC<br>2236 HIGHWAY 49<br>BROOKLYN MS 39425-9764 | PETER KIESELBACH<br>GREENBERG TRAURIG LLP<br>90 S 7TH STREET<br>STE 3500<br>MINNEAPOLIS MN 55402-4106 |
| ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 | VERN VLIET<br>JV ASSOCIATES LTD<br>PO BOX 520<br>HUTCHINSON MN 55350-0520 | |