# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30167, 25-07001 |
|---|---|
| PRO MARK SERVICES, INC | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 26 |

On 8/15/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Settlement Agreement ECF Docket Reference No. 26

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/15/2025

/s/ Erik Ahlgren
Erik Ahlgren  191814

Ahlgren Law Office PLLC
220 W Washington Ave. Ste. 105
Fergus Falls, MN  56537
218 998 2775
hadley@ahlgrenlawoffice.net

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30167, 25-07001 |
|---|---|
| PRO MARK SERVICES, INC | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No. 26 |

On 8/15/2025, a copy of the following documents, described below,

Notice and Motion for Approval of Settlement Agreement ECF Docket Reference No. 26

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/15/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik Ahlgren
Ahlgren Law Office PLLC
220 W Washington Ave. Ste. 105
Fergus Falls, MN  56537

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                               CAPITAL CREDIT UNION
  LABEL MATRIX FOR LOCAL NOTICING      EXCLUDE                          ATTN CAREN STANLEY
NCRS ADDRESS DOWNLOAD                  (U)BAD INVESTMENTS LLP           VOGEL LAW FIRM
CASE 24-30167                                                           PO BOX 1389
25-07001                                                                FARGO   ND 58107-1389
DISTRICT OF NORTH DAKOTA
THU AUG 14 15-37-38 PST 2025


EXCLUDE                                                                 DEBTOR
(U)HARTFORD ACCIDENT AND INDEMNITY     ORACLE AMERICA   INC             PROMARK SERVICES   INC
COMPANY                                BUCHALTER PC                     5012 53RD ST S  SUITE G
                                       CO SHAWN M CHRISTIANSON          FARGO   ND 58104-6006
                                       425 MARKET ST  SUITE 2900
                                       SAN FRANCISCO  CA 94105-2491


EXCLUDE                                EXCLUDE
(U)PRUDENT FIDUCIARY SERVICES          (U)RAZOR CONSULTING SOLUTIONS    RIGHT CHOICE ELECTRIC   INC
                                                                        2104 MILL RD  STE A
                                                                        GRAND FORKS  ND 58203-1542


EXCLUDE                                EXCLUDE
(U)USAUSAF                             US BANKRUPTCY COURT              ACE CONSULTING
                                       655 1ST AVENUE NORTH  SUITE 210  608 KEENECENTER DRIVE
                                       FARGO  ND 58102-4932             NICHOLASVILLE  KY 40356-1495


ACE CONSULTING COMPANY  LLC            ACTION MECHANICAL                ADVANCED BUSINESS METHODS
608 KEENE CENTRE DRIVE                 PO BOX 880                       1515 13TH AVE E
NICHOLASVILLE  KY 40356-1495           RAPID CITY  SD 57709-0880        WEST FARGO  ND 58078-3403


EXCLUDE
(D)ADVANCED BUSINESS METHODS  INC      ADVANTAGE COATING                AIR MECHANICAL INC
1515 13TH AVE E                        884 ARBOR DRIVE                  1914 4TH AVE NW
WEST FARGO  ND 58078-3403              CHASKA  MN 55318-9500            WEST FARGO  ND 58078-1348


AKERMAN LLP                            AKERMAN LLP                      BAD INVESTMENTS LLP
ANDREA S HARTLEY  ESQ                  PO BOX 4906                      CO STEPHEN PEZANOSKY
AKERMAN LLP                            ORLANDO  FL 32802-4906           HAYNES AND BOONE  LLP
98 SE 7TH STREET  SUITE 1100                                            301 COMMERCE STREET  SUITE 2600
MIAMI  FL 33131-3525                                                    FORT WORTH  TX 76102-4160


BAD INVESTMENTS                        BERGER ENTERPRISES  LLC          BERGER ENTERPRISES  LLC
KYLE BERG                              1826 25TH ST NE                  CO CAREN W STANLEY
5012 2ND ST E                          EMERADO  ND 58228-9779           VOGEL LAW FIRM
WEST FARGO ND 58078-8208                                                PO BOX 1389
                                                                        FARGO  ND 58107-1389


BLACK HILLS ENERGY                     BRIAN L GREEN                    CI CONSTRUCTION  LLC
PO BOX 7966                            US DEPARTMENT OF LABOR           1910 42ND AVE W  SUITE 300
CAROL STREAM  IL 60197-7966            2300 MAIN STREET                 ALEXANDRIA  MN 56308-0029
                                       SUITE 11093
                                       KANSAS CITY  MO 64108-2415
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CAPITAL CREDIT UNION
BRAD SHETLERCHIEF LENDING OFFICER
PO BOX 2096
BISMARCK   ND 58502-2096

CAPITAL CREDIT UNION
CO CAREN STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO   ND 58107-1389

CAPITAL CREDIT UNION
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO ND  58107-1389

CAPITAL CREDIT UNION
CO KESHA L TANABE
VOGEL LAW FIRM
PO BOX 1389
FARGO ND   58107-1389

CARPET ONE COMMERCIAL
505 S 24TH ST W
BILLINGS   MT 59102-6245

CASS COUNTY ELECTRIC
PO BOX 6088
FARGO   ND 58108-6088

CELLCO PARTNERSHIP DBA VERIZON WIRELESS
WILLIAM M VERMETTE
22001 LOUDOUN COUNTY PKWY
ASHBURN   VA 20147-6122

CITY WIDE ELECTRIC   INC
1444 RIVER ST
WEST FARGO   ND 58078-2641

CITY OF FARGO
PO BOX BOX 1607
FARGO   ND 58107-1607

CITY OF MINOT
TREASURERS OFFICE
PO BOX BOX 5006
MINOT   ND 58702-5006

COLORADO DEPARTMENT OF REVENUE
BANKRUPTCY UNIT   RM 104
1881 PIERCE STREET
LAKEWOOD   CO 80214-1407

CONNIE BERG
5012 2ND ST E
WEST FARGO ND 58078-8208

CONNOR L CANTRELL
THE HUSTEAD LAW FIRM
4643 S ULSTER STREET   SUITE 1250
DENVER   CO 80237-4319

CONNOR L CANTRELL   ESQ
THE HUSTEAD LAW FIRM
4643 S ULSTER ST SUITE 1250
DENVER   CO 80237-4319

CREATIVE SURFACES INC
PO BOX 84611
SIOUX FALLS   SD 57118-4611

DOCU SHRED INC
42424 240TH ST SW
EAST GRAND FORKS   MN 56721-9605

DAKOTA FENCE
PO BOX 1408
FARGO   ND 58107-1408

DAKOTA FIRE PROTECTION   INC
PO BOX BOX 5327
GRAND FORKS   ND 58206-5327

DAWSON INS  MARSH  MCLENNAN AGENCY LLC
62886 COLLECTION CENTER DRIVE
CHICAGO   IL 60693-0628

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE CENTER
OGDEN   UT 84201-0045

DIAMOND EVERLEY ROOFING CONTRACTORS
PO BOX 3509
LAWRENCE   KS 66046-0509

ENERBASE COOPERATIVE RESOURCES
PO BOX F
MINOT   ND 58702-0350

ENGINEERED CONTROLS INC
10703 J STREET
OMAHA   NE 68127-1023

EXCLUDE

(D)ENGINEERED CONTROLS   INC
10703 J STREET
OMAHA   NE 68127-1023

ERVGIL   INC
CARPET ONE
505 SO 24TH ST W
BILLINGS MT 59102-6245

(P)FARGO GLASS   PAINT CO
ATTN WADE N BAKKE
1801 7TH AVE N
FARGO ND 58102-3203

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
FARGO GLASS  PAINT CO              FASTENAL COMPANY                   FIRELAKE CONSTRUCTION  INC
CO CAREN W STANLEY                 ATTN LEGAL                         1011 E 31ST ST
VOGEL LAW FIRM                     2001 THEURER BLVD                  LAWRENCE  KS 66046-5103
PO BOX 1389                        WINONA   MN 55987-9902
FARGO ND  58107-1389


GEFROH ELECTRIC                    GREAT PLAINS NATURAL GAS CO        (P)THE HARTFORD
100 45TH AVE NW                    PO BOX 5600                        ATTN BANKRUPTCY UNIT
MINOT  ND 58703-0115               BISMARCK  ND 58506-5600            ONE HARTFORD PLAZA
                                                                      MAIL DROP T-16-285
                                                                      HARTFORD CT 06155-0001


HARTFORD ACCIDENT AND INDEMNITY COMPANY   HARTFORD ACCIDENT AND INDEMNITY COMPANY   HAYNES BOONE
CO CONNOR L CANTRELL   ESQ                CO PATRICK Q HUSTEAD   ESQ                ATTN TODD M GARLAND
THE HUSTEAD LAW FIRM                      THE HUSTEAD LAW FIRM                      8000 TOWERS CRESCENT DRIVE  STE 900
4643 S ULSTER ST SUITE 1250               4643 S ULSTER ST SUITE 1250               VIENNA  VA 22182-6221
DENVER  CO 80237-4319                     DENVER  CO 80237-4319


INTEGRATED OPENINGS SOLUTIONS LLC  IOWA DEPARTMENT OF REVENUE         JM SAFE HAVEN ENTERPRISES  INC
14901 WEST 117TH STREET            OFFICE OF THE ATTORNEY GENERAL OF IOWA   MELISSA FOXWORTH
OLATHE  KS 66062-9307              ATTN BANKRUPTCY UNIT               2020 CREEK DRIVE
                                   1305 E WALNUT                      RAPID CITY  SD 57703-4124
                                   DES MOINES  IA 50319-0109


JV ASSOCIATES  LTD                 JACOR INC                          JOHNSON CONTROLS FIRE PROT LP
PO BOX 520                         W182S8363 RACINE AVE               DEPT CH 10320
HUTCHINSON  MN 55350-0520          MUSKEGO  WI 53150-9046             PALATINE  IL 60055-0001


JOHNSON CONTROLS FIRE PROTECTION LP   JOHNSON CONTROLS  INC           JOHNSON CONTROLS  INC
5757 N GREEN BAY AVENUE               5757 N GREEN BAY AVENUE         PO BOX 730068
GLENDALE  WI 53209-4408               GLENDALE  WI 53209-4408         DALLAS  TX 75373-0068


KEFLEX CONTRACTING                 KATRINA A TURMAN LANG              KYLE  CONNIE BERG  BAD INVESTMENTS LLP
4880 G STREET                      WOLD JOHNSON PC                    CO JORDAN CHAVEZ
OMAHA  NE 68117-1415               PO BOX 1680                        HAYNES AND BOONE  LLP
                                   FARGO  ND 58107-1680               2801 N HARWOOD ST  SUITE 2300
                                                                      DALLAS  TX 75201-2754


KYLE  CONNIE BERG  BAD INVESTMENTS LLP   LACREEK DEVELOPMENT CORPORATION   LINN GROVE CENTER
CO STEPHEN PEZANOSKY                     21617 US HWY 18 SUITE B           5012 53RD STREET S
HAYNES AND BOONE  LLP                    MARTIN  SD 57551-5944             FARGO  ND 58104-6006
301 COMMERCE ST  SUITE 2600
FT WORTH  TX 76102-4160


M  K PORTA POTTIES                 MK PORTA POTTIES                   MARCO
PO BOX 14942                       PO BOX BOX  1494                   PO BOX 660831
GRAND FORKS  ND 58208-4942         GRAND FORKS  ND 58208              DALLAS  TX 75266-0831
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MARK KRAGNESS<br>43602 BASS HARBOR ROAD<br>PELICAN RAPIDS   MN 56572-7582 | MARSH MCCLENNAN AGENCY<br>BECKY HECKER<br>505 BROADWAY NORTH SUITE 100<br>FARGO   ND 58102-4654 | MAURICE B VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO   NORTH DAKOTA 58102-4246 |
| MCELROY ELECTRIC INC<br>300 SW TOPEKA BLVD<br>TOPEKA   KS 66603 | MCELROYS ELECTRIC INC<br>3300 SW TOPEKA BLVD<br>TOPEKA   KS 66611-2274 | MEAD LUMBER<br>320 WEST BLVD<br>RAPID CITY SD 57701-2671 |
| MEDICA<br>NW 798   PO BOX 1450<br>MINNEAPOLIS   MN 55485-7958 | MENARDS<br>PO BOX 60506<br>CITY OF INDUSTRY   CA 91716-0506 | MINNESOTA REVENUE<br>PO BOX BOX 64649<br>SAINT PAUL   MN 55164-0649 |
| (P)MONTANA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 7701<br>HELENA MT 59604-7701 | (P)MONTANA DAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARK ND 58506-5600 | MONTANADAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARCK   ND 58506-5600 |
| MOWBRAY   SON INC<br>PO BOX 878<br>MINOT   ND 58702-0878 | MOWBRAY   SON PLUMBING   HEATING   INC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | MOWBRAY   SONS PLUMBING   HEARING   INC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO   ND  58107-1389 |
| ND OFFICE OF STATE TAX COMMISSIONER<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK   ND 58505-0599 | (P)NEBRASKA DEPARTMENT OF REVENUE<br>ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | EXCLUDE<br>~~(D)(P)NEBRASKA DEPARTMENT OF REVENUE~~<br>~~ATTENTION BANKRUPTCY UNIT~~<br>~~PO BOX 94818~~<br>~~LINCOLN NE 68509-4818~~ |
| ORACLE AMERICA   INC<br>CO ORACLESUBMITTAL EXCHANGE<br>PO BOX 203448<br>DALLAS   TX 75320-3448 | ORACLE AMERICA   INC<br>CO SHAWN M CHRISTIANSON   ESQ<br>BUCHALTER PC<br>425 MARKET ST   SUITE 2900<br>SAN FRANCISCO   CA 94105-2491 | PEAK FALL PROTECTION<br>350 GREEN OAKS PARKWAY<br>HOLLY SPRINGS   NC 27540-6178 |
| PIERCE INVESTMENT CO<br>PO BOX BOX 14111<br>GRAND FORKS   ND 58208-4111 | POINT NORTH NETWORKS INC<br>2910 UPPER 55TH ST E<br>INVER GROVE HEIGHTS   MN 55076-1673 | PRINCIPAL LIFE INSURANCE COMPANY<br>CO BARBARA WARNER<br>711 HIGH ST<br>DES MOINES   IA 50392-0001 |
| PRUDENT FIDUCIARY SERVICES AND MIGUEL PAREDE<br>CO JOSEPH E LEHNERT<br>KEATING MUETHING   KLEKAMP PLL<br>ONE EAST FOURTH STREET   SUITE 1400<br>CINCINNATI   OHIO 45202-3752 | PRUDENT FIDUCIARY SERVICES AND MIGUEL PAREDE<br>CO MICHAEL L SCHEIER<br>KEATING MUETHING   KLEKAMP PLL<br>ONE EAST FOURTH STREET   SUITE 1400<br>CINCINNATI   OHIO 45202-3752 | QUALITY COATINGS   TILE<br>3918 37TH AVE S<br>FARGO   ND 58104-7380 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| QUALITY COATINGS TILE LLC DBA HERZOG COAT<br>CO CAREN W STANLEY VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | RAZOR CONSULTING SOLUTIONS INC<br>5625 51ST AVE S<br>FARGO ND 58104-6064 | RAZOR CONSULTING SOLUTIONS INC<br>CO STEVEN R KINSELLA<br>FREDRIKSON BYRON PA<br>60 SOUTH SIXTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1425 |
| EXCLUDE<br>~~(D)RIGHT CHOICE ELECTRIC INC~~<br>~~2104 MILL RD STE A~~<br>~~GRAND FORKS ND 58203-1542~~ | RIGHT CHOICE ELECTRIC INC<br>CO KATRINA A TURMAN LANG<br>WOLD JOHNSON PC<br>500 2ND AVE N SUITE 400<br>PO BOX 1680<br>FARGO ND 58107-1680 | RIVER CITY WOODWORKS<br>1208 E 25TH STREET<br>LAWRENCE KS 66046-5036 |
| RYAN GLASS INC<br>1535 TUSKEGEE PLACE<br>COLORADO SPRINGS CO 80915-2656 | RYAN GLASS INC<br>PATRICK R AKERS<br>3615 DELGANY STREET SUITE 1100<br>DENVER CO 80216-3997 | SCS<br>5019 CHESBRO CT<br>LAWRENCE KS 66049-4977 |
| SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 E CAPITOL AVENUE<br>PIERRE SD 57501-3100 | STEPTOE JOHNSON LLP<br>SHIONA H BAUM SR MANAGER COLLECTIONS<br>1330 CONNECTICUT AVE NW<br>WASHINGTON DC 20036-1704 | STEPTOE LLP<br>ATTN IRIS BENETT JOSHUA TAYLOR<br>1330 CONNECTICUT AVE NW<br>WASHINGTON DC 20036-1704 |
| SWIFTEC INC<br>1714 CREEK DR<br>RAPID CITY SD 57703-4133 | TAXATION REVENUE NEW MEXICO<br>1200 SOUTH ST FRANCIS DRIVE<br>SANTA FE NM 87505-4034 | THE HARTFORD ACCIDENT AND INDEMNITY COMPANY<br>CO THE HUSTEAD LAW FIRM<br>4643 S ULSTER STREET SUITE 1250<br>DENVER CO 80237-4319 |
| TOLLEFSONS CONTRACT DIVISION<br>PO BOX 698<br>MINOT ND 58702-0698 | TREASURER STATE OF IOWA<br>ROBY SMITH<br>STATE TREASURERS OFFICE CAPITOL BUI<br>DES MOINES IA 50319 | TUCKER ELLIS LLP<br>PO BOX 74717<br>CLEVELAND OH 44194-0002 |
| US DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>209 SOUTH LASALLE ST SUITE 600<br>CHICAGO IL 60604-1446 | US DEPARTMENT OF LABOR EBSA<br>2300 MAIN STREET SUITE 11093<br>KANSAS CITY MO 64108-2415 | US DEPT OF JUSTICE ANTITRUST DIVISION<br>UNITED STATES ATTORNEYS OFFICE<br>ATTN USA MATTHEW GREENLEY<br>655 1ST AVE N STE 250<br>FARGO ND 58102-4932 |
| UNITED BIRD BAT CONTROL LLC<br>PO BOX 14290<br>SCOTTSDALE AZ 85267-4290 | (P)VERENDRYE ELECTRIC COOPERATIVE INC<br>ATTN ATTN CREDIT MANAGER<br>1225 HIGHWAY 2 BYPASS E<br>MINOT ND 58701-7927 | VERIZON WIRELESS<br>BANKRUPTCY ADMINISTRATION<br>500 TECHNOLOGY DRIVE SUITE 550<br>SAINT CHARLES MO 63304-2225 |
| VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 17777<br>RICHMOND VA 23226 | VOLITION PRIME ACCOUNTING<br>3247 OAK RIDGE LOOP E<br>WEST FARGO ND 58078-8482 | WAGNER FALCONER JUDD LTD<br>100 SOUTH FIFTH STREET<br>SUITE 800<br>MINNEAPOLIS MN 55402-5357 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECC SERVICE were not served via First Class USPS Mail Service.

(P)WEX BANK
1 HANCOCK STREET
PORTLAND ME 04101-4217

(P)XCEL ENERGY
ATTN BANKUPTCY DEPARTMENT
414 NICOLLET MALL
MINNEAPOLIS 55401-1993

AUSTIN MOE
DAGGER MACHINERY
920 38TH STREET N
FARGO ND 58102-2914

CHAD DUBOIS
4419 66TH ST S
FARGO ND 58104-6021

CINDY CLOSE
ASST VICE PRESIDENT STOCK PLAN SERVICES
PRINCIPAL LIFE INSURANCE COMPANY
711 HIGH ST
DES MOINES IA 50392-0001

EXCLUDE
(U)CONNIE BERG

ERIC WALD
1350 153RD ST SE
NORWICH ND 58768-9607

EXCLUDE
ERIK A AHLGREN
BANKRUPTCY TRUSTEE
220 W WASHINGTON AVE SUITE 105
FERGUS FALLS MN 56537-2569

GENE W DOELING
KALER DOELING LAW OFFICE
3429 INTERSTATE BLVD S
PO BOX 9231
FARGO ND 58106-9231

JASON LUTHER
VOLITION PRIME ACCOUNTING
3247 OAK RIDGE LOOP E
WEST FARGO ND 58078-8482

EXCLUDE
(U)KYLE BERG

EXCLUDE
(U)MIGUEL PAREDES

PETER GEHRES
JEFF MARTIN AUCTIONEERS INC
2236 HIGHWAY 49
BROOKLYN MS 39425-9764

PETER KIESELBACH
GREENBERG TRAURIG LLP
90 S 7TH STREET
STE 3500
MINNEAPOLIS MN 55402-4106

ROBERT B RASCHKE
ASSISTANT US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415-1320

VERN VLIET
JV ASSOCIATES LTD
PO BOX 520
HUTCHINSON MN 55350-0520