**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br><br>      Debtor.<br>_____/<br><br>Erik A. Ahlgren, as Chapter 7 Trustee<br>of the Bankruptcy Estate of Pro-Mark Services, Inc.,<br>as Administrator of the Pro-Mark Services, Inc.<br>Employee Stock Ownership Plan, and as<br>Trustee of the Pro-Mark Services, Inc.<br>Employee Stock Ownership Trust,<br><br>      Plaintiff,<br><br>  v.<br><br>Connie Berg, Kyle Berg, Connie Berg Revocable<br>Living Trust, Kyle R. Berg Revocable Living Trust,<br>Chad DuBois, and Miguel Paredes,<br><br>      Defendants.<br>_____/ | Bky. Case No. 24-30167<br>Chapter 7<br><br><br><br><br><br><br><br><br>**ORDER**<br><br>Adversary No. 24-07014 |

On July 22, 2025, Erik A. Ahlgren, as Chapter 7 Trustee of the Bankruptcy Estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust filed a motion seeking approval of a Settlement Agreement executed by Ahlgren and Defendant Chad DuBois. Ahlgren served notice of the motion, which included a summary of the terms of the settlement. The Court received no objections. Based on the information provided by Ahlgren and the documents filed in this case, the Court finds that the Settlement

1

Agreement is fair and equitable, reflects a balance of the risks of litigation with the potential recovery and appears to be in the best interest of the bankruptcy estate.

Therefore, **IT IS ORDERED** that the Motion for Approval of Settlement Agreement [Adv. No. 24-07014, Doc. 150; Case No. 24-30167, Doc. 230] is **GRANTED**. The Settlement Agreement filed as Adv. No. 24-07014, Doc. 148; Case No. 24-30167, Doc. 229 is **APPROVED.**

Dated this 19th day of August, 2025.

/s/ Shon Hastings
Shon Hastings, Chief Judge
United States Bankruptcy Court