UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                                    Bky. Case No. 24-30167
                                                                                          Chapter 7
Pro-Mark Services, Inc.,

        Debtor.                                                **ORDER**
_____/

On July 15, 2025, the Bankruptcy Trustee filed a Motion for Sale of Estate Assets. Doc. 224. The Bankruptcy Trustee served the motion and notice on creditors. The Court received no objections. Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the sale is fair and reasonable and in the best interests of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Sale of Estate Assets is **GRANTED**. The Bankruptcy Trustee is authorized to sell the bankruptcy estate's interest in the following assets and buyer without any warranty expressed or implied by the Trustee:

| Asset | Sale Price | Buyer |
|---|---|---|
| 2019 Ford 550 Super Duty with a Rugby Dump Box<br>VIN: 1FD0W5HT4KEF69820 | $46,000.00 | Syzygy, LLC<br>1761 72nd St NE<br>Minot, ND 58703-4904 |

The Trustee is authorized to pay Eric Wald, agent for the Trustee, 5% commission of the total gross sale price totaling $2,300.00. The Trustee is also authorized to execute documents necessary to transfer title to the buyers.

Dated this 19th day of August, 2025.

                                              /s/ Shon Hastings
                                              Shon Hastings, Chief Judge
                                              United States Bankruptcy Court