UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                                  Bky. Case No. 24-30167
                                                                                             Chapter 7
Pro-Mark Services, Inc.,

            Debtor.                                      **ORDER**
_____/

On August 4, 2025, the Bankruptcy Trustee filed a Motion for Sale of Estate Assets. Doc. 232. The Bankruptcy Trustee served the motion and notice on creditors. The Court received no objections. Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the sale is fair and reasonable and in the best interests of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Sale of Estate Assets is **GRANTED**. The Bankruptcy Trustee is authorized to sell the bankruptcy estate's interest in the following assets to the buyer on an "AS IS" and "WHERE IS" basis without any warranty expressed or implied by the Trustee:

| Asset | Sale Price | Buyer |
|---|---|---|
| 2011 United Bumper Hitch Trailer VIN 48BTE162XBA114751 | $3,600.00 | Nicholas James Lindstrom 2593 520 St Granite Falls MN 56241 |

The Trustee is also authorized to execute documents necessary to transfer title to the buyers.

Dated this 29th day of August, 2025.

                                                /s/ Shon Hastings
                                                Shon Hastings, Judge
                                                United States Bankruptcy Court