# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Pro-Mark Services, Inc., <br><br> Debtor. | Case No.: 7 <br><br> Chapter 24-30167 |

# CAPITAL CREDIT UNION'S JOINDER TO TRUSTEE'S RESPONSE IN OPPOSITION TO MOTION OF MIGUEL PAREDES FOR ORDER EXTENDING TIME TO FILE A PROOF OF CLAIM

Capital Credit Union ("CCU"), a creditor, by and through the undersigned counsel, hereby opposes the Motion of Miguel Paredes for Order Extending Time to File Proof of Claim [ECF #237] (the "Motion"), as follows:

## LAW AND ARGUMENT

1. CCU hereby incorporates herein and joins in the arguments made in Trustee's Response in Opposition to Motion of Miguel Paredes for Order Extending Time to File a Proof of Claim.

2. Because Miguel Parades had actual and/or constructive notice of the bar date prior to the deadline, Miguel Parades is not entitled to relief under Bankruptcy Rule 3002(c)(7).

WHEREFORE, CCU requests an order as follows:

1. Denying the Motion.

Dated this 5th day of September, 2025.

**VOGEL LAW FIRM**

BY: /s/ Drew J. Hushka
Caren W. Stanley (#06100)
cstanley@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
ATTORNEYS FOR CAPITAL CREDIT UNION