**Re:   Pro-Mark Services, Inc.**
       **Adv. No. 24-30167**

| | | |
|---|---|---|
| STATE OF NORTH DAKOTA | ) | |
| | ) SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF CASS | ) | |

Justin Schares, being first duly sworn, does depose and say: he is a resident of Cass County, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

On September 5, 2025, affiant caused the following document(s):

**CAPITAL CREDIT UNION'S JOINDER TO TRUSTEE'S RESPONSE IN OPPOSITION TO MOTION OF MIGUEL PAREDES FOR ORDER EXTENDING TIME TO FILE A PROOF OF CLAIM**

to be served electronically to the following:

*ALL ECF Participants.*

*/s/ Justin Schares*
Justin Schares

Subscribed and sworn to before me this 5th day of September, 2025.

*/s/ Sonie Thompson*
(SEAL)                Notary Public, Cass County, North Dakota

4929-2441-1494 v.1