**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Pro-Mark Services, Inc.,<br><br>                Debtor.<br>_____/<br>CAPITAL CREDIT UNION,<br><br>              Plaintiff,<br>v.<br><br>PRO-MARK SERVICES, INC.<br>ERIK AHLGREN,<br>   as Trustee for Debtor's Estate;<br>UNITED STATES AIR FORCE; and<br>HARTFORD ACCIDENT AND<br>INDEMNITY COMPANY<br>_____/<br>             Defendants. | Bky. Case No. 24-30167<br>Chapter 7<br><br><br><br><br><br><br>Adversary No.  25-07001<br><br><br>**ORDER** |

On August 14, 2025 and August 15, 2025, the Bankruptcy Trustee filed a motion seeking approval of a Settlement Agreement by and between the Trustee, and the Defendants. The Trustee served notice of the motion, which included a summary of the terms of the settlement. The Court received no objections. Based on the information provided by the Trustee and the documents filed in this case, the Court finds that the Settlement Agreement is fair and equitable and appears to be in the best interest of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Approval of Settlement Agreement [Adv. No. 25-07001, Doc. 26; Case No. 24-30167, Doc. 235] is **GRANTED**. The Settlement Agreement filed as [Adv. No. 25-07001, Doc 25; Case No. 24-30167, Doc. 234] is **APPROVED.**

Dated this 11th day of September, 2025.

                                                                       /s/ Shon Hastings
                                                                       Shon Hastings, Judge
                                                                       United States Bankruptcy Court