United States Bankruptcy Court

District of North Dakota

In re:  Case No. 24-30167-skh
Pro-Mark Services, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3 | User: admin | Page 1 of 4
Date Rcvd: Sep 11, 2025 | Form ID: pdf2some | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Pro-Mark Services, Inc., 5012 53rd St. S., Suite G, Fargo, ND 58104-6006 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aimee Furness | on behalf of Defendant Connie Berg Revocable Living Trust aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Kyle Berg aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Kyle R. Berg Revocable Living Trust aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Connie Berg aimee.furness@haynesboone.com |
| Brenna Helene Scully | on behalf of Defendant Connie Berg brenna.scully@haynesboone.com |

District/off: 0868-3                                    User: admin                                         Page 2 of 4
Date Rcvd: Sep 11, 2025                             Form ID: pdf2some                                  Total Noticed: 1

Brenna Helene Scully
    on behalf of Defendant Connie Berg Revocable Living Trust brenna.scully@haynesboone.com

Brenna Helene Scully
    on behalf of Defendant Kyle Berg brenna.scully@haynesboone.com

Brenna Helene Scully
    on behalf of Defendant Kyle R. Berg Revocable Living Trust brenna.scully@haynesboone.com

Caren Stanley
    on behalf of Creditor Capital Credit Union cstanley@vogellaw.com sthompson@vogellaw.com;jschares@vogellaw.com

Caren Stanley
    on behalf of Plaintiff Capital Credit Union cstanley@vogellaw.com sthompson@vogellaw.com;jschares@vogellaw.com

Carlos A Alonso
    on behalf of Plaintiff Erik A. Ahlgren carlos.alonsogayon@gtlaw.com

Carlos A Alonso
    on behalf of Trustee Erik A. Ahlgren carlos.alonsogayon@gtlaw.com

Connor Cantrell
    on behalf of Defendant Hartford Accident and Indemnity Company clc@thlf.com jlh@thlf.com

Connor Cantrell
    on behalf of Creditor Hartford Accident and Indemnity Company clc@thlf.com jlh@thlf.com

Drew J. Hushka
    on behalf of Plaintiff Capital Credit Union dhushka@vogellaw.com sthompson@vogellaw.com,jschares@vogellaw.com

Drew J. Hushka
    on behalf of Creditor Capital Credit Union dhushka@vogellaw.com sthompson@vogellaw.com,jschares@vogellaw.com

ERIK A. AHLGREN
    on behalf of Cross Defendant Erik Ahlgren as Trustee for Debtor's Estate erik@ahlgrenlawoffice.net, lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net

ERIK A. AHLGREN
    on behalf of Trustee Erik A. Ahlgren erik@ahlgrenlawoffice.net lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net

ERIK A. AHLGREN
    on behalf of Plaintiff Erik A. Ahlgren erik@ahlgrenlawoffice.net lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net

ERIK A. AHLGREN
    on behalf of Defendant Erik Ahlgren as Trustee for Debtor's Estate erik@ahlgrenlawoffice.net, lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net

Erik A. Ahlgren
    trustee@prtel.com trustee@prtel.com;erik@ahlgrenlawoffice.net;eaa@trustesolutions.net

GENE W. DOELING
    on behalf of Debtor Pro-Mark Services Inc. gene@kaler-doeling.com, heather@kaler-doeling.com,mn20@ecfcbis.com

Jacob D Rhode
    on behalf of Defendant Miguel Paredes jrhode@kmklaw.com

Jordan Elizabeth Chavez
    on behalf of Interested Party Kyle Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Interested Party BAD Investments LLP jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Defendant Connie Berg Revocable Living Trust jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Defendant Connie Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Interested Party Connie Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Defendant Kyle R. Berg Revocable Living Trust jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Defendant Kyle Berg jordan.chavez@haynesboone.com

Joseph Lehnert
    on behalf of Appraiser Prudent Fiduciary Services jlehnert@kmklaw.com

Joseph Lehnert

Case 24-30167   Doc 248   Filed 09/13/25   Entered 09/13/25 23:31:13   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0868-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 11, 2025 | Form ID: pdf2some | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Appraiser Miguel Paredes jlehnert@kmklaw.com |
| Katrina A. Turman Lang | |
| | on behalf of Creditor Right Choice Electric Inc. klang@woldlaw.com, melanie@turmanlaw.com |
| Kesha Tanabe | |
| | on behalf of Plaintiff Capital Credit Union ktanabe@vogellaw.com  sthompson@vogellaw.com;jschares@vogellaw.com |
| Kesha Tanabe | |
| | on behalf of Counter-Defendant Capital Credit Union ktanabe@vogellaw.com sthompson@vogellaw.com;jschares@vogellaw.com |
| Kesha Tanabe | |
| | on behalf of Creditor Capital Credit Union ktanabe@vogellaw.com  sthompson@vogellaw.com;jschares@vogellaw.com |
| Maurice VerStandig | |
| | on behalf of Defendant Chad Dubois mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | |
| | on behalf of Interested Party Chad Dubois mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Melissa H Burkland | |
| | on behalf of Defendant United States Air Force Melissa.Burkland@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |
| Melissa H Burkland | |
| | on behalf of Creditor USA/USAF Melissa.Burkland@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |
| Michael Fisco | |
| | on behalf of Trustee Erik A. Ahlgren fiscom@gtlaw.com |
| Michael Fisco | |
| | on behalf of Plaintiff Erik A. Ahlgren fiscom@gtlaw.com |
| Michael Gust | |
| | on behalf of Defendant Miguel Paredes mlgfilings@andersonbottrell.com  jernst@abstlaw.net |
| Michael Lewis Scheier | |
| | on behalf of Appraiser Miguel Paredes mscheier@kmklaw.com  mzahn@kmklaw.com |
| Michael Lewis Scheier | |
| | on behalf of Counter-Claimant Miguel Paredes mscheier@kmklaw.com  mzahn@kmklaw.com |
| Michael Lewis Scheier | |
| | on behalf of Defendant Miguel Paredes mscheier@kmklaw.com  mzahn@kmklaw.com |
| Michael Lewis Scheier | |
| | on behalf of Appraiser Prudent Fiduciary Services mscheier@kmklaw.com  mzahn@kmklaw.com |
| Patrick Hustead | |
| | on behalf of Counter-Claimant Hartford Accident and Indemnity Company rah@thlf.com  jlh@thlf.com |
| Patrick Hustead | |
| | on behalf of Cross-Claimant Hartford Accident and Indemnity Company rah@thlf.com  jlh@thlf.com |
| Patrick Hustead | |
| | on behalf of Creditor Hartford Accident and Indemnity Company rah@thlf.com  jlh@thlf.com |
| Peter Kieselbach | |
| | on behalf of Counter-Defendant Erik A. Ahlgren kieselbachp@gtlaw.com  denise.sodergren@gtlaw.com |
| Peter Kieselbach | |
| | on behalf of Trustee Erik A. Ahlgren kieselbachp@gtlaw.com  denise.sodergren@gtlaw.com |
| Peter Kieselbach | |
| | on behalf of Plaintiff Erik A. Ahlgren kieselbachp@gtlaw.com  denise.sodergren@gtlaw.com |
| Peter Kieselbach | |
| | on behalf of Debtor Pro-Mark Services Inc. kieselbachp@gtlaw.com, denise.sodergren@gtlaw.com |
| Samuel Weaver | |
| | on behalf of Defendant Miguel Paredes sweaver@kmklaw.com |
| Shawn M Christianson | |
| | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Stephen M. Pezanosky | |
| | on behalf of Defendant Connie Berg stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com |

| District/off: 0868-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 11, 2025 | Form ID: pdf2some | Total Noticed: 1 |

Stephen M. Pezanosky
    on behalf of Interested Party Kyle Berg stephen.pezanosky@haynesboone.com
    kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Defendant Kyle Berg stephen.pezanosky@haynesboone.com
    kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Interested Party Connie Berg stephen.pezanosky@haynesboone.com
    kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Defendant Kyle R. Berg Revocable Living Trust stephen.pezanosky@haynesboone.com
    kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Counter-Claimant Connie Berg Revocable Living Trust stephen.pezanosky@haynesboone.com
    kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Interested Party BAD Investments LLP stephen.pezanosky@haynesboone.com
    kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Counter-Claimant Connie Berg stephen.pezanosky@haynesboone.com
    kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Defendant Connie Berg Revocable Living Trust stephen.pezanosky@haynesboone.com
    kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Steven R Kinsella
    on behalf of Interested Party Razor Consulting Solutions skinsella@fredlaw.com
    sstallings@fredlaw.com;docketing@fredlaw.com

United States Trustee
    USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 67

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bky. Case No. 24-30167 |
| | Chapter 7 |
| Pro-Mark Services, Inc., | |
| Debtor. | |
| _____/ | |
| CAPITAL CREDIT UNION, | |
| Plaintiff, | |
| v. | Adversary No. 25-07001 |
| PRO-MARK SERVICES, INC. | |
| ERIK AHLGREN, | **ORDER** |
|   as Trustee for Debtor's Estate; | |
| UNITED STATES AIR FORCE; and | |
| HARTFORD ACCIDENT AND | |
| INDEMNITY COMPANY | |
| _____/ | |
| Defendants. | |

On August 14, 2025 and August 15, 2025, the Bankruptcy Trustee filed a motion seeking approval of a Settlement Agreement by and between the Trustee, and the Defendants. The Trustee served notice of the motion, which included a summary of the terms of the settlement. The Court received no objections. Based on the information provided by the Trustee and the documents filed in this case, the Court finds that the Settlement Agreement is fair and equitable and appears to be in the best interest of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Approval of Settlement Agreement [Adv. No. 25-07001, Doc. 26; Case No. 24-30167, Doc. 235] is **GRANTED**. The Settlement Agreement filed as [Adv. No. 25-07001, Doc 25; Case No. 24-30167, Doc. 234] is **APPROVED.**

Dated this 11th day of September, 2025.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court