**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

---

In re:                                                                Bankruptcy No. 24-30167

Pro-Mark Services, Inc.,                                              Chapter 7

      Debtor.

---

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF
DISCOVERY SERVICES PROVIDER**

---

1.      Applicant Erik A. Ahlgren is the Trustee ("**Trustee**") in this case.

2.      Applicant believes that the employment of a discovery services company is necessary to represent or assist the Trustee in carrying out the Trustee's duties as follows: conduct eDiscovery, Document Review, and other legal services as may be required by the Trustee.

3.      KLDiscovery Ontrack, LLC is qualified by reason of practice and experience to render such representation or assistance to the Trustee.

4.      Proposed compensation and reimbursement of expenses is: $150-$450 per hour, plus expenses ranging from $0.01-$750.00, subject to Court approval.

5.      Said professional has disclosed to the undersigned that he has the following connections with the debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee:  None.

6.      The Trustee has made the following efforts to conduct discovery prior to submitting this Application:  hired Greenberg Traurig, LLC as attorneys.

7.      The Trustee has asked the applicants to begin work immediately to expedite its work and to more efficiently use the time the applicants and Trustee have spent on this case making the initial analysis.  Therefore, the Trustee respectfully requests that the employment be authorized effective on the date of this application.

Wherefore, Applicant requests that the Court approve the employment of KLDiscovery Ontrack, LLC.

Dated:  September 26, 2025                /e/  Erik A. Ahlgren
                                            Erik A. Ahlgren, Trustee

Docusign Envelope ID: 05EDB5FA-E20A-4172-B892-9FF3227005614

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                                    Bankruptcy No. 24-30167

Pro-Mark Services, Inc.,                                  Chapter 7

        Debtor.

## VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

I, KLDiscovery Ontrack, LLC, named in the application for employment on behalf of the above-named bankruptcy estate, declare under penalty of perjury the following:

1.     I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

2.     Said professional has disclosed to the undersigned that he has the following connections with the debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None

Dated: 9/25/2025

KLDiscovery Ontrack, LLC

By: *Gideon Kaplan*
A20DB466788A468...

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Pro-Mark Services, Inc.,                                          Case No.: 24-30167
                                                                  Chapter 7

              Debtor.

**NOTICE OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF DISCOVERY**
**SERVICES PROVIDER**

The Trustee filed and served an Application for Approval of Employment of Discovery Services
Provider dated September 24, 2025.  Your rights may be affected in the action.  You should read the
papers carefully and discuss the matters with your attorney if you have one.  If you want the court to
consider your views you should mail a written response to the action, within 14 days of the date of
mailing of this document, and file the response with the Clerk of Bankruptcy Court and a copy
served upon the U.S. Trustee and Bankruptcy Trustee.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N Burdick U.S. Courthouse | 314 S Main Ave. | (See address below) |
| 655 First Ave N – Ste 210 | Suite 303 | |
| Fargo ND  58107-4932 | Sioux Falls SD  57104-6462 | |

DATE OF MAILING: September 26, 2025                 /s/ Erik Ahlgren
                                                    Erik Ahlgren, Chapter 7 Trustee
                                                    Ahlgren Law Office, PLLC
                                                    220 W Washington Ave. Ste 105
                                                    Fergus Falls MN  56537
                                                    218-998-2775

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

In re:
Pro-Mark Services, Inc.,

Case No.: 24-30167
Chapter 7

        Debtor.

---

**UNSWORN CERTIFICATE OF SERVICE**

---

     I, Lisa Ahlgren, declare under penalty of perjury that on September 26, 2025 that those entities requesting electronic notice were served electronically via CM/ECF:

- APPLICATION FOR APPROVAL OF EMPLOYMENT OF DISCOVERY SERVICES PROVIDER
- VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)
- NOTICE OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF DISCOVERY SERVICES PROVIDER
- UNSWORN CERTIFICATE OF SERVICE

And by U.S. Mail to:

Cindy Close
Asst. Vice President Stock Plan Services
Principal Life Insurance Company
711 High St.
Des Moines, IA 50392

Peter Gehres
Jeff Martin Auctioneers, Inc.
2236 Highway 49
Brooklyn, MS 39425

Jason Luther
Volition Prime Accounting
3247 Oak Ridge Loop E
West Fargo, ND 58078

Austin Moe
Dagger Machinery
920 38th Street N
Fargo, ND 58102

Vern Vliet
JV Associates Ltd
PO Box 520
Hutchinson, MN 55350-0520

Eric Wald
1350 153rd St SE  Norwich,
ND 58768

Pro-Mark Services, Inc.
5012 53rd St. S.,
Suite G
Fargo, ND 58104

Executed on: September 26, 2025

        Signed:  /s/Lisa Ahlgren

        Lisa Ahlgren
        220 W. Washington Ave. Ste
        105  Fergus Falls MN  56537