# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE EIGHTH CIRCUIT

_____

No: 24-6008

_____

In re: Pro-Mark Services, Inc.

Debtor

------------------------------

Hartford Accident and Indemnity Company

Creditor - Appellant

v.

Capital Credit Union

Creditor - Appellee

_____

U.S. Bankruptcy Court for the District of North Dakota - Fargo
(24-30167)

_____

**JUDGMENT**

Before NORTON, CONSTANTINE, and JONES, Circuit Judges.

    This appeal from the United States Bankruptcy Court was submitted on the record of the bankruptcy court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the bankruptcy court in this cause is reversed and remanded.

October 20, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Bankruptcy Appellate Panel, Eighth Circuit.

_____

    /s/ Susan E. Bindler