**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: ) | Bky. Case No.: 24-30167 |
| ) | Chapter 7 |
| Pro-Mark Services, Inc., ) | |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION**
**TO ACCOUNTANT FOR THE TRUSTEE**

TO:   ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that Volition Prime Accounting, as accountant for the Trustee, has filed its first Application for Allowance of Interim Compensation to Accountant for the Trustee ("Application").  A copy of said Application is attached hereto and herewith served upon you.

Pursuant to this Court's Order [Doc 255] granting Trustee's Motion to Limit Notice of the First Application for Allowance of Interim Compensation to Accountant [Doc 254], this Notice of the First Application for Allowance of Interim Compensation to Accountant will be provided to the U.S. Trustee and any other party or its counsel who has filed a notice of appearance or is registered to receive notice via ECF or other electronic means, in the above-captioned case.  Trustee will make a complete copy of the Application available by e-mail or other suitable delivery method upon request of (and without charge) to any party in interest directing such as request to the undersigned.

NOTICE IS FURTHER GIVEN that written objections to said motion, if any, shall be file with the Clerk of the United States Bankruptcy Court, the address of which is 655 First Avenue North, Suite 210, Fargo, ND 58102, with a copy mailed to the undersigned within

twenty-one (21) days from the date of the mailing of this Notice. Any objection not filed and served may be deemed waived.

Dated this 6th day of November, 2025.

/s/ Erik Ahlgren
Erik Ahlgren, Chapter 7 Trustee
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218-998-2775

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                    Bky. Case No. 24-30167
                                            Chapter 7

       Debtor.

_____

## FIRT INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION
## TO ACCOUNTANT FOR THE TRUSTEE

_____

      Volition Prime Accounting ("<u>Applicant</u>"), as accountant for Trustee Erik A. Ahlgren hereby submits its First Interim Application for Compensation (the "<u>Application</u>") for entry of an Order pursuant to 11 U.S.C. § 330 for allowance of fees. In support hereof, Applicant respectfully represents as follows:

    1.    The Petition commencing this case as a Chapter 7 proceeding was filed on April 22, 2024. The case is now pending in this Court

    2.    Erik A. Ahlgren was duly appointed the Chapter 7 Trustee in the above-captioned Chapter 7 case on April 22, 2024 (the Petition Date).

    3.    The Court Order approving the Trustee's employment of Volition Prime Accounting as its accountant pursuant to 11 U.S.C. §§ 327 and 328 was entered on May 31, 2024, and effective as of May 9, 2024 [Doc 17].

    4.    Applicant requests allowance of interim compensation for services rendered.

    5.    Applicant has not received a retainer.

    6.    The Applicant has not made a previous application for compensation as the Chapter 7 Trustee's accountant nor received any payments as the Chapter 7 Trustee's accountant.

    7.    Applicant rendered professional services to the Trustee as follows:
                See **Exhibit A** attached hereto.

    8.    The amount requested herein constitutes reasonable compensation for actual and necessary services rendered by Applicant based on the nature, the extent and the value of such

services, the time spent on such services and the costs of comparable services in other cases. The Chapter 7 Trustee in this case has reviewed this Application and Exhibit and approves of the same.

9. All services for which compensation is herein requested were performed or expended for and on behalf of the Trustee and not on behalf of any other committee, creditor, or other person other than as set forth above.

10. The fees that are the subject of this Application constitute a legitimate administrative expense in this proceeding.

11. Applicant has no agreement or understanding with any person for the sharing of compensation received or to be received for services rendered in connection with this proceeding.

**WHEREFORE**, Applicant requests allowance of accountant fees in the amount of $2,158.75 and expenses of $0.00, for a total interim application of $2,158.75.

Dated: November 5th, 2025.

*Jason Luther*
Jason Luther, CPA
Volition Prime Accounting
3247 Oak Ridge Loop E
West Fargo, ND  58078-8482

Volition Prime Accounting, the moving party named in the foregoing Application for Allowance of Interim Compensation to Accountant for the Trustee, declares under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on: November 5th, 2025.

*Jason Luther*
Jason Luther, CPA

**EXHIBIT A**

**Volition Prime Accounting**

3247 Oak Ridge Loop E
West Fargo, ND  58078-8482 USA
7012976991
JGL@123CPA.net

# Statement

**TO**
Erik Ahlgren
Pro-Mark Services

**STATEMENT NO.** 1047
**DATE** 09/30/2025
**TOTAL DUE** $2,158.75
**ENCLOSED**

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 06/30/2024 | Balance Forward | | 0.00 |
| 07/31/2024 | Invoice #21811 | 292.50 | 292.50 |
| 08/31/2024 | Invoice #21882 | 32.50 | 325.00 |
| 09/30/2024 | Invoice #21987 | 130.00 | 455.00 |
| 10/31/2024 | Invoice #22089 | 176.25 | 631.25 |
| 11/30/2024 | Invoice #22156 | 260.00 | 891.25 |
| 01/31/2025 | Invoice #22318 | 97.50 | 988.75 |
| 03/31/2025 | Invoice #22832 | 162.50 | 1,151.25 |
| 09/30/2025 | Invoice #23305 | 1,007.50 | 2,158.75 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 1,007.50 | 0.00 | 0.00 | 0.00 | 1,151.25 | **$2,158.75** |

**Volition Prime Accounting**

3247 Oak Ridge Loop E
West Fargo, ND  58078-8482 USA
7012976991
JGL@123CPA.net

# INVOICE

| **BILL TO** | **SHIP TO** | | |
|---|---|---|---|
| Erik Ahlgren | Erik Ahlgren | **INVOICE #** | 23305 |
| Pro-Mark Services | Pro-Mark Services | **DATE** | 09/30/2025 |
| | | **DUE DATE** | 10/30/2025 |
| | | **TERMS** | Net 30 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Acct** | Accounting Services - complete 2024 books | 6.50 | 130.00 | 845.00 |
| **Corp** | Corporate Taxes 2024 | 1.25 | 130.00 | 162.50 |

**BALANCE DUE** **$1,007.50**

Pay invoice

**Volition Prime Accounting**

3247 Oak Ridge Loop E
West Fargo, ND  58078-8482 USA
7012976991
JGL@123CPA.net

# INVOICE

| **BILL TO** | **SHIP TO** | | |
|---|---|---|---|
| Erik Ahlgren | Erik Ahlgren | **INVOICE #** | 22832 |
| Pro-Mark Services | Pro-Mark Services | **DATE** | 03/31/2025 |
| | | **DUE DATE** | 05/30/2025 |
| | | **TERMS** | Net 60 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Corp** | Corporate Taxes - finish 2023 1120 | 1.25 | 130.00 | 162.50 |

| | BALANCE DUE | **$162.50** |
|---|---|---|

Pay invoice

**Volition Prime Accounting**

3247 Oak Ridge Loop E  
West Fargo, ND  58078-8482 USA  
7012976991  
JGL@123CPA.net

# INVOICE

| **BILL TO** | **SHIP TO** | | |
|---|---|---|---|
| Erik Ahlgren | Erik Ahlgren | **INVOICE #** | 22318 |
| Pro-Mark Services | Pro-Mark Services | **DATE** | 01/31/2025 |
| | | **DUE DATE** | 03/02/2025 |
| | | **TERMS** | Net 30 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **W-2** | W-2 Preparation | 0.75 | 130.00 | 97.50 |

BALANCE DUE **$97.50**

[Pay invoice]

**Volition Prime Accounting**

3247 Oak Ridge Loop E
West Fargo, ND  58078-8482 USA
7012976991
JGL@123CPA.net

# INVOICE

| **BILL TO** | **SHIP TO** | | |
|---|---|---|---|
| Pro-Mark Services | Erik Ahlgren | **INVOICE #** | 22156 |
| | Pro-Mark Services | **DATE** | 11/30/2024 |
| | | **DUE DATE** | 12/25/2024 |
| | | **TERMS** | Net 30 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Corp** | Corporate Taxes - work on 2023 1120 | 2 | 130.00 | 260.00 |

BALANCE DUE  **$260.00**

Pay invoice

**Volition Prime Accounting**

3247 Oak Ridge Loop E
West Fargo, ND  58078-8482 USA
7012976991
JGL@123CPA.net

# INVOICE

| **BILL TO** | **SHIP TO** | | |
|---|---|---|---|
| Pro-Mark Services | Erik Ahlgren | **INVOICE #** | 22089 |
| | Pro-Mark Services | **DATE** | 10/31/2024 |
| | | **DUE DATE** | 11/25/2024 |
| | | **TERMS** | Net 30 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Corp** | Corporate Taxes - work on 2023 | 0.75 | 135.00 | 101.25 |
| **WSI-Q** | WSI Quarterly Report | 1 | 75.00 | 75.00 |

BALANCE DUE    **$176.25**

[Pay invoice]

Volition Prime Accounting

3247 Oak Ridge Loop E
West Fargo, ND  58078-8482 USA
7012976991
JGL@123CPA.net

# INVOICE

**BILL TO**
Pro-Mark Services

**SHIP TO**
Erik Ahlgren
Pro-Mark Services

**INVOICE #** 21987
**DATE** 09/30/2024
**DUE DATE** 10/25/2024
**TERMS** Net 30

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Corp** | Corporate Taxes - work on 2023 return | 1 | 130.00 | 130.00 |

**BALANCE DUE** **$130.00**

Pay invoice

**Volition Prime Accounting**

3247 Oak Ridge Loop E
West Fargo, ND  58078-8482 USA
7012976991
JGL@123CPA.net

# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Pro-Mark Services | Erik Ahlgren | **INVOICE #** | 21882 |
| | Pro-Mark Services | **DATE** | 08/31/2024 |
| | | **DUE DATE** | 09/25/2024 |
| | | **TERMS** | Net 30 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Acct** | Accounting Services - update employee address file for Michael 8/27 | 0.25 | 130.00 | 32.50 |

| | BALANCE DUE | **$32.50** |
|---|---|---|

[Pay invoice]

**Volition Prime Accounting**

3247 Oak Ridge Loop E
West Fargo, ND  58078-8482 USA
7012976991
JGL@123CPA.net

# INVOICE

| **BILL TO** | **SHIP TO** | | |
|---|---|---|---|
| Pro-Mark Services | Erik Ahlgren | **INVOICE #** | 21811 |
| | Pro-Mark Services | **DATE** | 07/31/2024 |
| | | **DUE DATE** | 08/25/2024 |
| | | **TERMS** | Net 30 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **Qtr** | Quarterly Payroll Reports 7/24 | 2.25 | 130.00 | 292.50 |

**BALANCE DUE** $292.50

Pay invoice