UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30167 |
|---|---|
| Pro-Mark Services | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. 256 |

On 11/6/2025, I did cause a copy of the following documents, described below,

Notice of Application and Application for Allowance of Interim Compensation to Accountant for the Trustee ECF Docket Reference No. 256

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/6/2025

/s/ Erik A. Ahlgren
Erik A. Ahlgren  09561
Panel Trustee
Ahlgren Law Office, PLLC
220 West Washington, Ste 105
Fergus Falls, MN 56537
218-998-2775
jill@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Pro-Mark Services

CASE NO: 24-30167

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 256

On 11/6/2025, a copy of the following documents, described below,

Notice of Application and Application for Allowance of Interim Compensation to Accountant for the Trustee ECF Docket Reference No. 256

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/6/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A. Ahlgren
Ahlgren Law Office, PLLC
220 West Washington, Ste 105
Fergus Falls, MN  56537

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CINDY CLOSE                                PETER GEHRES                          AUSTIN MOE
ASST. VICE PRESIDENT STOCK PLAN SERVICES   JEFF MARTIN AUCTIONEERS, INC.         DAGGER MACHINERY
PRINCIPAL LIFE INSURANCE COMPANY           2236 HIGHWAY 49                       920 38TH STREET N
711 HIGH ST.                               BROOKLYN, MS 39425                    FARGO, ND 58102
DES MOINES, IA 50392



VERN VLIET                                 ERIC WALD
JV ASSOCIATES LTD                          1350 153RD ST SE
PO BOX 520                                 NORWICH, ND 58768
HUTCHINSON, MN 55350-0520
```