## UNITED STATES BANKRUPTCY APPELLATE PANEL
## FOR THE EIGHTH CIRCUIT

No: 24-6008

In re: Pro-Mark Services, Inc.

------------------------------

Hartford Accident and Indemnity Company

Appellant

v.

Capital Credit Union

Appellee

_____

Appeal from U.S. Bankruptcy Court for the District of North Dakota - Fargo
(24-30167)
_____

**MANDATE**

In accordance with the opinion and judgment of October 20, 2025, and pursuant to the provisions of the Local Rules of the United States Bankruptcy Appellate Panel of the Eighth Circuit 8024A(b), the formal mandate is hereby issued in the above-styled matter.

November 13, 2025

Clerk, U.S. Bankruptcy Appellate Panel, Eighth Circuit.
_____
        /s/ Susan E. Bindler