UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:  Bankruptcy No. 24-30167
 Chapter 7

Pro-Mark Services, Inc,


                    Debtor.
_____/

### NOTICE OF TELEPHONIC STATUS CONFERENCE

NOTICE IS GIVEN that a telephonic status conference is scheduled for **Monday, November 24, 2025, at 2:30 P.M. (Central Standard Time)** to consider the following matters:

**Motion by Capital Credit Union to Lift Automatic Stay to Permit Exercise of Setoff Rights, filed May 17, 2024. (Doc. 14)**

**Order Granting Motion to Lift Automatic Stay to Permit Exercise of Setoff Rights, filed August 2, 2025. (Doc. 76)**

**Final Order by BAP re Appeal – reversing and remanding for further proceedings consistent with the opinion – filed October 20, 2025. (Doc. 250)**

**Mandate Issued by BAP in accordance with opinion and judgment of October 20, 2025, filed November 13, 2025. (Doc. 259)**

Please use the following instructions for the telephone conference:

Telephonic Conference Instructions:

1) Call **701-297-7116**
2) Enter the Meeting ID **16121907752#**
3) Enter **#** again when prompted for a Participant ID
4) Enter the Passcode **529952**
5) Please identify yourself after you have joined the conference.

Dated: November 21, 2025.

                              Kay A. Melquist, Clerk
                              United States Bankruptcy Court
                              Quentin N. Burdick United States Courthouse
                              655 1st Avenue North, Suite 210
                              Fargo, ND 58102-4932

                    By:    */s/ Sharon Horsager*
                              Sharon Horsager, Deputy Clerk,


Copy served electronically November 21, 2025, to Electronic Mail Notice List for Case No. 24-30167.