**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: <br><br> Pro Mark Services, Inc., <br><br>     Debtor. <br> ——————————————— <br> Capital Credit Union, <br><br>     Plaintiff, <br><br> v. <br><br> Pro-Mark Services, Inc.; Erik Ahlgren, as Trustee for Debtor's Estate; United States Air Force; and Hartford Accident and Indemnity Company, <br><br>     Defendants. | Case No. 24-30167 <br><br> Chapter 11 <br><br><br><br><br> Adversary No.: 25-07001 |

**JOINT MOTION TO AMEND THE AMENDED SCHEDULING AND DISCOVERY ORDER**

Defendant Hartford Accident and Indemnity Company ("Hartford"), through its undersigned counsel, The Hustead Law Firm, *A Professional Corporation*, hereby submits this Joint Motion to Amend the Amended Scheduling and Discovery Order ("Motion") and states as follows:

On December 1, 2025, this Court entered the Amended Scheduling and Discovery Order, modifying the dispositive motion deadline (summary judgment as to all or part of the case) to January 16, 2026. [Doc. 42]. Pursuant to Federal Rule of Bankruptcy Procedure Rule 7016, "Fed.

R. Civ. P. 16 applies in adversary proceedings." Fed. R. Civ. P. Rule 16(b)(4) states that "[a] schedule may be modified only for good cause and with the judge's consent.

Prior to the Amended Scheduling Order being entered, on November 24, 2025, this Court held a status conference in this matter to discuss the state of the case and the next steps moving forward. All parties agreed that a trial would likely not be necessary, as all issues likely can be resolved at the Summary Judgment stage. Further, the parties informed the Court that the parties were working together to create stipulated facts to assist in dispositive motions practice.

The parties are hereby requesting that the Amended Scheduling Order and Discovery Order be amended again and that the dispositive motion deadline be extended up to and including February 13, 2026. Good cause exists pursuant to Fed. R. Civ. P. Rule 16(b)(4) because the parties are diligently and collaboratively working together to finalize the proposed stipulated facts to assist in drafting dispositive motions. The parties are reviewing approximately 187 proposed stipulated facts and supporting documents. The parties request this extension in order to continue working on the proposed stipulated facts and incorporate them in the parties' respective Motions for Summary Judgment.

No other deadlines will be impacted, as trial is no longer scheduled in this matter, and all parties to this matter have agreed on the dispositive motion extension.

WHEREFORE Hartford Accident and Indemnity Company respectfully requests that this Court enter an Order granting this Motion and extending the deadline for all parties to file their dispositive motions up to and including February 13, 2026, and for such further relief that this Court deems just and proper.

Dated this 15th day of January, 2026.

| | |
|---|---|
| *s/ Connor L. Cantrell* <br> Patrick Q. Hustead, Esq. <br> Connor L. Cantrell, Esq. <br> **The Hustead Law Firm,** <br> A Professional Corporation <br> 4643 S. Ulster Street, Suite 1250 <br> Denver, CO 80237 <br> *Attorneys for Hartford Accident and Indemnity Company* | NICHOLAS W. CHASE <br> United States Attorney <br><br> BY: /s/ *Melissa Helen Burkland* <br> MELISSA HELEN BURKLAND <br> Assistant United States Attorney <br> WI Bar ID 1071443 <br> 655 First Avenue North, Suite 250 <br> Fargo, ND  58102-4932 <br> (701) 297-7400 <br> melissa.burkland@usdoj.gov <br> Attorney for United States |
| **VOGEL LAW FIRM** <br><br> BY: s/ *Drew J. Hushka* <br> Caren W. Stanley (#06100) <br> cstanley@vogellaw.com <br> Drew J. Hushka (#08230) <br> dhushka@vogellaw.com <br> 218 NP Avenue <br> PO Box 1389 <br> Fargo, ND  58107-1389 <br> 701.237.6983 <br> ATTORNEYS FOR CAPITAL CREDIT UNION | /s/ *Erik Ahlgren* <br> Erik Ahlgren, Chapter Trustee <br> Ahlgren Law Office, PLLC <br> 220 W Washington Ave. Ste 105 <br> Fergus Falls MN  56537 <br> 218-998-2775 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2026 a true and correct copy of the foregoing **Joint Motion to Amend the Amended Scheduling and Discovery Order** was electronically filed with the Court & served to the following:

Caren Stanley
Drew Hushka
Kesha L. Tanabe
Vogel Law Firm
218 NP Avenue
P.O. Box 1389
Fargo, ND 58102
Phone: (701) 237-6983
Direct: (701) 356-6307
cstanley@vogellaw.com
dhushka@vogellaw.com
ktanabe@vogellaw.com

*Counsel for CCU*
Melissa Helen Burkland
Assistant United States Attorney
WI Bar ID 1071443
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
melissa.burkland@usdoj.gov

Erik A. Ahlgren, Trustee
220 W Washington Ave Ste 105
Fergus Falls MN 56537
erik@ahlgrenlawoffice.net

*Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*s/ Connor L. Cantrell*
Connor L. Cantrell