UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                                   Case No.: 24-30167
                                                           Chapter 7
            Debtor.

## REPORT OF SALE

Erik A. Ahlgren, the bankruptcy trustee in this case, hereby reports the sale of property of the debtor by auction sale as per the Motion for sale of property, Doc 145.

- 2022 ABU BD BUMPER DUMP 08216BD270, VIN 4UGFD1623ND039229
- 2021 LOAD CH8320072 32978, VIN 4ZECH2026M1227692
- 2019 ROADCLIPPER DUMP TRAILER LPD207 14X82, VIN 46UFU1428K1217882
- 2019 MAXHD G8X8326 GRAVITY TILT, VIN 598BC2622KM059804
- 2016 MARK LINE INDS. BUMPER HITCH 8X28 OFFICE, VIN IN04082
- 2013 UNITED ENCLOSED, VIN 56JTE2424DA131842
- 2012 PJ DECKOVER, VIN 4P5F82224C1174607
- 2011 UNITED BUMPER HITCH, VIN 48BTE1627BA120233
- 2010 MARK LINE OFFICE TRAILER, VIN IN037324
- 2001 LOADMASTER BUMPER HITCH, VIN 4JLUB12164G2M6017
- 2017 BOBCAT COMPACT TRACK LOADER, VIN AT6313558
- 2017 BOBCAT T650 TRACK LOADER BLJG22838, VIN ALJG22838
- 2008 MEC 3772 RT MAN LIFT, VIN 9301218
- 2005 SKYTRAK TELESCOPIC LIFT, VIN 1602011274
- 2005 GENIE S-54 TELESCOPIC, VIN S45058614
- 2002 KOMATSU HYDRAULIC EXCAVATOR, VIN 15604
- 2021 HRML M210RB, VIN 5SFNB2226ME468816
- 2021 HRML M210RB, VIN 5SFNB2228ME468820
- 2021 HRML M210RB, VIN 5SFNB2223ME468773
- 2011 PJ Bumber Hitch Deckover

The gross proceeds totaled $220,800. A copy of the auction report is attached. The Trustee reports that he accepted all bids.

This report is made pursuant to Bankruptcy Rule 6004(f)(1).

Dated: January 29, 2026

    /s/ Erik A. Ahlgren
Erik A. Ahlgren, Trustee
220 W Washington Ave, Ste 105
Fergus Falls, MN 56537
218-998-2775
erik@ahlgrenlawoffice.ne

Algren Law Office - Auction sale details

| SaleDate | M.Sold | SalesRep | Category | Stock | Description | Result | SalePrice | SellerPayout | ListingFees |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Gross + 2% buyers | | 6% comm 2% buyers |
| 1/13/2024 | Nov | Austin | Trailer | C930 | 2022 ABU Bumber Dump | Sold Auctio | $ 7,650.00 | $ 7,050.00 | $ 600.00 |
| 1/13/2024 | Nov | Austin | Trailer | C931 | 2021 Load Trail | Sold Auctio | $ 6,120.00 | $ 5,640.00 | $ 480.00 |
| 1/13/2024 | Nov | Austin | Trailer | C932 | 2019 Road Clipper | Sold Auctio | $ 7,242.00 | $ 6,674.00 | $ 568.00 |
| 1/13/2024 | Nov | Austin | Trailer | C933 | 2019 Maxey | Sold Auctio | $ 6,936.00 | $ 6,392.00 | $ 544.00 |
| 1/13/2024 | Nov | Austin | Trailer | C934 | 2010 Markline Office | Sold Auctio | $ 9,180.00 | $ 8,460.00 | $ 720.00 |
| 1/13/2024 | Nov | Austin | Trailer | C935 | 2013 United | Sold Auctio | $ 5,304.00 | $ 4,888.00 | $ 416.00 |
| 1/13/2024 | Nov | Austin | Trailer | C936 | 2012 PJ | Sold Auctio | $ 3,774.00 | $ 3,478.00 | $ 296.00 |
| 1/13/2024 | Nov | Austin | Trailer | C937 | 2011 United | Sold Auctio | $ 6,324.00 | $ 5,828.00 | $ 496.00 |
| 1/13/2024 | Nov | Austin | Trailer | C938 | 2016 Markline Office | Sold Auctio | $ 7,038.00 | $ 6,486.00 | $ 552.00 |
| 1/13/2024 | Nov | Austin | Trailer | C939 | 2004 Loadmaster | Sold Auctio | $ 306.00 | $ 282.00 | $ 24.00 |
| 1/13/2024 | Nov | Austin | Skidsteer | C940 | 2017 Bobcat T770 | Sold Auctio | $ 46,920.00 | $ 43,240.00 | $ 3,680.00 |
| 1/13/2024 | Nov | Austin | Skidsteer | C941 | 2017 Bobcat T650 | Sold Auctio | $ 36,924.00 | $ 34,028.00 | $ 2,896.00 |
| 1/13/2024 | Nov | Austin | Lift | C942 | 2008 Mec 3772RT HD | Sold Auctio | $ 6,222.00 | $ 5,734.00 | $ 488.00 |
| 1/13/2024 | Nov | Austin | Telehandler | C943 | 2005 Sky Trak 6042 | Sold Auctio | $ 21,624.00 | $ 19,928.00 | $ 1,696.00 |
| 1/13/2024 | Nov | Austin | Boom lift | C944 | 2005 Genie S45 | Sold Auctio | $ 12,750.00 | $ 11,750.00 | $ 1,000.00 |
| 1/13/2024 | Nov | Austin | Excavator | C945 | 2002 Komatsu PC30MRX | Sold Auctio | $ 9,690.00 | $ 8,930.00 | $ 760.00 |
| 1/13/2024 | Nov | Austin | Camper | C946 | 2021 Heartland Mallard 210RB | Sold Auctio | $ 8,772.00 | $ 8,084.00 | $ 688.00 |
| 1/13/2024 | Nov | Austin | Camper | C947 | 2021 Heartland Mallard 210RB | Sold Auctio | $ 9,690.00 | $ 8,930.00 | $ 760.00 |
| 1/13/2024 | Nov | Austin | Camper | C948 | 2021 Heartland Mallard 210RB | Sold Auctio | $ 9,690.00 | $ 8,930.00 | $ 760.00 |
| 11/18/2024 | Nov | Austin | Trailer | C963 | 2011 PJ Bumber Hitch Deckover | Sold Retail | $ 3,000.00 | $ 2,760.00 | $ 240.00 |
| | | | | | | | $ 225,156.00 | $ 207,492.00 | $ 17,664.00 |