UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Pro-Mark Services, Inc.,                          Bky. Case No.: 24-30167
                                                                          Chapter 7

       Debtor.

## NOTICE OF MOTION AND MOTION FOR SALE
## OF ESTATE ASSETS

Erik A. Ahlgren, the bankruptcy Trustee in this case, requests that the Court issue an order authorizing the sale of the following described property to the listed buyers.

| Asset | Sales Price | Buyer |
|---|---|---|
| Pallet racking and miscellaneous small tools | $1,500.00 | Hi Boyz LLC<br>22518 Big Chief Rd<br>Fergus Falls MN  56537 |

Buyer will purchase the asset on an "AS IS" and "WHERE IS" basis without any warranty express or implied by the Trustee.  Buyer will hold the risk of any insurable loss commencing from the date of the purchase agreement.

**NOTICE OF MOTION:** Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | below) |

DATE OF MAILING:  January 30, 2026        /s/ Erik A. Ahlgren
                                                                             Erik A. Ahlgren, Trustee
                                                                             220 W Washington Ave Ste 105
                                                                             Fergus Falls MN  56537
                                                                              218-998-2775
                                                                              erik@ahlgrenlawoffice.net