UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Pro-Mark Services, Inc.<br><br>Debtor. | Bankruptcy No. 24-30167<br>Chapter 7<br><br>**NOTICE OF HEARING**<br>**BY VIDEO CONFERENCE** |

The Court will hold a hearing by video conference on **Wednesday, February 25, 2026, at 2:00 P.M.** to consider and act upon the following matters:

- **Application by Trustee, Erik A. Ahlgren, for Approval of Employment and Retention of Consulting Expert and Testifying Expert filed January 30, 2026. (Doc. 272)**

- **Objection by Appraiser, Miguel Paredes, to Trustee Ahlgren's Application for Approval of Employment and Retention of Consulting Expert and Testifying Expert filed February 13, 2026. (Doc. 275)**

Video Conference Instructions, **Procedures** and link to join the meeting are located at: https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing.** To test the connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform. Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100 or email clerks_office@ndb.uscourts.gov. Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

Please be advised that all hearings are evidentiary unless, upon the Court's initiative or the written request of a party, the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties must disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the Court to consider your views, you should file a written response to the action, if one has not been filed, and attend the hearing. If you do not take these steps, the Court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: February 17, 2026.    Sara E. Diaz, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102-4392

By:    /s/   *Sharon Horsager*
Sharon Horsager, Deputy Clerk

Copy served electronically February 17, 2026, to Electronic Mail Notice List for Case No. 24-30167.