## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                                           Bky. Case No. 24-30167
                                                                 Chapter 7
Pro-Mark Services, Inc.
                                                                 **ORDER**

_____Debtor._____/

On January 29, 2026, the Bankruptcy Trustee filed a Motion for Sale of Estate Assets, seeking court approval to sell pallet racking and miscellaneous small tools. Doc 270. The Bankruptcy Trustee served the motion and notice on creditors. The Court received no objections. Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the Motion for Sale of Estate Assets is fair and reasonable and in the best interests of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Sale of Estate Assets is **GRANTED.** The Bankruptcy Trustee is authorized to sell the bankruptcy estate's interest in pallet racking and miscellaneous small tools to Hi Boyz LLC of Fergus Falls, Minnesota, under the terms provided in the motion.

Dated this 25th day of February, 2026.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court