United States Bankruptcy Court
District of North Dakota

In re:     Case No. 24-30167-skh
Pro-Mark Services, Inc.     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 5
Date Rcvd: Feb 25, 2026     Form ID: pdf2some     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Pro-Mark Services, Inc., 5012 53rd St. S., Suite G, Fargo, ND 58104-6006 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aimee Furness | on behalf of Defendant Connie L. Berg 2020 GST Trust under agreement dated November 17 2020 aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Kyle Berg aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Kyle R. Berg Revocable Living Trust under agreement dated January 10 2018 aimee.furness@haynesboone.com |
| Aimee Furness | on behalf of Defendant Connie L. Berg Revocable Living Trust under agreement dated January 10 2018 aimee.furness@haynesboone.com |

| District/off: 0868-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: pdf2some | Total Noticed: 1 |

Aimee Furness
    on behalf of Defendant Connie Berg aimee.furness@haynesboone.com

Caren Stanley
    on behalf of Creditor Capital Credit Union cstanley@vogellaw.com
    sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Caren Stanley
    on behalf of Plaintiff Capital Credit Union cstanley@vogellaw.com
    sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Carlos A Alonso
    on behalf of Plaintiff Erik A. Ahlgren carlos.alonsogayon@gtlaw.com

Carlos A Alonso
    on behalf of Trustee Erik A. Ahlgren carlos.alonsogayon@gtlaw.com

Connor Cantrell
    on behalf of Defendant Hartford Accident and Indemnity Company clc@thlf.com jlh@thlf.com

Connor Cantrell
    on behalf of Creditor Hartford Accident and Indemnity Company clc@thlf.com jlh@thlf.com

Connor Cantrell
    on behalf of Cross-Claimant Hartford Accident and Indemnity Company clc@thlf.com jlh@thlf.com

Connor Cantrell
    on behalf of Counter-Claimant Hartford Accident and Indemnity Company clc@thlf.com jlh@thlf.com

Drew J. Hushka
    on behalf of Plaintiff Capital Credit Union dhushka@vogellaw.com
    sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka
    on behalf of Creditor Capital Credit Union dhushka@vogellaw.com
    sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

ERIK A. AHLGREN
    on behalf of Cross Defendant Erik Ahlgren as Trustee for Debtor's Estate erik@ahlgrenlawoffice.net,
    lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN
    on behalf of Trustee Erik A. Ahlgren erik@ahlgrenlawoffice.net
    lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN
    on behalf of Plaintiff Erik A. Ahlgren erik@ahlgrenlawoffice.net
    lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN
    on behalf of Accountant Jason Luther erik@ahlgrenlawoffice.net
    lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN
    on behalf of Defendant Erik Ahlgren as Trustee for Debtor's Estate erik@ahlgrenlawoffice.net,
    lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Erik A. Ahlgren
    trustee@prtel.com
    trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

GENE W. DOELING
    on behalf of Debtor Pro-Mark Services Inc. gene@kdlawpartners.com, heather@kdlawpartners.com,mn20@ecfcbis.com

Jacob D Rhode
    on behalf of Defendant Miguel Paredes jrhode@kmklaw.com

Jordan Elizabeth Chavez
    on behalf of Defendant Connie L. Berg Revocable Living Trust under agreement dated January 10 2018
    jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Interested Party Kyle Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Interested Party BAD Investments LLP jordan.chavez@haynesboone.com

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 3 of 5 |
| Date Rcvd: Feb 25, 2026 | Form ID: pdf2some | Total Noticed: 1 |

Jordan Elizabeth Chavez
    on behalf of Defendant Kyle R. Berg Revocable Living Trust under agreement dated January 10  2018 jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Defendant Connie Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Interested Party Connie Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Defendant Kyle Berg jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez
    on behalf of Defendant Connie L. Berg 2020 GST Trust under agreement dated November 17  2020 jordan.chavez@haynesboone.com

Joseph Lehnert
    on behalf of Appraiser Prudent Fiduciary Services jlehnert@kmklaw.com

Joseph Lehnert
    on behalf of Appraiser Miguel Paredes jlehnert@kmklaw.com

Katrina A. Turman Lang
    on behalf of Creditor Right Choice Electric  Inc. klang@woldlaw.com, melanie@turmanlaw.com

Kesha Tanabe
    on behalf of Plaintiff Capital Credit Union ktanabe@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe
    on behalf of Counter-Defendant Capital Credit Union ktanabe@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe
    on behalf of Creditor Capital Credit Union ktanabe@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Maurice VerStandig
    on behalf of Interested Party Chad Dubois mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Melissa H Burkland
    on behalf of Creditor USA/USAF Melissa.Burkland@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Melissa H Burkland
    on behalf of Cross Defendant United States Air Force Melissa.Burkland@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Melissa H Burkland
    on behalf of Defendant United States Air Force Melissa.Burkland@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Michael Fisco
    on behalf of Trustee Erik A. Ahlgren fiscom@gtlaw.com

Michael Fisco
    on behalf of Plaintiff Erik A. Ahlgren fiscom@gtlaw.com

Michael Gust
    on behalf of Defendant Miguel Paredes mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Gust
    on behalf of Appraiser Miguel Paredes mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Michael Lewis Scheier
    on behalf of Appraiser Miguel Paredes mscheier@kmklaw.com  mzahn@kmklaw.com

Michael Lewis Scheier
    on behalf of Defendant Kyle Berg mscheier@kmklaw.com  mzahn@kmklaw.com

Michael Lewis Scheier
    on behalf of Counter-Claimant Miguel Paredes mscheier@kmklaw.com  mzahn@kmklaw.com

Michael Lewis Scheier
    on behalf of Defendant Miguel Paredes mscheier@kmklaw.com  mzahn@kmklaw.com

Michael Lewis Scheier
    on behalf of Appraiser Prudent Fiduciary Services mscheier@kmklaw.com  mzahn@kmklaw.com

Patrick Hustead
    on behalf of Counter-Claimant Hartford Accident and Indemnity Company rah@thlf.com  jlh@thlf.com

District/off: 0868-3                    User: admin                              Page 4 of 5
Date Rcvd: Feb 25, 2026                 Form ID: pdf2some                        Total Noticed: 1

Patrick Hustead
    on behalf of Cross-Claimant Hartford Accident and Indemnity Company rah@thlf.com  jlh@thlf.com

Patrick Hustead
    on behalf of Creditor Hartford Accident and Indemnity Company rah@thlf.com  jlh@thlf.com

Peter Kieselbach
    on behalf of Defendant Kyle Berg kieselbachp@gtlaw.com  robert.morales@gtlaw.com

Peter Kieselbach
    on behalf of Defendant Mandy Grant kieselbachp@gtlaw.com  robert.morales@gtlaw.com

Peter Kieselbach
    on behalf of Counter-Defendant Erik A. Ahlgren kieselbachp@gtlaw.com  robert.morales@gtlaw.com

Peter Kieselbach
    on behalf of Trustee Erik A. Ahlgren kieselbachp@gtlaw.com  robert.morales@gtlaw.com

Peter Kieselbach
    on behalf of Defendant Connie Berg kieselbachp@gtlaw.com  robert.morales@gtlaw.com

Peter Kieselbach
    on behalf of Defendant Connie L. Berg Revocable Living Trust under agreement dated January 10  2018 kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach
    on behalf of Defendant Miguel Paredes kieselbachp@gtlaw.com  robert.morales@gtlaw.com

Peter Kieselbach
    on behalf of Counter-Claimant Miguel Paredes kieselbachp@gtlaw.com  robert.morales@gtlaw.com

Peter Kieselbach
    on behalf of Plaintiff Erik A. Ahlgren kieselbachp@gtlaw.com  robert.morales@gtlaw.com

Peter Kieselbach
    on behalf of Defendant Chad Dubois kieselbachp@gtlaw.com  robert.morales@gtlaw.com

Peter Kieselbach
    on behalf of Counter-Claimant Connie Berg kieselbachp@gtlaw.com  robert.morales@gtlaw.com

Peter Kieselbach
    on behalf of Defendant Kyle R. Berg Revocable Living Trust under agreement dated January 10  2018 kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach
    on behalf of Debtor Pro-Mark Services  Inc. kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach
    on behalf of Counter-Claimant Connie Berg Revocable Living Trust kieselbachp@gtlaw.com  robert.morales@gtlaw.com

Samuel Weaver
    on behalf of Defendant Miguel Paredes sweaver@kmklaw.com

Shawn M Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Stephen M. Pezanosky
    on behalf of Defendant Connie Berg stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Defendant Connie L. Berg 2020 GST Trust under agreement dated November 17  2020 stephen.pezanosky@haynesboone.com, kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Interested Party Kyle Berg stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Defendant Kyle Berg stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Defendant Kyle R. Berg Revocable Living Trust under agreement dated January 10  2018 stephen.pezanosky@haynesboone.com, kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Interested Party Connie Berg stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky
    on behalf of Counter-Claimant Connie Berg Revocable Living Trust stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

| District/off: 0868-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: pdf2some | Total Noticed: 1 |

Stephen M. Pezanosky

    on behalf of Defendant Connie L. Berg Revocable Living Trust under agreement dated January 10  2018
    stephen.pezanosky@haynesboone.com, kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky

    on behalf of Interested Party BAD Investments LLP stephen.pezanosky@haynesboone.com
    kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Stephen M. Pezanosky

    on behalf of Counter-Claimant Connie Berg stephen.pezanosky@haynesboone.com
    kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com

Steven R Kinsella

    on behalf of Interested Party Razor Consulting Solutions skinsella@fredlaw.com
    sstallings@fredlaw.com;docketing@fredlaw.com

United States Trustee

    USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 81

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

In re:  Bky. Case No. 24-30167
         Chapter 7

Pro-Mark Services, Inc.

**ORDER**

_____Debtor._____/

On January 29, 2026, the Bankruptcy Trustee filed a Motion for Sale of Estate Assets, seeking court approval to sell pallet racking and miscellaneous small tools. Doc 270. The Bankruptcy Trustee served the motion and notice on creditors. The Court received no objections. Based on the information provided by the Bankruptcy Trustee and documents filed in this case, the Court finds that the Motion for Sale of Estate Assets is fair and reasonable and in the best interests of the bankruptcy estate.

**IT IS ORDERED** that the Motion for Sale of Estate Assets is **GRANTED.** The Bankruptcy Trustee is authorized to sell the bankruptcy estate's interest in pallet racking and miscellaneous small tools to Hi Boyz LLC of Fergus Falls, Minnesota, under the terms provided in the motion.

Dated this 25th day of February, 2026.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court