**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Pro-Mark Services, Inc.,                                            Case No.: 24-30167
                                                                    Chapter 7
              Debtor.

**AMENDED REPORT OF SALE**

Erik A. Ahlgren, the bankruptcy trustee in this case, hereby reports the sale of property of the debtor by auction sale as per the Motion for sale of property, Doc 145.

- 2022 ABU BD BUMPER DUMP 08216BD270, VIN 4UGFD1623ND039229
- 2021 LOAD CH8320072 32978, VIN 4ZECH2026M1227692
- 2019 ROADCLIPPER DUMP TRAILER LPD207 14X82, VIN 46UFU1428K1217882
- 2019 MAXHD G8X8326 GRAVITY TILT, VIN 598BC2622KM059804
- 2016 MARK LINE INDS. BUMPER HITCH 8X28 OFFICE, VIN IN04082
- 2013 UNITED ENCLOSED, VIN 56JTE2424DA131842
- 2012 PJ DECKOVER, VIN 4P5F82224C1174607
- 2011 UNITED BUMPER HITCH, VIN 48BTE1627BA120233
- 2010 MARK LINE OFFICE TRAILER, VIN IN037324
- 2001 LOADMASTER BUMPER HITCH, VIN 4JLUB12164G2M6017
- 2017 BOBCAT COMPACT TRACK LOADER, VIN AT6313558
- 2017 BOBCAT T650 TRACK LOADER BLJG22838, VIN ALJG22838
- 2008 MEC 3772 RT MAN LIFT, VIN 9301218
- 2005 SKYTRAK TELESCOPIC LIFT, VIN 1602011274
- 2005 GENIE S-54 TELESCOPIC, VIN S45058614
- 2002 KOMATSU HYDRAULIC EXCAVATOR, VIN 15604
- 2021 HRML M210RB, VIN 5SFNB2226ME468816
- 2021 HRML M210RB, VIN 5SFNB2228ME468820
- 2021 HRML M210RB, VIN 5SFNB2223ME468773
- 2011 PJ Bumber Hitch Deckover

The gross proceeds totaled $220,800.  The 2011 PJ Bumber Hitch Deckover was sold after auction on 11/18/2024.  The auction company has reimbursed the trustee $60 from its commission on that sale.  Gross proceeds totaled $220,800 and commission at 6%  $13,248.00. A copy of the auction report is attached. The Trustee reports that he accepted all bids.

This report is made pursuant to Bankruptcy Rule 6004(f)(1).

Dated: March 24, 2026                          /s/ Erik A. Ahlgren
                                               Erik A. Ahlgren, Trustee
                                               220 W Washington Ave, Ste 105
                                               Fergus Falls, MN 56537
                                               218-998-2775
                                               erik@ahlgrenlawoffice.net