UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                                          Chapter 7
                                                          Bky. No. 24-30167
Pro-Mark Services, Inc.,

                    Debtor.

**MOTION FOR ADMISSION PRO HAC VICE OF
MICHAEL M. KRAUSS**

The undersigned, Michael M. Krauss, moves the Court pursuant to Local Rule 9010-2(B) for leave to appear *pro hac vice* for the purpose of representing Erik A. Ahlgren, in his capacities as chapter 7 trustee of the bankruptcy estate of Pro-Mark Services, Inc., as plan administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust (referred to together under all of these capacities as "Trustee"), in the above-captioned bankruptcy case and all related adversary proceedings, including, without limitation, Adv. No. 24-07014 ("Motion").

In support of the Motion, the undersigned submits the following information for consideration by the Court:

1.      I am a shareholder at Greenberg Traurig, LLP ("Greenberg"). I am counsel to Trustee in the above-captioned bankruptcy case. By order dated September 16, 2024 [ECF No. 125], the Court approved the Trustee's retention of Greenberg as counsel.

2.      I maintain an office at 90 S. 7th St., Suite 3500, Minneapolis, MN 55402. My telephone number is (612) 259-9712. My email address is kraussm@gtlaw.com.

3.      I earned a Juris Doctor degree from Stanford Law School in 1996.

4.      I am a member in good standing of the bars of the State of Minnesota since 2004 and State of New York since 1997. A Certificate of Good Standing from the Bar of the State of

ACTIVE 722015365v1

Minnesota is attached hereto as **Exhibit A**.  I am also currently admitted to practice in the following courts: District of Minnesota (2005); Eastern District of New York (1998); Southern District of New York (1998); Central District of Illinois (2012); Eastern District of Wisconsin (2012); Western District of Wisconsin (2013); Second Circuit Court of Appeals (2002); Third Circuit Court of Appeals (2013); Fourth Circuit Court of Appeals (2021); and Eighth Circuit Court of Appeals (2008).

5.      I am aware of and acknowledge that I am subject to all applicable provisions of the North Dakota Rules of Professional Conduct and the Local Rules, and if admitted *pro hac vice*, will adhere to the disciplinary jurisdiction of this Court.

6.      I have never been and am not presently subject to any disciplinary proceedings.

7.      Payment of the $150.00 admission fee is being made with this filing through the Court's online automated payment system.

8.      Under penalty of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

WHEREFORE, Michael M. Krauss respectfully requests that the Court grant the Motion.

**GREENBERG TRAURIG, LLP**

Dated: April 2, 2026

*/e/ Michael M. Krauss*
Michael M. Krauss (Minnesota #0342002)
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 259-9700
Email: kraussm@gtlaw.com

*Counsel for Erik A. Ahlgren, as Chapter 7
Trustee of Bankruptcy Estate of Pro-Mark
Services, Inc., as Plan Administrator of the
Pro-Mark Services, Inc. Employee Stock
Ownership Plan, and as Trustee of the Pro-
Mark Services, Inc. Employee Stock
Ownership Trust*

3

ACTIVE 722015365v1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2026, I electronically filed the foregoing **Motion for Admission Pro Hac Vice of Michael M. Krauss** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/e/ Michael M. Krauss
Michael M. Krauss (Minnesota #0342002)
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 259-9700
Email: kraussm@gtlaw.com

ACTIVE 722015365v1