UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

  Pro-Mark Services Inc.

CASE NO: 24-30167

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 290

On 5/13/2026, I did cause a copy of the following documents, described below,

Notice and Application for Compensation to KLDiscovery Ontrack LLC ECF Docket Reference No. 290

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/13/2026

/s/ Erik A Ahlgren
Erik A Ahlgren  191814
Chapter 7 Panel Trustee
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN 56537-2569
218-998-2775
lisa@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Pro-Mark Services Inc.

CASE NO: 24-30167

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 290

On 5/13/2026, a copy of the following documents, described below,

Notice and Application for Compensation to KLDiscovery Ontrack LLC ECF Docket Reference No. 290

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/13/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537-2569

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

KLDISCOVERY ONTRACK LLC
9023 COLUMBINE ROAD
EDEN PRAIRIE MN 55347

FIRST CLASS

CINDY CLOSE , ASST VP STOCK PLAN SERVICES
PRUDENTIAL LIFE INSURANCE COMPANY
711 HIGH STREET
DES MOINES IA 50392

FIRST CLASS

AUSTIN MOE
DAGGER MACHINERY
920 38TH ST N
FARGO  ND 58102

FIRST CLASS

VERN VLIET
JV ASSOCIATES LTD
PO BOX 520
HUTCHINSON MN 55350-0520

FIRST CLASS

ERIC WALD
1350 153RD ST SE
NORWICH  ND 58768