## EXPERT WITNESS-ENGAGEMENT AND RETAINER AGREEMENT

This Agreement is entered into by and between James K. Swindle, 2359 Austin Hwy, San Antonio, TX 78218, hereinafter referred to as EXPERT WITNESS,

And

Erik A. Ahlgren, in his capacities as chapter 7 trustee of the bankruptcy estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust, hereinafter collectively referred to as CLIENT.

CLIENT hereby hires James K. Swindle to do consulting and/or testifying expert witness work for the following legal case: Ahlgren v Bergs, et al., Adv. No. 24-07014, currently pending in the United States Bankruptcy Court for the District of North Dakota, hereinafter referred to as the BANKRUPTCY COURT.

EXPERT WITNESS will perform work as an independent contractor and will be performing services on an as-needed basis. CLIENT understands and recognizes that EXPERT WITNESS has made no guarantee promising the success or outcome of this case, and any compensation payable to EXPERT WITNESS is not dependent on the success or outcome of this case.

This Agreement shall not take effect until all parties have signed it and the BANKRUPTCY COURT has entered an order authorizing CLIENT to retain EXPERT WITNESS.

Subject to BANKRUPTCY COURT approval, CLIENT agrees to pay EXPERT WITNESS the agreed-upon rates as attached to this Agreement as **Exhibit A**. Subject to BANKRUPTCY COURT approval, Client further agrees to make payments due EXPERT WITNESS within a reasonable period of time. CLIENT will assist EXPERT WITNESS in the preparation and filing of any necessary fee applications with the BANKRUPTCY COURT.

A copy of EXPERT WITNESS' CV is attached to this Agreement as **Exhibit B**.

The parties agree that Erik A. Ahlgren shall have no personal liability for any fees or expenses of EXPERT WITNESS.

[Signature Page to Follow]

ACTIVE 725863882v2

Signed this 7th day of July, 2026

EXPERT WITNESS:
James K Swindle

CLIENT:
Erik A. Ahlgren, in his capacities as chapter 7 trustee of the bankruptcy estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust

*Signature Page to Expert Witness-Engagement and Retainer Agreement*
ACTIVE 725863882v2

## Exhibit A

James K. Swindle, AFSB
**Expert Witness Services**

2026 Fee Schedule

Case Preparation, Review of Records, Investigation, Testing, Evaluation, Assessment, Analysis, Reports and Consultation Service:
**$350.00 Per Hour**

Deposition
**$585.00 Per Hour**

Trial Testimony
**$8,750.00, Per Day (Flat Rate)**

Travel Expense
**Airfare, lodging, meals, ground transportation and other incidental expenses to be billed at cost; Plus $250 Per Hour For Travel Time**

## Exhibit B

CV of James K. Swindle, AFSB

ACTIVE 725863882v2

**JAMES K. SWINDLE, AFSB**
**Surety Expert**

## *Experience & Qualifications*

### EXPERT WITNESS EXPERIENCE

- 2023 – 2025 Expert Witness Services for the client of  Leake & Andersson, LLP
  **Ellsworth Corporation vs Command Construction (New Orleans, LA)**
  Case involved surety agent (defendant) accused of charging unlawful fees
  - Provided Testimony in Deposition for Civil Case
  - Provided Trial Testimony for Regulatory Disciplinary Matter

  Contact Info: Stephen Gele (504) 237-6399

- 2021 – Expert Witness Services for the client of Decof, Barry, Mega, & Quinn, P.C.
  **Scire, et al. vs Rhode Island Airport Corporation, et al (Providence, RI)**
  Case involved standard underwriting process of the defendant's appeal bond in order to determine if the plaintiff should accept the bond as provided.
  - Provided Expert Witness consulting services for the plaintiff
  Contact Info: Jeffrey Mega (401) 200-4059

- 2020 – Expert Witness Services for the client of Tritico Rainey, PLLC
  **Texley vs Glenn Hegar, Texas Comptroller (Houston, TX)**
  Case involved plaintiff's ability to provide a $2.8 million appeal bond to defendant
  - Provided Expert Witness Testimony for the plaintiff in Pre-Trial Hearing Contact Info: Ron S. Rainey (713) 581-3399

- 2018 – Expert Witness Services for the client of Stephens, PLLC
  **Allied World Insurance Co vs. P2MG, LLC, et al (Houston, TX)**
  Case involved standard surety practices in enforcement of indemnity agreement and bad faith in surety claims handling
  - Provided Expert Witness Report for the Defendant
  Contact Info: Kenneth Stephens (832) 930-0529

- 2018 – Expert Witness Services for the client of Marco & Sitaras, PLLC **Hanover Insurance Co. vs. Avalon Risk (New York, NY)**
  Case involved alleged violations of surety underwriting standard practices and violations of agent's line of authority.
  - Provided Expert Witness Rebuttal Report and Testimony in Deposition for the Defendant

  Contact Info: George Marco, Esq. (212) 430-6410 ext. 1193

- 2013 - Expert Witness for the client of The Law Office of Hayes & Welsh
  **American Asphalt vs. Western Insurance Co. (Reno, NV)**
  Case involved standard surety practices in handling collateral, breach of fiduciary duties, and bad faith by failing to return collateral
  - Provided Expert Witness Consultation and Report for Plaintiff
  Contact Info: Garry Hayes (702) 434-3444

- 2012 - Expert Witness for the client of Thompson, Coe, Cousins & Irons, LLP
  **EE Hood vs. American Home Insurance, et al (San Antonio, TX)**
  Case involved standard surety underwriting/collateral practices
  - Provided Expert Witness consultation, financial statement analysis, work in progress analysis, and Expert Witness Report for the Defendant
  Contact Info: Eric Bowers (214) 871-8263

- 2009 - Expert Witness for the client of E Garcia Law, LLP (**San Antonio, TX**)
  - Provided Expert Witness financial statement analysis, work in progress analysis, and contractor bond capacity assessment for the Defendant
  Contact Info: Edgar Garcia (210) 308-6677

## CONSULTANT EXPERIENCE

- July 2022 - 2025: Administrator
  **City of San Antonio Capacity Building & Bonding Assistance Program**
- May 2014 – Present: Bonding Technical Assistance Provider
  **Texas Business Opportunities & Development - Bond Assistance Program**
- 2011 – 2015: Program Provider
  **Texas Dept. of Transportation - Bonding Technical Assistance Program**
- 2011 – 2013: Member of Surety Industry Task Force
  **City of San Antonio - Bonding Assistance Program**

## PROFESSIONAL DESIGNATIONS AND ACADEMIC

- AFSB (Associate in Fidelity and Surety Bonds)
- Licensed Insurance Agent
- Bachelors Degree in Business, University of North Texas

## SURETY EXPERIENCE

- 14 years surety bond company underwriting experience for both contract and commercial bonds
- 24 years surety agency owner (Alamo Surety Bonds)
- Past President, The Surety Association of South Texas

**<u>AWARDS</u>**

- Excellence in Diversity Award - Hispanic Contractors Association
- Professional Service Provider of the Year – Hispanic Contractors Association
- Gold Award for Surety Bond Promotion - Surety & Fidelity Assoc. of America
- Award for Commitment to the UT HUB Technical Assistance Program - University of Texas System
- Outstanding Leadership as President, The Surety Association of South Texas