

**Sam Le Law, PLLC**

3060 Williams Dr, Ste. 3130

Fairfax, VA 22031

sl@samlelaw.com

## ENGAGEMENT AGREEMENT

This agreement sets forth the terms under which Sam Le of Sam Le Law, PLLC ("SLL") would provide expert witness services to Erik A. Ahlgren, in his capacities as chapter 7 trustee of the bankruptcy estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust ("Client"). If acceptable, please sign below.

**SCOPE OF REPRESENTATION.** Client engages SLL for the limited matter described below. The engagement may be expanded by written agreement and, as applicable, with Bankrutpcy Court approval (as defined below).  .  A copy of Sam Le's CV is attached to this Agreement as **Exhibit A**.

**EFFECTIVENESS.**  This Agreement shall not take effect until all parties have signed it and the Bankruptcy Court (as defined below) has entered an order authorizing Client to retain SLL.

**FEES AND PAYMENT; TRAVEL AND EXPENSES.**  SLL shall be compensated for its services at an hourly rate of $795/hour, calculated by tenths.  Additionally, Client shall reimburse SLL for pre-approved travel and related expenses incurred in the performance of services under this Agreement.  The parties acknowledge and agree that all amounts payable and reimbursable hereunder are subject to Bankruptcy Court approval.  Client will assist SLL in the preparation and filing of any necessary fee applications with the Bankruptcy Court.

**TERMINATION.** Either party may terminate this agreement at any time with written notice. Upon termination, SLL will protect Client's interests and deliver requested documents. Client remains responsible for fees incurred, subject to Bankruptcy Court approval.

**CONFIDENTIALITY.** All information provided by Client and his counsel and agents is confidential and will be protected in accordance with professional rules of conduct and applicable privileges and work product doctrines.

**GOVERNING LAW.** This agreement is governed by Virginia law. Any disputes must be brought in the Bankruptcy Court, and both parties consent to jurisdiction there.

**CONFLICTS.** SLL's engagement under this Agreement is with Client only. No attorney-client relationship exists with or between Client and/or SLL, or any individual or entity associated with Client and/or SLL. Client consents to the SLL's representation of clients in matters adverse to Client and Client's clients, provided such representation does not involve confidential information obtained through this Agreement or is related to this engagement.

---

**Matter Description:**  Expert witness on SBA-related issues in the following legal case currently pending in the United States Bankruptcy Court for the District of North Dakota ("Bankruptcy Court"): *Ahlgren v. Bergs, et al.*, Adv. No. 24-07014.

---

ACTIVE 725910674v2

**AGREED AND ACCEPTED.**

**Sam Le Law, PLLC**

Signature: _Sam Le_

Name: Sam Le

Date: July 6, 2026

**Erik A. Ahlgren, in his capacities as chapter 7 trustee of the bankruptcy estate of Pro-Mark Services, Inc., as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust**

Signature: _Erik Ahlgren_

Name: Erik Ahlgren

Date: July 8, 2026

ACTIVE 725910674v2

# Exhibit A

ACTIVE 725910674v2

# Sam Q. Le

3060 Williams Dr. Ste. 3130, Fairfax, VA 22031
www.samlelaw.com | sl@samlelaw.com | (703) 217-8407

---

**EXPERIENCE**

**Managing Member** – *July 2025-Present*
*Sam Le Law PLLC / Fairfax, Va.*
Lead a law practice specializing in small-business legal services, drawing on two decades of regulatory and litigation expertise. Publish a weekly newsletter and podcast, GovCon Intelligence, distributed to 3,000 subscribers, with policy analysis, regulatory discussion, and case updates. Represent clients in government contracts, regulatory matters, and administrative litigation before GAO and the SBA Office of Hearings and Appeals. Teach classes on small business government contracting through the George Mason University APEX Accelerator.

**Director of Policy Planning and Liaison** (SES) – *2019 (acting), 2021 – April 2025*
*U.S. Small Business Administration / Washington, D.C.*
Led small-business policy development for the Executive Branch. Drafted and implemented SBA and Federal Acquisition Regulation procurement rules. Guided strategic planning and policy development for the SBA Administrator and Associate Administrator. Provided executive leadership for SBA's size standard, goaling, scorecard, and contracting-data programs. Chaired the Small Business Procurement Advisory Council and represented SBA before Congress, the White House, the Federal Acquisition Regulation Council, and numerous interagency committees. Trained small businesses and the Federal procurement workforce. Selected achievements:

- Grew Federal contracting to small businesses by 50% to $180 billion annually during tenure
- With DoD, NASA, GSA, and OFPP, crafted Executive Branch policies on creating a more welcoming environment for small-business contractors
- Represented SBA on the Civilian Agency Acquisition Council, the Integrated Acquisition Environment Change Control Board, the Federal Acquisition Regulation (FAR) Small Business Team, and the Category Management Leadership Council
- Drafted SBA regulations in Title 13 of the C.F.R. on the mentor-protégé program, the 8(a) program, the HUBZone program, and the women-owned and service-disabled veteran-owned certification programs
- Developed software to run the SBA DataHub and the SBA Annual Procurement Scorecard, both of which report on small-business government contracting data
- Recipient of the first-ever SBA Embrace Award for expanding opportunities for small businesses
- Named America's Small Business Champion by the American Small Business Chamber of Commerce
- One of three SBA employees nominated by Administrator Guzman for a Samuel J. Heyman Service to America Medal

**Deputy Associate General Counsel for Procurement** (GS-15) – *May 2014 – April 2021*
*U.S. Small Business Administration / Washington, D.C.*
Provided legal advice and policy guidance to the SBA Administrator, the Associate Administrator for Government Contracting and Business Development, the Associate Administrator for Capital Access, the Chief Financial Officer, the Chief of Staff, and other SBA senior officials. Represented SBA in litigation before the Government Accountability Office (GAO), the Civilian Board of Contract Appeals, the U.S. Court of Federal Claims, the U.S. Court of Appeals for the Federal Circuit, and the U.S. Supreme Court. Exemplary cases and projects include:

- Drafted affiliation guidelines for SBA's size program and the Paycheck Protection Program
- Defended the small-business position on the Rule of Two in the Supreme Court case of *Kingdomware Techs. v. United States* (2016), as cited by Justice Sotomayor at oral argument

- Won all 11 cases on SBA's statutory interpretation in the size program, culminating in victory at the Federal Circuit in *Obsidian Sols. Grp. v. United States* (2022)
- Successfully reduced a $14 million breach claim to $1 million in the Civilian Board of Contract Appeals decision in *ImmixTechnology, Inc. on Behalf of SoftwareAG Gov't Sols.* (2020)
- Agency counsel in hundreds of bid protest cases at GAO, including in favorable rulings in *Digital Forensic Servs.*, B-419305.3; *Superior Optical Labs, Inc.*, B-418618, B-418618.2; *Lawton-Penna JV*, B-416848; *Dehler Manufacturing Co., Inc.*, B-416963; *Lawson Environmental Services LLC*, B-416892, B-416892.2; *The First Choice, LLC*, B-417196, B-417196.2, B-417196.3; *AeroSage, LLC*, B-416381; *BlueStar Energy Sols.*, B-405690; and *Blue Ridge Limousine and Tour Service, Inc.*, B-407020.
- Litigated size and status appeals /frequently before SBA's Office of Hearings and Appeals, appearing in 55 published opinions
- Advised the SBA Mentor-Protégé Program at its inception in 2016 and drafted policies and regulations for the program
- Provided legal counsel on certification issues and challenges in the 8(a), women-owned, HUBZone, and service-disabled veteran programs

**Assistant General Counsel** (GS-14) – *Oct. 2012 – May 2014*
*Smithsonian Institution / The Castle*
Provided legal advice to the Secretary of the Smithsonian, the Smithsonian's 19 museums and 9 research centers, and Smithsonian Enterprises.

**Attorney Advisor** (GS-13) – *Feb. 2008 - Oct. 2012*
*U.S. Small Business Administration / Washington, D.C.*
Defended SBA before the SBA Office of Hearings and Appeals, GAO, and the Court of Federal Claims. Advised the SBA Suspension and Debarment Official on cases involving suspected fraud in the SBA's size, 8(a), women-owned, service-disabled veteran, and HUBZone programs.

**Associate** – *Sept. 2005 - Feb. 2008*
*Wiley Rein LLP / Washington, D.C.*
Represented radio, television, and cable companies before the FCC.

**EDUCATION**

**Judge Advocate General's School – *July 2008***
- Most Outstanding Graduate of the Contract Attorney's Course

**University of Virginia School of Law – *May 2005***
Juris Doctor
- Moot Court Champion
- Top 25%

**University of Virginia – *May 2002***
Bachelor of Arts with Distinction, Economics
- Editor of *The Cavalier Daily*
- Top 10%

**MEMBERSHIPS**

District of Columbia Bar
Virginia Bar
American Bar Foundation fellow, limited to 1% of attorneys
American Bar Association, co-chair of the Public Contract Law Small Business Committee
Supreme Court Bar
National Asian Pacific American Bar Association

S.Q. Le