UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Pro-Mark Services, Inc.,

CASE NO: 24-30167

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 294

On 7/9/2026, I did cause a copy of the following documents, described below,

APPLICATION FOR APPROVAL OF EMPLOYMENT AND RETENTION OF JAMES K. SWINDLE AS CONSULTING EXPERT AND TESTIFYING EXPERT ECF Docket Reference No. 294

APPLICATION FOR APPROVAL OF EMPLOYMENT AND RETENTION OF SAM LE LAW, PLLC AND SAM LE AS CONSULTING EXPERT AND TESTIFYING EXPERT 296

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/9/2026

/s/ Erik Ahlgren
Erik Ahlgren  09651

Ahlgren Law Office, PLLC
220 W WASHINGTON AVE
FERGUS FALLS, MN 56537
218-998-2775
hadley@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Pro-Mark Services, Inc.,

CASE NO: 24-30167

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 294

On 7/9/2026, a copy of the following documents, described below,

APPLICATION FOR APPROVAL OF EMPLOYMENT AND RETENTION OF JAMES K. SWINDLE AS CONSULTING EXPERT AND TESTIFYING EXPERT ECF Docket Reference No. 294

APPLICATION FOR APPROVAL OF EMPLOYMENT AND RETENTION OF SAM LE LAW, PLLC AND SAM LE AS CONSULTING EXPERT AND TESTIFYING EXPERT 296

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/9/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik Ahlgren
Ahlgren Law Office, PLLC
220 W WASHINGTON AVE
FERGUS FALLS, MN  56537

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

CINDY CLOSE, ASST. VICE PRESIDENT STOCK PLAN
SERVICES
PRINCIPAL LIFE INSURANCE COMPANY
711 HIGH ST.
DES MOINES IA 50392


FIRST CLASS

AUSTIN MOE
DAGGER MACHINERY
920 38TH STREET N
FARGO ND 58102


FIRST CLASS

PETER GEHRES
JEFF MARTIN AUCTIONEERS, INC.
2236 HIGHWAY 49
BROOKLYN MS 39425


FIRST CLASS

VERN VLIET
JV ASSOCIATES LTD
PO BOX 520
HUTCHINSON MN 55350-0520


FIRST CLASS

JASON LUTHER
VOLITION PRIME - ACCOUNTING
3247 OAK RIDGE LOOP E
WEST FARGO, ND 58078


FIRST CLASS

ERIC WALD
1350 153RD ST SE
NORWICH ND 58768