**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Pro-Mark Services, Inc., | Bky. Case No. 24-30167
Chapter 7

Debtor.

---

**FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION TO FTI CONSULTING, INC.**

---

FTI Consulting, Inc. ("Applicant"), consulting and testifying expert witness service provider for Trustee Erik A. Ahlgren, respectfully represents as follows:

1. The petition commencing this case as a Chapter 7 case was filed on April 22, 2024. The case is now pending in this Court.

2. On the same date, Erik A. Ahlgren was appointed as Chapter 7 trustee (the "Trustee") for the bankruptcy estate of the above-captioned Debtor (the "Bankruptcy Estate").

3. The Trustee also serves as administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan and trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust (together, the "ESOP").

4. The Trustee is the Plaintiff in the following adversary proceeding: *Erik A. Ahlgren, as Chapter 7 Trustee, as Administrator of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust, v. Connie Berg et al.*, Adv. No. 24-07014 (the "Adversary Proceeding").

5. On January 30, 2026, the Trustee filed an application to approve of the employment and retention of Applicant to provide consulting and/or testifying expert witness services in connection with the Adversary Proceeding (the "Application to Employ"). (*See* ECF No. 272.)

6. On February 27, 2026, the Court entered an order granting the Trustee's Application to Employ pursuant to 11 U.S.C. §§ 327 and 328, effective January 30, 2026 (the "Order"). (*See* ECF No. 281.)

7. On August 28, 2026, the Trustee filed a supplement to the Application to Employ. (*See* ECF No. 301.)

8. Applicant requests allowance of interim compensation for services rendered.

9. Applicant has not received a retainer.

10. Applicant has made no previous application for compensation nor received any payments.

11. Applicant is not aware of any unpaid administrative expenses which have been allowed in this case. There are sufficient funds in the bankruptcy estate to pay Applicant's fees based on the sale of vehicles and equipment that were not subject to a perfected security interest or any other valid and enforceable interest.

12. Applicant rendered professional services to the Trustee as follows: *See* the Applicant's invoices for services rendered during the months of May, June, and July 2026 (the "Invoices") attached as **Exhibit A**.

13. As required by the Order, Applicant has included notations in the Invoices showing Applicant's allocation of its fees between those that arise for services provided in connection with the Bankruptcy Estate's claims in the Adversary Proceeding and those of the ESOP.

14. The amount requested herein constitutes reasonable compensation for actual necessary services rendered by Applicant based on the nature, the extent and the value of such services, the time spent on such services and the costs of comparable services in other cases. The Trustee has reviewed this application and approves of the same.

15. All services for which compensation is herein requested were performed or expended for and on behalf of the Trustee and not on behalf of any other committee, creditor, or other person, other than as set forth above.

16. Applicant has no agreement or understanding with any person for the sharing of compensation received or to be received for services rendered in connection with this proceeding.

**Wherefore**, Applicant requests allowance of fees in the amount of **$275,639.75**.

FTI Consulting, Inc.

Dated: 9/4/26

By: ______________________

FTI Consulting, Inc., the moving party named in the foregoing First Interim Application for Allowance of Compensation to FTI Consulting, Inc., declares under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on: 9/4/26

By: ______________________

**Exhibit A**

*FTI May, June, and July 2026 Invoices*

FTI CONSULTING

## *Invoice Summary*

**Erik A. Ahlgren,**
**220 W. Washington Ave., Ste. 105**
**Fergus Fall, MN 56537**
**United States**
**erik@ahlgrenlawoffice net**

| | |
|---|---|
| **Invoice Date:** | **August 11, 2026** |
| **Invoice No.** | **100100182628** |
| **Job No.** | **500003.3042** |
| **Terms** | **Net 30 days** |
| **Due Date:** | **September 10, 2026** |
| **Currency** | **USD** |

**Re: Erik A. Ahlgren, Et al V Connie Berg Et al.**

**Current Invoice Period: Charges posted through May 31, 2026**

| **Activity** | **Hours** | **Total** |
|---|---|---|
| August 2020 Analysis (Bankruptcy Estate Claims) | 20.70 | $12,202.50 |
| August 2020 Analysis (ESOP Claims) | 20.70 | $12,202.50 |
| Post-August 2020 Analysis (Bankruptcy Estate Claims) | 23.60 | $13,350.00 |
| **Total** | **65.00** | **$37,755.00** |

| **Name** | **Title** | **Rate** | **Hours** | **Total** |
|---|---|---|---|---|
| Jack Schwager | Senior Managing Director | $750.00 | 1.80 | $1,350.00 |
| Jason Fauss | Senior Director | $675.00 | 6.00 | $4,050.00 |
| Brian Mischler | Director | $625.00 | 37.80 | $23,625.00 |
| Halle Rose | Consultant | $450.00 | 19.40 | $8,730.00 |
| **Total Professional Services** | | | **65.00** | **$37,755.00** |

| | |
|---|---|
| Administrative Fee | $2,265.30 |

| **Invoice Total** | **USD Amount** |
|---|---|
| | $40,020.30 |
| **Total Due** | **$40,020.30** |

FTI CONSULTING

## *Invoice Detail*

| | |
|---|---|
| **Invoice Date:** | **August 11, 2026** |
| **Invoice No.** | **100100182628** |
| **Job No.** | **500003.3042** |

***Total Professional Services***

**August 2020 Analysis**

**Jack Schwager**

| | | | | |
|---|---|---|---|---|
| 05/04/2026 | Prepared for and attended conference call with counsel. | | 0.30 | |
| | **$750.00** | **per hour x total hrs** | **0.30** | **$225.00** |

**Jason Fauss**

| | | | | |
|---|---|---|---|---|
| 05/04/2026 | Prepared for and attended conference call with counsel. | | 0.90 | |
| 05/06/2026 | Internal communications. | | 0.50 | |
| 05/22/2026 | Internal communications. Document review. | | 0.50 | |
| 05/28/2026 | Internal communications. | | 0.50 | |
| | **$675.00** | **per hour x total hrs** | **2.40** | **$1,620.00** |

**Brian Mischler**

| | | | | |
|---|---|---|---|---|
| 05/21/2026 | Reviewed documents provided by counsel. Matter coordination and administration. | | 4.50 | |
| 05/22/2026 | Document and file review. Participated in internal calls. | | 5.50 | |
| 05/25/2026 | Document and file review. | | 2.00 | |
| 05/26/2026 | Analysis. Document and file review. | | 2.70 | |
| 05/27/2026 | Document and file review. Analysis. | | 8.90 | |
| 05/28/2026 | Participated in internal calls. Matter coordination and administration. Drafted expert report. | | 4.20 | |
| 05/29/2026 | Analysis. | | 1.60 | |
| | **$625.00** | **per hour x total hrs** | **29.40** | **$18,375.00** |

**Halle Rose**

| | | | | |
|---|---|---|---|---|
| 05/21/2026 | Analysis. Document and file review. Internal communications. | | 0.10 | |
| 05/22/2026 | Analysis. Document and file review. Internal communications. | | 2.20 | |
| 05/26/2026 | Research. Document and file review. Analysis. Internal communications. | | 2.10 | |
| 05/27/2026 | Research. Document and file review. Analysis. Internal communications. | | 3.40 | |
| 05/28/2026 | Research. Document and file review. Analysis. Internal communications. | | 1.20 | |
| 05/29/2026 | Research. Document and file review. Analysis. Internal communications. | | 0.30 | |
| | **$450.00** | **per hour x total hrs** | **9.30** | **$4,185.00** |

FTI CONSULTING

*Invoice Detail*

| | |
|---|---|
| **Invoice Date:** | **August 11, 2026** |
| **Invoice No.** | **100100182628** |
| **Job No.** | **500003.3042** |

**August 2020 Analysis** **$24,405.00**

**Post-August 2020 Analysis**

**Jack Schwager**

| | | | | |
|---|---|---|---|---|
| 05/04/2026 | Prepared for and attended conference call with counsel. | | 0.30 | |
| 05/29/2026 | Reviewed materials provided by counsel. | | 1.20 | |
| | **$750.00** | **per hour x total hrs** | **1.50** | **$1,125.00** |

**Jason Fauss**

| | | | | |
|---|---|---|---|---|
| 05/04/2026 | Prepared for and attended conference call with counsel. | | 0.80 | |
| 05/05/2026 | Review of complaint. Internal discussion. | | 2.80 | |
| | **$675.00** | **per hour x total hrs** | **3.60** | **$2,430.00** |

**Brian Mischler**

| | | | | |
|---|---|---|---|---|
| 05/06/2026 | Participated in internal calls. Reviewed documents provided by counsel. | | 3.50 | |
| 05/07/2026 | Document and file review. | | 1.60 | |
| 05/08/2026 | Matter coordination and administration. | | 1.30 | |
| 05/27/2026 | Analysis. | | 2.00 | |
| | **$625.00** | **per hour x total hrs** | **8.40** | **$5,250.00** |

**Halle Rose**

| | | | | |
|---|---|---|---|---|
| 05/21/2026 | Analysis. Document and file review. Internal communications. | | 1.00 | |
| 05/22/2026 | Analysis. Document and file review. Internal communications. | | 2.10 | |
| 05/26/2026 | Research. Document and file review. Analysis. Internal communications. | | 2.00 | |
| 05/27/2026 | Research. Document and file review. Analysis. Internal communications. | | 3.40 | |
| 05/28/2026 | Research. Document and file review. Analysis. Internal communications. | | 1.20 | |
| 05/29/2026 | Research. Document and file review. Analysis. Internal communications. | | 0.40 | |
| | **$450.00** | **per hour x total hrs** | **10.10** | **$4,545.00** |

**Post-August 2020 Analysis** **$13,350.00**

FTI CONSULTING

# *Invoice Summary*

| | | | |
|---|---|---|---|
| | | **Invoice Date:** | **August 11, 2026** |
| **Erik A. Ahlgren,** | | **Invoice No.** | **100100182633** |
| **220 W. Washington Ave., Ste. 105** | | **Job No.** | **500003.3042** |
| **Fergus Fall, MN 56537** | | **Terms** | **Net 30 days** |
| **United States** | | **Due Date:** | **September 10, 2026** |
| **erik@ahlgrenlawoffice net** | | **Currency** | **USD** |

**Re: Erik A. Ahlgren, Et al V Connie Berg Et al.**

**Current Invoice Period: Charges posted through June 30, 2026**

| **Activity** | **Hours** | **Total** |
|---|---|---|
| August 2020 Analysis (Bankruptcy Estate Claims) | 65.50 | $39,721.25 |
| August 2020 Analysis (ESOP Claims) | 65.50 | $39,721.25 |
| Post-August 2020 Analysis (Bankruptcy Estate Claims) | 81.30 | $47,587.50 |
| **Total** | **212.30** | **$127,030.00** |

| **Name** | **Title** | **Rate** | **Hours** | **Total** |
|---|---|---|---|---|
| Jack Schwager | Senior Managing Director | $750.00 | 17.20 | $12,900.00 |
| Jason Fauss | Senior Director | $675.00 | 25.50 | $17,212.50 |
| Brian Mischler | Director | $625.00 | 117.70 | $73,562.50 |
| Halle Rose | Consultant | $450.00 | 51.90 | $23,355.00 |
| **Total Professional Services** | | | **212.30** | **$127,030.00** |

| | |
|---|---|
| Administrative Fee | $7,621.80 |

| **Invoice Total** | **USD Amount** |
|---|---|
| | $134,651.80 |
| **Total Due** | **$134,651.80** |

FTI CONSULTING

## *Invoice Detail*

| | |
|---|---|
| **Invoice Date:** | **August 11, 2026** |
| **Invoice No.** | **100100182633** |
| **Job No.** | **500003.3042** |

***Total Professional Services***

**August 2020 Analysis**

**Jack Schwager**

| | | | | |
|---|---|---|---|---|
| 06/01/2026 | Prepared for and attended internal meeting. Reviewed materials provided by counsel. | | 1.50 | |
| 06/02/2026 | Reviewed materials. | | 1.60 | |
| 06/03/2026 | Reviewed materials. Prepared for and attended conference call. | | 1.10 | |
| 06/10/2026 | Reviewed documents. | | 0.60 | |
| 06/18/2026 | Reviewed materials. Call with counsel. Internal discussion. | | 1.60 | |
| 06/22/2026 | Internal discussion. Performed analysis. | | 0.50 | |
| 06/23/2026 | Internal discussion. Reviewed materials provided by counsel. | | 0.50 | |
| 06/30/2026 | Internal discussion. | | 0.30 | |
| | **$750.00** | **per hour x total hrs** | **7.70** | **$5,775.00** |

**Jason Fauss**

| | | | | |
|---|---|---|---|---|
| 06/01/2026 | Document and file review. Internal communications. | | 1.10 | |
| 06/02/2026 | Document and file review. Internal communications. | | 0.60 | |
| 06/03/2026 | Document and file review. Internal communications. | | 1.70 | |
| 06/04/2026 | Document and file review. Internal communications. | | 1.60 | |
| 06/10/2026 | Question list and data request. | | 1.30 | |
| 06/12/2026 | Document and file review. | | 0.90 | |
| 06/15/2026 | Document review. Discussion outline. Internal communications. | | 4.40 | |
| 06/16/2026 | Planning. | | 1.30 | |
| 06/17/2026 | Document review. | | 1.20 | |
| 06/18/2026 | Call with counsel. Document and file review. Research. | | 2.90 | |
| 06/22/2026 | Internal communications. | | 1.30 | |
| 06/29/2026 | Document and file review. | | 0.70 | |
| 06/30/2026 | Internal communications. Document review. | | 1.30 | |
| | **$675.00** | **per hour x total hrs** | **20.30** | **$13,702.50** |

**Brian Mischler**

| | | | | |
|---|---|---|---|---|
| 06/01/2026 | Prepared documentation. Analysis. Document and file review. Participated in internal calls. | | 7.00 | |
| 06/02/2026 | Analysis. Document and file review. | | 4.60 | |
| 06/03/2026 | Document and file review. Analysis. Matter coordination and administration. Participated in internal calls. | | 6.40 | |
| 06/04/2026 | Document and file review. Performed research. | | 2.20 | |
| 06/05/2026 | Performed research. Document and file review. | | 2.00 | |
| 06/08/2026 | Performed research. | | 1.00 | |

FTI CONSULTING

*Invoice Detail*

| | |
|---|---|
| **Invoice Date:** | **August 11, 2026** |
| **Invoice No.** | **100100182633** |
| **Job No.** | **500003.3042** |

| | | | |
|---|---|---|---|
| 06/09/2026 | Document and file review. | 0.30 | |
| 06/10/2026 | Document and file review. | 0.40 | |
| 06/11/2026 | Participated in internal calls. Document and file review. Performed research and analyses. | 4.00 | |
| 06/12/2026 | Participated in internal calls. Document and file review. Analysis. | 3.80 | |
| 06/15/2026 | Participated in internal calls. Analysis. Document and file review. | 5.40 | |
| 06/16/2026 | Document and file review. Analysis. | 9.60 | |
| 06/17/2026 | Document and file review. Analysis. | 4.20 | |
| 06/18/2026 | Participated in internal calls. Document and file review. Prepared analyses and information requests. | 2.70 | |
| 06/19/2026 | Document and file review. | 0.70 | |
| 06/22/2026 | Drafting expert report. Participated in internal calls. | 3.70 | |
| 06/23/2026 | Drafting expert report. Participated in internal calls. Prepared analyses and performed research. | 6.10 | |
| 06/24/2026 | Drafting expert report. | 2.50 | |
| 06/25/2026 | Drafting expert report. Prepared analyses and performed research. | 4.30 | |
| 06/26/2026 | Document and file review. | 1.30 | |
| 06/29/2026 | Document and file review. Drafting expert report. | 3.90 | |
| 06/30/2026 | Participated in internal calls. Drafting expert report. | 1.70 | |
| | **$625.00** per hour x total hrs | **77.80** | **$48,625.00** |

**Halle Rose**

| | | |
|---|---|---|
| 06/01/2026 | Planning. Research. Document and file review. Analysis. Internal communications. | 2.00 |
| 06/02/2026 | Research. Document and file review. Analysis. Internal communications. | 2.00 |
| 06/03/2026 | Research. Document and file review. Analysis. Internal communications. Planning. | 1.10 |
| 06/04/2026 | Research. Document and file review. Analysis. Internal communications. | 0.30 |
| 06/10/2026 | Planning and supervision. Analysis. Research. Document and file review. Internal communications. | 2.90 |
| 06/11/2026 | Analysis. Research. Document and file review. Internal communications. | 0.70 |
| 06/12/2026 | Analysis. Research. Document and file review. Internal communications. | 0.50 |
| 06/15/2026 | Planning. | 0.40 |
| 06/16/2026 | Document and file review. Research. Analysis. Internal communications. | 4.30 |
| 06/18/2026 | Document and file review. Research. Analysis. Internal communications. | 0.50 |

FTI CONSULTING

*Invoice Detail*

| | |
|---|---|
| Invoice Date: | August 11, 2026 |
| Invoice No. | 100100182633 |
| Job No. | 500003.3042 |

| | | | | |
|---|---|---|---|---|
| 06/19/2026 | Document and file review. Research. Analysis. Internal communications. Planning. | | 2.70 | |
| 06/22/2026 | Planning. Document and file review. Analysis. Internal communications. | | 2.60 | |
| 06/23/2026 | Planning. | | 0.20 | |
| 06/30/2026 | Planning. Document and file review. Analysis. | | 5.00 | |
| | **$450.00** | **per hour x total hrs** | **25.20** | **$11,340.00** |

**August 2020 Analysis** **$79,442.50**

**Post-August 2020 Analysis**

**Jack Schwager**

| | | | | |
|---|---|---|---|---|
| 06/01/2026 | Prepared for and attended internal meeting. Reviewed materials provided by counsel. | | 1.50 | |
| 06/02/2026 | Reviewed materials. | | 1.60 | |
| 06/03/2026 | Reviewed materials. Prepared for and attended conference call. | | 1.10 | |
| 06/10/2026 | Reviewed documents. | | 0.60 | |
| 06/12/2026 | Reviewed materials provided by counsel. | | 1.80 | |
| 06/18/2026 | Reviewed materials. Call with counsel. Internal discussion. | | 1.60 | |
| 06/22/2026 | Internal discussion. Performed analysis. | | 0.50 | |
| 06/23/2026 | Internal discussion. Reviewed materials provided by counsel. | | 0.50 | |
| 06/30/2026 | Internal discussion. | | 0.30 | |
| | **$750.00** | **per hour x total hrs** | **9.50** | **$7,125.00** |

**Jason Fauss**

| | | | | |
|---|---|---|---|---|
| 06/18/2026 | Call with counsel. Document and file review. Research. | | 2.90 | |
| 06/23/2026 | Document review. Depositions. | | 2.30 | |
| | **$675.00** | **per hour x total hrs** | **5.20** | **$3,510.00** |

**Brian Mischler**

| | | |
|---|---|---|
| 06/01/2026 | Analysis. | 2.30 |
| 06/02/2026 | Document and file review. Analysis. | 3.70 |
| 06/03/2026 | Prepared document request list and updated workplan. Participated in internal calls. Analysis. | 3.60 |
| 06/04/2026 | Performed research. Document and file review. | 2.20 |
| 06/05/2026 | Performed research. Document and file review. | 2.00 |
| 06/11/2026 | Performed research and analyses. | 2.20 |
| 06/12/2026 | Document and file review. Analysis. | 3.50 |
| 06/17/2026 | Analysis. Document and file review. | 4.20 |

FTI CONSULTING

*Invoice Detail*

| | |
|---|---|
| **Invoice Date:** | **August 11, 2026** |
| **Invoice No.** | **100100182633** |
| **Job No.** | **500003.3042** |

| | | | | |
|---|---|---|---|---|
| 06/18/2026 | Prepared analyses and information requests. Participated in internal calls. Document and file review. | | 2.70 | |
| 06/22/2026 | Participated in internal calls. | | 0.20 | |
| 06/23/2026 | Prepared analyses and performed research. Participated in internal calls. | | 2.40 | |
| 06/24/2026 | Drafting expert report. | | 2.50 | |
| 06/25/2026 | Prepared analyses and performed research. | | 1.50 | |
| 06/26/2026 | Document and file review. | | 1.30 | |
| 06/29/2026 | Drafting expert report. Document and file review. | | 3.90 | |
| 06/30/2026 | Drafting expert report. Participated in internal calls. | | 1.70 | |
| | **$625.00** | **per hour x total hrs** | **39.90** | **$24,937.50** |

**Halle Rose**

| | | | | |
|---|---|---|---|---|
| 06/01/2026 | Research. Document and file review. Analysis. Internal communications. Planning. | | 2.10 | |
| 06/03/2026 | Research. Document and file review. Analysis. Internal communications. Planning. | | 0.90 | |
| 06/04/2026 | Research. Document and file review. Analysis. Internal communications. | | 0.40 | |
| 06/10/2026 | Analysis. Research. Document and file review. Internal communications. Planning and supervision. | | 1.80 | |
| 06/11/2026 | Analysis. Research. Document and file review. Internal communications. | | 0.40 | |
| 06/12/2026 | Analysis. Research. Document and file review. Internal communications. | | 0.30 | |
| 06/15/2026 | Document and file review. Research. Analysis. Internal communications. Planning. | | 5.30 | |
| 06/17/2026 | Document and file review. Research. Analysis. Internal communications. | | 4.20 | |
| 06/19/2026 | Planning. | | 0.10 | |
| 06/22/2026 | Planning. Document and file review. Analysis. Internal communications. | | 0.50 | |
| 06/23/2026 | Planning. Document and file review. Analysis. Internal communications. | | 0.60 | |
| 06/25/2026 | Document and file review. Analysis. Internal communications. | | 2.50 | |
| 06/29/2026 | Document and file review. Analysis. | | 6.70 | |
| 06/30/2026 | Planning. Document and file review. Analysis. | | 0.90 | |
| | **$450.00** | **per hour x total hrs** | **26.70** | **$12,015.00** |

| | |
|---|---|
| **Post-August 2020 Analysis** | **$47,587.50** |
| **Total Professional Services** | **$127,030.00** |

FTI CONSULTING

## *Invoice Remittance*

| | | | |
|---|---|---|---|
| | | **Invoice Date:** | **August 24, 2026** |
| **Erik A. Ahlgren,** | | **Invoice No.** | **100100184503** |
| **220 W. Washington Ave., Ste. 105** | | **Job No.** | **500003.3042** |
| **Fergus Fall, MN 56537** | | **Terms** | **Net 30 days** |
| **United States** | | **Due Date:** | **September 23, 2026** |
| **erik@ahlgrenlawoffice net** | | **Currency** | **USD** |

**Re: Erik A. Ahlgren, Et al V Connie Berg Et al.**

**Current Invoice Period: Charges posted through July 31, 2026**

**Amount Due Current Invoice** **$100,967.65**

***Previous Balance Due / Prior Invoices***

**Invoices**

| Date | Invoice # | Amount | Credits | Remaining | Due Date | Invoice Status |
|---|---|---|---|---|---|---|
| 08/11/2026 | 100100182628 | $40,020.30 | $0.00 | $40,020.30 | 09/10/2026 | |
| 08/11/2026 | 100100182633 | $134,651.80 | $0.00 | $134,651.80 | 09/10/2026 | |
| | | | | **$174,672.10** | | |

**Total Prior Amount** **$174,672.10**

FTI CONSULTING

## *Invoice Summary*

| | |
|---|---|
| **Invoice Date:** | **August 24, 2026** |
| **Invoice No.** | **100100184503** |
| **Job No.** | **500003.3042** |
| **Terms** | **Net 30 days** |
| **Due Date:** | **September 23, 2026** |
| **Currency** | **USD** |

**Erik A. Ahlgren,**
**220 W. Washington Ave., Ste. 105**
**Fergus Fall, MN 56537**
**United States**
**erik@ahlgrenlawoffice net**

**Re: Erik A. Ahlgren, Et al V Connie Berg Et al.**

**Current Invoice Period: Charges posted through July 31, 2026**

| Activity | Hours | Total |
|---|---|---|
| August 2020 Analysis (Bankruptcy Estate Claims) | 47.90 | $26,430.00 |
| August 2020 Analysis (ESOP Claims) | 47.90 | $26,430.00 |
| Post-August 2020 Analysis (Bankruptcy Estate Claims) | 72.80 | $42,392.50 |
| **Total** | **168.60** | **$95,252.50** |

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Jack Schwager | Senior Managing Director | $750.00 | 11.40 | $8,550.00 |
| Jason Fauss | Senior Director | $675.00 | 24.20 | $16,335.00 |
| Brian Mischler | Director | $625.00 | 60.10 | $37,562.50 |
| Halle Rose | Consultant | $450.00 | 72.90 | $32,805.00 |
| **Total Professional Services** | | | **168.60** | **$95,252.50** |

| | |
|---|---|
| Administrative Fee | $5,715.15 |

| Invoice Total | USD Amount |
|---|---|
| | $100,967.65 |
| **Total Due** | **$100,967.65** |

FTI CONSULTING

# *Invoice Detail*

| | |
|---|---|
| **Invoice Date:** | **August 24, 2026** |
| **Invoice No.** | **100100184503** |
| **Job No.** | **500003.3042** |

***Total Professional Services***

**August 2020 Analysis**

**Jack Schwager**

| | | | |
|---|---|---|---|
| 07/02/2026 | Reviewed materials provided by Counsel. Call with Counsel. | 0.50 | |
| 07/07/2026 | Internal communications. | 0.20 | |
| 07/28/2026 | Internal discussions. Reviewed materials. | 1.20 | |
| 07/30/2026 | Reviewed materials provided by Counsel. | 1.60 | |
| 07/31/2026 | Reviewed materials provided by Counsel. | 2.20 | |
| | **$750.00** per hour x total hrs | **5.70** | **$4,275.00** |

**Jason Fauss**

| | | | |
|---|---|---|---|
| 07/21/2026 | Internal communications. Document and file review. | 1.10 | |
| 07/23/2026 | Internal communications. Analysis. | 2.90 | |
| 07/24/2026 | Internal communications. | 0.70 | |
| 07/28/2026 | Internal communications. | 0.50 | |
| 07/29/2026 | Internal communications. Call with counsel. Report. | 0.90 | |
| 07/30/2026 | Analysis. Research. | 2.10 | |
| | **$675.00** per hour x total hrs | **8.20** | **$5,535.00** |

**Brian Mischler**

| | | |
|---|---|---|
| 07/01/2026 | Performed analyses and prepared documentation.Performed analyses.Reviewed and analyzed documents.Assisted with drafting Expert Report.Prepared schedules to Expert Report. | 7.40 |
| 07/02/2026 | Performed analyses.Reviewed and analyzed documents.Prepared schedules to Expert Report. | 5.20 |
| 07/06/2026 | Reviewed and analyzed documents.Prepared analyses.Prepared documentation.Internal communications. | 3.00 |
| 07/07/2026 | Reviewed and analyzed documents. | 1.70 |
| 07/08/2026 | Internal communications.Prepared documentation.Prepared analyses.Reviewed and analyzed documents. | 4.60 |
| 07/09/2026 | Performed analyses. | 0.60 |
| 07/10/2026 | Internal communications. | 0.30 |
| 07/14/2026 | Prepared analyses.Internal communications. | 0.50 |
| 07/15/2026 | Participated in internal calls.Prepared analyses. | 1.40 |
| 07/16/2026 | Prepared analyses. | 0.60 |
| 07/17/2026 | Prepared analyses. | 1.00 |
| 07/20/2026 | Prepared analyses. Participated in internal calls. | 1.30 |
| 07/21/2026 | Prepared analyses. Reviewed and analyzed documents. Participated in internal calls. | 1.60 |

FTI CONSULTING

*Invoice Detail*

| | |
|---|---|
| **Invoice Date:** | **August 24, 2026** |
| **Invoice No.** | **100100184503** |
| **Job No.** | **500003.3042** |

| | | | |
|---|---|---|---|
| 07/22/2026 | Prepared analyses. Prepared documentation. Assisted with drafting expert report. | 2.50 | |
| 07/23/2026 | Reviewed and analyzed documents. Prepared analyses. Internal communications. | 1.70 | |
| 07/24/2026 | Prepared analyses. Reviewed depositions. Internal communications. | 1.30 | |
| 07/28/2026 | Internal communications. | 0.30 | |
| 07/29/2026 | Prepared analyses. Internal communications. | 0.40 | |
| | **$625.00** per hour x total hrs | **35.40** | **$22,125.00** |

**Halle Rose**

| | | | |
|---|---|---|---|
| 07/01/2026 | Document and file review. Analysis. | 4.40 | |
| 07/02/2026 | Document and file review. Analysis. | 6.80 | |
| 07/06/2026 | Document and file review. Analysis. Internal communications. Research. | 3.90 | |
| 07/08/2026 | Planning.Document and file review. Analysis. Internal communications. Research. | 0.90 | |
| 07/09/2026 | Document and file review. Analysis. Internal communications. Research. | 7.10 | |
| 07/10/2026 | Planning.Analysis. Expert Report. | 3.60 | |
| 07/13/2026 | Analysis. Expert Report. Document and file review. Internal communications. | 3.90 | |
| 07/14/2026 | Analysis. Expert Report. Document and file review. Internal communications. | 1.60 | |
| 07/20/2026 | Planning. Expert Report. Research. Analysis. Internal communications. Document and file review. | 1.10 | |
| 07/21/2026 | Planning. Expert Report. Research. Analysis. Internal communications. Document and file review. | 1.00 | |
| 07/23/2026 | Planning. Expert Report. Research. Analysis. Internal communications. Document and file review. | 1.50 | |
| 07/24/2026 | Planning. Expert Report. Research. Analysis. Internal communications. Document and file review. | 1.10 | |
| 07/27/2026 | Research. Analysis. Internal communications. Planning. Document and file review. | 1.80 | |
| 07/28/2026 | Research. Analysis. Internal communications. Planning. Document and file review. | 1.70 | |
| 07/29/2026 | Research. Analysis. Internal communications. Planning. Document and file review. | 1.20 | |
| 07/30/2026 | Research. Analysis. Internal communications. Planning. Document and file review. | 4.00 | |
| 07/31/2026 | Research. Analysis. Internal communications. Planning. Document and file review. | 0.90 | |

FTI CONSULTING

*Invoice Detail*

| | |
|---|---|
| **Invoice Date:** | **August 24, 2026** |
| **Invoice No.** | **100100184503** |
| **Job No.** | **500003.3042** |

| | | | | |
|---|---|---|---|---|
| | **$450.00** | **per hour x total hrs** | **46.50** | **$20,925.00** |

**August 2020 Analysis** **$52,860.00**

**Post-August 2020 Analysis**

**Jack Schwager**

| | | | | | |
|---|---|---|---|---|---|
| 07/02/2026 | Reviewed materials provided by Counsel. Call with Counsel. | | | 0.50 | |
| 07/07/2026 | Internal communications. | | | 0.20 | |
| 07/28/2026 | Internal discussions. Reviewed materials. | | | 1.20 | |
| 07/30/2026 | Reviewed materials provided by Counsel. | | | 1.60 | |
| 07/31/2026 | Reviewed materials provided by Counsel. | | | 2.20 | |
| | | **$750.00** | **per hour x total hrs** | **5.70** | **$4,275.00** |

**Jason Fauss**

| | | | | | |
|---|---|---|---|---|---|
| 07/08/2026 | Document and file review. Deposition review. | | | 3.10 | |
| 07/09/2026 | Deposition review. | | | 2.30 | |
| 07/10/2026 | Internal communications. Deposition review. | | | 0.70 | |
| 07/17/2026 | Prepared analyses. | | | 1.70 | |
| 07/21/2026 | Internal communications. Document and file review. | | | 1.10 | |
| 07/23/2026 | Internal communications. Analysis. | | | 2.90 | |
| 07/24/2026 | Internal communications. | | | 0.70 | |
| 07/28/2026 | Internal communications. | | | 0.50 | |
| 07/29/2026 | Internal communications. Call with counsel. Report. | | | 0.90 | |
| 07/30/2026 | Analysis. Expert Report. | | | 2.10 | |
| | | **$675.00** | **per hour x total hrs** | **16.00** | **$10,800.00** |

**Brian Mischler**

| | | |
|---|---|---|
| 07/01/2026 | Reviewed and analyzed documents.Expert Report.Performed analyses and prepared documentation. | 4.30 |
| 07/02/2026 | Prepared schedules to Expert Report.Performed analyses. | 3.00 |
| 07/06/2026 | Prepared documentation.Prepared analyses.Reviewed and analyzed documents. | 2.80 |
| 07/07/2026 | Reviewed and analyzed documents. | 1.70 |
| 07/08/2026 | Prepared documentation.Internal communications.Prepared analyses.Reviewed and analyzed documents. | 4.60 |
| 07/09/2026 | Performed analyses. | 0.60 |
| 07/21/2026 | Prepared analyses. Reviewed and analyzed documents. Participated in internal calls. | 1.60 |

FTI CONSULTING

## *Invoice Detail*

| | |
|---|---|
| **Invoice Date:** | **August 24, 2026** |
| **Invoice No.** | **100100184503** |
| **Job No.** | **500003.3042** |

| | | | | |
|---|---|---|---|---|
| 07/22/2026 | Prepared analyses. Prepared documentation. Assisted with drafting expert report. | | 2.50 | |
| 07/23/2026 | Reviewed and analyzed documents. Prepared analyses. Internal communications. | | 1.70 | |
| 07/24/2026 | Prepared analyses. Reviewed depositions. Internal communications. | | 1.30 | |
| 07/28/2026 | Internal communications. | | 0.20 | |
| 07/29/2026 | Prepared analyses. Internal communications. | | 0.40 | |
| | **$625.00** | **per hour x total hrs** | **24.70** | **$15,437.50** |

**Halle Rose**

| | | | | |
|---|---|---|---|---|
| 07/06/2026 | Research. Analysis. Internal communications. Document and file review. | | 4.40 | |
| 07/07/2026 | Research. Analysis. Internal communications. Document and file review.Planning. | | 6.60 | |
| 07/09/2026 | Research. Analysis. Internal communications. Document and file review. | | 0.80 | |
| 07/10/2026 | Planning.Analysis. Expert Report. | | 0.70 | |
| 07/13/2026 | Analysis. Expert Report. Document and file review. Internal communications. | | 0.50 | |
| 07/14/2026 | Analysis. Expert Report. Document and file review. Internal communications. | | 0.20 | |
| 07/20/2026 | Planning. Expert Report. Research. Document and file review. Internal communications. Analysis. | | 1.00 | |
| 07/21/2026 | Planning. Expert Report. Research. Document and file review. Internal communications. Analysis. | | 1.10 | |
| 07/23/2026 | Planning. Expert Report. Research. Document and file review. Internal communications. Analysis. | | 1.40 | |
| 07/24/2026 | Planning. Expert Report. Research. Document and file review. Internal communications. Analysis. | | 1.00 | |
| 07/27/2026 | Research. Analysis. Internal communications. Planning. Document and file review. | | 1.60 | |
| 07/28/2026 | Research. Analysis. Internal communications. Planning. Document and file review. | | 1.50 | |
| 07/29/2026 | Research. Analysis. Internal communications. Planning. Document and file review. | | 1.00 | |
| 07/30/2026 | Research. Analysis. Internal communications. Planning. Document and file review. | | 3.90 | |
| 07/31/2026 | Research. Analysis. Internal communications. Planning. Document and file review. | | 0.70 | |
| | **$450.00** | **per hour x total hrs** | **26.40** | **$11,880.00** |

FTI CONSULTING

## *Invoice Detail*

| | |
|---|---|
| **Invoice Date:** | **August 24, 2026** |
| **Invoice No.** | **100100184503** |
| **Job No.** | **500003.3042** |

| | | |
|---|---|---|
| **Post-August 2020 Analysis** | | **$42,392.50** |
| | **Total Professional Services** | **$95,252.50** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Pro-Mark Services, Inc.,

Debtor.

Bky. Case No. 24-30167
Chapter 7

---

**NOTICE OF FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION TO FTI CONSULTING, INC.**

---

TO: ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that FTI Consulting, Inc., as consulting and testifying expert witness service provider for the Trustee, has filed its First Interim Application for Compensation ("Application"). A copy of said Application is attached hereto and herewith served upon you. Pursuant to this Court's Order (ECF No. 304) granting Trustee's Motion to Limit Notice (ECF No. 303), this Notice will be provided to the U.S. Trustee and any other party or its counsel who has filed a notice of appearance or is registered to receive notice via ECF or other electronic means, in the above-captioned case. Trustee will make a complete copy of the Application available by e-mail or other suitable delivery method upon request of (and without charge) to any party in interest.

NOTICE IS FURTHER GIVEN that written objections to said Application, if any, shall be filed with the Clerk of the United States Bankruptcy Court, the address of which is 655 First Avenue North, Suite 210, Fargo, ND 58102, with a copy mailed to the undersigned within twenty-one (21) days from the date of the mailing of this Notice. Any objection not filed and served may be deemed waived.

Dated: September 9, 2026

/s/ Erik A Ahlgren
Erik A. Ahlgren, Chapter 7 Trustee
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN 56537
218-998-2775
erik@ahlgrenlawoffice.net

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

In re:

Pro-Mark Services, Inc.,

Debtor.

Case No. 24-30167
Chapter 7

---

**UNSWORN CERTIFICATE OF SERVICE**

---

I, Lisa Ahlgren, declare that on September 9, 2026, I caused to be served the following documents via the CM/ECF system to those parties requesting electronic notification.

Notice and First Interim Application for Allowance of
Compensation to FTI Consulting Inc.

Jenna Culman Adler on behalf of Counter-Claimant Miguel Paredes
jadler@kmklaw.com

Jenna Culman Adler on behalf of Defendant Miguel Paredes
jadler@kmklaw.com

Erik A. Ahlgren
erik@ahlgrenlawoffice.net,
trustee@prtel.com;erik@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

Carlos A Alonso on behalf of Plaintiff Erik A. Ahlgren
carlos.alonsogayon@gtlaw.com

Carlos A Alonso on behalf of Trustee Erik A. Ahlgren
carlos.alonsogayon@gtlaw.com

Melissa H Burkland on behalf of Creditor USA/USAF
Melissa.Burkland@usdoj.gov,
Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Melissa H Burkland on behalf of Cross Defendant United States Air Force
Melissa.Burkland@usdoj.gov,
Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Melissa H Burkland on behalf of Defendant United States Air Force
Melissa.Burkland@usdoj.gov,
Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Connor Cantrell on behalf of Counter-Claimant Hartford Accident and Indemnity Company
clc@thlf.com, jlh@thlf.com

Connor Cantrell on behalf of Creditor Hartford Accident and Indemnity Company
clc@thlf.com, jlh@thlf.com

Connor Cantrell on behalf of Cross-Claimant Hartford Accident and Indemnity Company
clc@thlf.com, jlh@thlf.com

Connor Cantrell on behalf of Defendant Hartford Accident and Indemnity Company
clc@thlf.com, jlh@thlf.com

Jordan Elizabeth Chavez on behalf of Defendant Connie L. Berg 2020 GST Trust under agreement dated November 17, 2020
jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez on behalf of Defendant Connie L. Berg Revocable Living Trust under agreement dated January 10, 2018
jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez on behalf of Defendant Kyle R. Berg Revocable Living Trust under agreement dated January 10, 2018
jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez on behalf of Defendant Connie Berg
jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez on behalf of Defendant Kyle Berg
jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez on behalf of Interested Party BAD Investments LLP
jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez on behalf of Interested Party Connie Berg
jordan.chavez@haynesboone.com

Jordan Elizabeth Chavez on behalf of Interested Party Kyle Berg
jordan.chavez@haynesboone.com

Shawn M Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

GENE W. DOELING on behalf of Debtor Pro-Mark Services, Inc.
gene@kdlawpartners.com, heather@kdlawpartners.com,mn20@ecfcbis.com

Michael Fisco on behalf of Plaintiff Erik A. Ahlgren
fiscom@gtlaw.com

Michael Fisco on behalf of Trustee Erik A. Ahlgren
fiscom@gtlaw.com

Aimee Furness on behalf of Defendant Connie L. Berg 2020 GST Trust under agreement dated November 17, 2020
aimee.furness@haynesboone.com

Aimee Furness on behalf of Defendant Connie L. Berg Revocable Living Trust under agreement dated January 10, 2018
aimee.furness@haynesboone.com

Aimee Furness on behalf of Defendant Kyle R. Berg Revocable Living Trust under agreement dated January 10, 2018
aimee.furness@haynesboone.com

Aimee Furness on behalf of Defendant Connie Berg
aimee.furness@haynesboone.com

Aimee Furness on behalf of Defendant Kyle Berg
aimee.furness@haynesboone.com

Michael Gust on behalf of Appraiser Miguel Paredes
mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Michael Gust on behalf of Defendant Miguel Paredes
mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Drew J. Hushka on behalf of Creditor Capital Credit Union
dhushka@vogellaw.com, lstanley@vogellaw.com,kjohnson@vogellaw.com

Drew J. Hushka on behalf of Plaintiff Capital Credit Union
dhushka@vogellaw.com, lstanley@vogellaw.com,kjohnson@vogellaw.com

Patrick Hustead on behalf of Counter-Claimant Hartford Accident and Indemnity Company
rah@thlf.com, jlh@thlf.com

Patrick Hustead on behalf of Creditor Hartford Accident and Indemnity Company
rah@thlf.com, jlh@thlf.com

Patrick Hustead on behalf of Cross-Claimant Hartford Accident and Indemnity Company
rah@thlf.com, jlh@thlf.com

Patrick Hustead on behalf of Defendant Hartford Accident and Indemnity Company
rah@thlf.com, jlh@thlf.com

Peter Kieselbach on behalf of Counter-Claimant Connie Berg Revocable Living Trust
kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach on behalf of Counter-Claimant Connie Berg
kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach on behalf of Counter-Claimant Miguel Paredes
kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach on behalf of Counter-Defendant Erik A. Ahlgren
kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach on behalf of Debtor Pro-Mark Services, Inc.
kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach on behalf of Defendant Connie L. Berg Revocable Living Trust under agreement dated January 10, 2018
kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach on behalf of Defendant Kyle R. Berg Revocable Living Trust under agreement dated January 10, 2018
kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach on behalf of Defendant Chad Dubois
kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach on behalf of Defendant Connie Berg
kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach on behalf of Defendant Kyle Berg
kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach on behalf of Defendant Mandy Grant

kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach on behalf of Defendant Miguel Paredes
kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach on behalf of Plaintiff Erik A. Ahlgren
kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Peter Kieselbach on behalf of Trustee Erik A. Ahlgren
kieselbachp@gtlaw.com, robert.morales@gtlaw.com

Steven R Kinsella on behalf of Interested Party Razor Consulting Solutions
skinsella@fredlaw.com, sstallings@fredlaw.com;docketing@fredlaw.com

Michael Krauss on behalf of Plaintiff Erik A. Ahlgren
kraussm@gtlaw.com

Michael Krauss on behalf of Trustee Erik A. Ahlgren
kraussm@gtlaw.com

Joseph Lehnert on behalf of Appraiser Prudent Fiduciary Services
jlehnert@kmklaw.com

Joseph Lehnert on behalf of Appraiser Miguel Paredes
jlehnert@kmklaw.com

Stephen M. Pezanosky on behalf of Counter-Claimant Connie Berg Revocable Living Trust
stephen.pezanosky@haynesboone.com,
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com;mitchell.alleluia-feinberg@haynesboone.com

Stephen M. Pezanosky on behalf of Counter-Claimant Connie Berg
stephen.pezanosky@haynesboone.com,
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com;mitchell.alleluia-feinberg@haynesboone.com

Stephen M. Pezanosky on behalf of Defendant Connie L. Berg 2020 GST Trust under agreement dated November 17, 2020
stephen.pezanosky@haynesboone.com,
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com;mitchell.alleluia-feinberg@haynesboone.com

Stephen M. Pezanosky on behalf of Defendant Connie L. Berg Revocable Living Trust under agreement dated January 10, 2018
stephen.pezanosky@haynesboone.com,

kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com;mitchell.alleluia-feinberg@haynesboone.com

Stephen M. Pezanosky on behalf of Defendant Kyle R. Berg Revocable Living Trust under agreement dated January 10, 2018
stephen.pezanosky@haynesboone.com,
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com;mitchell.alleluia-feinberg@haynesboone.com

Stephen M. Pezanosky on behalf of Defendant Connie Berg
stephen.pezanosky@haynesboone.com,
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com;mitchell.alleluia-feinberg@haynesboone.com

Stephen M. Pezanosky on behalf of Defendant Kyle Berg
stephen.pezanosky@haynesboone.com,
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com;mitchell.alleluia-feinberg@haynesboone.com

Stephen M. Pezanosky on behalf of Interested Party BAD Investments LLP
stephen.pezanosky@haynesboone.com,
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com;mitchell.alleluia-feinberg@haynesboone.com

Stephen M. Pezanosky on behalf of Interested Party Connie Berg
stephen.pezanosky@haynesboone.com,
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com;mitchell.alleluia-feinberg@haynesboone.com

Stephen M. Pezanosky on behalf of Interested Party Kyle Berg
stephen.pezanosky@haynesboone.com,
kim.morzak@haynesboone.com;jordan.chavez@haynesboone.com;mitchell.alleluia-feinberg@haynesboone.com

Jacob D Rhode on behalf of Defendant Miguel Paredes
jrhode@kmklaw.com

Michael Lewis Scheier on behalf of Appraiser Prudent Fiduciary Services
mscheier@kmklaw.com, mzahn@kmklaw.com

Michael Lewis Scheier on behalf of Appraiser Miguel Paredes
mscheier@kmklaw.com, mzahn@kmklaw.com

Michael Lewis Scheier on behalf of Counter-Claimant Miguel Paredes
mscheier@kmklaw.com, mzahn@kmklaw.com

Michael Lewis Scheier on behalf of Defendant Kyle Berg
mscheier@kmklaw.com, mzahn@kmklaw.com

Michael Lewis Scheier on behalf of Defendant Miguel Paredes
mscheier@kmklaw.com, mzahn@kmklaw.com

Caren Stanley on behalf of Creditor Capital Credit Union
cstanley@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Caren Stanley on behalf of Plaintiff Capital Credit Union
cstanley@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe on behalf of Counter-Defendant Capital Credit Union
ktanabe@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe on behalf of Creditor Capital Credit Union
ktanabe@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe on behalf of Plaintiff Capital Credit Union
ktanabe@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Katrina A. Turman Lang on behalf of Creditor Right Choice Electric, Inc.
klang@woldlaw.com, melanie@turmanlaw.com

United States Trustee
USTPRegion12.SX.ECF@usdoj.gov

Maurice VerStandig on behalf of Interested Party Chad Dubois
mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Samuel Weaver on behalf of Defendant Miguel Paredes
sweaver@kmklaw.com

Dated: September 9, 2026

Signed: /s/Lisa Ahlgren
Lisa Ahlgren
220 W. Washington Ave, Ste 105
Fergus Falls, MN 56537