VOGEL
Law Firm

Phone: 701.237.6983
218 NP Avenue | Fargo, ND 58102
PO Box 1389 | Fargo, ND 58107-1389
Fargo, ND 58107-1389
dhushka@vogellaw.com

September 25, 2026

**VIA E-FILING ONLY**

Honorable Shon Hastings
United States Bankruptcy Judge
District of North Dakota
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North
Fargo, ND 58102

**Re: In re Pro-Mark Services, Inc.**
**Court File No.: 24-30167**
**Our File No.: 029188.24020**

Dear Judge Hastings:

During the Court's status conference on September 3, 2026, the Court posed to Capital Credit Union ("CCU") and Hartford Accident and Indemnity Company ("Hartford") whether the parties had a position, or could reach a stipulation, regarding whether the Court could consider evidence submitted in adversary action (Adversary File No. 25-7001) when resolving CCU's Motion to Lift Stay (ECF No. 14), and Hartford's objection to the same (ECF No. 24).

The parties have not reached a stipulation regarding what information the court may or may not consider from the adversary action. To have a clear record, CCU would request an evidentiary hearing on the Motion to Lift Stay.

Sincerely,

Drew J. Hushka
Caren W. Stanley

cc: Via E-Service Only

Erik A. Ahlgren
erik@ahlgrenlawoffice.net

Jenna Culman Adler
jadler@kmklaw.com

Carlos A Alonso
carlos.alonsogayon@gtlaw.com

Melissa H Burkland
Melissa.Burkland@usdoj.gov

Connor Cantrell
clc@thlf.com

Jordan Elizabeth Chavez
jordan.chavez@haynesboone.com

Shawn M Christianson
schristianson@buchalter.com

GENE W. DOELING
gene@kdlawpartners.com

Michael Fisco
fiscom@gtlaw.com

Aimee Furness
aimee.furness@haynesboone.com

Michael Gust
mlgfilings@andersonbottrell.com

Patrick Hustead
rah@thlf.com

Peter Kieselbach
kieselbachp@gtlaw.com

Steven R Kinsella
skinsella@fredlaw.com

Michael Krauss
kraussm@gtlaw.com

Joseph Lehnert
jlehnert@kmklaw.com

Stephen M. Pezanosky
stephen.pezanosky@haynesboone.com

Jacob D Rhode
jrhode@kmklaw.com

Michael Lewis Scheier
mscheier@kmklaw.com

Katrina A. Turman Lang
klang@woldlaw.com

United States Trustee
USTPRegion12.SX.ECF@usdoj.gov

Maurice VerStandig
mac@mbvesq.com

Samuel Weaver
sweaver@kmklaw.com