UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Bankruptcy No. 24-30167
Chapter 7

Pro-Mark Services, Inc.,

Debtor.
________________________________________/

**NOTICE OF EVIDENTIARY HEARING**

An evidentiary hearing will be held at Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota on **Friday, October 9, 2026, at 9:30 .M. (Central)** to consider and act upon the following matters:

- **Final Hearing on Motion by Capital Credit Union to Lift Automatic Stay to Permit Exercise of Setoff Rights filed May 17, 2024. (Doc. 14)**

- **Response by Hartford Accident and Casualty Company to Capital Credit Union's Motion to Lift Automatic Stay to Permit Exercise of Setoff Rights filed June 5, 2024. (Doc. 24)**

**Deadline to disclose witnesses and exhibits and to file witness lists and exhibit lists is October 7, 2024.**

Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: October 1, 2026.

Sara E. Diaz, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102-4392

By: */s/ Hayley Delorme*
Hayley Delorme, Deputy Clerk

Copy served electronically on October 1, 2026, to Electronic Mail Notice List for Case No. 24-30167.