UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re: Bankruptcy No. 24-30167
Chapter 7

Pro-Mark Services, Inc.

Debtor.
_______________________________________/

IN THE MATTER OF:

Evidentiary Hearing on Motion by Capital Credit Union to Lift Automatic Stay to Permit Exercise Of Setoff Rights filed May 17, 2024. (Doc. 14)
_______________________________________/

ORDER GRANTING CONTINUANCE
AND RESCHEDULING HEARING

The parties filed a stipulated motion to continue the hearing scheduled for October 9, 2026.

The Court finds cause for granting the continuance.

IT IS ORDERED that the Evidentiary Hearing on Motion by Capital Credit Union to Lift Automatic Stay to Permit Exercise of Setoff Rights (Doc. 14) shall be continued until **Friday, October 16, 2026, at 9:30 a.m.**

Video Conference Instructions are located at: https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing.** To test the connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform. Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100 or email clerks_office@ndb.uscourts.gov. Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

Dated: October 5, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically October 5, 2026, to Electronic Mail Notice List for Case No. 24-30167.