UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

---

In re:
Pro-Mark Services, Inc.,

Debtor.

Bky. Case No. 24-30167
Chapter 7

**DECLARATION OF ERIK A. AHLGREN, AS CHAPTER 7 TRUSTEE, ESOP ADMINISTRATOR, AND ESOP TRUSTEE**

---

I, Erik A. Ahlgren, as chapter 7 trustee ("Trustee") of the bankruptcy estate of Pro-Mark Services, Inc. ("Debtor"), as Administrator ("ESOP Administrator") of the Pro-Mark Services, Inc. Employee Stock Ownership Plan, and as Trustee of the Pro-Mark Services, Inc. Employee Stock Ownership Trust ("ESOP Trustee"), make this declaration in support of the Trustee's Reply to Miguel Paredes' Objection to FTI Consulting's First Interim Fee Application.

1. My statements in this declaration are based on my review of the Debtor's books and records and, where applicable, my personal knowledge.

2. Before the petition date, the Debtor's legal counsel, Steptoe & Johnson LLP, engaged FTI Consulting Inc. ("FTI") on the Debtor's behalf.

3. Based on my review of the Debtor's pre-petition books and records, FTI provided such services to the Debtor from about September of 2022 through about May of 2023.

4. Based on my review of the Debtor's pre-petition books and records, the Debtor paid fees of FTI for such services totaling $31,371.23.

5. In my representative capacities as Trustee, ESOP Administrator, and ESOP Trustee, I am the plaintiff ("Plaintiff") in Adv. No. 24-07014. For the avoidance of doubt, in the adversary

proceeding, Plaintiff is not seeking to recover, and will not seek to recover, FTI's fees totaling $31,371.23 as damages from any of the defendants.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated: October 13, 2026

*/e/ Erik A. Ahlgren*
Erik A. Ahlgren, Trustee