**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Pro-Mark Services, Inc.,<br><br>Debtor. | Case No.: 24-30167<br><br>Chapter 7 |

## CAPITAL CREDIT UNION'S AMENDED WITNESS LIST

Creditor Capital Credit Union hereby provides the following Witness List with respect to its Motion to Lift Automatic Stay to Permit Exercise of Setoff Rights [Doc 14] set for **Friday, October 16, 2026, at 9:30 a.m.**

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Brad Shetler | May | Loan and bank account documentation and relationship with Debtor |
| Sean Smith | May | Loan and bank account documentation and relationship with Debtor |
| Tahnee Magnus<br>207 East Broadway Ave.<br>Bismarck, ND 58501 | May | Lowest Intermediate Balance Tracing Analysis |

Dated this 14th day of October, 2026.

BY:**Vogel Law Firm**

*/s/ Caren W. Stanley*
Caren W. Stanley (#06100)
Drew J. Hushka (#08230)
cstanley@vogellaw.com
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEY FOR CAPITAL CREDIT UNION*

4895-3888-3796 v.2