**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Pro-Mark Services, Inc.,<br><br>Debtor. | Case No.: 24-30167<br><br>Chapter 7 |

**CAPITAL CREDIT UNION'S AMENDED EXHIBIT LIST**

Creditor Capital Credit Union hereby provides the following Exhibit List with respect to its Motion to Lift Automatic Stay to Permit Exercise of Setoff Rights [Doc 14] set for **Friday, October 16, 2026, at 9:30 a.m.**

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCU-201 | | | Declaration of Brad Shetler dated July 31, 2024. [Doc. 55] | | | | | | | | | |
| CCU-202 | | | Business Loan Agreement dated December 31, 2021 with respect to a loan in the sum of $14,750,000.00 ("Loan No. 1 Business Loan Agreement"). [Doc. 55-1; **Exhibit A-1**] | | X | X | | | | | | X |
| CCU-203 | | | Promissory Note dated December 31, 2021 in the original principal sum of $14,750,000.00 ("Loan No. 1 Note"). [Doc. 55-1; **Exhibit A-2**] | | X | X | | | | | | X |
| CCU-204 | | | Commercial Security Agreement dated December 31, 2021 ("Loan No. 1 Security Agreement"). [Doc. 55-1; **Exhibit A-3**] | | X | X | | | | | | X |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCU-205 | | | Financing Statement #21-000991648 filed on December 31, 2021 ("Loan No. 1 Financing Statement"). [Doc. 55-1; **Exhibit A-4**] | | X | X | | | | | | X |
| CCU-206 | | | Modification Agreement dated July 14, 2022; a First Amendment to Modification Agreement dated July 19, 2022; a Second Amendment to Modification Agreement dated January 30, 2023; a Third Amendment to Modification Agreement dated May 2, 2023; and a Fourth Amendment to Modification Agreement dated January 12, 2024 (collectively, the "Loan No. 1 Modifications"). [Doc. 55-1; **Exhibit A-5**] | | X | X | | | | | | X |
| CCU-207 | | | Business Loan Agreement dated December 31, 2021 with respect to a loan in the sum of $1,000,000.00 ("Loan No. 2 Business Loan Agreement". [Doc. 55-2; **Exhibit B-1**] | | X | X | | | | | | X |
| CCU-208 | | | Promissory Note dated December 31, 2021 in the original principal sum of $1,000,000.00 ("Loan No. 2 Note"). [Doc. 55-2; **Exhibit B-2**] | | X | X | | | | | | X |
| CCU-209 | | | Commercial Security Agreement dated December 31, 2021 ("Loan No. 2 Security Agreement"). [Doc. 55-2; **Exhibit B-3**] | | X | X | | | | | | X |
| CCU-210 | | | Modification Agreement dated May 2, 2023 and Amendment to Modification Agreement dated January 12, 2024 (collectively, the "Loan No. 2 Modifications"). [Doc. 55-2; **Exhibit B-4**] | | X | X | | | | | | X |
| CCU-211 | | | Debtor's Application dated March 25, 2019 and the Business Membership and Business Accounts Agreements (collectively, the "CCU Account Agreement"). [Doc. 55-3; **Exhibit C**] | | X | X | | | | | | X |
| CCU-212 | | | Debtor's Statement of Deposit Accounts for January through April 2024 [Doc. 55-4 & 55-5; **Exhibit D**] | | X | X | | | | | | X |
| CCU-213 | | | Debtor's Statement of Deposit Accounts for July 2023 | | | | | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCU-214 | | | Proof of Claim No. 26 | | | | | | | | | | |
| CCU-215 | | | Hartford's Rule 26 Disclosure Documents | | | | | | | | | | |
| CCU-216 | | | Hartford Accident and Indemnity Company's Responses to Capital Credit Union's Interrogatories and Demand for Production of Documents, Set I, to Defendant Hartford Accident and Indemnity Company | | | | | | | | | | |
| CCU-217 | | | Brady Martz Tracing Analysis | | | | | | | | | | |

* - O - Original Record & Authenticity Only
* - A - Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: ______________________________________________

Dated this 14th day of October, 2026.

**VOGEL LAW FIRM**

BY: */s/ Caren W. Stanley* ____________
Caren W. Stanley (#06100)
Drew J. Hushka (#08230)
cstanley@vogellaw.com
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEY FOR CAPITAL CREDIT UNION*

4890-3982-2804 v.4