**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br>Pro-Mark Services, Inc.<br>Debtor | Court File No.: 24-30167<br><br>Chapter 7 Case |

**HARTFORD ACCIDENT AND CASUALTY COMPANY'S EXHIBIT LIST**

Hartford Accident and Casualty Company ("Hartford" or "Surety") by and through its undersigned counsel, The Hustead Law Firm, *A Professional Corporation,* hereby submits its Exhibit List regarding the hearing set for Friday October 16, 2026:

| EXHIBIT NUMBER | DESCRIPTION | OFFERED | ADMITTED/NOT ADMITTED |
|---|---|---|---|
| 1. | INDEMNITY AGREEMENT DATED JULY 14, 2020 | | |
| 2. | INTERCREDITOR AGREEMENT DATED JULY 14, 2022 | | |
| 3. | MILLER ACT BOND #41BCSIS1527 DATED OCTOBER 14, 2021 FOR DOCK 5 PROJECT AT MINOT AFB | | |
| 4. | MILLER ACT BOND #41BCSIX7663 DATED SEPTEMBER 15, 2022 FOR THE DOOR AND WINDOW REPLACEMENT PROJECT AT MINOT AFB | | |
| 5. | MILLER ACT BOND #41BCSIY7970 DATED FEBRUARY 21, 2023 FOR | | |

| | | | |
|---|---|---|---|
| | THE HVAC REPLACEMENT PROJECT IN HASKELL, KS | | |
| 6. | MILLER ACT BOND #41BCSIX7668 DATED SEPTEMBER 28, 2022 FOR THE GENERATOR PROJECT AT GRAND FORKS AFB | | |
| 7. | MILLER ACT BOND #41BCSIW0029 DATED SEPTEMBER 7, 2022 FOR THE OUTDOOR POWER PROJECT IN COLORADO | | |
| 8. | MILLER ACT BOND #41BCSIX7665 DATED SEPTEMBER 26, 2022 FOR THE MAINTENANCE BUILDING PROJECT IN FERGUS FALLS, MN | | |
| 9. | MILLER ACT BOND #41BCSIS1504 DATED JULY 30, 2021 FOR THE MUNITIONS MAINTENANCE AND INSPECTION FACILITY PROJECT AT GRAND FORKS AFB | | |
| 10. | MILLER ACT BOND #41BCSII6242 DATED OCTOBER 8, 2020 FOR RENOVATING THE FLIGHT SIMULATOR AT OFFUTT AFB | | |
| 11. | MILLER ACT BOND #41BCSIX7669 DATED SEPTEMBER 28, 2022 FOR THE WINDOW REPLACEMENT PROJECT AT BUCKLEY AFB | | |
| 12. | MILLER ACT BOND #41BCSIY1832 DATED NOVEMBER 8, 2022 FOR THE DRY COOLERS PROJECT IN BELCOURT, ND | | |

| | | | |
|---|---|---|---|
| 13. | MILLER ACT BOND #41BCSIX7662 DATED SEPTEMBER 12, 2022 FOR THE REPLACEMENT OF THE HEATING PLANT AT PINE RIDGE RESERVATION | | |
| 14. | MILLER ACT BOND #41BCSIU7455 DATED APRIL 28, 2022 FOR THE FIRE PANEL REPLACEMENT PROJECT AT ROSEBUD RESERVATION | | |
| 15. | MILLER ACT BOND #41BCSIR0299 DATED MAY 19, 2021 FOR THE PHARMACY PROJECT AT ROSEBUD RESERVATION | | |
| 16. | MILLER ACT BOND #41BCSIW0025 DATED AUGUST 22, 2022 FOR THE PROCESSING ROOM PROJECT AT OFFUTT AFB | | |
| 17. | CAPITAL CREDIT UNION STATEMENT OF ACCOUNTS FOR PRO-MARK SERVICES, INC. DATED JULY 1, 2020-DECEMBER 31, 2020 | | |
| 18. | CAPITAL CREDIT UNION STATEMENT OF ACCOUNTS FOR PRO-MARK SERVICES, INC. DATED JANUARY 1, 2021-DECEMBER 31, 2021 | | |
| 19. | CAPITAL CREDIT UNION STATEMENT OF ACCOUNTS FOR PRO-MARK SERVICES, INC. DATED JANUARY 1, 2022-DECEMBER 31, 2022 | | |
| 20. | CAPITAL CREDIT UNION STATEMENT OF ACCOUNTS FOR PRO-MARK SERVICES, INC. DATED JANUARY 1, 2023-DECEMBER 31, 2023 | | |

| | | | |
|---|---|---|---|
| 21. | CAPITAL CREDIT UNION STATEMENT OF ACCOUNTS FOR PRO-MARK SERVICES, INC. DATED JANUARY 1, 2024-APRIL 30, 2024 | | |
| 22. | Any document necessary to establish the authenticity of any of the foregoing exhibits | | |
| 23. | Any exhibits endorsed by any other party | | |

Dated this 14th day of October, 2026.

THE HUSTEAD LAW FIRM
*A Professional Corporation*
*Original Signature is on file at The Hustead Law Firm, A Professional Corporation*

*/s/ Connor L. Cantrell*

Connor L. Cantrell, Esq.
The Hustead Law Firm
4643 S. Ulster Street, Suite 1250
Denver, Colorado 80237
(303) 721-5000
clc@thlf.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2026 a true and correct copy of the foregoing HARTFORD ACCIDENT AND CASUALTY COMPANY'S EXHIBIT LIST was electronically filed with the Court & served to the following:

*Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*s/ Connor L. Cantrell*
Connor L. Cantrell, Esq.