**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br>Pro-Mark Services, Inc.<br>Debtor | Court File No.: 24-30167<br><br>Chapter 7 Case |

# HARTFORD ACCIDENT AND CASUALTY COMPANY'S WITNESS LIST

Hartford Accident and Casualty Company ("Hartford" or "Surety") by and through its undersigned counsel, The Hustead Law Firm, *A Professional Corporation,* hereby submits its Witness List regarding the hearing set for Friday, October 16, 2026:

| Name | Contact Information | Anticipated Length Of Testimony | May Call/Will Call |
|---|---|---|---|
| Brian Bragg as representative of Hartford | C/O The Hustead Law Firm | 30 minutes | May Call |
| Chad Dubois as representative of Pro-Mark Services, Inc. | C/O Kaler Doeling, PLLP | 30 minutes | May Call |
| Any witness identified by Capital Credit Union | C/O Vogel Law Firm | TBD | May Call |

Dated this 14th day of October, 2026.

THE HUSTEAD LAW FIRM
*A Professional Corporation*

*Original Signature is on file at The Hustead Law Firm, A Professional Corporation*

*/s/ Connor L. Cantrell*
Connor L. Cantrell, Esq.
The Hustead Law Firm
4643 S. Ulster Street, Suite 1250
Denver, Colorado 80237
(303) 721-5000
clc@thlf.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2026 a true and correct copy of the foregoing HARTFORD ACCIDENT AND CASUALTY COMPANY'S WITNESS LIST was electronically filed with the Court & served to the following:

*Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*s/ Connor L. Cantrell*
Connor L. Cantrell, Esq.