UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Pro-Mark Services, Inc.

CASE NO: 24-30167

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7

ECF Docket Reference No. 327

On 10/20/2026, I did cause a copy of the following documents, described below,

Motion to Lift Automatic Stay to Permit Exercise of Setoff Rights ECF Docket Reference No. 327

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/20/2026

/s/ Caren L. Stanley
Caren L. Stanley 06100
Attorneys for Capital Credit Union
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102
701-237-6983
cstanley@vogellaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Pro-Mark Services, Inc.

CASE NO: 24-30167

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 327

On 10/20/2026, a copy of the following documents, described below,

Motion to Lift Automatic Stay to Permit Exercise of Setoff Rights ECF Docket Reference No. 327

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/20/2026

/s/ Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Caren L. Stanley
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

**FIRST CLASS**

**PRO-MARK SERVICES, INC.**
**ATTN: OFFICER OR MANAGING AGENT**
**5012 53RD ST S, SUITE G**
**FARGO ND 58104**