**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Pro-Mark Services, Inc.,

Debtor.

Bky. Case No. 24-30167
Chapter 7

---

**APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION TO DISCOVERY SERVICE PROVIDER FOR THE TRUSTEE**

---

KLDiscovery Ontrack LLC, discovery service provider for Trustee Erik A. Ahlgren ("Applicant"), respectfully represents as follows:

1. Erik A. Ahlgren was duly appointed the case Trustee in the above-captioned Chapter 7 case.

2. The petition commencing this case as a Chapter 7 case was filed on April 22, 2024. The case is now pending in this Court.

3. Applicant requests allowance of interim compensation for services rendered.

4. The Court Order approving the Trustee's employment of KLDiscovery Ontrack LLC, (Applicant), as its discovery service provider pursuant to 11 U.S.C. §§ 327 and 328 was entered on October 20, 2025 and effective September 26, 2025.

5. Applicant has not received a retainer.

6. Applicant has made one previous application for compensation (Doc 290) which was approved on June 16, 2026 (Doc 292). Applicant has received payment of $8119.34 in fees and $321.64 in expenses.

7. Applicant is not aware of any unpaid administrative expenses which have been allowed in this case.

8. Applicant rendered professional services to the Trustee as follows: See Exhibit A attached.

9. The amount requested herein constitutes reasonable compensation for actual necessary services rendered by Applicant based on the nature, the extent and the value of such services, the time spent on such services and the costs of comparable services in other cases. The Chapter 7 trustee in this case has reviewed this application and approves of the same.

10. All services for which compensation is herein requested were performed or expended for and on behalf of the Trustee and not on behalf of any other committee, creditor, or other person other than as set forth above.

11. Applicant has no agreement or understanding with any person for the sharing of compensation received or to be received for services rendered in connection with this proceeding.

**Wherefore**, Applicant requests allowance of fees in the amount of $31,278.11 plus expenses of $0.00 for a total final application of $31,278.11.

KLDiscovery Ontrack, LLC

Dated: November 10, 2026 By: Gideon Kaplan

KLDiscovery Ontrack, LLC, the moving party named in the foregoing Application for Allowance of Interim Compensation to Discovery Service Provider for the Trustee, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on: November 10, 2026 Gideon Kaplan

KLDiscovery

# INVOICE

9023 Columbine Road
Eden Prairie, MN 55347
United States
(952) 937-1107
(952) 949-4082 Fax

| | |
|---|---|
| Invoice Number: | 1001000138973 |
| Invoice Date: | 07/07/2026 |
| Service Dates: | 06/01/2026 - 06/30/2026 |
| Customer Number: | 8023317 |
| Job Number: | 7575277 |
| PO Number: | 213867.010200 |
| Matter Reference: | Pro-Mark Services Inc. |
| Invoice Amount Due: | 17,120.00 USD |

**Bill To Customer:**
Erik A. Ahlgren
Attention: Erik A. Ahlgren
220 West Washington Ave.
Fergus Falls, MN 56537
United States

**Ship To Customer:**
Erik A. Ahlgren
Attention: Erik A. Ahlgren
220 West Washington Ave.
Fergus Falls, MN 56537
United States

Account Manager: Nick Weiler    Payment Terms: Net 45 Days    Due Date: 08/21/2026

| Collections | Quantity | U Of M | Rate | Tax | Ext. Price |
|---|---|---|---|---|---|
| Collection - Web Services | 0.30 | Hour | 250.0000 | 0.000% | 75.00 |
| **Total Collections** | | | | | **75.00** |

| Computer Forensics | Quantity | U Of M | Rate | Tax | Ext. Price |
|---|---|---|---|---|---|
| Forensic Analysis | 4.00 | Hour | 300.0000 | 0.000% | 1,200.00 |
| **Total Computer Forensics** | | | | | **1,200.00** |

| Processing | Quantity | U Of M | Rate | Tax | Ext. Price |
|---|---|---|---|---|---|
| Standard ESI Processing | 137.00 | GB | 25.0000 | 0.000% | 3,425.00 |
| Selective ESI Processing - Data Ingestion | 942.00 | GB | 12.5000 | 0.000% | 11,775.00 |
| **Total Processing** | | | | | **15,200.00** |

| Professional Services | Quantity | U Of M | Rate | Tax | Ext. Price |
|---|---|---|---|---|---|
| Professional Services - Project Management | 4.30 | Hour | 150.0000 | 0.000% | 645.00 |
| **Total Professional Services** | | | | | **645.00** |

| | | |
|---|---|---|
| **Subtotal** | **17,120.00** | **USD** |
| **Tax(0.000%)** | **0.00** | **USD** |
| **Invoice Amount Due** | **17,120.00** | **USD** |

**Please Send Remittance to**
[redacted]

**Remittance Address:**
KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

**Sales tax, if applicable, on this invoice varies by item and is based on specific state tax regulations. Certain items are fully or partially exempt from sales tax. All Invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107.**

KLDiscovery

# INVOICE

9023 Columbine Road
Eden Prairie, MN 55347
United States
(952) 937-1107
(952) 949-4082 Fax

| | |
|---|---|
| Invoice Number: | 1001000142745 |
| Invoice Date: | 08/06/2026 |
| Service Dates: | 07/01/2026 - 07/31/2026 |
| Customer Number: | 8023317 |
| Job Number: | 7575277 |
| PO Number: | 213867.010200 |
| Matter Reference: | Pro-Mark Services Inc. |
| Invoice Amount Due: | 14,158.11 USD |

**Bill To Customer:**
Erik A. Ahlgren
Attention: Erik A. Ahlgren
220 West Washington Ave.
Fergus Falls, MN 56537
United States

**Ship To Customer:**
Erik A. Ahlgren
Attention: Erik A. Ahlgren
220 West Washington Ave.
Fergus Falls, MN 56537
United States

Account Manager: Nick Weiler Payment Terms: Net 45 Days Due Date: 09/20/2026

| Processing | Quantity | U Of M | Rate | Tax | Ext. Price |
|---|---|---|---|---|---|
| Selective ESI Processing - Data Ingestion | 1.00 | GB | 12.5000 | 0.000% | 12.51 |
| Selective ESI Processing - Processing Responsive Data | 326.29 | GB | 40.0000 | 0.000% | 13,051.60 |
| **Total Processing** | | | | | **13,064.11** |

| Professional Services | Quantity | U Of M | Rate | Tax | Ext. Price |
|---|---|---|---|---|---|
| Professional Services - Project Management | 5.90 | Hour | 150.0000 | 0.000% | 885.00 |
| Professional Services - Technical Solutions | 2.20 | Hour | 95.0000 | 0.000% | 209.00 |
| **Total Professional Services** | | | | | **1,094.00** |

| | | |
|---|---|---|
| **Subtotal** | **14,158.11** | **USD** |
| **Tax(0.000%)** | **0.00** | **USD** |
| **Invoice Amount Due** | **14,158.11** | **USD** |

**Please Send Remittance to**

**Electronic Payment Instructions:**
[redacted]

**Remittance Address:**
KLDiscovery Ontrack, LLC
PO BOX 845823
Dallas, TX 75284-5823

**Sales tax, if applicable, on this invoice varies by item and is based on specific state tax regulations. Certain items are fully or partially exempt from sales tax. All Invoice and payment inquiries should be sent to AR@KLDiscovery.com, which is our preferred method. To speak with a KLD representative, please call (952) 937-1107.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No.: 24-30167 |
| | ) | Chapter 7 |
| Pro-Mark Services, Inc., | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION TO KLDISCOVERY ONTRACK LLC AS DISCOVERY SERVICE PROVIDER FOR THE TRUSTEE**

TO: ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that KLDiscovery Ontrack LLC, as discovery service provider for the Trustee, has filed its Second Application for Allowance of Interim Compensation ("Application"). A copy of said Application is attached hereto and herewith served upon you.

Pursuant to this Court's Order [Doc 331] granting Trustee's Motion to Limit Notice of the Second Application for Allowance of Interim Compensation to KLDiscovery Ontrack LLC [Doc 332], this Notice of the Second Application for Allowance of Interim Compensation to KLDiscovery Ontrack LLC will be provided to the U.S. Trustee and any other party or its counsel who has filed a notice of appearance or is registered to receive notice via ECF or other electronic means, in the above-captioned case. Trustee will make a complete copy of the Application available by e-mail or other suitable delivery method upon request of (and without charge) to any party in interest directing such as request to the undersigned.

NOTICE IS FURTHER GIVEN that written objections to said motion, if any, shall be file with the Clerk of the United States Bankruptcy Court, the address of which is 655 First

Avenue North, Suite 210, Fargo, ND 58102, with a copy mailed to the undersigned within twenty-one (21) days from the date of the mailing of this Notice. Any objection not filed and served may be deemed waived.

Date Mailed: November 12, 2026

/s/ Erik Ahlgren_______________
Erik Ahlgren, Chapter 7 Trustee
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN 56537
218-998-2775
erik@ahlgrenlawoffice.net