UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:
Pro-Mark Services, Inc.

CASE NO: 24-30167

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 7
Shon Hastings

On 11/16/2026, I did cause a copy of the following documents, described below,
Application for Allowance of Interim Compensation to Discovery Service Provider ECF Docket Reference No. 332

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/16/2026

/s/ Erik Ahlgren
Erik Ahlgren
Chapter 7 Panel Trustee Ahlgren Law Office PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN 56537
+1 (218) 998-2775
erik@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Pro-Mark Services, Inc.

CASE NO: 24-30167

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
Shon Hastings

On 11/16/2026, a copy of the following documents, described below,
Application for Allowance of Interim Compensation to Discovery Service Provider ECF Docket Reference No. 332

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/16/2026

Victoria Blake

/s/ Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik Ahlgren
Ahlgren Law Office PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN 56537

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-30167
DISTRICT OF NORTH DAKOTA
MON NOV 16 11-07-11 PST 2026

~~EXCLUDE~~
~~(U)BAD Investments LLP~~

Capital Credit Union
Attn: Caren Stanley
Vogel Law Firm
PO Box 1389
Fargo, ND 58107-1389

~~EXCLUDE~~
~~(U)Hartford Accident and Indemnity Company~~

~~EXCLUDE~~
~~(U)KLDiscovery Ontrack, LLC~~

Oracle America, Inc.
Buchalter PC
c/o Shawn M. Christianson
425 Market St., Suite 2900
San Francisco, CA 94105-2491

Pro-Mark Services, Inc.
5012 53rd St. S., Suite G
Fargo, ND 58104-6006

~~EXCLUDE~~
~~(U)Prudent Fiduciary Services~~

~~EXCLUDE~~
~~(U)Razor Consulting Solutions~~

Right Choice Electric, Inc.
2104 Mill Rd, Ste A
Grand Forks, ND 58203-1542

~~EXCLUDE~~
~~(U)USA/USAF~~

~~EXCLUDE~~
~~United States Trustee~~
~~Suite 1015 U.S. Courthouse~~
~~300 South Fourth Street~~
~~Minneapolis, MN 55415-1320~~

~~EXCLUDE~~
~~U.S. BANKRUPTCY COURT~~
~~655 1ST AVENUE NORTH, SUITE 210~~
~~FARGO, ND 58102-4932~~

ACE Consulting
608 KeeneCenter Drive
Nicholasville, KY 40356-1495

ACE Consulting Company, LLC
608 Keene Centre Drive
Nicholasville, KY 40356-1495

Action Mechanical
PO Box 880
Rapid City, SD 57709-0880

Advanced Business Methods
1515 13th Ave. E.
West Fargo, ND 58078-3403

Advantage Coating
884 Arbor Drive
Chaska, MN 55318-9500

Air Mechanical Inc.
1914 4th Ave NW
West Fargo, ND 58078-1348

Akerman LLP
Andrea S. Hartley, Esq.
Akerman LLP
98 S.E. 7th Street, Suite 1100
Miami, FL 33131-3525

Akerman LLP
PO Box 4906
Orlando, FL 32802-4906

BAD Investments LLP
c/o Stephen Pezanosky
Haynes and Boone, LLP
301 Commerce Street, Suite 2600
Fort Worth, TX 76102-4160

Bad Investments
Kyle Berg
5012 2nd St. E.
West Fargo ND 58078-8208

Berger Enterprises, LLC
1826 25th St NE
Emerado, ND 58228-9779

Berger Enterprises, LLC
c/o Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389

Black Hills Energy
PO Box 7966
Carol Stream, IL 60197-7966

Brian L. Green
U.S. Department of Labor
2300 Main Street
Suite 11093
Kansas City, MO 64108-2415

C.I. Construction, LLC
1910 42nd Ave W, Suite 300
Alexandria, MN 56308-0029

Capital Credit Union
Brad Shetler/Chief Lending Officer
PO Box 2096
Bismarck, ND 58502-2096

Capital Credit Union
c/o Caren Stanley
Vogel Law Firm
PO Box 1389
Fargo, ND 58107-1389

Capital Credit Union
c/o Caren W. Stanley
Vogel Law Firm
PO Box 1389
Fargo ND 58107-1389

Capital Credit Union
c/o Kesha L. Tanabe
Vogel Law Firm
PO Box 1389
Fargo ND 58107-1389

Carpet One Commercial
505 S. 24th St. W.
Billings, MT 59102-6245

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

Cass County Electric
PO Box 6088
Fargo, ND 58108-6088

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

City Wide Electric, Inc.
1444 River St
West Fargo, ND 58078-2641

City of Fargo
PO Box Box 1607
Fargo, ND 58107-1607

City of Minot
Treasurer's Office
PO Box Box 5006
Minot, ND 58702-5006

Colorado Department of Revenue
Bankruptcy Unit, Rm 104
1881 Pierce Street
Lakewood, CO 80214-3503

Connie Berg
5012 2nd St. E.
West Fargo ND 58078-8208

Connor L. Cantrell
The Hustead Law Firm
4643 S. Ulster Street, Suite 1250
Denver, CO 80237-4319

Connor L. Cantrell, Esq.
The Hustead Law Firm
4643 S. Ulster St. Suite 1250
Denver, CO 80237-4319

Creative Surfaces Inc.
PO Box 84611
Sioux Falls, SD 57118-4611

DOCU SHRED INC
42424 240th St SW
East Grand Forks, MN 56721-9605

Dakota Fence
PO Box 1408
Fargo, ND 58107-1408

Dakota Fire Protection, Inc
PO Box Box 5327
Grand Forks, ND 58206-5327

Dawson Ins. Marsh & Mclennan Agency LLC
62886 Collection Center Drive
Chicago, IL 60693-0628

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Department of the Treasury
Internal Revenue Service Center
Ogden, UT 84201-0045

Diamond Everley Roofing Contractors
PO Box 3509
Lawrence, KS 66046-0509

Enerbase Cooperative Resources
PO Box F
Minot, ND 58702-0350

Engineered Controls Inc.
10703 J Street
Omaha, NE 68127-1023

Ervgil, Inc.
Carpet One
505 So 24th St W
Billings MT 59102-6245

(P)FARGO GLASS & PAINT CO
ATTN WADE N BAKKE
1801 7TH AVE N
FARGO ND 58102-3203

Fargo Glass & Paint Co.
c/o Caren W. Stanley
Vogel Law Firm
PO Box 1389
Fargo ND 58107-1389

Fastenal Company
Attn: Legal
2001 Theurer Blvd.
Winona, MN 55987-9902

Firelake Construction, Inc.
1011 E 31st St
Lawrence, KS 66046-5103

Gefroh Electric
100 45th Ave NW
Minot, ND 58703-0115

Great Plains Natural Gas Co.
PO Box 5600
Bismarck, ND 58506-5600

(P)THE HARTFORD
ATTN BANKRUPTCY UNIT
ONE HARTFORD PLAZA
MAIL DROP T-16-285
HARTFORD CT 06155-0001

Hartford Accident and Indemnity Company
c/o Connor L. Cantrell, Esq.
The Hustead Law Firm
4643 S. Ulster St. Suite 1250
Denver, CO 80237-4319

Hartford Accident and Indemnity Company
c/o Patrick Q. Hustead, Esq.
The Hustead Law Firm
4643 S. Ulster St. Suite 1250
Denver, CO 80237-4319

Haynes Boone
Attn: Todd M. Garland
8000 Towers Crescent Drive, Ste. 900
Vienna, VA 22182-6221

Integrated Openings Solutions LLC
14901 West 117th Street
Olathe, KS 66062-9307

Iowa Department of Revenue
Office of the Attorney General of Iowa
Attn: Bankruptcy Unit
1305 E. Walnut
Des Moines, IA 50319-0109

J&M Safe Haven Enterprises, Inc.
Melissa Foxworth
2020 Creek Drive
Rapid City, SD 57703-4124

JV Associates, Ltd.
PO Box 520
Hutchinson, MN 55350-0520

Jacor Inc.
w182s8363 Racine Ave
Muskego, WI 53150-9046

Johnson Controls Fire Prot. LP
Dept. CH 10320
Palatine, IL 60055-0001

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

Johnson Controls Fire Protection LP
5757 N. Green Bay Avenue
Glendale, WI 53209-4408

Johnson Controls, Inc
5757 N. Green Bay Avenue
Glendale, WI 53209-4408

Johnson Controls, Inc.
PO Box 730068
Dallas, TX 75373-0068

KEFLEX Contracting
4880 G Street
Omaha, NE 68117-1415

Katrina A. Turman Lang
Wold Johnson P.C.
P.O. Box 1680
Fargo, ND 58107-1680

Kyle & Connie Berg & Bad Investments LLP
c/o Jordan Chavez
Haynes and Boone, LLP
2801 N. Harwood St., Suite 2300
Dallas, TX 75201-2754

Kyle & Connie Berg & Bad Investments LLP
c/o Stephen Pezanosky
Haynes and Boone, LLP
301 Commerce St., Suite 2600
Ft. Worth, TX 76102-4160

LaCreek Development Corporation
21617 US Hwy 18 Suite B
Martin, SD 57551-5944

Linn Grove Center
5012 53rd Street S.
Fargo, ND 58104-6006

M & K Porta Potties
PO Box 14942
Grand Forks, ND 58208-4942

M&K Porta Potties
PO Box BOX 1494
Grand Forks, ND 58208

Marco
PO Box 660831
Dallas, TX 75266-0831

Mark Kragness
43602 Bass Harbor Road
Pelican Rapids, MN 56572-7582

Marsh McClennan Agency
Becky Hecker
505 Broadway North Suite 100
Fargo, ND 58102-4654

Maurice B. VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246

McElroy Electric Inc.
300 SW Topeka Blvd
Topeka, KS 66603

McElroy's Electric Inc.
3300 SW Topeka Blvd.
Topeka, KS 66611-2274

Mead Lumber
320 West Blvd
Rapid City SD 57701-2671

Medica
NW 798, PO Box 1450
Minneapolis, MN 55485-7958

Menards
PO Box 60506
City of Industry, CA 91716-0506

Miguel Paredes
Attn: Michael L. Scheier, KMK Law
1 E 4th St Ste 1400
Cincinnati, OH 45202-3708

Minnesota Revenue
PO Box Box 64649
Saint Paul, MN 55164-0649

(P)MONTANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 7701
HELENA MT 59604-7701

(P)MONTANA DAKOTA UTILITIES CO
PO BOX 5600
BISMARK ND 58506-5600

Montana-Dakota Utilities Co
PO Box 5600
Bismarck, ND 58506-5600

Mowbray & Son Inc.
PO Box 878
Minot, ND 58702-0878

Mowbray & Son Plumbing & Heating, Inc.
c/o Caren W. Stanley
Vogel Law Firm
PO Box 1389
Fargo ND 58107-1389

Mowbray & Sons Plumbing & Hearing, Inc.
c/o Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389

ND Office of State Tax Commissioner
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505-0599

(P)NEBRASKA DEPARTMENT OF REVENUE
ATTENTION BANKRUPTCY UNIT
PO BOX 94818
LINCOLN NE 68509-4818

Oracle America, Inc
C/O Oracle/Submittal Exchange
PO Box 203448
Dallas, TX 75320-3448

Oracle America, Inc.
c/o Shawn M. Christianson, Esq.
Buchalter PC
425 Market St., Suite 2900
San Francisco, CA 94105-2491

Peak Fall Protection
350 Green Oaks Parkway
Holly Springs, NC 27540-6178

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

Pierce Investment Co.
PO Box Box 14111
Grand Forks, ND 58208-4111

Point North Networks Inc.
2910 Upper 55th St E
Inver Grove Heights, MN 55076-1673

Principal Life Insurance Company
c/o Barbara Warner
711 High St.
Des Moines, IA 50392-0001

Prudent Fiduciary Services and Miguel Parede
c/o Joseph E. Lehnert
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202-3752

Prudent Fiduciary Services and Miguel Parede
c/o Michael L. Scheier
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202-3752

Quality Coatings & Tile
3918 37th Ave S
Fargo, ND 58104-7380

Quality Coatings & Tile, LLC dba Herzog Coat
c/o Caren W. Stanley, Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389

Razor Consulting Solutions, Inc.
5625 51st Ave. S.
Fargo, ND 58104-6064

Razor Consulting Solutions, Inc.
c/o Steven R. Kinsella
Fredrikson & Byron, P.A.
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1425

Right Choice Electric, Inc.
c/o Katrina A. Turman Lang
Wold Johnson, P.C.
500 2nd Ave. N., Suite 400
P.O. Box 1680
Fargo, ND 58107-1680

River City Woodworks
1208 E. 25th Street
Lawrence, KS 66046-5036

Ryan Glass INC.
1535 Tuskegee Place
Colorado Springs, CO 80915-2656

Ryan Glass, Inc.
Patrick R. Akers
3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

S.C.S.
5019 Chesbro ct.
Lawrence, KS 66049-4977

South Dakota Department of Revenue
445 E Capitol Avenue
Pierre, SD 57501-3100

Steptoe & Johnson LLP
Shiona H. Baum Sr Manager Collections
1330 Connecticut AVE, NW
Washington, DC 20036-1704

Steptoe LLP
Attn: Iris Benett/Joshua Taylor
1330 Connecticut AVE, NW
Washington, DC 20036-1704

Swiftec, Inc.
1714 Creek Dr.
Rapid City, SD 57703-4133

Taxation Revenue - New Mexico
1200 South St. Francis Drive
Santa Fe, NM 87505-4034

The Hartford Accident and Indemnity Company
c/o The Hustead Law Firm
4643 S. Ulster Street, Suite 1250
Denver, CO 80237-4319

Tollefson's Contract Division
PO Box 698
Minot, ND 58702-0698

Treasurer-State of Iowa
Roby Smith
StateTreasurer's Office/Capitol Bui
Des Moines, IA 50319

Tucker Ellis LLP
PO Box 74717
Cleveland, OH 44194-0002

US Department of Justice
Antitrust Division
209 South Lasalle St. Suite 600
Chicago, IL 60604-1446

US Department of Labor - EBSA
2300 Main Street, Suite 11093
Kansas City MO 64108-2415

US Dept of Justice, Antitrust Division
United States Attorney's Office
Attn. USA Matthew Greenley
655 1st Ave N, Ste 250
Fargo, ND 58102-4932

United Bird & Bat Control LLC
PO Box 14290
Scottsdale, AZ 85267-4290

(P)VERENDRYE ELECTRIC COOPERATIVE INC
ATTN ATTN CREDIT MANAGER
1225 HIGHWAY 2 BYPASS E
MINOT ND 58701-7927

Verizon Wireless
Bankruptcy Administration
500 Technology Drive Suite 550
Saint Charles, MO 63304-2225

Virginia Department of Taxation
PO Box 17777
Richmond, VA 23226

Volition Prime Accounting
3247 Oak Ridge Loop E
West Fargo, ND 58078-8482

Wagner Falconer & Judd, Ltd.
100 South Fifth Street
Suite 800
Minneapolis, MN 55402-5357

(P)WEX BANK
1 HANCOCK STREET
PORTLAND ME 04101-4217

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

(P)XCEL ENERGY
ATTN BANKUPTCY DEPARTMENT
414 NICOLLET MALL
MINNEAPOLIS 55401-1993

Austin Moe
Dagger Machinery
920 38th Street N
Fargo, ND 58102-2914

Chad Dubois
4419 66th St S
Fargo, ND 58104-6021

Cindy Close
Asst. Vice President Stock Plan Services
Principal Life Insurance Company
711 High St.
Des Moines, IA 50392-0001

~~EXCLUDE~~
~~(U)Connie Berg~~

Eric Wald
1350 153rd St SE
Norwich, ND 58768-9607

Erik A. Ahlgren
Bankruptcy Trustee
220 W. Washington Ave., Suite 105
Fergus Falls, MN 56537-2569

GENE W. DOELING
KD Law, PLLP
3429 Interstate Blvd. S.
P.O. Box 9231
Fargo, ND 58106-9231

~~EXCLUDE~~
~~(U)James K. Swindle~~

Jason Luther
Volition Prime Accounting
3247 Oak Ridge Loop E
West Fargo, ND 58078-8482

~~EXCLUDE~~
~~(U)Kyle Berg~~

~~EXCLUDE~~
~~(U)Miguel Paredes~~

Peter Gehres
Jeff Martin Auctioneers, Inc.
2236 Highway 49
Brooklyn, MS 39425-9764

Peter Kieselbach
Greenberg Traurig, LLP
90 S. 7th Street
Ste 3500
Minneapolis, MN 55402-4106

~~EXCLUDE~~
~~(U)Sam Le~~

Vern Vliet
JV Associates Ltd
PO Box 520
Hutchinson, MN 55350-0520