**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br>Pro-Mark Services, Inc.<br>Debtor | Court File No.: 24-30167<br><br>Chapter 7 Case |

**ORDER GRANTING MOTION TO DEEM OBJECTION TIMELY OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE LATE OBJECTION TO MOTION TO LIFT AUTOMATIC STAY TO PERMIT EXERCISE OF SETOFF RIGHTS [D.E. 327]**

THIS MATTER comes before the Court on Creditor, Hartford Accident and Casualty Company's ("Hartford") Motion to Deem Objection Timely or, in the Alternative, for Leave to File an Objection to Motion to Lift Automatic Stay to Permit Exercise of Setoff Rights (the "Motion");

The Court, being sufficiently advised of the premise of Hartford's Motion, HEREBY ORDERS as follows:

Hartford's Motion is GRANTED. Harford's Objection to Motion to Lift Automatic Stay to Permit Exercise of Setoff Rights is hereby accepted.

Dated this ____ day of November 2026.

____________________________________
United States Bankruptcy Court Judge