**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br>Pro-Mark Services, Inc.<br>Debtor | Court File No.: 24-30167<br><br>Chapter 7 Case |

**ORDER GRANTING HARTFORD'S OBJECTION TO CAPITAL CREDIT UNION'S MOTION TO LIFT AUTOMATIC STAY TO PERMIT EXERCISE OF SETOFF RIGHTS [D.E. 327]**

THIS MATTER comes before the Court on Creditor, Hartford Accident and Casualty Company's ("Hartford") Objection to Capital Credit Union's Motion to Lift Automatic Stay to Permit Exercise of Setoff Rights (the "Objection");

The Court, being sufficiently advised of the premise of Hartford's Objection, HEREBY ORDERS as follows:

Capital Credit Union's Motion to Lift Automatic Stay to Permit Exercise of Setoff Rights is hereby DENIED.

Dated this ____ day of November 2026.

_________________________________
United States Bankruptcy Court Judge